UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN A. ATKINS                          CIVIL ACTION

VERSUS                                       No. 11-47-RLB

SOUTHEAST COMMUNITY
HEALTH SYSTEMS

**PLAINTIFF'S MOTION TO REOPEN PROCEEDINGS FOLLOWING BONA FIDE FAVORABLE TERMINATION OF STATE CRIMINAL PROCEEDING**

Plaintiff moves the Court reopen this case following the termination of the state court criminal proceeding for the reasons set forth in the attached memorandum.

On September 24, 2012 the court entered an order administratively closing this case pending the resolution of a state criminal proceeding which was then currently pending in the 21st Judicial District Court. The criminal proceeding was instituted by the State of Louisiana based on information provided to law enforcement by certain employees of the defendant in this proceeding. Record document 24.

The original criminal charge, docket number 18950, was dismissed by the State of Louisiana on May 8, 2012.

1

One day earlier, on May 7, 2012, the State of Louisiana instituted a new proceeding based on the same facts in docket number 19735. The State of Louisiana nolle prossed those charges on March 4, 2013.

The plaintiff submitted a public records request to the District Attorney.

On April 10, 2013, the State of Louisiana denied the plaintiff's public record request for a copy of the District Attorney's file and stated that additional charges were contemplated based on **information received since March 4, 2013.**

On October 18, 2013, there was a hearing in the 21st Judicial District Court on plaintiff's motion to quash on the ground that all time limits for prosecution had expired. The State of Louisiana stipulated on the record that the matter was dismissed and that no charges were pending against the defendant.

Plaintiff made a second public record request. On December 2, 2013, the District Attorney denied the public record request because **we are currently considering whether to file additional criminal charges against Ms. Atkins..**

On March 26, 2014, plaintiff filed motion for discovery, in the alternative, sanctions as per L.S.A. C. Cr. P. art. 729.5 concerning the factual basis for any additional charges as stated by the District Attorney.

On June 20, 2014, the State of Louisiana stipulated on the record that the statute of limitations has expired, no further charges will be brought, and a public record request will be honored. Attachment 1.

Since the state criminal proceeding has now been terminated favorably to the plaintiff, plaintiff moves the court reopen the case and set the matter for a scheduling conference.

                                      HOGAN & HOGAN

                                      *Thomas J. Hogan, Jr.*
                                      _____
                                      THOMAS J. HOGAN, JR., T. A.
                                      Bar Roll #06908
                                      Post Office Box 1274
                                      Hammond, Louisiana 70404
                                      (985) 542-7730

                                      thogan48@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Alex J. Peregine, Christa Forrester.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

*Thomas J. Hogan, Jr.*
_____