```
 1                TWENTY-FIRST JUDICIAL DISTRICT COURT
 2                       PARISH OF ST. HELENA
 3                         STATE OF LOUISIANA
 4
 5    *************************
 6    STATE OF LOUISIANA        :   NO.  19735
 7    VERSUS                    :
 8    GWENDOLYN A. ATKINS       :   DIVISION "C"
 9    *************************
10
11                       MISCELLANEOUS MOTIONS
12                       HEARD: JUNE 20, 2014
13                   HONORABLE ROBERT H. MORRISON
14
15    APPEARANCES:
16         REPRESENTING THE STATE:
17         OFFICE OF DISTRICT ATTORNEY
18         CLIFTON SPEED
19         ASSISTANT DISTRICT ATTORNEY
20
21         REPRESENTING THE DEFENDANT:
22         TOM HOGAN
23         ATTORNEY AT LAW
24
25
```

```
 1                    JUNE 20, 2014
 2        STATE OF LOUISIANA v GWENDOLYN A. ATKINS
 3                      NO. 19735
 4     MR. HOGAN:
 5          Good morning, Your Honor.
 6     THE COURT:
 7          Good morning, Mr. Hogan.
 8     MR. HOGAN:
 9          I don't know if you've had a chance to
10   read this.
11     THE COURT:
12          I have not seen it.
13     MR. HOGAN:
14          This case was originally assigned to
15   Division E, and it has been realloted to Division C.
16          What has happened in this case is that the
17   State of Louisiana has filed and has dismissed twice
18   -- okay?  They filed 18950 and they dismissed that
19   one.  Okay?  Eight counts of possession of
20   controlled dangerous substances, they dismissed it.
21   All right.  They re filed 19735 to allege eight
22   counts of possession of a legend drug.  They
23   dismissed that one also.  Okay?  So they dismissed
24   twice.  They dismissed twice.
25          We filed a public records request asking
26   for production of their file and we were met with an
```

1  relates to the State's continuing obligation to
2  produce evidence or additional information beyond
3  what they already have on hand.  If they have any
4  additional information or evidence about these
5  charges that they say that they are contemplating
6  filing they need to provide that.  Okay?  And if
7  they are not going to provide it then there needs to
8  be a determination by the Court that this thing is
9  over with because we want to proceed to obtain their
10 file through a public records request so we can
11 proceed with our pending civil action.
12      MR. SPEED:
13           Your Honor, may we approach the bench just
14 a minute?  I think we might can resolve this.
15      THE COURT:
16           Yes.
17 (Bench conference held.)
18 Back on the record.
19      MR. SPEED:
20           Can I read this out for the record?
21      MR. HOGAN:
22           Yeah, go ahead and read it just like you
23 told Judge.
24      MR. SPEED:
25           Your Honor, originally our office did
26 refuse to respond to the public records request

1  re file charges.
2       So if Mr. Hogan could make another public
3  records request it will be properly responded to in
4  that these charges are now dead.
5    MR. HOGAN:
6       So what that means is that there is not
7  going to be any further consideration of any
8  criminal charge against Ms. Atkins in connection
9  with her previous employment by Southeast Community
10 Health Systems -- that's what this charge came from
11 -- is that correct?
12   MR. SPEED:
13      That is our understanding, Your Honor.
14 The timeline on those particular charges has run and
15 we cannot re bill at this point in time.
16   THE COURT:
17      Okay.  You filed a separate public records
18 request within this, the criminal suit, Mr. Hogan?
19   MR. HOGAN:
20      No, that's a separate matter.
21   THE COURT:
22      Okay.
23   MR. HOGAN:
24      I am willing to do that again.
25   THE COURT:
26      Okay.

```
 1      MR. HOGAN:
 2          That's what we want to do today.
 3      THE COURT:
 4          All right.  Let the record reflect.
 5      MR. HOGAN:
 6          Thank you.
 7      THE COURT:
 8          Okay.
 9          (This matter concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

1         CERTIFICATE

2         This certificate is valid only for a

3   transcript accompanied by my original signature and

4   original required seal on this page.

5         I, Lauri Bankston, Official Court Reporter

6   in and for the State of Louisiana, employed as an

7   official court reporter by the Twenty-First Judicial

8   District Court for the State of Louisiana, as the

9   officer before whom this testimony was taken, do

10  hereby certify that this testimony was reported by

11  me in the stenotype reporting method, was prepared

12  and transcribed by me or under my direction and

13  supervision, and is a true and correct transcript to

14  the best of my ability and understanding; that the

15  transcript has been prepared in compliance with

16  transcript format guidelines required by statute or

17  by rules of the board or by the Supreme Court of

18  Louisiana, and that I am not related to counsel or

19  to the parties herein nor am I otherwise interested

20  in the outcome of this matter.

21

22

23         _____

24         Lauri Bankston

25         Certified Court Reporter

26         Louisiana License # 87113