UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN A. ATKINS                         CIVIL ACTION

VERSUS                                      No. 11-47-RLB

SOUTHEAST COMMUNITY
HEALTH SYSTEMS

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO REOPEN PROCEEDINGS FOLLOWING BONA FIDE FAVORABLE TERMINATION OF STATE CRIMINAL PROCEEDING**

**1. factual background and procedural history.**

On July 22, 1996 Gwen Atkins became employed by Southeast Community Health Systems, formerly known as Saint Helena Community Health Center("SCHS") as an administrative assistant.

SCHS fired Atkins on two occasions during plaintiff's employment. In both cases, Atkins filed charges of discrimination with the District Office of the Equal Employment Opportunity Commission("EEOC"). The first charge of discrimination was settled by the parties and Atkins was reinstated to employment on May 12, 2008.

When certain terms of the reinstatement agreement were not carried out, Atkins filed a second charge of discrimination on or about February, 2009.

1

On October 8, 2009, Atkins filed grievances with SCHS concerning certain actions which occurred in the workplace.

On November 19, 2009, Atkins was transferred to another jobsite which resulted in a change in her employee benefits.

On May 20, 2010, while the EEOC charge was still pending, SCHS terminated Atkins' employment.

On May 21, 2010, SCHS filed a criminal complaint against Atkins with the Greensburg Police Department.

On January 26, 2011, Atkins filed a complaint in this Court. Record document 1.

On February 8, 2011 Atkins was arrested by an employee of the Louisiana State Police on eight counts of **POSSESSION OF CONTROLLED DANGEROUS SUBSTANCES** in violation of LSA-RS 40:971.B. .

On April 11, 2011, t he State of Louisiana instituted a criminal prosecution in the 21st Judicial District Court, Saint Helena Parish, docket number 18950. In the bill of information, the State of Louisiana accused Atkins of eight counts of **POSSESSION OF CONTROLLED DANGEROUS SUBSTANCES** in violation of LSA-RS 40:971.B. Each separate count alleged that the "controlled dangerous substance" was either Cialis or Viagra.

2

Atkins filed a motion to quash the information on the grounds that Cialis and Viagra are not controlled dangerous substances as defined by LSA-RS 40:961 et seq. On May 8, 2012, the State of Louisiana filed a motion to dismiss in docket number 18950.

On May 7, 2012, the State of Louisiana instituted a second criminal prosecution in the 21st Judicial District Court, Saint Helena Parish, docket number 19735. In the bill of information, the State of Louisiana accused Atkins of eight counts of **OBTAINING LEGEND DRUGS BY MISREPRESENTATION OR FRAUD** in violation of LSA-RS 40:1238.3. The only information provided in the bill of information was the date of the alleged offense- April 15, 2009.

On September 24, 2012, the United States District Court, Middle District of Louisiana, entered an order administratively closing this case pending the resolution of the state court criminal prosecution. Record document 24.

On March 4, 2013, the date the trial by jury was scheduled to commence in the 21st Judicial District Court, the State of Louisiana nolle prossed the charge.

Atkins submitted a public records request to the District Attorney for a complete copy of the District Attorney's file. On April 10, 2013, the District Attorney denied the request and stated: …**the matter remains active, and <u>due to information received since March 4, 2013,</u> it is likely that the same, similar or additional charges…will be forthcoming.**

3

In response to the threat of additional criminal charges, Atkins filed a motion to quash based on the passage of six months since the date of the most recent dismissal pursuant to LSA-C.Cr.P. article 532(7). The Court heard the matter on October 18, 2013. At the hearing, the State of Louisiana stipulated on the record **that the matter was dismissed and that there is no charges pending against the defendant.**

Thereafter, Atkins made a second public records request to the District Attorney. In a letter dated December 2, 2013, the District Attorney again denied the public records request and stated: **We are currently considering whether to file additional criminal charges against Ms. Atkins…**

On March 26, 2014, Atkins filed a motion for discovery, in the alternative, for sanctions, pursuant to LSA-C.Cr.P. article 729.5 which requires a party to "promptly" notify the other party of the existence of additional evidence discovered since compliance with an earlier discovery order.

On June 20, 2014, the State of Louisiana stipulated on the record that **PRESCRIPTION HAS RUN OUT ON THESE CHARGES AND THEY CANNOT BE REBILLED.** Exhibit 1(transcript of June 20, 2014 hearing).

**2.     conclusion and relief sought.**

Since the state criminal proceeding has now been terminated favorably to the plaintiff, plaintiff moves the court reopen the case and set the matter for a scheduling conference.

        HOGAN & HOGAN

        *Thomas J. Hogan, Jr.*
        _____
        THOMAS J. HOGAN, JR., T. A.
        Bar Roll #06908
        Post Office Box 1274
        Hammond, Louisiana 70404
        (985) 542-7730

        thogan48@bellsouth.net

        Attorney for plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2014, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Alex J. Peregine; Christa Forrester. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

        *Thomas J. Hogan, Jr.*
        _____