UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN A. ATKINS                    CIVIL ACTION

VERSUS                                 No. 11-47-RLB

SOUTHEAST COMMUNITY
HEALTH SYSTEMS

**PLAINTIFF'S MOTION TO STRIKE RECORD DOCUMENT 33**

Plaintiff moves to strike Record document 33 as it is now superseded by Record document 34-1.

           HOGAN & HOGAN

           */s/ Thomas J. Hogan, Jr.*
           _____
           THOMAS J. HOGAN, JR., T. A.
           Bar Roll #06908
           Post Office Box 1274
           Hammond, Louisiana 70404
           (985) 542-7730

           thogan48@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Alex J. Peregine, Amanda Williams Cox.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  Joseph A. Freeman, M.D., Selena Senegal.

                                                                               */s/ Thomas J. Hogan, Jr.*
                                                                               _____