# Transcript of the Testimony of
# **Gwendolyn Ann Ard Atkins**

### Date taken: August 10, 2016

### **Gwendolyn A. Atkins v. Southeast Community Health Systems**

All electronic deposition & exhibit files
are available at **<<<www.psrdocs.com>>>**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# **Professional Shorthand Reporters, Inc.**
**Phone:504-529-5255**
**Fax:504-529-5257**
**Email:reporters@psrdocs.com**
**Internet: http://www.psrdocs.com**

**EXHIBIT 1**

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

## Page 1

```
           UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF LOUISIANA


GWENDOLYN A. ATKINS
                CIVIL ACTION NO.
                11-00047-RLB
VERSUS

SOUTHEAST COMMUNITY
HEALTH SYSTEMS


     Deposition of GWENDOLYN ANN ARD ATKINS,
67 Ard Road, Greensburg, Louisiana 70441, taken
in the offices of Hogan & Hogan, 309 East Church
Street, Hammond, Louisiana 70401, on Wednesday,
the 10th of August, 2016.

APPEARANCES:
HOGAN & HOGAN
(By: Thomas J. Hogan, Jr., Esq.)
309 East Church Street
Hammond, Louisiana 70401

          ATTORNEYS FOR PLAINTIFF

PERAGINE LAW FIRM, LLC
(By: Christa Hayes Forrester, Esq.)
527 East Boston Street
Suite 201
Covington, Louisiana 70433

          ATTORNEYS FOR DEFENDANT
```

## Page 2

```
 1   REPORTED BY:
 2      GRETCHEN ALEXANDER, CCR, RPR
        PROFESSIONAL SHORTHAND REPORTERS, INC.
 3      (504) 529-5255
 4
 5           * * *
 6      EXAMINATION INDEX
 7             Page
 8   EXAMINATION BY MS. FORRESTER ..........8
     EXAMINATION BY MR. HOGAN ............171
 9   EXAMINATION BY MS. FORRESTER ........189
     EXAMINATION BY MR. HOGAN ............199
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              * * *
 2          INDEX OF EXHIBITS
 3                      Page
 4   Exhibit No. 1 ......................13
 5   First Amended Complaint
 6   Exhibit No. 2 ......................32
 7   Memorandum from Linda Beauvais to Gwen Atkins
 8   dated May 8, 2008, labeled SCHS-000015
 9   Exhibit No. 3 ......................36
10   Notice from Linda Beauvais to Ms. Atkins dated
11   March 14, 2008, labeled SCHS-000088
12   Exhibit No. 4 ......................43
13   Pages labeled SCHS-000113 through SCHS-000116
14   Exhibit No. 5 ......................45
15   Letter from Henrietta Spears to Ms. Atkins dated
16   05/05/08, labeled SCHS-000121
17   Exhibit No. 6 ......................47
18   Copies of checks labeled SCHS-000122 and
19   SCHS-000130
20   Exhibit No. 7 ......................57
21   Document labeled SCHS-000162
22   Exhibit No. 8 ......................58
23   Fax from Ms. Atkins to Jacob Johnson, labeled
24   SCHS-000153 and SCHS-000154
25
```

## Page 4

```
 1        INDEX OF EXHIBITS (CONTINUED)
 2
 3   Exhibit No. 9 ....................107
 4   U.S. Equal Employment Opportunity Commission
 5   Notice of Charge of Discrimination labeled
 6   SCHS-000186
 7   Exhibit No. 10 ....................109
 8   Letter to Ms. Atkins from Selina Senegal dated
 9   May 20, 2010, labeled SCHS-000221
10   Exhibit No. 11 ....................63
11   Documents received from plaintiff's counsel
12   dated 8/1/2010, directed to appeal department
13   from Ms. Atkins
14   Exhibit No. 12 ....................79
15   PDA Complete Client File Review labeled
16   SCHS-000498
17   Exhibit No. 13-A ...................80
18   Document printed from PDA website labeled
19   SCHS-000497
20   Exhibit No. 13-B ...................104
21   Southeast Community Health Systems, Indigent
22   Drug Assistance Program, Medication Receipt and
23   Distribution Log, labeled SCHS-000444 through
24   SCHS-000480
25
```

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 5

1    INDEX OF EXHIBITS (CONTINUED)
2
3    Exhibit No. 14 .....................132
4    Dispensing Transactions for Oscar D Art, labeled
5    SCHS-000484
6    Exhibit No. 15 .....................136
7    Affidavit of Oscar Ard labeled SCHS-000245 and
8    SCHS-000246
9    Exhibit No. 16 .....................137
10   Affidavit of Lionel Porter labeled SCHS-000243
11   and SCHS-000244
12   Exhibit No. 17 .....................138
13   Dispensing Transactions for Lionel Porter
14   labeled SCHS-000503
15   Exhibit No. 18 .....................139
16   PDA Complete Client File Review for Johnny R.
17   Flowers, labeled SCHS-000502
18   Exhibit No. 19 .....................141
19   Affidavit of Johnny Flowers labeled SCHS-000241
20   Exhibit No. 20 .....................142
21   Dispensing Transactions for Johnny R Flowers
22   labeled SCHS-000501
23   Exhibit No. 21 .....................147
24   PDA Complete Client File Review for Leroy Ard,
25   labeled SCHS-000483

Page 6

1    INDEX OF EXHIBITS (CONTINUED)
2
3    Exhibit No. 22 .....................150
4    Affidavit of Charles Cleveland, labeled
5    SCHS-000239 and SCHS-000240
6    Exhibit No. 23 .....................152
7    Dispensing Transactions for Charles Cleveland,
8    labeled SCHS-000499
9    Exhibit No. 24 .....................154
10   PDA Complete Client File Review for Bridgette R.
11   Atkins, labeled SCHS-000496
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1    S T I P U L A T I O N
2
3         It is stipulated and agreed by and
4    between counsel for the parties hereto that
5    the deposition of the aforementioned witness
6    is hereby being taken for all purposes
7    allowed under the Federal Rules of Civil
8    Procedure, in accordance with law, pursuant
9    to notice;
10        That the formalities of reading and
11   signing are specifically not waived;
12        That the formalities of sealing,
13   certification and filing are specifically
14   waived;
15        That all objections, save those as
16   to the form of the question and the
17   responsiveness of the answer, are hereby
18   reserved until such time as this deposition,
19   or any part thereof, may be used or sought
20   to be used in evidence.
21             *    *    *    *
22        GRETCHEN ALEXANDER, Certified
23   Court Reporter in and for the State of
24   Louisiana, officiated in administering the
25   oath to the witness.

Page 8

1         GWENDOLYN ANN ARD ATKINS,
2    after having been first duly sworn by the
3    above-mentioned court reporter, did
4    testify as follows:
5    EXAMINATION BY MS. FORRESTER:
6         Q    Could you state your name for the
7    record, please?
8         A    My name is Gwendolyn Ann Ard Atkins.
9         Q    Is Ard your maiden name?
10        A    Yes.
11        Q    And Atkins is your married name?
12        A    Yes.
13        Q    Are you currently married?
14        A    No.  Divorced.
15        Q    Okay.  Where do you reside,
16   Ms. Atkins?
17        A    Greensburg.  You need the physical --
18        Q    Yes, ma'am.
19        A    67 Ard Road.
20        Q    Like your maiden name?
21        A    Yes.  Greensburg.
22        Q    Does anyone reside there with you --
23        A    Yes.
24        Q    -- currently?
25             Who lives there --

Pages 5 to 8

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 9

1      A    My son.
2      Q    -- with you?
3           Who is your son?
4      A    JoDarius Flowers.
5      Q    And how old is your son?
6      A    19.
7      Q    Anybody else reside there with you?
8      A    That's it.
9      Q    Has anyone ever resided there with
10     you --
11     A    Yes.
12     Q    -- besides JoDarius?
13     A    Yes.
14     Q    Who else has --
15     A    Bridgette Atkins.
16     Q    Is that your daughter?
17     A    Yes.
18     Q    When did she live there with you?
19     A    Up until about two years ago.
20     Q    So until about 2014?
21     A    Yes.
22     Q    Anybody else?
23     A    She has -- well, she was pregnant.
24     That's it -- other than Johnny Flowers.
25     Q    Okay.  Is Johnny JoDarius's --

Page 10

1      A    Yes.
2      Q    -- father?
3      A    Yes.
4      Q    And he has lived there with you in
5      the past?
6      A    Yes.
7      Q    And when did he live there with you?
8      A    I know it had to be '90 -- let's say
9      '90, all the way up to, say, 2010.
10     Q    Two thousand --
11     A    No, two thousand and -- no.  Let me
12     get myself together.
13          Nineteen -- okay.  JoDarius -- he was
14     about four -- Jo was about four years old.
15     Q    When he moved out?
16     A    Yes.
17     Q    When Johnny moved out?
18     A    Yes.
19     Q    Okay.  So he moved in in about 1990?
20     I'm not going to hold you to --
21     A    Yes, yes.
22     Q    -- dates exactly, but just your best
23     estimate.
24          And he moved out when JoDarius was
25     about --

Page 11

1      A    Four --
2      Q    -- four -- four years old, until --
3      A    Four.
4      Q    -- about 15 years ago?
5      A    Yes.
6      Q    Which would be 2001; does that --
7      A    Yes.
8      Q    -- sound about right?
9      A    Yes, yes.
10     Q    Okay.  Has anybody else ever lived
11     there with you?
12     A    No.
13     Q    How long have you lived at 67 Ard
14     Road?
15     A    On and off, for 54 years.
16     Q    Is that your childhood home?
17     A    Yes.
18     Q    Okay.  So when did you move in, the
19     most recent time, without moving out, if that
20     makes sense?
21     A    I moved back from Tennessee in --
22     let's see.
23          Had to be around '99.
24     Q    1999 or so?
25     A    No.  It was -- uh-uh.

Page 12

1      Q    Before that?  After that?
2      A    It had to be around '94, because I
3      was in Tennessee for a while.
4      Q    Okay.  So when Johnny Flowers first
5      lived with you, was he living with you somewhere
6      other than 67 --
7      A    No.
8      Q    -- Ard Road?
9      A    No.  I met him in '95.
10     Q    So you moved back to 67 Ard Road in
11     about '94; is that right -- from Tennessee?
12          And, again, I'm just asking for your
13     best estimate.  I know it's a long time ago.
14     But mid '90s, would that be fair to say --
15     A    Yeah.
16     Q    -- around then?
17     A    Mid '90s.
18     Q    And after that, say within a year or
19     two, Johnny moved in with you there?
20     A    Uh-huh.
21     Q    Yes, ma'am?
22     A    Because JoDarius --
23     Q    You need to say --
24     A    Yes.
25     Q    -- "yes."

Pages 9 to 12

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 13

1    A    Yes.
2    Q    I'm sorry.  You don't have to say
3  "ma'am" to me.
4    A    Okay.  I could.
5    Q    No, that's me saying -- reminding my
6  kids to say that all the time.  It's a habit.
7  Definitely don't have to call me "ma'am."
8         Okay.  I'm going to introduce some
9  exhibits, and I'll mark these as I go.
10        This is just a copy of the first
11  amended complaint that was filed by your
12  attorney in this matter on April 15th of 2015.
13   A    Okay.
14   Q    I just want to see if you can
15  identify that for the record.  Have you seen
16  Defendant's Exhibit 1 before?
17   A    Yes.
18   Q    And that is, I believe, the most
19  recent version of your lawsuit in this matter,
20  the most recently amended version.  Is that your
21  understanding as well?
22   A    Yes.
23   Q    And if you turn to pages 9 -- just
24  turn to page 9.
25   A    Okay.

Page 14

1    Q    It has the first cause of action.  It
2  says "Title VII violation."
3         In Paragraph 37, you see where I'm --
4    A    Right.
5    Q    -- reading there?
6    A    Uh-huh.
7    Q    And it says "Southeast," my client --
8    A    Okay.
9    Q    -- "violated Title VII by retaliating
10  against plaintiff" -- which is you -- "for
11  having filed a charge of discrimination with the
12  EEOC."
13        Is that your understanding of what
14  that cause of action is, it's retaliation for
15  you filing a charge with the EEOC?
16   A    Yes.
17   Q    And your second cause of action is
18  "malicious prosecution."
19        Is that your understanding of what
20  your second cause of action is?
21   A    Yes.
22   Q    And your third cause of action is
23  on -- or begins on page 11, and it's "state law
24  defamation claim."
25        Is that your understanding of what

Page 15

1  your third cause of action is?
2    A    Yes.
3    Q    You're not aware of any other causes
4  of action that you're trying to bring in this
5  lawsuit, are you, besides retaliation, malicious
6  prosecution, and defamation?
7    A    No.
8    Q    Okay.  You first went to work for
9  Southeast, according to my records, in 1995.
10  Does that sound about right to you?
11   A    No.
12   Q    What's your understanding of when you
13  went to work there?
14   A    '96.
15   Q    You're right.
16        Your application was in 1995.  You
17  were hired, according to our records, on
18  July 24th, 1996.  Does that sound right --
19   A    In and --
20   Q    -- give or take?
21   A    In and -- yeah, in and about.
22   Q    And again, according to the records
23  that I've seen, you were hired as a
24  custodian/driver --
25   A    Correct.

Page 16

1    Q    -- originally.
2    A    Yes.
3    Q    And was it your job to transport
4  patients --
5    A    Yes.
6    Q    -- initially?
7         And I believe you were -- this is
8  appallingly low in this day and age, but I
9  believe that you were paid $6 an hour; is that
10  right?
11   A    Yes.
12   Q    What was minimum wage then, if you
13  remember?
14   A    I don't know.
15   Q    Yeah, I don't remember either.
16        Okay.  So at some point your job
17  duties with Southeast changed; is that correct?
18   A    Yes.
19   Q    When did you become something other
20  than a custodian/driver?
21   A    In and around 1999.
22   Q    And what did you become in 1999?
23   A    The receptionist at the Southeast --
24  no.  It was the rural clinic at that time.
25   Q    Was that the only location at that

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 17

1 time in Greensburg? That's the one you're
2 talking about, right?
3     A    Uh-huh. That was the only one.
4     Q    So you worked the front desk,
5 basically?
6     A    Yes.
7     Q    Greeted patients --
8     A    Yes.
9     Q    Did you sign them into the system in
10 some kind of way, the computer system, at that
11 point, when you first took it over?
12     A    No.
13     Q    That was somebody else's job or --
14     A    We --
15     Q    -- you didn't --
16     A    We didn't have any medical -- I mean
17 we didn't have computers at that time.
18     Q    That was before EHS?
19     A    Yes, yes.
20     Q    When did EHS come about?
21     A    Pretty much probably in the 2007 --
22 in and around that area.
23     Q    So from 1999 to 2007 the front desk
24 people would manually check people in?
25     A    Yes.

Page 18

1     Q    Were there other people who were
2 receptionists during that period or worked at
3 the front --
4     A    Yes.
5     Q    -- desk with you?
6     A    Elaine Dorsey and Rose Hitchens.
7     Q    Both at the Greensburg location?
8     A    Yes.
9     Q    What other job duties did you have
10 besides logging in the patients, either manually
11 or in EHS?
12     A    I ordered the patient medication from
13 the patient assistance program.
14     Q    And I have that as prescription
15 assistance program. Same -- can we call it PAP
16 when --
17     A    Yes, that's fine. But during that
18 time it was the patient assistance program.
19     Q    Okay. So before EHS, did you have
20 online access to the PAP?
21     A    No.
22     Q    When did you first have online
23 access -- and by "you" I mean Southeast
24 receptionist, generally, or whoever's job it
25 was. We'll get into that, but --

Page 19

1     A    I went to a training at -- in and
2 around 2007 I was sent to a training by Patty
3 Wall.
4     Q    And what was Patty Wall's job at that
5 time?
6     A    She was the finance director.
7     Q    And your training was in how to
8 perform those functions online?
9     A    Yes. We was introduced to PDS USA.
10     Q    And was that the online portal or --
11     A    Yes.
12     Q    For prescription assistance?
13     A    Yes.
14     Q    And just to back up a little bit,
15 Southeast is a federally qualified health
16 center; is that your understanding --
17     A    Yes.
18     Q    -- as well?
19         And by that, that means Southeast is
20 a nonprofit organization, right?
21     A    Yes.
22     Q    And it is their responsibility and
23 directive, I guess, to provide medical care to
24 people regardless of their ability to pay --
25     A    Yes.

Page 20

1     Q    -- is that your --
2     A    Yes.
3     Q    -- understanding also?
4         So if someone didn't have insurance,
5 Southeast wouldn't turn them away; is that
6 correct?
7     A    Yes.
8     Q    But if someone did have insurance,
9 they could go to Southeast also --
10     A    Yes.
11     Q    -- right?
12     A    Yes.
13     Q    And for billing, what's your
14 recollection of how billing fees were determined
15 for the individual patient, if you remember?
16     A    Okay. If the patient come in and
17 they say they don't have income, they were
18 allowed to write a statement saying, "My name is
19 Jane Doe, I don't have any income at this
20 present time," but they were still able to be
21 seen.
22         And I'm not sure, but I think it was
23 a $7 fee they had to pay once they come from the
24 back. I'm not quite sure on that.
25     Q    Were you aware that Southeast had a

Gwendolyn Ann Ard Atkins

Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 21

1 sliding fee scale so that, for example, if
2 somebody had a lower income -- did have some
3 income, but had a lower income -- they would pay
4 less than somebody with a higher income,
5 something --
6 A If --
7 Q -- like that?
8 A To my recollection --
9 Q And I know you --
10 A -- everybody was --
11 Q -- didn't do billing.
12 A -- everybody was set for just one
13 price, regardless to their ability -- you know,
14 what they -- if they were higher or lower. I
15 think it was just a set fee, because I wasn't in
16 the checkout area, you know.
17 Q Okay. You only logged them in?
18 A Yes.
19 Q Okay. But your basic understanding,
20 would you agree with me that Southeast is
21 working with patients on occasion who can't pay
22 for medical care -- or can't pay the full amount
23 for medical care; is that right?
24 A It was quite a bit -- you know, most
25 of the patients wasn't able to pay their fee

Page 22

1 then, but they had -- they received the care.
2 Q And what's your understanding -- your
3 recollection of what a patient had to do to
4 qualify for the prescription assistance program?
5 Was that open to all patients?
6 A Well, some of the patients had
7 Medicare, and Medicare wouldn't provide -- the
8 elder patients -- Medicare wouldn't -- I mean
9 the -- Medicare didn't pay for their medicine,
10 so the doctor would write a statement, and they
11 would qualify.
12 But my recollection, and the way it
13 was told to me to do, was to provide a patient
14 assistance application, their proof of income,
15 and a signed scrip from the doctor.
16 Q A signed -- I'm sorry. What was that
17 last --
18 A Scrip --
19 Q Prescription --
20 A -- prescription.
21 Q -- from the doctor?
22 A From the doctor.
23 Q And that would get them enrolled and
24 started in --
25 A Yes.

Page 23

1 Q -- the prescription assistance --
2 A Uh-huh.
3 Q -- program?
4 You need to say "yes" and "no."
5 A Yes.
6 Q I'm --
7 A Okay.
8 Q Everybody does it.
9 A Okay.
10 Q So income amount was taken into
11 consideration, to your knowledge?
12 A My only duty was to apply to the
13 program, send the information in. If the
14 pharmaceutical was to approve them, they would
15 get a notice sent back to their home address,
16 and then they'd get an application -- a notice
17 sent to the doctor's offices telling them they
18 have been approved or disapproved.
19 If for any reason that the medi --
20 they wasn't approved or any information was
21 missing from that application, it was also sent
22 back to the patient's house, and they would have
23 to bring it back in to me. And I had to go over
24 what was the problem, fix it, and mailed it back
25 off.

Page 24

1 Q And once Southeast moved to -- once
2 you went to that online training and Southeast
3 moved to doing it online, were those
4 applications completed online, or how were they
5 handled?
6 A Well, they were completed on the
7 computer.
8 Q And who would do that?
9 A I did.
10 Q Would any of the other receptionists
11 or front desk people --
12 A Well, we --
13 Q -- have that job duty?
14 A Yeah. We had changed to some more
15 receptionists by that time. Shariee Jones.
16 Q Anybody else?
17 A Martha Johnson.
18 Q And this would have been around the
19 2007 mark when you went to doing it online?
20 A Well, Shariee took over it once I got
21 terminated the first time.
22 Q Okay. And we're going to go through
23 all those --
24 A Oh, okay.
25 Q -- records.

Pages 21 to 24

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 25

1      That's okay.
2      A    Yeah.
3      Q    So other people did, at times, do the
4  online --
5      A    Yes.
6      Q    -- part?
7      Okay.  So when you say it was
8  completed online by you, it might be completed
9  by you, might be completed by somebody else,
10 depending on --
11     A    Yeah.  Because we all had -- we all
12 was using the same computer.
13     Q    Now, did everybody have the same
14 log-in?  Was there a way to -- go ahead.
15     A    My log-in.
16     Q    Everybody used your log-in?
17     A    Everybody used my log-in.
18     Q    Nobody else had their own individual
19 log-in?
20     A    No.
21     Q    And who were the people who used your
22 log-in?
23     A    Shariee Jones.
24     Q    Do you know how to spell her first
25 name?

Page 26

1      A    I'm going to say S-H-A-R-I-E-E.
2      Q    She was a front desk person --
3      A    Yes.
4      Q    -- receptionist, right?
5      A    Yes.
6      Q    And who else?
7      A    Martha Johnson.
8      Q    And she was also a front desk person?
9      A    No.  She was a medical assistant.
10 But she did the program in the Cheneyville area.
11     Q    So she didn't do it in Greensburg?
12     A    Yeah.  She did it from my computer,
13 and when she came to Greenberg, she was --
14     Q    She would do it for Cheneyville
15 patients from Greensburg?
16     A    Uh-huh.
17     Q    Okay.  To your knowledge, was Martha
18 Johnson still working there at Southeast when
19 you were terminated the last time?
20     A    Yes.
21     Q    How about Shariee Jones?
22     A    Yes.
23     Q    Do you know if Shariee Jones is still
24 employed with Southeast?
25     A    No.

Page 27

1      Q    No, she's not, or no --
2      A    No, she's not.
3      Q    When's the last time you talked to
4  Shariee?
5      A    Maybe since I left Southeast.
6      Q    How about Martha Johnson, when's the
7  last time you talked to her?
8      A    At least three, four years.
9      Q    Is Martha still employed with
10 Southeast --
11     A    No.
12     Q    -- if you know?
13     Have you ever talked to Martha about
14 the fact that you have a lawsuit against
15 Southeast?
16     A    No.
17     Q    How about Shariee, have you ever
18 spoken --
19     A    No.
20     Q    -- with her about that?
21     Okay.  Was there ever any occasion
22 when you would have to call in prescription
23 assistance information for any reason, rather
24 than using the online --
25     A    Yes.

Page 28

1      Q    Tell me what would --
2      A    How to --
3      Q    -- tell you to do that.
4      Okay.  Each patient qualifies for one
5  year.
6      Q    Qualifies for the --
7      A    Patient --
8      Q    -- prescription assistance?
9      A    Okay.  Yeah.
10     Q    The PAP?
11     A    Yeah.  Okay.  PAP for one year.
12     Every three months -- you don't have
13 to keep sending application, prescriptions,
14 income in.  They had a pharmaceutical hotline.
15 You can call every three -- well, you have to
16 call six to eight weeks prior to the patients
17 running out of the medicine.  So they have to
18 let me know what month -- how many months they
19 have left on their medication.  Then I have to
20 let the doctor know that this patient called in
21 and informed me that their medicine -- was time
22 to be ordered.
23     Q    And then what would happen?
24     A    Then I would call the hotline once I
25 get the okay from the doctors or nurse

Pages 25 to 28

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 29

1  practitioners.
2  Q   And how would you get that okay?
3  Would it be in writing?  Would it be another --
4  A   Verbal.
5  Q   -- prescription?
6  A   No.  You don't have to keep sending
7  prescriptions each time.
8  Q   Who told you you don't have to keep
9  sending a prescription each time?
10  A   The pharmaceutical company.
11  Q   Who told you you didn't need a
12  prescription in the chart, if anybody?
13  A   I don't put anything in the charts.
14  I don't go in the patient chart, period, for
15  nothing.
16  Q   So let's say when you first sent in
17  the application it had a prescription for
18  90 doses of some medication --
19  A   Okay.
20  Q   -- like a three-month supply, if they
21  took it once a day --
22  A   Okay.
23  Q   -- and three months later the patient
24  called you and said, "I would like another
25  three-month supply, I'm almost out of my

Page 30

1  medication," would there be a new prescription
2  written?
3  A   No.
4  Q   And who, if anybody, at Southeast
5  could verify that this was fine and okay and the
6  way it was done?
7  A   The doctor or the nurse practitioner.
8  Q   Which doctors and nurse practitioners
9  would orally tell you to call in prescriptions
10  without a written prescription?
11  A   Dr. Ballard.
12  Q   Who else?
13  A   Dr. Cleveland.
14  Q   Who else?
15  A   Let me think who all was there.
16  Every one of them, but let me think who all was
17  there.
18      Dr. Faller, Dr. Barreda [phonetic].
19  Q   What about nurse practitioners?
20  A   Tammy Smith.
21      I didn't order for Missy Stringer.
22  Q   Did you say you did one for Missy
23  Stringer?
24  A   I didn't.
25  Q   You didn't do one for Missy Stringer?

Page 31

1  A   I didn't, no, not to my knowledge.
2      I need to go back and answer some
3  more doctors.
4  Q   Okay.  Go ahead.
5  A   Baruga Ravi [phonetic].
6  Q   You're going to need to spell that
7  one for me.
8  A   I don't know.  All I --
9  Q   Baruga Ravi?
10  A   Uh-huh.  All I know is R-A-V-I.
11      Nathan Forrest and Jiveshwar Kumar.
12  Q   Okay.  And if at any point during the
13  deposition you remember any other doctor or
14  nurse practitioner --
15  A   Okay.
16  Q   -- feel free to tell me.
17  A   Okay.
18  Q   Okay.  Who was Linda Beauvais?
19  A   She was the executive director.
20  Q   Of Southeast --
21  A   It was --
22  Q   I believe at that time it was
23  St. Helena Community --
24  A   Yeah.  It was --
25  Q   -- Health Center.

Page 32

1  A   -- St. Helena Community Health
2  Center.
3  Q   And that used to be the title for the
4  highest level person, correct?
5  A   Yes.
6  Q   Now, I believe they use the title CEO
7  as -- they were doing that before you left,
8  weren't they -- Southeast?
9  A   Yes.
10  Q   And Linda Beauvais term- -- or I'm
11  sorry.
12      Linda Beauvais wrote you up in May of
13  2003 for something to do with the 340B drug
14  program; is that correct?
15  A   Yes.
16  Q   I'll show you what I've marked as
17  Exhibit 2 --
18  A   Okay.
19      MS. FORRESTER:
20          Here you go, Tom.
21  EXAMINATION BY MS. FORRESTER:
22  Q   -- which is Bates-labeled document
23  SCHS-15.
24      Have you seen Defendant's Exhibit 2
25  before, Ms. Atkins?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 33

1      A   Yes, I have.
2      Q   Is this the write-up that Linda
3  Beauvais gave you on May 8th, 2003?
4      A   Yes, it is.
5      Q   Tell me what this is based on or what
6  led to it, if you recall.
7      A   Okay.  I qualified for the 340B
8  program because of poverty guidelines.  I had
9  insurance through Southeast -- I mean, I guess,
10  St. Helena Community Health Center at that time.
11  However, the insurance did not cover my shot for
12  family planning.
13      Q   So you applied to patient assistance?
14      A   Well, I was already enrolled.  It's
15  not -- it's the 340B program.  It's different.
16      Q   Was this before PAP?
17      A   Yes, yes.
18      Q   But it was also --
19      A   All --
20      Q   -- a matter of --
21      A   It was --
22      Q   -- I guess, providing --
23      A   This was sliding fee, and then this
24  is -- once you do -- the sliding fee is
25  considered that, because you can go -- our

Page 34

1  medicines was housed at the drugstore, which is
2  Curry's pharmacy, and you can get that medicine
3  on the 340B program, but you still had to pay
4  for it.
5      So by my insurance not paying for my
6  Depo shot -- I was already enrolled in 340B
7  program, so when I went to -- I went and got the
8  medicine, and for some reason Linda was not
9  aware or she didn't know that you can be a
10  patient and still be on the 340B program and
11  have insurance.
12      Q   So did Southeast get billed the 62.70
13  because you were a patient at Southeast, or how
14  did that work?  Why was Southeast asking you
15  for -- and let me just take a moment and say I'm
16  going to use the term "Southeast" even for
17  before they were Southeast --
18      A   Okay.
19      Q   -- for when it was St. Helena
20  Community Health Center, just to be clear,
21  but -- and simple -- but what is your
22  recollection of why they were billing you
23  $62.70, "they" being Southeast?
24      A   I'm not sure.  But I did pay it.
25      Q   You paid it to Southeast?

Page 35

1      A   I paid it to them.
2      Q   Okay.  Because the first sentence of
3  Defendant's Exhibit 2 says, "Through error, you
4  recently received prescription medication that
5  was paid for by the St. Helena Community Health
6  Center through the 340B drug program."
7      So would you agree with me that it
8  sounds like St. Helena Community Health
9  Center/Southeast paid for your prescription
10  medication and they were asking you to repay
11  them?
12      A   Yes.
13      Q   And if I'm understanding you
14  correctly -- maybe there was some confusion with
15  Linda -- that's something Southeast would do for
16  its patients who qualified for the 340B?
17      A   Uh-huh.
18      Q   Correct?
19      A   Right.  Yes.
20      Q   And you happened to be both a patient
21  and an employee --
22      A   Yes.
23      Q   -- right?
24      And so you didn't dispute Defendant's
25  Exhibit 2, apparently, at the time, did you?

Page 36

1      I mean at that time.  I know you
2  disputed later --
3      A   No, not at that time, but I did write
4  to the 340B program, and I got confirmation back
5  from them that it was irrelevant whether I was a
6  patient -- I mean, whether I was --
7      Q   An employee?
8      A   -- an employee.
9      Q   And that was in the March 2008
10  incident --
11      A   Yes, yes.
12      Q   -- where you were terminated the
13  first time --
14      A   Yes.
15      Q   -- right?
16      A   Yes.
17      Q   Let's go to that.
18      I'm going to show you what I've
19  marked as Defendant's Exhibit 3, which is Bates
20  labeled SCHS-88.  Appears to be a notice of
21  termination directed to you and signed by Linda
22  Beauvais.  Have you seen Defendant's Exhibit 3
23  before?
24      A   Yes, I have.
25      Q   And Linda Beauvais was still the

Pages 33 to 36

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 37

1  executive director as of March 2008?
2      A   Yes.
3      Q   And your employment was, in fact,
4  terminated on March 14th, 2008, right?
5      A   Yes.
6      Q   And that was, again, for the 340B
7  program -- when I say "again," first time you
8  were terminated, second time that Linda Beauvais
9  had given you a piece of paper about 340B.
10  Would you agree with me about that?
11      MR. HOGAN:
12          Object to the form of the
13      question.  I don't understand the
14      question.
15      MS. FORRESTER:
16          It's not understandable, so
17      that's very -- I get it.
18  EXAMINATION BY MS. FORRESTER:
19      Q   Defendant's Exhibit 2, Linda Beauvais
20  had given you that, right --
21      A   No.
22      Q   -- or did she?
23          She didn't give you a copy of
24  Defendant's Exhibit 2?
25          I'm talking about in May 2003.  She

Page 38

1  didn't give you a copy of this?
2      A   Uh-uh.  She gave me both at one time.
3      Q   In May two thousand -- in March two
4  thousand --
5      A   Yes.  When I got terminated, that
6  day, she gave me both of these, together.
7      Q   Okay.  And by "these," you're
8  referring to --
9      A   Both --
10      Q   -- Exhibit 2 and Exhibit 3?
11      A   Yes.
12      Q   Got it.
13          But do you dispute that the incident
14  on Exhibit 2 did happen back in 2003 -- would
15  have been almost five years before?
16          I mean, you said you paid 62 --
17      A   2003?
18      Q   Right.
19      A   This didn't -- I know this didn't
20  happen then.  This had to be 2008, this date
21  here.
22      Q   The 62.70 that you repaid?
23      A   Was the -- has to be the same date as
24  this, because this supposed to be the same date.
25      Q   Right.  I know they were given to you

Page 39

1  on the same date, and I get that.  What I'm
2  asking you is:  When did you pay $62.70 to
3  Southeast, as demonstrated on Exhibit 2?
4          You told me that you did pay that to
5  Southeast, right?
6      A   Uh-huh.
7      Q   And so did you pay that $67 -- or
8  $62.70 in May of 2003 or March of 2008?
9      A   It had to be around the -- right
10  here, this March date.  Two thousand -- was
11  Linda even at the clinic at that time?
12      Q   In May of 2003?
13          You don't recall?
14      A   I don't recall ever seeing this paper
15  here given to me at no other time than with this
16  one.
17      Q   Okay.
18      MR. HOGAN:
19          Now, wait a minute now.  Which
20      one are you referring to?
21      MS. FORRESTER:
22          She -- I was just about to ask
23      that.
24  EXAMINATION BY MS. FORRESTER:
25      Q   So you don't recall seeing

Page 40

1  Defendant's Exhibit 2 at any time other than
2  when it was handed to you along with Defendant's
3  Exhibit 3?
4      A   Correct.  Yes.
5      Q   But what I'm asking you is:  Do you
6  recall two different incidents with the 340B
7  program or just one?
8      A   One.
9      Q   One incident?
10      A   One.
11      Q   And that was in March of 2008?
12      A   Yes.
13      Q   Tell me what you recall about that.
14      A   About -- I was called into the office
15  by Patty and Linda.  They told me I had received
16  that medication for my Depo from the drugstore
17  and I knew I didn't qualify for the program.
18      Q   And did you pay the $62.70 then?
19      A   Yes.
20      Q   But you dispute --
21      A   But this is the thing -- 2003 -- I
22  didn't see -- Linda didn't give me this, so I
23      Q   She never gave you --
24      A   She never gave me a copy of this
25  before this.

Pages 37 to 40

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 41

1    Q   Before Defendant's Exhibit 3?
2    A   Yes.
3    Q   Right.  And you've been very clear
4  about that, and I understand your testimony.  I
5  think you've been very clear in your testimony
6  that you never saw that piece of paper,
7  Defendant's Exhibit 2, until you were also
8  handed Defendant's Exhibit 3 in March of 2008.
9        But what I am asking you is whether
10  the incident that is on Defendant's Exhibit 2 is
11  a separate incident from the incident on
12  Defendant's Exhibit 3; and I believe I
13  understood you were saying no, this only
14  happened one time.
15    A   Yes.
16    Q   Is that right?
17    A   Yes.
18    Q   So -- and you disputed your
19  termination in March of 2008, didn't you?
20    A   Yes.
21    Q   You wrote board members about it,
22  right?
23    A   Yes.
24    Q   You filed for unemployment, right?
25    A   Yes.

Page 42

1    Q   You filed with the EEOC --
2    A   Yes.
3    Q   -- right?
4        Why did you pay the $62.70?
5    A   It's been so long.  I don't -- I
6  don't know what -- when I paid it.  At what
7  point I paid it, I'm not sure, but I know I
8  hadn't seen this before I got these, both these
9  together.
10    Q   Right.  You need to refer to them by
11  the exhibit numbers, just so it's clear on
12  the --
13    A   Okay.  I'll say --
14    Q   You didn't -- but again, like I said,
15  you've been very clear, and you're just saying
16  again that you didn't receive Exhibit 2 until
17  you got Exhibit 3, right?
18    A   Right.
19    Q   All right.  So in March of 2008 Linda
20  Beauvais and Patty -- what's Patty's last name
21  again?
22    A   Wall.
23    Q   -- Patty Wall called you in and told
24  you that your employment was being terminated
25  because they said you had improperly used the

Page 43

1  340B program for your family planning shot?
2    A   Yes.
3    Q   Now, March 2008, by that time, there
4  would have been online access, right, for some
5  type of prescription assistance?
6    A   Yes.
7    Q   Because you went to that training in
8  2007 --
9    A   Yes.
10    Q   -- correct?
11        So after you were terminated the
12  first time in March 2008, is that the time
13  period when you're saying Shariee took over --
14    A   Yes.
15    Q   -- the prescription assistance?
16        Okay.  I'm going to show you a
17  collective exhibit.  It's three page -- sorry --
18  four pages --
19    A   Okay.
20    Q   -- that I have marked as Exhibit 4,
21  and it's Bates labeled SCHS-113 through 116.
22    A   Okay.
23    Q   I believe these are the documents --
24  Exhibit 4 are the documents that you were
25  referencing earlier when you said you got

Page 44

1  confirmation that you could be both an employee
2  and a covered patient under 340B.
3    A   Yes.
4    Q   So is that what this is --
5    A   Yes.
6    Q   -- Exhibit 4?
7    A   Yes.
8    Q   And it looks like the question that
9  you asked this public health analyst at the
10  Healthcare Systems Bureau is -- the question you
11  ask here is, "Did I violate 340B program
12  guidelines by being both an employee and a
13  patient?"
14        Is that --
15    A   Yes.
16    Q   -- the question you asked?
17    A   Yes.
18    Q   And that's the question he
19  answered --
20    A   Yes.
21    Q   -- right?
22        And then 114 through 116 looks like a
23  printout from the U.S. Health Resources and
24  Services Administration, HRSA --
25    A   Yes.

Pages 41 to 44

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 45

1    Q    -- about the 340B drug pricing
2  program; is that right?
3    A    Yes.
4    Q    And the last page of that, someone
5  has drawn brackets around --
6    A    Uh-huh.  I did.
7    Q    You did that.
8         And it's "Example 4: Employees,"
9  right?
10   A    Yes.
11   Q    And that's specifically saying an
12  employee can be both a patient and a -- a
13  covered patient and an employee of the health
14  center, right?
15   A    Yes.
16   Q    I appreciate your patience.  One
17  second.
18        All right.  And then you were
19  reinstated, correct?
20   A    Yes.
21   Q    I'm going to show you what I've
22  marked as Defendant's Exhibit 5, which is
23  Bates-labeled document Southeast -- it's
24  SCHS-121, a letter to you signed by Henrietta
25  Spears, dated May 5th, 2008.

Page 46

1         Did you receive a copy of Defendant's
2  Exhibit 5 in or around May of 2008?
3    A    Yes.
4    Q    And according to Defendant's
5  Exhibit 5, you were to be reinstated, paid from
6  the date of your dismissal to date, and review
7  your pay rate upon your return --
8    A    Yes.
9    Q    -- is that correct?
10   A    Yes.
11   Q    Does that accurately summarize your
12  agreement with certain board members of
13  Southeast?
14   A    Yes.
15   Q    And it says here that you met
16  directly with some of the board members, right?
17   A    Yes.
18   Q    You met with Henrietta Spears, Scott
19  Galmon, Charles Muse?
20   A    Yes.
21   Q    And I'm gathering that you gave them
22  this information in Defendant's Exhibit 4 on
23  that --
24   A    Yes.
25   Q    -- occasion or some other time --

Page 47

1    A    Vanessa.  I gave it to Vanessa.
2    Q    Vanessa was -- what's Vanessa's last
3  name again?
4    A    Williams.
5    Q    Williams.  How could I have forgotten
6  that, right?
7         And Ms. Williams was, at that time,
8  Southeast's attorney --
9    A    Right.
10   Q    -- correct?
11   A    Yes.
12   Q    Okay.  I'm going to show you another
13  collective exhibit that I have marked as
14  Exhibit 6.  These are two Bates-labeled
15  documents.  One is Bates labeled SCHS-122, and
16  the second is Bates labeled SCHS-130.
17        Look with me, if you would, first at
18  page 122, the first page of Defendant's
19  Exhibit 6.  It appears to be a check to you from
20  Southeast in the amount of $4,588.40, and the
21  code description on the check stub is
22  "retroactive pay increase."
23        Have I read that correctly?
24        And I'm not asking you at this point
25  to tell me --

Page 48

1    A    Yeah.
2    Q    -- if you've seen it before or
3  anything, just is that what the document says.
4    A    Yes.
5    Q    And did you, in fact, receive a check
6  in the amount of $4,588.40 on or about May 8th,
7  2008, from Southeast?
8    A    Yes.
9    Q    And you negotiated the check?  You
10  cashed it, put --
11   A    Yes.
12   Q    -- it in your bank, whatever?
13        And you -- it was your understanding
14  that was for a retroactive pay increase, right?
15   A    Or was it back pay from me being --
16   Q    Okay.  That's exactly why I'm asking
17  you.
18        Let me ask it this way:  Was it your
19  understanding the first page of Defendant's
20  Exhibit 6 was partial payment for something in
21  the agreement in Defendant's Exhibit 5?
22   A    Yes.
23   Q    And which thing did you understand
24  Defendant's Exhibit 6 was for?
25   A    I know they told me in the meeting

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 49

1  that they were going to go back from the date I
2  was dismissed and pay me up until that time I
3  was reinstated.  Then they also went back -- was
4  it one year -- and gave me $2 for that period of
5  time, because I was -- I told them it was -- I
6  felt it was discrimination, so they went back
7  that -- maybe a year.
8      Q    Okay.
9      A    If I'm understanding --
10     Q    Well, let me show you this.  Look at
11  the second page of Defendant's Exhibit 6.  It's
12  a second check to you from Southeast dated
13  May 16th, 2008, this one in the amount of
14  $1,318.69.
15         Do you recall receiving that second
16  check in or around May of 2008?
17     A    It's the $62 reimbursed back on it?
18  Yes.  $62 for -- and 70 cent -- for the 340B
19  drug program is on there.  Yes.
20     Q    It's being paid back --
21     A    Yes.
22     Q    -- to you, right?
23     A    Yes.
24     Q    If you look at the description there
25  it has "miscalculation of federal, 1,228.29" --

Page 50

1      A    Uh-huh.  Uh-huh.
2      Q    -- right?
3      A    Right.  Yes.
4      Q    "Reimbursement for 340B drug
5  program," $62.70, right?
6      A    Yes.
7      Q    And "employee appreciation," $27.70?
8      A    Yes.
9      Q    So do you recall receiving both of
10  the checks identified in Defendant's Exhibit 6?
11     A    Yes.
12     Q    And was it your understanding that
13  those checks were in satisfaction of some of the
14  amounts noted on Exhibit 5?
15     A    Yes.
16     Q    And you mentioned a retroactive $2
17  pay increase.  My records show that brought you
18  to about $12.77 an hour.  Does that sound right?
19     A    Yes.
20     Q    And you were to be paid that rate
21  going forward also, right, not just for the past
22  year, but that --
23     A    Yes.
24     Q    -- was your new rate of pay when
25  you --

Page 51

1      A    Yes.
2      Q    -- came back to work --
3      A    Yes.
4      Q    -- right?
5          So when you returned to work in May
6  of 2008, did you go right back to the same job
7  duties, give or take?
8      A    Yes.
9      Q    So you were, once again, working with
10  the PAP, right?
11     A    Yes.
12     Q    And performing other receptionist
13  front desk duties?
14     A    Yes.
15     Q    But at some point you grew
16  dissatisfied with your pay again, correct?
17         Would that be a correct way of
18  putting it?
19     A    No.  Well, once I made it back, I
20  hadn't had a raise since 2007.  And that was one
21  of the things we had agreed upon, a look at my
22  salary, in my -- when I dismissed the EEOC
23  charge.
24     Q    You --
25     A    My raise wasn't looked upon.

Page 52

1      Q    Well, you had that $2 raise in 2008
2  when you were reinstated, right?
3      A    Well, according to what they said, it
4  was the -- in disparity that it happened,
5  because I hadn't had a raise, and the person
6  that was -- I had trained was making more than
7  me.
8      Q    Was she still -- who was that person?
9      A    Margaret.
10     Q    What was Margaret's last name?
11     A    Hubbard.
12     Q    And my understanding is that Margaret
13  is now deceased --
14     A    Yes --
15     Q    -- is that right?
16     A    -- she is.
17     Q    And that Margaret worked at the
18  Kentwood clinic --
19     A    Yes.
20     Q    -- is that right?
21         And the Kentwood clinic was an
22  acquisition, right?
23     A    Yes.
24     Q    Meaning that it had previously
25  operated, and Dr. Faller had owned it --

Pages 49 to 52

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 53

1    A    Yes.
2    Q    -- right?
3         And Margaret Hubbard had worked there
4    with Dr. Faller --
5    A    Yes.
6    Q    -- before she came to work with --
7    A    Yes.
8    Q    -- Southeast, right?
9    A    Yes.
10   Q    And do you know whether she was just
11   kept at her existing rate of pay the way
12   Dr. Faller had previously set it?
13   A    According to a list -- I'm not
14   sure -- I sent a pay list that was given to me
15   by Bobby Brown upon their arrival.
16   Q    She was already being paid that
17   amount?
18   A    I'm not quite sure, no.  This was
19   a -- this was a Southeast Community Health
20   Systems list, not Dr. Faller's list.
21   Q    But let me put it this way:  Do you
22   know one way or the other what she was being
23   paid by Dr. Faller before she came --
24   A    No.
25   Q    -- on?

Page 54

1    A    Had no clue.
2    Q    And do you know one way or the other
3    what her first rate of pay at Southeast was when
4    she came on board?
5    A    Yes.  It was on the list.
6    Q    So you don't know -- would you agree
7    with me that you don't know whether that was
8    what she was already being paid by Dr. Faller or
9    not?
10   A    No.
11   Q    Could have been; could have been
12   higher; could have been lower; we just don't
13   know as we sit here today --
14   A    Yes.
15   Q    -- you agree with that?
16        And what was that amount she was
17   being paid, if you remember?
18   A    I can't recall.
19   Q    It was more than you were --
20   A    Yes.
21   Q    -- being paid?
22        And I believe at the time you were
23   terminated you were making -- well, you were
24   making $2 less, so you were making about 10.77
25   an hour, right?

Page 55

1    A    To the best of my ability, I guess,
2    yes.
3    Q    And you don't have any recollection
4    of what she was making that was more than you?
5    A    I know it was 13-something.
6    Q    It was $13?
7    A    To my -- to my thoughts.
8    Q    It wasn't 11-something, to your
9    knowledge?
10   A    No.
11   Q    So when you came back and you got the
12   $2-an-hour raise, you thought you were still
13   making less than her?
14   A    I was.
15   Q    You definitely were?
16   A    I was.
17   Q    And how do you know that?
18   A    I had her check stub.
19   Q    Had her check stub how?
20   A    Her check was given.
21   Q    Her check stub was given?
22   A    My exact date and her exact date.
23   Q    What was that date that you had --
24   A    I --
25   Q    -- her check stub?

Page 56

1    A    I can't recall.
2    Q    How did you get her check stub?
3    A    I can't recall that either.
4    Q    And when did you have it?
5    A    When?
6    Q    Before or after you were terminated
7    the first time?
8    A    After.
9    Q    So you were reinstated in May of
10   2008?
11   A    Uh-huh.  Yes.
12   Q    Yes.
13        And according to my review of your
14   records, you normally were considered for raises
15   in July of each year --
16   A    Yes.
17   Q    -- because that was your anniversary
18   date?
19   A    Yes.
20   Q    And that July of 2008 you did not get
21   another increase, right?
22   A    Yes.
23   Q    Okay.  And was that what was -- what
24   you were complaining about or what you grew
25   dissatisfied with?

Pages 53 to 56

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 57

1    A   No.
2    Q   Okay.  What were you dissatisfied
3  with?
4    A   I didn't receive a raise in 2007 on
5  my anniversary date, to my knowledge.
6    Q   Okay.  So if the Southeast records
7  show that you received a raise on July 22nd,
8  2007, from, $10.42 an hour to $10.77 an hour,
9  that's not how you remember it?
10   A   No.
11   Q   Okay.  I'm going to show you what
12 I've marked as Exhibit 7, which is a single-page
13 exhibit Bates labeled SCHS-162.  Defendant's
14 Exhibit 7 appears to be a letter, note, memo,
15 some type of communication from you to the EEOC.
16   A   Uh-huh.
17   Q   Was Defendant's Exhibit 7, in fact,
18 authored by you?
19   A   Yes.
20   Q   And in the top right-hand corner it
21 is stamped "Received" by St. Helena Community
22 Health Center on January 12th, 2009.  Does that
23 sound about right for when you might have
24 authored it, or sometime before that?
25   A   Could you repeat the question?

Page 58

1    Q   Do you know when you drafted
2  Defendant's Exhibit 7?
3    A   It had to be after I returned.
4    Q   And you returned in May of 2008,
5  right?
6    A   Uh-huh.
7    Q   Do you recall if it was before or
8  after January of 2009?
9    A   I need you to repeat that last part
10 for me, please, the last part of your statement
11 you just asked me.
12   Q   I'm asking you if you recall whether
13 you wrote Exhibit 7 before or after January of
14 2009.  I believe that you testified that you --
15 it had to be after you returned --
16   A   Uh-huh.
17   Q   -- in May of 2008 --
18   A   Yes.
19   Q   -- and so I'm asking would it have
20 been -- if you remember -- between May and
21 January or after January?
22   A   It had to be between May and January.
23   Q   I'm going to show you what I've
24 marked as Defendant's Exhibit 8, which are
25 Bates-labeled documents SCHS-153 and 154.  It's

Page 59

1  a fax from you to Jacob Johnson.
2    A   Uh-huh.
3    Q   Who was Jacob Johnson?
4    A   He was the executive director.
5    Q   At that time --
6    A   Yes.
7    Q   -- right?
8        And what was Jacob Johnson's race --
9  or is it?  I'm sure it's still the same thing.
10   A   Black.
11   Q   And as of Defendant's Exhibit 8,
12 whenever it is -- well, let me ask you this:  Is
13 that your handwriting on the front page?
14   A   Yes, it is.
15   Q   And on the second page, 154, there's
16 a memo dated November 7th, 2008, from Jacob
17 Johnson to St. Helena Community Health Center
18 Employees.
19       Do you recall receiving --
20   A   Yes.
21   Q   -- SCHS-154?
22   A   Yes.
23   Q   And is that your handwriting where it
24 says "Gwen Atkins" at the top?
25   A   Yes.

Page 60

1    Q   And the memo is requesting
2  information to improve and restructure
3  St. Helena's compensation system, at least
4  according to the memo; is that right?
5    A   Yes.
6    Q   Do you know whether this was given to
7  all employees?
8    A   Yes.
9    Q   It was given --
10   A   It was.
11   Q   -- to all employees?
12       Okay.  And for No. 9, "Do you feel
13 like you have a pay disparity," you had circled
14 "Yes"?
15   A   Yes.
16   Q   And was that related to Margaret
17 Hubbard?
18   A   No.  This was still related to my --
19   Q   Not getting --
20   A   -- evaluation.
21   Q   -- your increase -- okay.
22       So this was not related to your --
23 the fact that you felt you were being underpaid
24 in comparison to Margaret Hubbard?
25   A   Yes.

Professional Shorthand Reporters, Inc.          1-800-536-5255
Offices in New Orleans and Baton Rouge          www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 61

1    Q    It was related to you not having
2  gotten an increase --
3    A    Yes.
4    Q    -- in 2007 --
5    A    Yes.
6    Q    -- and 2008 or just 2007?
7    A    Now, some period during this time
8  Jacob gave an across-the-board raise.  I'm not
9  sure when that was.
10    Q    According to our records,
11  January 2009, there was a memo to all
12  employees -- and I didn't bring it,
13  unfortunately, but it has been produced -- that
14  discusses retroactive increase to the
15  anniversary date with a floor of 2 percent.  And
16  then in March of 2009 you received a 3 percent
17  raise, according, again, to Southeast records,
18  from 12.77 to 13.15 an hour.
19         Does March 2009 sound about right to
20  you --
21    A    Yes.
22    Q    -- for when you would have gotten
23  that raise?
24    A    Yes.
25    Q    And do you recall whether you were

Page 62

1  retroactively paid it to your date of
2  anniversary?
3    A    No.
4    Q    You don't recall or you --
5    A    I --
6    Q    -- weren't paid it?
7    A    I wasn't paid it.
8    Q    Okay.  So this raise in March of
9  2009, to the best of your knowledge, that would
10  be the raise that you were referencing that
11  Jacob Johnson gave to all employees -- he gave
12  some kind of raise to all employees?
13    A    Yes.
14    Q    And that raise was definitely after
15  you sent Exhibit 8, correct?
16    A    Yes.
17    Q    Do you know if that raise was after
18  you had sent Exhibit 7 to the EEOC?
19    A    I'm not quite sure, but it's --
20    Q    It doesn't sound like you've had a
21  recent raise in Defendant's Exhibit 7, so I'm --
22  I mean, would that fit with your understanding
23  also of the timeline, that it would have been
24  sometime after --
25    A    Yes.

Page 63

1    Q    -- Defendant's Exhibit 7 --
2    A    Well --
3    Q    -- after you drafted Defendant's
4  Exhibit 7?
5    A    Could have been, because me and
6  Jacob -- he did discuss with me about my raise,
7  and he had me to write some type of report for
8  the board.  So it's possible that it was maybe
9  in this time frame.
10    Q    Okay.
11    MR. HOGAN:
12         Y'all want to take a five-minute
13  break?
14    MS. FORRESTER:
15         Sure.  That would be great.
16  (Recess taken.)
17  EXAMINATION BY MS. FORRESTER:
18    Q    Okay.  I'm going to show you what
19  I've marked as Exhibit 11, which is another
20  collective exhibit.  It is not Bates labeled,
21  but these are four pages -- or five, six,
22  however many it is -- that we actually received
23  from your attorney.
24    A    Okay.
25    Q    And the front page of Defendant's

Page 64

1  Exhibit 11 is -- appears to be a memo to the
2  appeal department from you dated August 1st,
3  2010.
4    A    Yes.
5    Q    Did you author the first page of
6  Defendant's Exhibit 11?
7    A    Did I --
8    Q    Did you write it --
9    A    Yes.
10    Q    -- type it?
11    A    Yes, I did.
12    Q    And do you know what appeal
13  department you were directing it to, the --
14    A    The unemployment.
15    Q    And it was with regard to your
16  termination from Southeast --
17    A    Yes.
18    Q    -- correct?
19         And it mentions in the first page of
20  Defendant's Exhibit 11 that there are some
21  attachments, some documentation is attached.
22  Could you look over the remaining pages of
23  Defendant's Exhibit 11 --
24    A    Yes.
25    Q    -- and tell me if that's the

Pages 61 to 64

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 65

1  documentation you attached?
2      A   Yes.
3      Q   Is that your handwriting on the
4  second page of Defendant's Exhibit 11 where it
5  says "sample copies of documentation"?
6      A   Yes, it is.
7      Q   Okay.  And just for the record, let's
8  go through and identify those.  So the second
9  page of Defendant's Exhibit 11, the one with
10  your writing at the top, says it's a PDA USA
11  cover sheet.
12          Can you tell me --
13      A   Yes.
14      Q   -- what that is?
15      A   That's the first sheet that's going
16  to tell you what company.  It's going to give
17  you the script date.  You're going to put the
18  patient's information here.  It's going to tell
19  you the --
20      Q   And you don't have to go into great
21  detail, but page 2 -- was page 2 an example of
22  something that would accompany a prescription
23  assistance application with PDA USA?
24      A   Yes.
25      Q   Is page 2, the PDA USA cover sheet --

Page 66

1  would that have been completed online?
2      A   Yes.
3      Q   And would that be -- have been
4  completed by you or somebody else in your
5  similar role?
6      A   Me.
7      Q   Just by you?
8      A   Uh-huh.
9      Q   Okay.  But not another receptionist?
10      A   Well, maybe Shariee or --
11      Q   Okay.  But --
12      A   -- or Martha.
13      Q   Right.  So that's what I'm trying to
14  say, is somebody who performed that --
15      A   Yes.
16      Q   -- same role?
17      A   Yes.
18      Q   All right.
19      A   You're going to get these cover --
20  these papers -- these cover sheets, you're going
21  to get the patient, the application, and the
22  prescription.  All of that's coming off.
23      Q   All right.  So is the next page
24  the -- at least one page of the application?
25  This will be page 3 of Defendant's Exhibit 11.

Page 67

1  At the top it says "SP-Cares Patient Assistance
2  Program Enrollment Application."
3      A   Yes.
4      Q   So would page 3, that application, be
5  completed -- the form part of it -- completed by
6  you or another receptionist online?
7      A   Me.
8      Q   Okay.  But I note that it has a
9  physical signature at the bottom, correct?
10      A   Yes.
11      Q   Do you know whose signature that is?
12      A   Tammy Smith.
13      Q   Tammy Smith was a nurse
14  practitioner --
15      A   Yes.
16      Q   -- for Southeast at or around the
17  time you were terminated, right?
18      A   Yes.
19      Q   And it appears that this has been --
20  this application, this particular one, was hand
21  dated for November 4th, 2009, correct?
22      A   Yes.
23      Q   And then page 4 of Defendant's
24  Exhibit 11, can you tell me what that is?
25      A   That's a -- another patient

Page 68

1  assistance -- the patient -- the medication that
2  was ordered was not supplied by this company,
3  and this application was sent --
4          MR. HOGAN:
5              This is page 4.
6  EXAMINATION BY MS. FORRESTER:
7      Q   Oh, yeah.
8      A   Oh.
9      Q   I'm sorry.  They stuck together on
10  you.
11      A   Okay.
12      Q   At the top of this one it says
13  "St. Helena Community Health Center, Tammy Smith
14  office."
15      A   Okay.  This was a prescription that
16  was supposed to go out along with the
17  application.
18      Q   And is that, to the best of your
19  knowledge, again, Tammy Smith's signature on the
20  bottom?
21      A   Yes, it is.
22      Q   Who would have filled in the
23  prescription portion?
24      A   The computer would have.
25      Q   Okay.  Can you tell me what you mean

Pages 65 to 68

Page 69

1  by that?  Where would the computer get the
2  information for what the prescription was?
3      A    All of it is already in the computer.
4  All I did was went to the computer, punched in
5  the alphabet of the medicine that was requested
6  by Tammy, and it would automatically put it --
7  put the patient's name, the prescription, and --
8      Q    When you say the computer was doing
9  it, do you mean that the Southeast internal EHS
10  system?
11     A   No.
12     Q   Okay.  What --
13     A   PDS USA.
14     Q   PDS USA.
15         So someone other than you had already
16  put that information into the computer, and you
17  just printed it out?
18     A   No -- well, once the patient come in.
19  I could be the first one put the patient in, but
20  I don't have to go back in the next time it's
21  time to order it and put it in again.  It's
22  already stored in the computer.
23     Q   Right.  But I'm talking about this
24  prescription that's physically signed by Tammy
25  Smith at the bottom -- at least I think it's a

Page 70

1  prescription.  It's got her DEA number, mentions
2  a --
3      A   Uh-huh.
4      Q    -- and then it has "prescription
5  date," blank, et cetera.
6          This particular prescription, how
7  would the portions of it that are filled in --
8  like Greensburg, Louisiana, and presumably
9  "75-100," that block is checked like by a
10  computer -- how were those filled in, if you
11  know?
12     A   I'm not quite sure.  All I did was
13  input the information on the computer, and it
14  automatically printed it out.
15     Q   Okay.  With Tammy Smith's physical
16  signature on it?
17     A   No.
18     Q   How did --
19     A   Once I finished putting this
20  information in for the application, and then the
21  medication, then I chose a doctor, and once I
22  put -- the doctor's information was already in.
23  Once I print that off, it will print this whole
24  sheet out right here.  And the patient's name
25  would be here, and address.  Her signature

Page 71

1  wouldn't be here.  I'd have to print it off and
2  take it to her.
3      Q    To get her to sign it?
4      A   Yes.
5      Q    And, for example, this particular
6  prescription, page 4, it looks like a quantity
7  of 75 to 100 is checked off, "Unit, 90" --
8      A   Uh-huh.
9      Q    -- right?
10     A   Uh-huh.
11     Q    And she signed the prescription in
12  that amount?
13     A   Yes.
14     Q    Now, if the patient, within one year,
15  ran out of the 75 to 100, 90 units that she had
16  authorized on this piece of paper, would -- was
17  it your understanding that you needed to get
18  another signed prescription?
19     A   No.
20     Q    You did not --
21     A   No.
22     Q    -- have to do that?
23     A   No.
24     Q    Did you -- was it your understanding
25  that you had to verify refills were authorized?

Page 72

1      A   Yes.
2      Q   How did you do that?
3      A   Verbally went to her and told her
4  that her patient had called and she needed to --
5  she was calling to get approval because she was
6  running out of her medicines -- within 30 days.
7  She had to -- they had to let me know between
8  30 -- just when they gave maybe 30 pills --
9  some of them had less than that, and some of
10  them had more pills, but you're only going to
11  get a 90-day supply.
12     Q   So you wouldn't have a refill -- this
13  wouldn't say, like some of my medications do,
14  refill authorized, or --
15     A   No.
16     Q    -- six refills authorized?
17     A   No.
18     Q    And you would verbally go to get
19  the -- I'll call it reauthorization --
20     A   Yes.
21     Q    -- for the next 90 units?
22     A   Yes.
23     Q    As long as it was in the one year?
24     A   Yes.
25     Q    And you did not understand you had to

Pages 69 to 72

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 73

```
1    have a signed prescription --
2       A    No.
3       Q    -- that authorized that?
4            That -- you disagree with that --
5       A    Yes.
6       Q    -- correct?
7       A    Yes.
8       Q    Okay.  So then the next page is the
9    letter that's dated August 20th, 2009.
10      A    Uh-huh.
11      Q    It looks like it is a letter directed
12   to someone -- we can't see who -- stating that
13   Zelnorm is not covered by the program.  Is
14   that --
15      A    Yes.
16      Q    -- what that page is?
17      A    Yes.
18      Q    And that letter dated August 20th,
19   2009, the next-to-last page of Defendant's
20   Exhibit 11, that would have gone to the
21   patient's home --
22      A    Yes.
23      Q    -- address, right?
24      A    Yes.
25      Q    And how would the company know the
```

Page 74

```
1    patient's home address?
2       A    It's printed on the application.
3       Q    Okay.  That you or another
4    receptionist --
5       A    Yes.
6       Q    -- would have entered into --
7       A    It's --
8       Q    -- the computer?
9       A    -- all printed on the same
10   application.
11      Q    And then look for me, if you would,
12   at the last page of Defendant's Exhibit 11.  It
13   appears to be a prescription dated August 5th,
14   2009, for Zelnorm.
15      A    Yes.
16      Q    Is that right?
17      A    Yes.
18      Q    All right.  Now let's go back through
19   some of these documents, if we could.  The
20   second page, the PDA USA cover sheet, I'm
21   assuming when it was initially completed that
22   the name, address, et cetera, were all filled
23   in?
24      A    Yes.
25      Q    And did you white that out yourself?
```

Page 75

```
1       A    Yes.
2       Q    For patient confidentiality --
3       A    Yes.
4       Q    -- reasons?
5            How did you still have page 2, the
6    PDA USA cover sheet, in your possession after
7    you were terminated?
8       A    Waiting for their income.  I was
9    waiting on the patient income.
10      Q    Do you remember what patient this
11   page was for?
12      A    Don't recall right now.
13      Q    And you kept it with you personally?
14      A    I had a folder that -- waiting on
15   each patient that I had initially pulled the
16   information off, holding -- I was holding onto
17   this -- the patient's information until they
18   brought me their income in.
19      Q    And you took that folder with you
20   when you left?  I'm just trying to figure out
21   how you sent it to the appeal people in August.
22      A    Well, what happened is I got shipped
23   out of the office so quick -- quickly -- on my
24   termination date.  It was in some of my
25   paperwork.
```

Page 76

```
1       Q    What kind of container did you have
2    it in in some of your --
3       A    I had it in a folder.
4       Q    But how did you have that paperwork
5    with you when you left, is what I'm trying to
6    figure out.  Was it in a briefcase, in your
7    purse?
8       A    In a briefcase.
9       Q    All right.  Would that be the case
10   with the remaining documents?
11      A    Yes.
12      Q    Well, let me ask you this --
13      A    Okay.
14      Q    -- how did you get the letter to the
15   patient?
16      A    The patient brought me the letter.
17      Q    Was the patient your daughter?
18      A    Yes, yes.
19      Q    And so it came to your house, right?
20      A    She had -- well, yeah, it did.  It
21   did.
22      Q    And then she brought you --
23      A    Yes.
24      Q    -- this letter, and you whited out
25   her name, right?
```

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Page 77

```
 1        A    Yes.  But I think I -- if I'm not
 2   mistaken, I sent a full copy of those two
 3   patients' paperwork in.
 4        Q    Which two patients?
 5        A    The ones -- the papers that I have.
 6   I sent that in.
 7        Q    To the unemployment --
 8        A    No.
 9        Q    -- people?
10        A    I sent that in to you-all on my
11   interrogatories.
12        Q    All right.  And the last page of
13   Defendant's Exhibit 11, was that your daughter's
14   prescription --
15        A    Yes.
16        Q    -- if you know?
17             Just, same thing, it looks like the
18   dates match up, so --
19        A    Yes.
20        Q    All right.  Do you --
21        A    Also --
22        Q    Go ahead.
23        A    Was it an income -- it was an income
24   hooked to this.
25        Q    Hooked to --
```

Page 78

```
 1        A    Yes.
 2        Q    -- all of those applications?
 3        A    Yes.  Her income was with this one.
 4   Her income wasn't with this one.
 5        Q    So an income verification was with
 6   your daughter's --
 7        A    Yes.
 8        Q    -- information?
 9        A    Yes.
10        Q    But not with the other one --
11        A    No.
12        Q    -- which is the one you were waiting
13   on?
14        A    Yes.
15        Q    And is it your recollection that the
16   PDA USA cover sheet and prescription go with the
17   same patient, in other words, page 2 -- well,
18   let's say page 3 and page 4, those all go to the
19   same patient, or do you know?
20             Or are you just saying you were
21   waiting for income information on all of those?
22        A    If my recollection serves me right,
23   all of these -- these three go together.
24        Q    Okay.  Let me put them back in the
25   same order they were in.
```

Page 79

```
 1             All right.  So the three that you're
 2   saying go together are the PDA USA coversheet
 3   where you wrote "sample copies of
 4   documentation" --
 5        A    Uh-huh.
 6        Q    -- the --
 7        A    Yes.
 8        Q    -- patient assistance program
 9   application --
10        A    Yes.
11        Q    -- and the prescription that does not
12   have the nature of the prescription listed --
13        A    Yes.
14        Q    -- that is signed by Tammy Smith --
15        A    Yes.
16        Q    -- right?
17             Okay.
18        A    This mine or this yours?
19        Q    That's mine.  Sorry.
20             Okay.  Now I'm going to show you what
21   I've marked as Exhibit 12, and I will represent
22   to you that this is something that we were able
23   to print from the PDA program after your
24   termination.
25             By "we" I mean Southeast employees,
```

Page 80

```
 1   not me personally.  But I did personally view it
 2   also.
 3        A    Okay.
 4        Q    Have you ever completed an
 5   application for yourself on the PDA website?
 6        A    I think I did use myself as an
 7   example.  I'm not quite sure.
 8        Q    Did you actually apply for
 9   assistance --
10        A    No.
11        Q    -- through the PDA --
12        A    No.
13        Q    -- program?
14             Okay.  And you never received any
15   drugs --
16        A    No.
17        Q    -- through the PDA program?
18        A    No.
19        Q    Because I was going to say, over here
20   under "monthly income," it looks like that's all
21   zeros; and you were working for Southeast if you
22   had access to the PDA website, right?
23        A    Yes.
24        Q    I'm going to show you what I've
25   marked as Exhibit 13, which is Bates-labeled
```

Pages 77 to 80

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 81

1  document SCHS-497.  And I will represent to you
2  that it is printed from the PDA website as
3  having been authorized for you as a patient;
4  that as of January 11th, 2008, according to the
5  PDA website, this drug, Norvasc, was dispensed
6  to you, Gwendolyn Atkins, at a savings of $208.
7       Did you receive any Norvasc on that
8  date?
9       A    No.
10      Q    Have you ever had a prescription for
11 Norvasc?
12      A    No.
13      Q    Do you know what Norvasc is?
14      A    Yes.
15      Q    What does it do?
16      A    It's a blood pressure medicine.
17      Q    Do you know where Defendant's
18 Exhibit 13 could have come from?
19      A    No.
20      Q    So you dispute that you entered that
21 or that it was shipped to your house?
22      A    I know it wasn't shipped to my house.
23      Q    I'm sorry.  That it -- or that it was
24 shipped to the clinic?
25      A    No.

Page 82

1       Q    It wasn't shipped to the clinic --
2       A    No.
3       Q    -- in your name?
4       A    No.
5       Q    Okay.  Would you agree with me that
6  at least -- and I'm not asking you to say that
7  you entered it or the date or anything else --
8  but at least as of Defendant's Exhibit 12, your
9  address is entered on here as 67 Ard Road,
10 correct?
11      A    Yes.
12      Q    That is your correct --
13      A    Yes.
14      Q    -- address?
15           And if you had actually been
16 dispensed medication through PDA and through
17 PAP, a letter would have gone to whatever
18 address was in the computer, correct?
19      A    Yes.
20      Q    Stating your medication's now ready,
21 or words to that effect --
22      A    Yes.
23      Q    -- or has been shipped, something
24 like that?
25      A    Or they'd have told me it's on its

Page 83

1  way back to my doctor's office.
2       Q    And your doctor's office -- at that
3  time, you were a patient of Southeast --
4       A    Yes.
5       Q    -- right --
6       A    Yes.
7       Q    -- in Greensburg?
8       A    Yes.
9       Q    Okay.  Now, you were not actually
10 working in the long-standing Greensburg clinic
11 when you were terminated --
12      A    No.
13      Q    -- were you?
14      A    No.
15      Q    You were working at the school-based
16 clinic --
17      A    Yes.
18      Q    -- in Greensburg --
19      A    Yes.
20      Q    -- correct?
21      A    Yes.
22      Q    And how long had you been there?
23      A    I was moved over there on
24 November 30th, 2009.
25      Q    Did you want to move over there?

Page 84

1       A    No.
2       Q    How did you end up coming to be moved
3  over there?
4       A    I was told by Yakima Black that I was
5  going to be moved.  She didn't say where I was
6  going to be moved at first, but she -- I had to
7  wait to see where Sadie Cannon wanted to go and
8  where Virginia Foster wanted to go.  And
9  whichever one wanted to go wherever they wanted
10 to go, then I was going to be put where they
11 didn't want to go.
12      Q    And just to back up here a little
13 bit, who was Yakima Black?
14      A    She was the CEO too.
15      Q    So she was the top person at
16 Southeast at that time in November of 2009,
17 correct?
18      A    Yes.
19      Q    And what's Yakima Black's race?
20      A    Black.
21      Q    And she basically told you you're
22 going to get -- would it be accurate to say
23 words to this effect, whatever's left over?
24      A    Yes, yes.
25      Q    And did you want to stay at

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 85

1  Greensburg --
2      A   Yes.
3      Q   -- the regular clinic?
4      A   Yes.
5      Q   After you moved to the school-based
6  clinic -- the school-based clinic's only
7  patients are students --
8      A   Yes.
9      Q   -- right?
10     A   Yes.
11     Q   And after you moved there, did you
12  continue to perform functions with the patient
13  assistance program?
14     A   Yes.
15     Q   How did that come to be?
16     A   Well, when I went -- we had -- all
17  had a mailbox, and when I went back over to the
18  clinic -- I'd go there every evening once I'd
19  leave the school-based to check my mailbox.  And
20  when I went to the -- well, let me back up even
21  farther.
22         My -- I had an evaluation done in
23  October with Gail Williams.
24     Q   Okay.  And just to back up, Gail
25  Williams --

Page 86

1      A   She was my supervisor.
2      Q   Okay.  What was her position at the
3  time, if you remember?
4      A   Was she office manager?  I think they
5  had changed her name to office manager.  I'm not
6  sure.
7      Q   But at any rate, she was -- you were
8  her direct report --
9      A   Yes.
10     Q   -- right?
11     A   Yes.
12     Q   And Gail Williams is also black,
13  correct?
14     A   Yes.
15     Q   And at times she has gone by Gail
16  Dunn; are you --
17     A   No.
18     Q   -- aware of that, or is that after
19  your time?
20     A   After my time.
21     Q   Okay.  So Gail had done an evaluation
22  for you in October of 2009?
23     A   Yes.  I was still at the clinic, and
24  she asked me would I stay -- continue to help
25  with the patient assistance program, which I

Page 87

1  agreed to.
2      Q   Did she give you any more detail
3  about how she wanted you to help with it?
4      A   No.  Same thing, because -- same
5  thing.
6      Q   Is there any particular reason that
7  she wanted you -- if she told you --
8      A   Well, my training.
9      Q   -- to keep doing it?
10     A   The training I had went to.  And
11  really, if I'm not mistaken, I don't think any
12  of the -- they had went to training, but Shariee
13  was -- I think -- if I'm not mistaken, she
14  became Selena's person to help her in her
15  office.  So Shariee was no longer there, and if
16  I'm not mistaken now, I think --
17     Q   Shariee Jones?
18     A   Shariee Jones.
19         I think she became Selena's helper
20  or --
21     Q   Like an executive assistant --
22     A   Yes.
23     Q   -- kind of person?
24     A   Uh-huh.
25         And then Martha -- did Martha move?

Page 88

1  They moved Martha back to -- I'm not quite sure
2  of all of that.
3      Q   They were going to be shorthanded in
4  that department, was your understanding?
5      A   Yes.
6      Q   And so at any rate --
7      A   I agreed to continue to help them.
8  She went and told Yakima that I agreed.  Yakima
9  came back to me and thanked me for being a team
10  player willing to help wherever I can.
11     Q   Okay.  So did you have -- what kind
12  of access did you need to do the PDA program?
13     A   Okay.  In 2009, Robert George, which
14  was the IT person, had canceled the PDA USA.
15  All I had was strict applications.  So once I
16  made it back over to the clinic in the
17  afternoon, the application for the patients'
18  enrollment that was supposed to be enrolled for
19  the next year was in my box.
20     Q   Okay.  Robert George had canceled all
21  access --
22     A   All access.
23     Q   You couldn't get it from anywhere?
24     A   No.
25     Q   That happened before you left the

Pages 85 to 88

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 89

1    clinic?
2        A    Yes.
3        Q    And you were having to use just paper
4    applications --
5        A    Yes.
6        Q    -- before that?
7        A    Yes.
8        Q    And what would you -- how would you
9    get those paper applications to and from where
10   they needed to be?  Describe that process to me
11   once it became a paper process.
12       A    Well, the -- the patient would bring
13   the application -- because they're going to mail
14   the application to the patient's home.  So once
15   that application come in, it was time -- if they
16   get an application, it's time to renew for the
17   year.  So they come in, and they let their
18   doctor know that their prescription period was
19   up.  So that -- in that -- in terms of that, I
20   get the empty applications.
21       On the application, instead of this
22   type, prescription here --
23       Q    Like in Defendant's Exhibit 11?
24       A    Yes.  Instead of that application,
25   the whole prescription would be on the

Page 90

1    application, so the doctor -- I fill in
2    everything for the doctor.  I filled in every
3    part of it for the patient.
4        Then at the bottom, the doctor or
5    nurse practitioners had two places to sign
6    authorizing the patient's medication.
7        Q    And then what would you do with that
8    application once it was completed and signed?
9        A    I had to hold onto it like I did
10   before, wait until they bring me the income, and
11   it just would be sitting.  So if they don't
12   bring their income, it's just a sitting piece of
13   paper.
14       Q    And I think you were still waiting on
15   some when you were terminated --
16       A    Yes.
17       Q    -- right?
18       And you said that was part of what
19   happened with December -- with Defendant's
20   Exhibit --
21       A    Yes.
22       Q    -- 11, right?
23       A    Yes.
24       Q    But those were ones from the PDA --
25       A    Yes.

Page 91

1        Q    -- website --
2        A    Yes, yes.
3        Q    -- weren't they?
4        A    Yes.
5        Q    But you said that had been canceled
6    in 2009?
7        A    Yes.
8        Q    How were you still holding onto PDA
9    website documents in 2010?
10       A    Well, I was waiting on information --
11   well, I wasn't holding onto -- this was -- this
12   here --
13       Q    No.  I'm talking about in Defendant's
14   Exhibit 11, I think a minute ago you testified
15   that the application wasn't the same --
16       A    Right.
17       Q    -- as Defendant's Exhibit 11, and the
18   prescription was separate.
19       A    I'm not sure of what part of 2009 he
20   did this.  That's what I'm saying.  But I know
21   in 2009 he --
22       Q    Robert George?
23       A    Robert George.
24       Q    Cut off access --
25       A    Yes.

Page 92

1        Q    -- to PDA --
2        A    Yes.
3        Q    -- website?
4        A    I'm not sure in what part of 2009,
5    but that 2009 it was on.
6        Q    Okay.  So they would bring you --
7    let's say they did bring you the income
8    verification, you had everything you needed;
9    what would you do then?
10       A    Once I had the prescription -- got to
11   get the prescription, the page signed.  It's got
12   two specific places that the nurse practitioner
13   or the doctor has to sign.
14       Q    Right.  And once you got that
15   signed --
16       A    Once I got that signed, I got the
17   proof of income, I got the prescription, I got
18   the application, I can mail it.
19       Q    Did you keep a copy?
20       A    No.
21       Q    You didn't keep a copy for
22   Southeast --
23       A    No.
24       Q    -- records?
25       A    No.  South -- no.  Southeast, I

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 93

1  didn't put copies nowhere at that time, not --
2  it was the nurse practitioners and doctors that
3  authorized it, supposed to have put it in the
4  chart, whatever they put -- you know, the
5  patient.  I did no charting on any patients.  I
6  didn't go in the chart.  It was electronic
7  medical records.
8      Q    So once you got to the school-based
9  clinic, that whole time everything was by paper,
10 right, because --
11     A    Yes, yes.
12     Q    That was like late 2009, right, and I
13 think you testified --
14     A    Yes.
15     Q    -- earlier that --
16     A    Yes.
17     Q    -- it was before you left --
18     A    Yes.
19     Q    -- the clinic?
20     A    Yes.
21     Q    So once you got to the school-based
22 clinic and all this had to be done by paper, how
23 did you just do that, as a practical matter,
24 from the school-based clinic?
25          Like, for example, would the patients

Page 94

1  bring you their income information to the
2  school-based clinic?
3      A    No.  They would bring it to the
4  clinic, and it would be in my box.
5      Q    They would drop it off to --
6      A    To --
7      Q    -- your attention?
8      A    Yes.
9      Q    They knew to do that?
10     A    They knew to do that.
11     Q    Did the people at the front desk who
12 were still working at the clinic understand if
13 somebody came in and said, "Hey, I've got income
14 verification," they were to leave it with you?
15     A    With the front desk?
16     Q    Yes.
17     A    Yes.
18     Q    Who was that at that time, if you
19 remember?  Who was working the front desk at
20 Greensburg clinic?
21     A    I'm going to say Elaine Dorsey.  I
22 can't recall -- it's -- I know Elaine was there.
23     Q    And then if a patient wanted a
24 reauthorization and they were still within their
25 one year, you would do that by telephone?

Page 95

1      A    Yes.
2      Q    And would -- and I believe you
3  already testified there wouldn't be any paper
4  involved in that, right?
5      A    No.
6      Q    No, there wouldn't be paper?
7      A    No, no paper.
8      Q    Right.  Okay.
9          And you didn't have access to the
10 chart to put it into the chart, right?
11     A    No.
12     Q    But you did testify, I think, that
13 you would get authorization verbally from the
14 doctor or nurse practitioner for the additional
15 authorization of more of the prescription?
16     A    Yes.
17     Q    And then even from the school-based
18 clinic, you would call in?
19     A    Yes.
20     Q    And did you have those conversations
21 directly with the doctors and nurse
22 practitioners to get the authorization?
23     A    Yes.  Because I would have to have
24 them sign.
25     Q    The --

Page 96

1      A    The new --
2      Q    -- physical --
3      A    The new --
4      Q    -- application?
5      A    Yeah, that new application.
6      Q    And this one on Defendant's
7  Exhibit 11, is that the new or old one?  It's
8  the third page of Defendant's Exhibit 11.
9      A    This is the new.
10     Q    That's the new --
11     A    That's the new one printed off the
12 computer.
13     Q    Okay.  So you would -- would you fill
14 it in on the computer?
15     A    Uh-huh.
16     Q    Even under the paper system?
17     A    Yes.
18     Q    Okay.  How would you get to this
19 form?  Was it on a web --
20     A    Yes.
21     Q    -- link --
22     A    It was a whole -- once you punch that
23 person -- that specific medication in, the whole
24 application would drop down.
25     Q    Was this on the PDA website or was

Pages 93 to 96

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 97

1    this --
2        A    Yes.
3        Q    Okay.  But I thought you said this
4    was the new application.
5        A    What you mean, "new" --
6        Q    I mean the manual --
7        A    No.
8        Q    -- one --
9        A    That's not the manual one.
10       Q    But the doctors and nurse
11   practitioners apparently had to sign this one
12   also?
13       A    Yes.  They had to sign everything
14   on --
15       Q    But not the reauthorizations?
16       A    No, not the reauthorizations.
17       Q    Are you related to an Oscar --
18       A    Yes.
19       Q    -- Ard?
20            How are you related?
21       A    Brother.
22       Q    Your brother.
23            And have you ever picked up
24   medication for him?
25       A    Yes.  All the time.

Page 98

1        Q    Well, let's talk about that part of
2    the process a little bit.
3        A    Okay.
4        Q    So going back to when you could enter
5    the information electronically on PDA, okay, and
6    you testified several times that the patient
7    would get a letter saying "your medication is
8    shipped," that would be delivered to their home
9    address --
10       A    Yes.
11       Q    -- right, whatever you had entered
12   in -- or whoever --
13       A    Yes.
14       Q    -- had entered in PDA, and then the
15   patient -- and then it would ship to the
16   Greensburg clinic --
17       A    Yes.
18       Q    -- right?
19       A    Yes.
20       Q    And the patient would come there to
21   pick it --
22       A    Yes.
23       Q    -- up, right?
24            And what was the procedure, if you
25   know -- and I'm talking about when you were at

Page 99

1    the Greensburg clinic and when everything was
2    still -- you could still do it online -- what
3    was the procedure for picking up the
4    prescription?
5            Well, first of all, what was the
6    procedure when the prescription came in, if
7    there was one?
8        A    When the prescription came in, it
9    would come in by FedEx, mail order, or UPS.
10   Whomever is up front when the medicine come in,
11   they'd take the medicine -- I mean all the
12   package -- let me go back -- all the packages,
13   they know what a medicine packet look like.
14   They take it to the back to the nurses' station.
15   The nurses log the medication in, whatever they
16   have to do with it, and then they put it under a
17   lock and key in a drawer.
18           And once the medicine come in, they
19   would tell us what patient's medicine come in or
20   they would call them.  They would have that
21   patient -- then that patient would call back and
22   tell them if they can come get their medicine or
23   who they're going to send to pick up their
24   medicine, or if some of the employees is coming
25   their way, could they please send their medicine

Page 100

1    by them.
2            The only thing you had to do, you had
3    to go back to that nursing station; you had to
4    speak to either the nurse, the nurse
5    practitioner, or a doctor, or a -- or the
6    medical assistants, either one, but unlock --
7    they pull out the log sheet.  You had to sign
8    the log sheet, and then they'll give you the
9    medicine.
10       Q    And was that pretty much still the
11   procedure even after you moved to the --
12       A    Yes, yes.
13       Q    That never really changed --
14       A    No.
15       Q    -- even when it went to the paper
16   application and all that, did it?
17       A    It had -- that was going on when I
18   first started doing the program.
19       Q    So the beginning part of that
20   process, you said the FedEx man or UPS guy or
21   the mail person, whoever it was, would put their
22   deliveries -- would give them to whoever was at
23   the front desk --
24       A    Yes.
25       Q    -- right?

Pages 97 to 100

Gwendolyn Ann Ard Atkins

Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 101

1   A   Yes.
2   Q   And that was your job for a time,
3   among other people's, right?
4   A   Yeah.
5   Q   So was it your job on occasion to
6   take those packages and take them back to the
7   nurses' station --
8   A   Yes.
9   Q   -- if it looked like a medication
10  package?
11  A   Yes.
12  Q   And during the time when you worked
13  at the Greensburg clinic -- well, scratch that.
14      You picked up medications, you
15  testified, for Oscar Ard --
16  A   Uh-huh.
17  Q   -- right?
18      And I believe you might have picked
19  up medications for Johnny Flowers --
20  A   Yes.
21  Q   -- and perhaps other people also.
22      Did you ever --
23  A   Yes.
24  Q   -- pick up medications for anybody
25  else?

Page 102

1   A   Yes.
2   Q   Who else?
3   A   Lionel Porter, Leroy Ard, Leroy
4   Jackson.  It was several people.
5   Q   How is Leroy Ard related --
6   A   Uncle.
7   Q   -- to you, if he is?
8       Okay.  Who is Leroy Jackson?
9   A   A patient.
10  Q   Just a friend or --
11  A   No.  Just a patient.
12  Q   Who asked you to bring him --
13  A   Yes.
14  Q   -- his medication?
15  A   Yes.
16  Q   And then you picked up for Oscar,
17  your brother?
18  A   Yes.
19  Q   You picked up for Johnny, who's your
20  son's father?
21  A   Yes.
22  Q   And you said Lionel Porter?
23  A   Yes.
24  Q   And --
25  A   It's some more, but I can't recall

Page 103

1   them now.
2   Q   If you think of anybody else, just
3   let me know.
4   A   Okay.
5   Q   How did you know Lionel Porter?
6   A   We went to school together.
7   Q   But he wasn't related to you or --
8   A   No.
9   Q   -- anything like that?
10      But he asked you to pick up --
11  A   Yes.
12  Q   -- his medication?
13      Okay.  Did you pick up medications
14  for any of these folks you've named or anybody
15  else while you were still working at the
16  Greensburg clinic?
17  A   Yes.
18  Q   And when you did that, did you go
19  through the log procedure --
20  A   Yes.
21  Q   -- and all that?
22  A   Yes.
23  Q   And then did you pick up medications
24  for anybody after you transferred to the
25  school-based center, if you recall?

Page 104

1   A   I don't recall, but I could have.  I
2   can't -- well, right now, I don't recall.
3   Q   Okay.  I am going to show you a big
4   exhibit that I am marking as Defendant's
5   Exhibit 13.
6   A   Okay.
7   Q   These are documents that have been
8   previously produced to your attorney, and
9   they're Bates labeled SCHS-444 through 480.
10  A   Okay.
11  Q   I'm not asking you to swear to the
12  accuracy of anything at this point.  We're going
13  to go through a few of the individual entries.
14  A   Okay.
15  Q   But does Defendant's Exhibit 13 look
16  more or less like the medication log that you
17  were describing at Southeast?
18  A   Yes.
19  Q   And you, yourself, would initial when
20  you were picking up for somebody on this log
21  from time to time --
22  A   Yes.
23  Q   -- right?
24      You don't dispute that?
25  A   No.

Pages 101 to 104

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 105

1      Q     Okay.  Look with me, if you would, at
2   some of these initials.  I'm hoping you can help
3   me out some with --
4      A     Okay.
5      Q     -- who these people are.
6            For -- it has a date medication
7   received and then some initials there.  For
8   example, the very first entry has "RR."  What --
9      A     Robin Richardson.
10     Q     And she was a nurse who worked at
11  the --
12     A     Yes.
13     Q     -- clinic, right?
14           And then there's a "CW," I think.  Do
15  you know who that was?  If you look down next to
16  2/18/13.
17     A     CW -- is that -- do it like a TW?
18     Q     It looks like a "C" to me.  It's on
19  here a lot.  You can flip through and look, but
20  I --
21     A     I think it's -- only person I know
22  with that last name is -- with a Williams is --
23  her name is Tina.
24     Q     And Tina was a nurse, right?
25     A     No.

Page 106

1      Q     She wasn't a nurse?
2      A     No.  She was a medical assistant.
3      Q     Okay.  Did Tina work with you at the
4   school-based clinic --
5      A     No.
6      Q     -- ever?
7      A     No.
8      Q     And then if you turn to 453 -- if you
9   look at the bottom right, it has the page
10  numbers --
11     A     Okay.
12     Q     -- at the top there, there's somebody
13  with the initials "AE."  Do you know who that
14  is?
15     A     AE --
16     Q     Or do you --
17     A     -- or is that AS?  Angelle Chouest?
18     Q     Okay.
19     A     It might be an S.  It looks like an S
20  to me, I mean --
21     Q     Or maybe a C --
22     A     Yeah.
23     Q     -- because I think her last name --
24     A     Yeah, yeah.
25     Q     -- might be a C.

Page 107

1      A     Yeah, yeah.
2      Q     Okay.  Well, we can refer to the
3   records, but if you think of any other nurses
4   who worked at the Greensburg clinic, let's say
5   from 2010 -- or 2009 and following, could you
6   please just let me know?  Just during the course
7   of this deposition, let me know if you think of
8   any other nurses who worked there.
9      A     Leigh Jacobson was a nurse.  Leigh
10  Jacobson, she worked there.
11     Q     Okay.  I need to go back and mark and
12  introduce a couple of exhibits, if we could.
13           First I'm going to show you what I
14  previously marked as Exhibit 9, which is a
15  Notice of Charge of Discrimination addressed to
16  Jacob Johnson at St. Helena Community Health
17  Center, dated by the EEOC July 9th, 2009, and
18  stamped "received" by St. Helena Community
19  Health Center July 14th, 2009.
20           You see where I've read all that?
21     A     Uh-huh.
22     Q     And the person filing a charge is
23  identified as you?
24     A     Uh-huh.  Yes.
25     Q     This would have been your second EEOC

Page 108

1   charge against the company, right?
2      A     Yes.
3      Q     This is the one that you filed after
4   you were reinstated, right?  Is that right?
5      A     This was June 14th, 2009.
6      Q     July 14th, I think, because the date
7   at the bottom when it was mailed was July 9th.
8   And you had already --
9      A     I got --
10     Q     -- corresponded with the EEOC before
11  that --
12     A     Yes.
13     Q     -- like in January --
14     A     Yes.
15     Q     -- of 2009 --
16     A     Yes.
17     Q     -- Southeast had already gotten
18  something from the EEOC.
19     A     Yes.
20     Q     And I'm just trying to establish that
21  when this was mailed, this was the second
22  charge, right, July 2009?
23           I mean --
24     A     Yeah.
25     Q     -- it wasn't on your first charge

Pages 105 to 108

Page 109

1    that --
2       A    Yes.  This wasn't --
3       Q    -- had already been --
4       A    This wasn't the first one.
5       Q    Right.
6            And so would you agree with me that
7    Southeast was definitely aware of your charge by
8    July 14th, 2009?
9       A    Yes.
10      Q    And probably aware of your charge
11   before that --
12      A    Yes.
13      Q    -- because we saw that other document
14   you had supplied to the EEOC in January of 2009,
15   right?
16      A    Yes.
17      Q    Now I'm going to show you what I've
18   marked as Exhibit 10 --
19      A    Okay.
20      Q    -- which is a letter to you signed by
21   Selina Senegal dated May 20th, 2010, and Bates
22   labeled SCHS-221.
23           Have you seen Defendant's Exhibit 10
24   before?
25      A    Yes.

Page 110

1       Q    Is this the letter you received on or
2    about May 20th, 2010, informing you were
3    being terminated for the second time?
4       A    Yes.
5       Q    And Selina Senegal was the CFO and
6    interim CEO at that time; is that right?
7       A    Yes.
8       Q    And her race is African-American,
9    right?
10      A    Yes.
11      Q    And she's copied it there, in part,
12   to Gail Williams, who we've already discussed,
13   and to Joseph Freeman; and his race is
14   African-American, right?
15      A    Yes.
16      Q    And she's copied it to Sheri LeBlanc
17   in human resources.  Sheri's race is white?
18      A    Yes.
19      Q    And May 20th, 2010, was the date of
20   your termination, to the best of your
21   knowledge --
22      A    Yes.
23      Q    -- right?
24           Is Defendant's Exhibit 10 -- these
25   two things that are listed here, Paragraph 1,

Page 111

1    Paragraph 2 -- are those the reasons that were
2    given to you by Selina Senegal for your
3    termination?
4       A    Yes.
5       Q    Okay.  Now, if you could pick back up
6    the big bulky Exhibit 13 again --
7       A    Okay.
8       Q    -- I'm going to get you to go through
9    and hopefully identify some things for me where
10   you might have signed off.
11      A    Okay.
12      Q    Bear with me.
13           Okay.  Turn with me, if you would, to
14   page 474.  I want to kind of explain to you how
15   this is organized, from what I can tell, so you
16   can get your bearings around you.
17      A    Okay.
18      Q    I personally reviewed the original,
19   and the way it is organized, which is a little
20   confusing, in my opinion --
21      A    Okay.
22      Q    -- is that it's -- each page is top
23   to bottom in order, in chronological order.
24   Okay?  But then the new information is put on
25   the page above that, if that makes sense.  So --

Page 112

1       A    We're on 74 you said?
2       Q    Yeah, it's not exactly like that.
3            If you turn to page 477.
4       A    Okay.
5       Q    Okay.  Would you agree with me
6    that -- and take all the time you need to review
7    this -- that the dates on pages 477 through 480
8    appear to be in chronological order?
9            Take as much time as you need to
10   review it.  I'm not asking you to vouch that
11   they were entered in chronological order, just
12   that they appear to be.
13      A    I see some 2013 -- I mean 2/13/09 and
14   2/11/09 out of place.
15      Q    That's true.  I see that on 477
16   itself --
17      A    Yeah, I see --
18      Q    -- right, there's that one.
19      A    There's two.
20      Q    There's two?
21      A    Yeah.
22      Q    Well, there's a 2/13 one, and just --
23      A    Wait, wait.
24      Q    -- below that it says --
25      A    Okay.  Yeah.  Okay.

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 113

1    Q    -- 2/11, right?
2    A    Yes.
3    Q    Any other date discrepancies you see?
4    A    Uh-huh.  Look at the bottom here.
5    It's 2/24/09, at the bottom, immediate bottom on
6    the 477.  That's out of place.
7    Q    There are two 2/25s before that,
8    right?
9    A    Correct.  Yes.
10   Q    Okay.  Both of those errors you
11   pointed out are on 477, right?
12   A    Yes.
13   Q    Keep going.  478?
14   A    I don't see any on 478.
15   Q    How about 479?
16   A    I don't see any on 479.
17   Q    Okay.  How about 480?
18   A    I don't see any on 480.
19   Q    Okay.  Then turn with me, if you
20   would, to page 476.
21   A    Okay.
22   Q    And part of that is obscured at the
23   bottom, so I'm not going to ask you to do the
24   same thing with respect to page 476.  But would
25   you agree with me that, at least for the things

Page 114

1    that are legible, the earliest date is 10/2/09,
2    and the latest date is 10/23/09?
3    A    On page --
4    Q    476.
5    A    -- 476?
6    Q    Yes.
7    A    10/2?
8    Q    The earliest is 10/2, and the latest
9    date that you can see the whole date is
10   10/23/09; would you agree with me about that?
11   A    Yes.
12   Q    Then if you turn to 475 --
13   A    Okay.
14   Q    -- the earliest date on 475 is the
15   11/9/09, and the latest date is 12/9/09; would
16   you agree with me about that?
17   A    Yes.
18   Q    And it looks like the initials --
19   there are two sets of initials for the log-in,
20   one for "RR" and one for "TW."  Would that be
21   Robin Richardson and Tina Williams, if you know?
22   A    Yes.
23   Q    I think that's the case for every
24   single entry on 475.  Would you agree with that,
25   that the two of them appear to have logged these

Page 115

1    in, at least appear to have?
2    A    Yeah.
3    Q    Now, look with me, if you would at
4    12/3/09.
5    A    What page are we on?
6    Q    475.  Date, December 3rd of 2009.
7    A    Okay.
8    Q    See where I'm reading that?
9    A    Uh-huh.
10   Q    There's an entry for Leroy Jackson --
11   there are actually two entries for him, correct?
12   A    Right.
13   Q    And you are acquainted with Leroy
14   Jackson --
15   A    Yes.
16   Q    -- right?
17   A    Yes.
18   Q    And you said that on occasion you
19   happened to pick up medication for him, right?
20   A    Yes.
21   Q    But it looks like these medications
22   were picked up on 12/7/09 by him --
23   A    Yes.
24   Q    -- would you agree with that?
25   A    Yes.

Page 116

1    Q    And one of the medications was
2    Viagra --
3    A    Yes.
4    Q    -- right?
5    A    Yes.
6    Q    Okay.  I want you to, if you could --
7    take all the time you need -- go from 475
8    through 480, and tell me if you see any other
9    references to Viagra on those pages.
10   A    No, I don't.
11   Q    Now turn with me, if you would, to
12   page 473.
13   A    Okay.
14   Q    If you look a little before the
15   middle of the page there, dated January 28th,
16   2010, there are two entries for Leroy Ard --
17   A    Uh-huh.
18   Q    -- correct?
19   A    Right.
20   Q    And he's your uncle --
21   A    Yes.
22   Q    -- right?
23   And there's an entry for Viagra and
24   an entry for Lipitor, correct?
25   A    Right.

Pages 113 to 116

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 117

1    Q    And it looks like you picked those up
2    for him on January 28th, 2010; is that correct?
3    A    Yes.
4    Q    Are those your initials --
5    A    Yes.
6    Q    -- in your own --
7    A    Yes.
8    Q    -- handwriting right there?
9    A    Yes.
10   Q    And next to the second set of your
11   initials both times, there's a slash, and then
12   it says "RR."
13   A    Right.
14   Q    That would be Robin Richardson --
15   A    Yes.
16   Q    -- to the best of your knowledge?
17   A    Yes.
18   Q    Okay.  And then look with me, if you
19   would, further down on February 5th, 2010; same
20   page, page 473.
21   A    Yes.
22   Q    There are two entries right next to
23   one another, one for Shirley Bridges and one for
24   Johnny Flowers.  Do you --
25   A    Yes.

Page 118

1    Q    -- see where I'm reading?
2    A    Yes.
3    Q    The Shirley Bridges entry is for
4    Norvasc, and the Johnny Flowers entry is for
5    Viagra, correct?
6    A    Yes.
7    Q    Do you know Shirley Bridges or are
8    you acquainted with her in any way?
9    A    Yes.
10   Q    Have you ever picked up medication
11   for her?
12   A    Yes.
13   Q    If you look over at the far right,
14   for the initials next to the "date picked up,"
15   it's got February 5th --
16   A    Uh-huh.
17   Q    -- 2010, correct?
18   A    Yes.
19   Q    And actually, next to Shirley Bridges
20   and Johnny Flowers, the first set of initials is
21   "JF."
22   A    Uh-huh.
23   Q    Would you agree with that --
24   A    Well, I --
25   Q    -- that that's what it looks like?

Page 119

1    A    That's what it is.
2    Q    Okay.  And then the second set of
3    initials on both of them look like it's your
4    initials --
5    A    Yes.
6    Q    -- is that right?
7    A    Yes.
8    Q    Okay.  Did you pick up both of their
9    medications --
10   A    Yes.
11   Q    -- that date?
12        Okay.  With their permission?
13   A    With their permission.
14   Q    And one of them was Johnny Flowers'
15   Viagra, and you've already testified --
16   A    Yes.
17   Q    -- that you would pick that up for --
18   A    Yes.
19   Q    All right.  Then look at the very
20   last entry on that same page --
21   A    Yes.
22   Q    -- page 473, February 15th, 2010.
23   There's an entry for Oscar Ard for Viagra.  And
24   you picked that up on February 17th, 2010; is
25   that right?

Page 120

1    A    Yes.
2    Q    You did pick it up --
3    A    Yes.
4    Q    -- for him, right?
5        You entered his initials and yours?
6    A    Yes.
7    Q    And then it's got Robin's initials
8    out to the side again --
9    A    Yes.
10   Q    -- is that right?
11       Then turn with me, if you would, to
12   page 472.
13   A    Okay.
14   Q    Almost at the bottom of the page, for
15   date received, it's dated March 12th, 2010.
16   There are two prescriptions, again, for Leroy
17   Ard, your uncle --
18   A    Yes.
19   Q    -- for Viagra and Lipitor, right?
20   A    Yes.
21   Q    And those were both picked up on
22   March 15th, 2010, by you --
23   A    Yes.
24   Q    -- is that right?
25   A    Yes.

Pages 117 to 120

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 121

1      Q    And you had his permission to do
2  that?
3      A    Yes.
4           And who is this signed off on it?
5      Q    You tell me.  Can you tell me who
6  that is?
7      A    Tina Williams.
8      Q    Okay.  And since you brought that up,
9  let's go back to 473.  The Shirley Bridges and
10 Johnny Flowers entry, I don't see anybody else's
11 initials or handwriting except for yours.
12     A    It had to be Robin Richardson.  See
13 at the immediate bottom --
14     Q    Well, she --
15     A    -- where I picked up that same -- all
16 that same time.
17     Q    Well, would you agree with me that
18 Johnny Flowers' and Shirley Bridges' date picked
19 up are February 5th, 2010, and Oscar Ard's date
20 picked up is February 17th, 2010?
21     A    Shirley -- yeah, it had to be -- it
22 had to be Martha Johnson, whoever signed it in.
23 I mean (inaudible) --
24          THE COURT REPORTER:
25               Can you speak up a little?  This

Page 122

1  is really loud, and I can't hear you.
2          THE WITNESS:
3               Yes.  I signed --
4  EXAMINATION BY MS. FORRESTER:
5      Q    So I'm just saying we don't know who
6  might have witnessed that --
7      A    Okay.
8      Q    -- one on February -- would you agree
9  with me there are no initials --
10     A    Yes.
11     Q    -- right next to that?
12     A    Yes.
13     Q    Okay.
14     A    Yes.
15     Q    Okay.  Turn with me, if you would, to
16 page 470, about the middle of the page.
17     A    Okay.
18     Q    There's an entry there on March 29th,
19 2010, for Lionel Porter for Viagra, right?
20     A    Right.
21     Q    And you picked that medication up?
22     A    Yes.
23     Q    It looks like Robin Richards -- is it
24 Richardson -- I think --
25     A    Yes.

Page 123

1      Q    -- it's Richardson -- Robin
2  Richardson witnessed that --
3      A    Yes.
4      Q    -- correct?
5      A    Yes.
6      Q    Okay.  And then if you look right
7  next -- right below that, actually, on
8  March 30th, I'm thinking you probably picked
9  those up at the same time, but there are also
10 entries for --
11     A    Yes.
12     Q    -- Johnny Flowers for Viagra and
13 Norvasc --
14     A    Yes.
15     Q    -- correct?
16     A    Yes.
17     Q    And there's no entry on either of
18 those for date picked up or initials, the first
19 blank, but the second blank has "JF" in each of
20 those.  Do you see where I'm reading --
21     A    Yeah.
22     Q    -- that?
23     A    I see.
24     Q    Did you put those initials there?
25 Did you --

Page 124

1      A    Yes.
2      Q    -- pick those up for him that --
3      A    Uh-huh.  I picked them up.  I put
4  those initials there.
5      Q    So Johnny Flowers was on Norvasc and
6  Viagra?
7      A    Yes.
8      Q    Okay.  And then if you look on the
9  same entry, I'm not sure what happened here, but
10 it's dated March 31st, 2010, log-in for Oscar
11 Ard for Viagra.
12     A    March what?
13     Q    31st, 2010, is the date the
14 medication was logged in.  This is on page 470,
15 toward the bottom of the page.
16     A    Uh-huh.
17     Q    Do you see where I'm reading at?
18     A    Yes.
19     Q    And that was also Viagra, right?
20     A    Yes.
21     Q    And there's no date picked up or
22 first set of initials, right?
23          Is that right?
24     A    Right.  Yes.
25     Q    But the second set of initials,

Pages 121 to 124

Page 125

1  again, just to me, it looks like it might be
2  your handwriting, that might be something you
3  picked up as well.
4      A    Yes.
5      Q    You did pick that up --
6      A    Yes.
7      Q    -- for Oscar?
8          All right.  So then turn to page 469
9  for me.  If you look for date received of
10  April 30th, the two entries there at the very
11  top --
12     A    Yes.
13     Q    -- for Leroy Ard, there's Viagra and
14  Lipitor again, right?
15     A    Uh-huh.
16     Q    Yes?
17     A    Yes.
18     Q    And it looks like it was picked up by
19  you on April 30th, both of those, right?
20     A    Yes.  Look like it was signed off by
21  somebody else --
22     Q    I'm thinking --
23     A    -- for me.
24     Q    -- Tina Williams.
25     A    Yeah.

Page 126

1      Q    Would you agree with that?
2      A    Yeah.
3      Q    Okay.  And then same page, if you
4  look further down the page, it has two entries
5  for Johnny Flowers.  The date received is
6  May 13th, 2010.  It looks like the date picked
7  up is May 13th, 2010, by you.
8      A    Yes.
9      Q    For Viagra and Norvasc --
10     A    Yes.
11     Q    -- right?
12     A    Yes.
13     Q    And that time, there didn't happen to
14  be anybody who witnessed your -- who at least
15  put their initials right there; would you agree
16  with that -- besides you?
17     A    Yes.  But I was at the school base.
18     Q    You were at the school base when you
19  filled this out?
20     A    I was at the school base, and I came
21  over to the clinic and picked it up.
22     Q    Okay.  Right.
23          I mean, this whole time actually --
24     A    Yes.
25     Q    -- all of these we've read, you were

Page 127

1  at school base, right, because --
2      A    No.
3      Q    -- let's go back to the first one
4  that --
5      A    No.
6      Q    -- we looked at.
7          First one that we looked at that
8  you --
9      A    Uh-uh.
10     Q    The first one that we looked at that
11  you signed for is on page 473, dated
12  January 28th, 2010, and by then --
13     A    Yes.
14     Q    -- you were at school base.
15     A    Yes.
16     Q    Okay.  Okay.  Turn with me, if you
17  would, to page 467.  Toward the bottom of the
18  page, dated July 6, 2010, there are two entries
19  there for Leroy Ard, Viagra and Lipitor again.
20  You see --
21          MR. HOGAN:
22              What page are we on, please?
23          MS. FORRESTER:
24              Page 467.
25          THE WITNESS:

Page 128

1              Okay.
2  EXAMINATION BY MS. FORRESTER:
3      Q    Do you see where I've read that,
4  Leroy Ard, Viagra and Lipitor?
5      A    That's on what page?
6      Q    467.
7      A    Okay.
8      Q    July 6, 2010.
9      A    Uh-huh.
10     Q    Actually -- yeah, they're both
11  July 6, 2010.
12     A    Okay.
13     Q    You see where I'm talking about now?
14     A    Uh-huh.
15     Q    Okay.  And it doesn't look like
16  Mr. Ard ever picked those up, or at least
17  there's no record of it right there if he did;
18  would you --
19     A    Yes.
20     Q    -- agree with that?
21     A    Yes.
22     Q    And July 6, 2010, would be after you
23  were terminated, right?
24     A    Yes.
25     Q    All right.  Now turn to page 455.  I

Pages 125 to 128

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 129

1  swear we're almost done with all this
2  tediousness.
3      On page 455, about the middle of the
4  page, there's another entry for Leroy Ard,
5  right?
6      A    Uh-huh.
7      Q    Yes?  You need to say "yes" or "no."
8      A    Okay.  I'm sorry.  Yes.
9      Q    This time just for Lipitor, right?
10     A    Yes.
11     Q    And the date that the medication was
12  received is noted to be January 13th, 2012?
13     A    Yes.
14     Q    And it notes that it was picked up on
15  January 17th, 2012, right?
16     A    Yes.
17     Q    Okay.  And it has Leroy Ard's
18  initials, I believe.
19     A    Yes.
20     Q    You didn't pick it up --
21     A    No --
22     Q    -- for him on --
23     A    -- I didn't.
24     Q    -- that day -- have you ever picked
25  it up for anybody after you were terminated, any

Page 130

1  medication up for anybody after your --
2      A    Maybe --
3      Q    -- termination?
4      A    Maybe once.
5      Q    Do you remember who --
6      A    Maybe.
7      Q    -- picked it up --
8      A    If I picked up, I picked up maybe
9  Johnny Flowers, maybe.
10         You said after I was terminated?
11     Q    Yes, ma'am.
12     A    No, I picked up no one's.
13     Q    Okay.  I thought you might have
14  misunderstood me.
15     A    Yes.
16     Q    Okay.  Okay.  So if I'm looking at
17  Defendant's Exhibit 13 correctly, and if I'm
18  understanding you correctly, you picked up
19  Viagra for Oscar Ard --
20     A    Yes.
21     Q    -- right?
22         Leroy Ard?
23     A    Yes.
24     Q    Johnny Flowers?
25     A    Yes.

Page 131

1      Q    Anybody else?
2      A    Lionel Porter --
3      Q    Lionel Porter.
4      A    -- and Leroy Jackson.
5      Q    You picked up for Leroy Jackson also,
6  Viagra in particular?
7      A    He had two medicines.  He had
8  Glucotrol 10 and Viagra.
9      Q    Right.
10         But on that one -- let's look
11  again --
12     A    Leroy Jackson?
13     Q    Right.  It looked like, to me, he
14  picked up his own, but you tell me if I'm wrong.
15     A    That's Leroy Ard.  We're talking
16  about Leroy Jackson.
17     Q    Right, Leroy Jackson.
18     A    Yes.
19     Q    You're saying you picked up for Leroy
20  Jackson and Leroy Ard?
21     A    Sometimes, yes.
22     Q    Viagra in particular?
23     A    Both of their medicines, Viagra
24  for -- Viagra and Glucotrol for Leroy Jackson
25  and Lipitor and Viagra for Leroy Ard.

Page 132

1      Q    Look at page 475 --
2      A    Okay.
3      Q    -- of Defendant's Exhibit 13.
4      A    Okay.
5      Q    The two medications that are
6  indicated to be received on December 3rd, 2009,
7  both for Leroy Jackson, one is Viagra, one is
8  Glucotrol?
9      A    Uh-huh.
10     Q    Right?
11     A    Right.  Yes.
12     Q    But if you look over at the initials,
13  it looks to me like those are Leroy Jackson's
14  initials, as witnessed by Tina Williams, right?
15     A    Yes.
16     Q    But you think that you also picked up
17  for him --
18     A    A couple of times, seems like I did.
19     Q    Okay.  I'm going to show you what
20  I've marked as Exhibit 14.  It's Bates-labeled
21  document SCHS-484, and I will represent to you
22  that it is a printout from the PDA website of
23  all medications dispensed under the name of
24  Oscar Ard through that website.
25     A    Okay.

Pages 129 to 132

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 133

1    Q    It notes prescriptions for both
2  Viagra and Cialis -- actually, for Cialis
3  10 milligram and Cialis 20 milligram.  You see
4  where I've read those?
5    A    Uh-huh.  Yes, yes.
6    Q    And it notes in the "Savings" column,
7  savings for all of those as though they were
8  shipped --
9    A    Okay.
10   Q    -- and dispensed.
11       Do you know whether Oscar Ard ever
12  received Cialis under the PAP program?
13   A    No.
14   Q    He didn't receive it?
15   A    No.
16   Q    So do you know why this is entered
17  this way, as though he did receive it?
18       MR. HOGAN:
19           Wait a minute.  I object to the
20       form of the question.
21       MS. FORRESTER:
22           Okay.  All right.  Your objection
23       is noted.
24  EXAMINATION BY MS. FORRESTER:
25   Q    Cialis, May 1st, 2009, do you see

Page 134

1  where I'm reading?
2    A    Uh-huh.
3    Q    10-milligram tablets from Lilly?
4    A    Uh-huh.  Yes.
5    Q    120 doses, savings of 1728.0.
6       You see where I've read that?
7    A    Yes.
8    Q    Do you know what any of that means or
9  why it would be in there?
10   A    It could be in there because I
11  attempted to put him on the program, but there
12  was no program available for Cialis at any time.
13       And as for it appearing as many times
14  as it did, once you're in PDS USA, if you don't
15  have all of your correct information in the
16  right places, once you print it off and print it
17  out, you -- regardless to how many times you
18  print it, you don't need but one application, so
19  the other applications is shredded.  This
20  application had no -- this Cialis had no program
21  available for -- I mean Lilly had no program
22  available for Cialis at all.
23   Q    So did you ever, for Oscar Ard, send
24  off an application with a Cialis prescription to
25  attempt to get it covered and then find out

Page 135

1  later -- maybe he found out later that it wasn't
2  covered, or how do you know it wasn't --
3    A    I called.
4    Q    -- covered is what I'm asking --
5    A    I called.
6    Q    And you called on behalf of Oscar
7  Ard --
8    A    I called --
9    Q    -- in particular?
10   A    -- on behalf of Cialis, period,
11  because they were trying -- the doctors were
12  trying to put more patients on the Cialis
13  program.
14   Q    And you called and --
15   A    To see if they had a program -- a
16  patient assistance program for this medication,
17  and --
18   Q    You called --
19   A    -- they didn't.
20   Q    -- Lilly?
21   A    Yes.
22   Q    Okay.  And Lilly said they --
23   A    They --
24   Q    -- did not?
25   A    -- did not.

Page 136

1    Q    Okay.  When did you call them?
2    A    I'm not sure.  I called during the
3  time that this -- they tried to put him on
4  there, and it had to be 2009 or more.
5    Q    At least according to this, it looks
6  like entries were made for Cialis by somebody on
7  May 1st, 2009; August 5th, 2009; and
8  August 18th, 2009.  Would you agree with me --
9    A    Yes.
10   Q    -- about that?
11       Does that refresh your recollection
12  at all as to when you might have called and
13  found out Cialis wasn't covered?
14   A    No, it don't.  I know it had to be
15  during the time I had -- the patients was on
16  the -- had the PDS USA.
17   Q    Okay.  I'm going to show you what
18  I've marked as Exhibit 15, which is another
19  document that I actually initially received from
20  your attorney.
21   A    Okay.
22   Q    It's Bates labeled SCHS-245 and 246.
23  And this is an affidavit --
24       MR. HOGAN:
25           Excuse me.  That's Exhibit 14

Pages 133 to 136

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 137

1      you --
2           MS. FORRESTER:
3                That needs to be in this pile.
4           That's where all the exhibits are.
5      EXAMINATION BY MS. FORRESTER:
6           Q    And as I understand it, you or your
7      lawyer, one, obtained Defendant's Exhibit 15
8      from Oscar Ard; is that correct?
9           A    Yes.
10          Q    As part of your criminal matter?
11          A    Yes.
12          Q    Which has now been dismissed?
13          A    Yes.
14          Q    And Oscar is your brother?
15          A    Yes.
16          Q    Exhibit 16 is another affidavit, this
17     one from Lionel Porter, Bates labeled 243 and
18     244.  Again, I initially received these from
19     your lawyer.
20               To the best of your knowledge, was
21     Defendant's Exhibit 16 also obtained from Lionel
22     Porter in connection with your criminal
23     proceeding?
24          A    Yes.
25          Q    And who approached Lionel Porter

Page 138

1      about that, you or your attorney, if you know?
2           A    About?
3           Q    About doing an affidavit, signing
4      this --
5           A    Me.
6           Q    -- affidavit.
7                Okay.  Okay.  I'm going to show you
8      what I've marked as Exhibit 17, which is
9      Bates-labeled document SCHS-503.  And again,
10     I'll represent to you that it's a printout for
11     information under your log-in entered for Lionel
12     Porter as drugs that were dispensed to him
13     through the PAP.
14               I particularly want to call your
15     attention -- because I have a question about the
16     first entry -- it looks like September 5th,
17     2007, there's an entry for 50 milligrams of
18     Viagra, 90 doses.
19               You see where I'm reading that?
20          A    Uh-huh.
21          Q    But for some reason under the
22     "Savings" it says zero.
23               You see where I put that -- I've read
24     that from?
25          A    Uh-huh.

Page 139

1           Q    And then if you look down on
2      September 30th, 2009, a little over two years
3      later, there's another entry for Viagra,
4      50 milligrams, 90 doses, and it reflects savings
5      of $1,134.  I think that's what that means.  It
6      says "1134.0."
7                You see where I've read from there?
8           A    Yes.
9           Q    Do you know why there would be zero
10     savings noted?  Do you have any idea what that
11     means?
12          A    No.
13          Q    Do you know whether that Viagra
14     shipped on that date?
15          A    No.
16          Q    Or whether he ever received it,
17     Lionel Porter ever received it?
18          A    He probably -- I'm not sure, but if
19     it's no savings, he didn't get it.
20          Q    That's what I'm thinking too.  There
21     was some kind of issue there, right?
22          A    Yes.
23          Q    Right.
24               Okay.  I'm going to show you what
25     I've marked as Exhibit 18, which is

Page 140

1      Bates-labeled document SCHS-502.  And this is a
2      printout of personal information from the PDA
3      website --
4           A    Okay.
5           Q    -- regarding Johnny Flowers.
6                And do you know whether you entered
7      an application in PDA for Johnny Flowers,
8      yourself personally?
9           A    Yes.
10          Q    You did that?
11          A    Uh-huh.
12          Q    And it lists --
13          A    Yes.
14          Q    -- his address as 67 Ard Road, right?
15          A    Yes.
16          Q    The same as yours --
17          A    Yes.
18          Q    -- right?
19               Do you remember -- was he living with
20     you at the time that you entered that data?
21          A    No.  That's where he get his mail
22     from.
23          Q    He got his mail --
24          A    Yes.
25          Q    -- at your house?

Pages 137 to 140

Page 141

1    So the shipment notices about his
2  medication would have come to your house?
3    A    Yes.
4    Q    Where did he live, if you know?
5    A    All over the place, but I want to say
6  Clinton --
7    Q    Clinton --
8    A    -- at that point.
9    Q    -- Louisiana?
10    Okay.  So that's why down here it has
11  zero household income?
12    A    Yes.
13    Q    Okay.  I'm going to show you what
14  I've marked as Exhibit 19, which are
15  Bates-labeled documents SCHS-241 and 242,
16  another affidavit that I received from your
17  attorney, this one from Johnny Flowers.
18    Did you ask Johnny Flowers for an
19  affidavit?
20    A    Yes.
21    Q    In connection with your criminal
22  matter?
23    A    Yes.
24    Q    And is Defendant's Exhibit 19 that
25  affidavit, to the best of your knowledge?

Page 142

1    A    Yes.
2    Q    And I'm not sure I asked this with
3  respect to the first affidavit, so did you ask
4  Oscar Ard --
5    A    Yes.
6    Q    -- your brother --
7    A    Yes.
8    Q    -- for the affidavit yourself?
9    I'll show you what I've marked as
10  Exhibit 20 --
11    A    Okay.
12    Q    -- which are dispensing transactions
13  as printed out from the PDA website for Johnny
14  Flowers.  If you look with me again --
15    MR. HOGAN:
16    Excuse me.  Did you say printed
17  out from the PDA website?
18    MS. FORRESTER:
19    Yes.  With her log-in, with Gwen
20  Atkins' log-in.  It's a web-based program.
21    MR. HOGAN:
22    All right.  All right.
23  EXAMINATION BY MS. FORRESTER:
24    Q    So if you look with me there at
25  June 7th, 2007, there's an entry for Viagra,

Page 143

1  90 doses, savings of zero again.
2    You see where I've --
3    A    Yeah.
4    Q    -- noted that?
5    A    Uh-huh.
6    Q    And we've decided, you and I, in this
7  deposition, that probably means -- zero savings
8  means he didn't get it?
9    A    He didn't get it.
10    Q    Okay.  It looks like the same thing
11  happened on July 6th, 2007, with respect to
12  Viagra.  Would you agree with me about that?
13    A    On -- what date are you saying?
14    Q    July 6th, 2007.
15    A    He probably got that one.
16    THE COURT REPORTER:
17    Can you speak up a little?
18    THE WITNESS:
19    Okay.  All right.
20  EXAMINATION BY MS. FORRESTER:
21    Q    Okay.  Well, first of all, let's just
22  go on.
23    Okay.  So the first one is Viagra,
24  zero savings, on June 7th, right?
25    A    Yes.

Page 144

1    Q    The second one, also on June 7th, is
2  Norvasc, and it does reflect savings of 208 --
3    A    Yes.
4    Q    -- right?
5    A    Yes.
6    Q    So it looks like he got the
7  Norvasc --
8    A    Yes.
9    Q    -- on June 7th, 2007, right?
10    A    Yes.
11    Q    Okay.  Then on July 6th, 2007, there
12  are two entries for Viagra.
13    Do you see where I'm reading that?
14    A    Right here.
15    Q    Yes.
16    And those reflect zero savings?
17    A    Yes.
18    Q    Looks like he didn't get it, right?
19    A    Yes.
20    Q    And then on September 12th, 2007,
21  there are two entries for Retin-A gel, 90 doses.
22    You see where I'm talking about
23  there?
24    A    Yes.
25    Q    Also looks like he didn't get that

Pages 141 to 144

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 145

1   for some reason; is that right?
2       A   Yes.
3       Q   And on October 8th, same thing again
4   with the Retin-A, two entries for it, zero
5   savings.  Would you agree with me --
6       A   Yes.
7       Q   -- about that?
8           Do you know why the Retin-A, if it
9   was covered -- let me ask that -- or why that he
10  didn't get that?
11      A   No, I don't.
12      Q   All right.  If you look also on
13  October 8th, 2007, there's an entry for Lamisil,
14  90 doses, and it also had zero savings, right?
15      A   Right.
16      Q   Do you know why that entry for
17  Lamisil had zero savings?
18      A   No, I don't.
19      Q   Do you know whether Retin-A or
20  Lamisil were covered?
21      A   No.
22      Q   You don't know?
23      A   I don't know.
24      Q   And then look with me again on
25  August 5th, 2009.  It does reflect Cialis with a

Page 146

1   savings.
2           You see where I'm reading from there?
3       A   Yes.
4       Q   But your recollection is that they
5   did not cover Cialis -- or that Lilly did not
6   cover Cialis under a prescription assistance
7   program, right?
8       A   Yes.
9       Q   And so to the best of your knowledge,
10  he didn't get that Cialis?
11      A   He didn't get any.
12      Q   In --
13      A   No.
14      Q   It was never --
15      A   Never --
16      Q   -- shipped to the --
17      A   No.
18      Q   -- clinic or anything?
19      A   No.
20      Q   And so Leroy Ard is your uncle?
21      A   Yes.
22      Q   Did you ask him for an affidavit in
23  your criminal matter?
24      A   No.  He wasn't named in any of my
25  proceedings.  I had several more that wasn't

Page 147

1   named.
2       Q   You had affidavits from people who
3   weren't named or you picked up medication for
4   people who weren't named?
5       A   Yes.
6       Q   You picked up medication --
7       A   Yes.
8       Q   -- for people who weren't part of
9   your criminal proceedings?
10      A   Yes.
11      Q   Have you told me all the people you
12  picked up --
13      A   Yes.
14      Q   -- medication for --
15      A   Yes.
16      Q   -- that you remember?
17      A   Yes.
18      Q   I'm showing you what I'm marking as
19  Exhibit 21, which is Bates-labeled document
20  SCHS-483.  And is the personal information and
21  financial information for Leroy Ard as it
22  appears in PDA?
23      A   No.  It's -- well --
24      Q   Did you ever fill out --
25      A   His address should have been here.

Page 148

1       Q   Wait.  Well, let --
2       A   Okay.
3       Q   We'll get to that.
4           But first of all, let me say, did
5   you, yourself, do his application --
6       A   Yes.
7       Q   -- in the computer?
8       A   Yes.
9       Q   Okay.  And it's got your address
10  again, right?
11      A   Yes.
12      Q   And that's incorrect --
13      A   Yes.
14      Q   -- for him?
15      A   That's incorrect.
16      Q   Okay.  Did you enter your address for
17  him for any reason, like just to help him get
18  his mail or anything, like with Johnny Flowers?
19      A   This was -- this had to be a total
20  mistake for his address -- even though he lived
21  right down the street from me, but no.
22      Q   Did he also live on Ard Road?
23      A   Uh-huh.
24      Q   Yes?
25      A   Yes.

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Page 149

1    Q   I'm asking this just because I'm
2  curious, and it's your same last name, but I'm
3  guessing that was once family property or
4  something --
5    A   Yes.
6    Q   -- all together --
7    A   Yes.
8    Q   -- and that's how it became Ard Road?
9    A   Yes.
10   Q   So do you have any other relatives on
11 that street besides your uncle, Leroy?
12   A   Yes.
13   Q   Oh, you have -- okay.  I won't ask.
14 That's fine.
15       Anybody we've talked about in this
16 deposition, like patients you picked up
17 medication for, or anything like that, who also
18 live on Ard Road?
19   A   Leola --
20   Q   Excuse me?
21   A   I think her name is Leola Hookfin.  I
22 may have picked hers, maybe once, because she
23 didn't -- she was really a -- well, wasn't
24 really a patient but a short period, but she --
25 I think she had medicine.  I'm not quite sure.

Page 150

1    Q   Okay.  And again, that's why the
2  others in household income is listed as zero, is
3  because his Ard Road address is just -- that's
4  just a mistake --
5    A   Yes.
6    Q   -- where it reads yours?
7        It shouldn't have said that, right?
8    A   It shouldn't have been there.
9    Q   I'll show you what I've marked as
10 Exhibit 22, another affidavit --
11   A   Okay.
12   Q   -- that I was supplied by your
13 attorneys, Bates-labeled documents SCHS-239 and
14 240.
15   A   Okay.
16   Q   It's an affidavit of Charles
17 Cleveland.
18       Is Charles Cleveland somebody whose
19 medication you picked up?
20   A   No.
21   Q   Is he somebody who there were some
22 kind of accusations regarding him in your
23 criminal proceeding, to the best of your
24 knowledge?
25       I'm just trying to figure out why you

Page 151

1  got an affidavit from him.
2    A   Yeah.  Charles Cleveland was named
3  on, if I'm not mistaken, my police roster.
4    Q   Okay.  So something in the criminal
5  matter?
6    A   Yeah, something in the criminal
7  matter.
8    Q   And I notice he says in Defendant's
9  Exhibit 22 that he was prescribed 50 milligrams
10 of Viagra by Dr. Robert Cleveland.
11   A   Uh-huh.
12   Q   Right?
13   A   Yes.
14   Q   Are they related, if you know?
15   A   Son and -- that's his son.
16   Q   Dr. Cleveland is Charles --
17   A   Charles --
18   Q   -- Cleveland's father?
19   A   Son.
20   Q   Oh, okay.  So Charles Cleveland is
21 the older man?
22   A   Yes.
23   Q   Did you ask Charles Cleveland
24 personally for the affidavit?
25   A   Yes.  My criminal case.

Page 152

1    Q   Did you know him?  Were you
2  acquainted with him?
3    A   Yes.
4    Q   How did you know him, just from --
5    A   Just --
6    Q   -- being a patient --
7    A   Just a Greensburg resident.
8    Q   I'm going to show you what I've
9  marked as Defendant's Exhibit 23.  These appear
10 to be the dispensing transactions for Charles
11 Cleveland from the PDA printout.  It lists two
12 Viagra entries, both on April 15th, 2009,
13 90 doses, savings of 1134; is that correct?
14   A   Yes.
15   Q   And he says in his affidavit that he
16 was prescribed 50 milligrams by his son on that
17 date, on April 15th, by his -- wait --
18 Dr. Cleveland is the father?
19   A   Dr. Cleveland is the father.
20   Q   I keep getting it wrong.
21       So how old is Charles Cleveland?
22   A   70.
23   Q   And Dr. Cleveland --
24   A   Wait.  No.  Dr. Cleveland --
25   Q   Is --

Pages 149 to 152

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 153

1   A   -- is --
2   Q   -- the son.
3   A   No.
4   Q   Okay.
5   A   Both -- Robert -- Bob -- Cleveland is
6   the daddy, which is --
7   Q   The doctor?
8   A   -- the doctor.
9   Q   Okay.  And he's 70?
10  A   Yes.
11  Q   Okay.  And his son, Charles
12  Cleveland, is how old?
13  A   I don't know.  I'm not sure.
14  Q   And he was getting prescribed Viagra,
15  apparently?
16  A   It may not be for -- they may be for
17  it.  I'm not sure.
18  Q   And he says he was prescribed --
19  Charles Cleveland says he was prescribed Viagra
20  by Dr. Cleveland on April 15th, 2009, right?
21  A   Yes.
22  Q   He says he was never enrolled in the
23  program because he did not provide proof of his
24  income --
25  A   Yes.

Page 154

1   Q   -- is that right?
2       Now I'm going to show you what I've
3   marked as Exhibit 24.  It appears to be a
4   patient assistance -- or excuse me -- strike
5   that.
6       It appears to be personal and medical
7   data information on the PDA website for your
8   daughter Bridgette; is that right?
9   A   Yes.
10  Q   And it does list her address as 67
11  Ard Road, right?
12  A   Yes.
13  Q   And that would be correct, wouldn't
14  it?
15  A   Yes.
16  Q   Because she was living --
17  A   Yes.
18  Q   -- with you?
19      Did she have a job at the time?
20  A   Yeah.  She had to have a job, because
21  she sent her income tax information.
22  Q   That's her income right there where
23  it says "Salary" --
24  A   Yes.
25  Q   -- "Income, 1280" --

Page 155

1   A   Yes.
2   Q   -- right?
3       And it lists that there are four
4   other people in the household in the Part A up
5   there.  Do you see where I've read that from?
6   A   Uh-huh.
7   Q   Yes?
8   A   Yes.
9   Q   Okay.  But then in the others in
10  household, on the income source it lists zero,
11  right?
12  A   Yes.
13  Q   But you were in her household, right?
14  A   Yeah.
15  Q   Should your --
16  A   Well --
17  Q   -- income --
18  A   Well, I told you she moved out.
19  Q   Okay.  So -- but she's still got her
20  address here?
21  A   She gets her mail there.  She gets
22  her mail there also.
23  Q   So she didn't really live there?
24  A   No.
25  Q   Okay.  So who are the four people who

Page 156

1   lived in her household when this was filled out?
2   A   Christopher Holmes.  That's just her
3   boyfriend, I guess, fiancé.
4   Q   Anybody else?
5   A   Tyjia Ard.
6   Q   Who is Tyjia Ard?
7   A   My niece.
8   Q   Anybody else?
9   A   Yeah, she had some more people, but
10  I'm not quite sure of their names.
11  Q   Okay.  Was there ever a time when
12  four people were living with -- together,
13  including you, at 67 Ard Road?
14  A   Yes.  Johnny Flowers, JoDarius
15  Flowers, Bridgette Atkins, and me.
16  Q   And when was the last time that was
17  the case --
18  A   I'm not --
19  Q   -- year-wise?
20  A   -- quite sure.  I'm not quite sure of
21  the time, date, but we were all together.
22  Q   So after your termination -- which
23  was in May of 2010?
24  A   Uh-huh.
25  Q   Right?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

## Page 157

1    A    Yes.
2    Q    You initially had charges -- criminal
3  charges brought against you, right?
4    A    Yes.
5    Q    And now those have been dismissed,
6  right?
7    A    Yes.
8    Q    And were you ever present at the
9  police station or in any environment when any
10  employee of Southeast or former employee of
11  Southeast was speaking to the police or the DA
12  or anybody else about your case?
13    A    I wasn't directly there, but they had
14  a police that went out and told Lionel Porter
15  about hisself and questioned him about "the
16  police is trying to get Gwen" --
17    Q    Right.
18    A    -- and his name was Aaron Burton.  He
19  was a police on the force.
20    Q    So in that conversation -- I'm
21  guessing Lionel Porter told you about it --
22    A    Yes.
23    Q    -- is that right?
24       And did Lionel Porter tell you that
25  any employee of Southeast or representative of

## Page 158

1  Southeast was present when he was questioned?
2    A    No, no.
3    Q    Nobody else was present, just him and
4  the police officer?
5    A    Just Lionel and the police.
6    Q    And then Lionel told you about it --
7    A    Yes.
8    Q    -- right?
9       So what I'm asking you about is:
10  There been any times that you have been in the
11  room or on the phone or have otherwise heard or
12  observed any representative or employee of
13  Southeast interacting with the police about
14  those criminal charges?
15    A    No, I haven't.
16    Q    Now, you have some documents, right,
17  that were provided to you by the police?  You
18  and your attorney have some documents, right?
19    A    Yes.
20    Q    And I believe that those have all
21  been provided to me, but -- and the criminal
22  charges have all been dismissed at this time,
23  right?
24    A    Yes.
25    Q    What employment have you had, if any,

## Page 159

1  since May of 2010?
2    A    None.
3    Q    Okay.  And I did receive -- I asked
4  for in discovery, and I believe we've received,
5  some information about job searches for some
6  period of time.
7       Have you produced to your lawyer
8  everything that you have in your possession in
9  the way of documents regarding your job search?
10    A    Yes.
11    Q    Have you looked for a job every week
12  in the last six years?
13    A    Yes.
14       Well, not --
15    Q    Done --
16    A    -- every --
17    Q    -- something --
18    A    -- week.
19    Q    Okay.  Has there been any period of
20  time when you took yourself out of the
21  workforce, like just stopped looking for a
22  little while, took a break, went back to school,
23  anything like that?
24    A    No.  Just once I got diagnosed with
25  major depression.

## Page 160

1    Q    When did that happen?
2    A    I'm thinking it happened around 2012.
3    Q    Who's your doctor for that?
4    A    He was at RKM.
5    Q    Excuse me?
6    A    I'm trying to think.  He was at RKM.
7  His name was Dr. -- I'm not quite sure now.
8    Q    Okay.  But it was at RKM?
9    A    Uh-huh.
10    Q    Where is that located?
11    A    Clinton, Louisiana.
12    Q    Have you received treatment for major
13  depression anywhere other than RKM in Clinton?
14    A    No.
15       I had three -- four -- three
16  medicines -- four medicines:  Klonopin,
17  trazodone, lithium, and Viibryd.
18    Q    Are you still on those medications
19  or --
20    A    I took myself --
21    Q    You're shaking your head no?
22    A    No.
23    Q    Okay.  You took --
24    A    I mean --
25    Q    -- yourself off of --

Pages 157 to 160

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 161

1      A    Yes.  Because I couldn't afford to
2  get over to Clinton.  I didn't have a vehicle.
3  So I just kind of like stopped going.
4      Q    When did that happen?
5      A    I went for about a year.
6      Q    So like 2012 to 2013, around in
7  there, you think?
8      A    Yeah.
9      Q    Have you ever received any other
10 treatment for any kind of emotional or mental
11 distress, mental anguish, depression, anxiety,
12 anything like that since your termination?
13     A    All of that was considered under that
14 right -- no, not before my termination, just
15 afterwards.
16     Q    And it was all at RKM --
17     A    Yes.
18     Q    -- all of your treatment --
19     A    Yes.
20     Q    -- right?
21          Have you been treated for any other
22 medical issues anywhere other than RKM since
23 your termination?
24     A    No.  Other than Missy -- Missy -- I
25 mean at Dr. Varnado, and that's high blood

Page 162

1  pressure medicine.
2      Q    Dr. Fontenot?
3      A    Varnado, Anjanette Varnado.
4      Q    You're going to need to spell that
5  for me.
6      A    A-N-E-T-T-E -- it's got a J
7  somewhere -- J-E-T-T-E or something, Anjanette.
8      Q    Okay.  Go ahead.  And her last name?
9      A    Varnado.
10     Q    How do you spell that?
11     A    V-A-R-N-A-D-O.
12     Q    And where is Dr. Varnado located?
13     A    Greensburg.
14     Q    Have you received treatment from
15 anybody other than Dr. Varnado and RKM --
16     A    No.
17     Q    -- since you were terminated?
18     A    No.
19     Q    And then you haven't had any
20 employment --
21     A    No.
22     Q    -- right?
23          Have you earned any income at all,
24 even if it wasn't official employment; you know,
25 sitting with people, babysitting, anything --

Page 163

1      A    No.
2      Q    -- odd jobs of any kind?
3          Have you --
4      A    No.
5      Q    -- applied for any kind of disability
6  or anything in connection with your depression
7  diagnosis?
8      A    Well, once I -- I was injured at the
9  high school, school-base health center.  That
10 light fixture cover had hit me, and I applied
11 for some help then.  And that was in -- I
12 think -- if I'm not mistaken, that was the
13 third -- maybe March of 2010.
14     Q    So that was while you were still at
15 Southeast; is that what you're saying?
16     A    Huh?
17     Q    In March --
18     A    Yeah.  That happened --
19     Q    -- of --
20     A    Yes.  That's when I was there.
21     Q    You said you applied for some help?
22     A    I applied for disability.
23     Q    With --
24     A    I was under the care of the neuro
25 clinic too.

Page 164

1      Q    Okay.  And in the last -- since your
2  termination?
3      A    Yes.  With a neck injury.
4      Q    Okay.  When was that?
5          Actually, you don't even have to tell
6  me when.  Just tell me what neuro clinic.  Where
7  are they located?
8          MR. HOGAN:
9               Off the record.
10 (Discussion off the record.)
11          THE WITNESS:
12               I went to the neurosurgical
13      clinic in Baton Rouge, and Dr. Baker was
14      my attending physician, and that was the
15      latter part of 2010, on into the date I
16      was arrested, because I was just coming
17      from the doctor that day.
18 EXAMINATION BY MS. FORRESTER:
19     Q    And that was associated with the
20 injury that you --
21     A    Yes.
22     Q    -- had sustained at Southeast --
23     A    Yes.
24     Q    -- when the light fixture fell --
25     A    Yes.

Pages 161 to 164

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

## Page 165

1    Q    -- on you?
2         And did you ever apply for workers'
3    comp or file a worker's comp suit?
4    A    I did -- I think I did.  I did, and I
5    got a response back from them.
6    Q    From whom, the --
7    A    The workers' --
8    Q    -- insurer?
9    A    Yeah.  The workers' comp person.
10   Q    And what did -- what was the
11   response?
12   A    Nothing.
13   Q    What do you mean?  Can you be more
14   specific?
15   A    I --
16   Q    They denied --
17   A    Yes.
18   Q    -- the claim?
19   A    Yes.
20   Q    Did you ever apply for disability
21   with Social Security?
22   A    Yes.
23   Q    During this same time period, like in
24   2010 sometime?
25   A    No.  It had to be 2011.

## Page 166

1    Q    Did you have a lawyer for that or did
2    you do it on your own?
3    A    I had Doskey, Attorney Doskey from
4    New Orleans.  He's just a random person.
5    Q    Do you know how his name is spelled?
6    A    D-O-S-K-E-Y.
7    Q    And what his first name is?
8    A    I'm not sure.
9    Q    Do you know the status of your Social
10   Security claim?
11   A    Denied.
12   Q    Are you currently able to work,
13   physically --
14   A    Yes, I --
15   Q    -- mentally, emotionally?
16   A    Well, a little emotional -- you know,
17   mental stuff -- I need some, like, therapy, I
18   know, from what all has happened.
19   Q    So if you don't mind me asking, how
20   are you living right now?
21   A    Well, my daughter take care of my
22   little bills.
23   Q    Bridgette?
24   A    Yes.
25   Q    She's still working?

## Page 167

1    A    Yes.
2    Q    What about your health insurance
3    situation?
4    A    Well, I was on Medicaid until -- me
5    and my son was both on Medicaid, and then we got
6    cut off in two thousand -- it may have been
7    2014.  We just got reinstated.
8    Q    Do you know why you were cut off in
9    2014?
10   A    Yeah.  Because he was turning 19.  He
11   turned 19 October 5th of 2015.
12   Q    Were you reinstated because of --
13   A    This --
14   Q    -- additional provisions because of
15   Obama Care, the --
16   A    Yeah.  The --
17   Q    -- Affordable Care Act --
18   A    Yeah.  The thing that what's his name
19   signed in Baton Rouge.
20   Q    Oh, okay.
21   A    John --
22   Q    John --
23   A    -- Bel Edwards.
24   Q    -- Bel Edwards?
25   A    Yeah.

## Page 168

1    Q    Okay.
2    A    Yes.  So we just got approved for
3    that in July.
4         MS. FORRESTER:
5         Okay.  I think that -- let's go
6    off the record.
7    (Recess taken.)
8    EXAMINATION BY MS. FORRESTER:
9    Q    I just have a couple more questions,
10   Ms. Atkins.
11   A    Okay.
12   Q    Famous last words for a lawyer.
13   A    Okay.
14   Q    You mentioned earlier that patients
15   would have to provide income verification as
16   part of the patient assistance program; is that
17   right?
18   A    Yes.
19   Q    And what if the patient had zero
20   income?
21   A    All right.  They would have to write
22   a statement, get it signed by the doctor, or the
23   prescription -- patient assistance program where
24   the prescription come from, they would send a
25   W -- it's a form, like a little tax form.  They

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 169

1  had to get that signed and signed by the doctor.
2      Q    But they could do a statement or the
3  tax form?
4      A    Yes.
5      Q    But in either case, it had to be
6  signed by both the patient and the doctor?
7      A    Yes.
8      Q    Even the tax form?
9      A    It's like -- it's more like a -- it
10 really wasn't a tax form.  It was like a -- it's
11 like a little SR form that's stating about your
12 income.
13     Q    And were copies of those kept at
14 Southeast, if you know, the income verification
15 information?
16     A    No.  It was mailed.  It was mailed
17 all out to the pharmaceuticals.
18     Q    During the time when it was -- you
19 still had access to PDA, okay, and you could
20 enter information online, how would you submit
21 the income verification?
22     A    I didn't.  I just put in the amount
23 they give me, like on a food stamp -- they can
24 bring me food stamp printout.  They can bring
25 their welfare information, just whatever, their

Page 170

1  income tax.  And I would have to just put in
2  the -- put the amount that's on that paperwork.
3  And once I print it out, it will show up on
4  there, but I still had to send that income along
5  with that application.
6      Q    The income verification?
7      A    Yes.
8      Q    Okay.  So even when it was PDA, you
9  would print out an application, attach income
10 verification, and send it off?
11     A    Yes.
12     Q    And you didn't retain copies of that?
13     A    No.  We wasn't scanning it in EHS
14 yet.  We hadn't got to scan.
15     Q    Okay.  Are you acquainted with a
16 patient or former Southeast patient named David
17 Womack?
18     A    Yes.
19     Q    How do you know Mr. Womack?
20     A    His sister works at the clinic.
21     Q    Have you ever picked up any
22 medication for Mr. Womack?
23     A    No.  His sister did.
24     Q    Who is his sister?
25     A    Elaine Dorsey.

Page 171

1      Q    Did Elaine Dorsey work at the
2  Greensburg clinic?
3      A    Yes.
4      Q    During 2009 and 2010?
5      A    Yes.  She's still there.
6      Q    How about a patient named Herman
7  Hogan or Horgan?
8      A    No.
9      Q    You're not acquainted with him --
10     A    No.
11     Q    -- in any way?
12          Have you ever picked up medication
13 for him?
14     A    No.  I don't know him.
15     MS. FORRESTER:
16          Okay.  That's all I have.
17     MR. HOGAN:
18          I have a few questions.
19 EXAMINATION BY MR. HOGAN:
20     Q    If you would just refer back to those
21 exhibits, and let's look at Exhibit 13 for a
22 minute, please.
23          All right.  Help me -- this, it looks
24 like the form has changed.  For example, if
25 we're looking at 13, Bates No. 444, that looks

Page 172

1  like the form that's currently -- or was in use
2  in around February of 2013.  Do you see that,
3  the first entry on the --
4      A    Yes, sir.
5      Q    Okay.  February 1st, 2013.
6          All right.  Now, just flip back over
7  to like 474.
8      A    Okay.
9      Q    And that's the form that it looks
10 like the first entry is 12/17/09, and the last
11 entry that we can read is 1/15 of '10?
12     A    Yes, sir.
13     Q    Okay.  It looks like the fields have
14 decreased on the left side there.  You see that?
15          You have like "Date med received," is
16 your first field.  Do you see that?
17     A    Yes.
18     Q    Okay.  Then you have the next column
19 that shows initials?
20     A    Yes.
21     Q    Okay.  Like on 444, there's only one
22 column for initials, and on 474 there were two
23 columns.
24     A    Yes.
25     Q    But anyway, help me understand.  I

Pages 169 to 172

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 173

1  get the idea about "Date med received" -- that
2  would be the date that the medicine came to the
3  clinic?
4      A    Yes.
5      Q    Okay.  And what's the significance of
6  the next column, the initials in the next
7  column?
8      A    That's who initially checked the
9  medicine in.
10     Q    Okay.  And then we have -- of course,
11 we have the patient name, the drug, the dose,
12 expiration date, date picked up.
13         Now, the last field for initials,
14 there's two columns there.  Do you see that?
15     A    Yes, sir.
16     Q    Now, what would be the significance
17 of those -- of that column?
18     A    Previously, you would put the
19 patient's -- it had a little place you put the
20 patient's initial, and then you sign your
21 initial by the patient.
22     Q    Right.  That's in a case where the
23 patient actually came in and picked it up
24 himself?
25     A    No -- well, in all -- in all of the

Page 174

1  cases, okay, if I -- if my medication is in, I
2  would get whoever -- whoever go get the medicine
3  would have to sign their initial -- well, in the
4  past, we would put the patient's initial, and
5  then we put ours right out beside the patient.
6      Q    All right.  But as you testified
7  earlier, the medicine is checked in to the
8  clinic, and then it goes to the back, and it's
9  under lock and key in the back; is that correct?
10     A    Yes, sir.
11     Q    Okay.  So then if either the patient
12 is calling for it or a family member is calling
13 for it, then they have to -- how does that work?
14     A    If the patient is calling, they're
15 calling to ask -- inquire has their medicine
16 arrived.  And if their medicine has arrived,
17 they'll tell you whether -- can so and so pick
18 the -- "can this person pick this up for me," or
19 "I'll just wait until I get a ride there," okay,
20 you know -- just, however.
21         But whoever pick it up, there is no
22 way around you signing for it.
23     Q    Well, now, the person who is checking
24 it out, okay, the person who is checking it out
25 of the back to whomever, that person is --

Page 175

1  what's the status of that person, the person
2  that's checking it out from the back?
3      A    The person that's checking it out
4  from the back could either be the medical
5  assistant, the nurse, the nurse practitioner, or
6  the doctors only.
7      Q    All right.  And if we look in that
8  column, the column that would tell us who
9  checked it out would be somebody in that
10 category in every instance; is that correct?
11     A    It should be.
12     Q    Okay.  All right.  I want you to look
13 at Exhibit 15.
14         You see 15 --
15     A    Yes, sir.
16     Q    -- Exhibit 15?
17     A    Okay.
18     Q    Here we go, right there.
19     A    I got it.
20     Q    Look on page 2 of Exhibit 15.
21         Do you see that, page 2?
22     A    Yes.
23     Q    Just help me out.  I'm going to read
24 it, and just -- I want you to just follow along
25 and make sure I'm reading it correctly.

Page 176

1          What is the date at the bottom it
2  shows that Oscar signed this document?
3      A    April 23rd, 2012.
4      Q    All right.  And it looks like on that
5  date that he stated, "I understand that the
6  investigative report filed in this case by
7  Trooper Ron Whittaker, Jr. indicates that I had
8  two prescriptions for 50 milligrams of Viagra
9  written on April 15, 2009.  I only had one
10 prescription for this medication written on that
11 date by Dr. Cleveland.  I received all
12 medication prescribed for me through IDAP."
13         Did I read that correctly?
14     A    Yes, sir.
15     Q    And the next paragraph says, "On or
16 about May 1, 2009, Dr. Cleveland wrote me a
17 prescription for 10 milligrams of Cialis.  On or
18 about August 5, 2009, Dr. Cleveland wrote me a
19 prescription for 20 milligrams of Cialis.
20 Cialis was not available through IDAP.  I did
21 not receive Cialis from any source."
22         Did I read that correctly?
23     A    Yes, sir.
24     Q    And then he concludes, "I understand
25 that the investigative report filed in this case

Pages 173 to 176

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

## Page 177

1 by Trooper Ron Whittaker, Jr. indicates that I
2 had two prescriptions for 20 milligrams of
3 Cialis written on August 5, 2009.  I only had
4 one prescription for this medication written on
5 that date by Dr. Cleveland.  I received all
6 medications prescribed for me through IDAP
7 except Cialis."
8         Did I read that correctly?
9     A   Yes, sir.
10    Q   Okay.  All right.  Look at 14.
11        In fact, just look at this along with
12 me.
13    A   Okay.
14    Q   As we sit here today, after we have
15 gone through all of this, okay --
16    A   Yes, sir.
17    Q   You were present for the whole
18 deposition, were you not?
19    A   Yes.
20    Q   As was Ms. Forrester and myself?
21    A   Yes.
22    Q   Now, based on what we know of what
23 has happened, okay, looking at 14, is there any
24 way in the world that anybody could suppose that
25 Oscar Ard actually got 90 doses of Viagra on

## Page 178

1 April 15th of '09 in two separate batches?
2         MS. FORRESTER:
3             Object to the form.
4         THE WITNESS:
5             No, sir.
6 EXAMINATION BY MR. HOGAN:
7     Q   Okay.  Or that he would have gotten
8 120 doses of Cialis in -- one, two, three,
9 four -- let me see -- hold on a minute -- one,
10 two, three, four -- he would have gotten
11 120 doses of Cialis in four packages from the
12 same manufacturer?
13    A   No, sir.
14        MS. FORRESTER:
15            Object to the form.
16 EXAMINATION BY MR. HOGAN:
17    Q   Or that he -- or that -- well, excuse
18 me.  Strike the rest of that.
19        And would it be fair to say, just as
20 a general observation, that the patients -- that
21 the drug assistance program is generally for
22 patients -- I mean, excuse me.  Strike that --
23 that the patients assistance program is
24 generally for medications that are prescribed
25 for a patient on a recurring basis?

## Page 179

1         THE WITNESS:
2             Yes.
3         MS. FORRESTER:
4             Object to the form.
5 EXAMINATION BY MR. HOGAN:
6     Q   For example, like Lipitor, what's
7 Lipitor prescribed for?
8         MS. FORRESTER:
9             Object to the form.
10 EXAMINATION BY MR. HOGAN:
11    Q   In your -- what is Lipitor prescribed
12 for?
13    A   A diabetic.
14    Q   A diabetic, for what condition?
15        MS. FORRESTER:
16            Object to the form.
17        THE WITNESS:
18            I'm not sure, Attorney Hogan.  I
19 don't have all those medical terms.  I
20 would --
21 EXAMINATION BY MR. HOGAN:
22    Q   Well, just for -- just tell me from
23 your own experience of a medication that
24 somebody is prescribed on a routine basis, some
25 kind of routine prescription medicine.

## Page 180

1     A   Norvasc.
2     Q   Norvasc.
3         And what is that prescribed for?
4     A   That's a blood pressure medication.
5     Q   Okay.  And that would be for somebody
6 who's going to take that for an extended period
7 of time?
8     A   Yes.
9     Q   Okay.  So, for example, in fact,
10 there's probably some people in here, it was
11 prescribed for them; and like you described
12 earlier, they submit their application, they're
13 approved for a year, correct?
14    A   Yes.
15        MS. FORRESTER:
16            Object to the form.
17 EXAMINATION BY MR. HOGAN:
18    Q   And they can get a refill -- they can
19 get it refilled every 90 days?
20        MS. FORRESTER:
21            Object to the form.
22        THE WITNESS:
23            Yes.
24 EXAMINATION BY MR. HOGAN:
25    Q   Okay.  All right.  All right.  This

Pages 177 to 180

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 181

1   is -- I want to show you that.  Take a look at
2   that, please, ma'am.
3         What is that?
4         MS. FORRESTER:
5            May I see it?
6         MR. HOGAN:
7            Sure.
8         THE WITNESS:
9            Me.  Me.
10  EXAMINATION BY MR. HOGAN:
11      Q    Right.  And so what are we looking at
12  here?
13      A    That's the St. Helena Echo.
14      Q    And what's the date at the top of the
15  paper?
16      A    February 16, 2011.
17      Q    All right.  And that's about your
18  arrest on the front page of the St. Helena Echo;
19  is that correct?
20      A    Yes, sir.
21      Q    What does it say at the bottom?  It
22  says -- I'm going to read it to you -- "All eyes
23  on you, put your business on the front page and
24  get all eyes on your business."
25         Do you see that?

Page 182

1      A    Yes, sir.
2         MR. HOGAN:
3            Okay.  That's all the questions I
4   have.  Thank you.
5         MS. FORRESTER:
6            I don't have anything else.
7         MR. HOGAN:
8            Huh?
9         MS. FORRESTER:
10           I don't have any.
11        MR. HOGAN:
12           Okay.
13           Oh, I do have one other question.
14  EXAMINATION BY MR. HOGAN:
15      Q    Back on Exhibit 13 for just a
16  minute -- and we're going to look at -- we'll
17  just look at page -- going to look at page 1 of
18  Exhibit 13.  And just look at some of these
19  names on here, and tell me the relationships, if
20  you know the relationships, please.
21      A    Katie Jenkins is Elaine Dorsey's
22  sister.  And Katie, if I'm not mistaken, works
23  for Southeast Community Health Systems.
24      Q    All right.
25      A    Elaine Dorsey works at Southeast

Page 183

1   Community Health Systems --
2      Q    All right.
3      A    -- now -- now.
4         That's -- Elaine and Katie are
5   sisters.  Both of them work for Southeast.
6      Q    All right.  Now, just help me out
7   here.  So on this particular -- what is the date
8   there, on that one there?
9      A    2/6/2013.
10     Q    Okay.  And then what does it show in
11  the column as to who picked up the medication?
12     A    In that column for Katie Jenkins,
13  "ED," which is Elaine Dorsey, picked up for
14  Katie Jenkins.
15        And 2/13 of '13, Elaine Dorsey --
16  Protonix -- came into the clinic, and she picked
17  it up on the 13th.
18     Q    All right.
19     A    Okay.  Katie Jenkins' medicine --
20     Q    Hold on a minute.  You're looking at
21  449?
22     A    Yes.
23     Q    Okay.
24     A    449, Katie Jenkins' medicine came in
25  again to the clinic.  E. Dorsey picked it up.

Page 184

1   On 10 -- that was for her Proton -- I mean her
2   Diovan.
3         On 10/24 -- no -- 10/25/2012, Katie
4   Jenkins' Glucotrol came in.  E. Dorsey picked it
5   up for her.
6         On 12/03/2012, Elaine Dorsey's
7   Protonix came in, and she picked her own
8   Protonix up.
9         On 9/12 -- 9/18/2012, Elaine Dorsey's
10  Protonix came in, and E. Dorsey picked it up.
11        On 6/27/2012, Elaine Dorsey's
12  Protonix came in to the clinic.  She picked it
13  up.
14        Okay.  On 4/12 -- 4/20/2012, Elaine
15  Dorsey's Protonix came in.  She picked it up.
16        On 12/8/2011, Elaine Dorsey's
17  Protonix came in to the clinic.  She picked it
18  up.
19     Q    All right.  Well, let me just ask you
20  this -- go ahead.
21     A    Virginia Foster's medication came in
22  to the clinic -- she still works there -- her
23  Synthroid.
24        MS. FORRESTER:
25           Can you tell us what date?

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 185

1    I'm sorry to do it --
2    MR. HOGAN:
3       Okay.  That's --
4    THE WITNESS:
5       I'm sorry.  I'm sorry.
6    MS. FORRESTER:
7       -- out of turn.
8       What date is that?
9    THE WITNESS:
10      The -- you want the page, the
11   page --
12   MS. FORRESTER:
13      That would be even better.
14   THE WITNESS:
15      Okay.  461, Virginia Foster.
16      On page 472, 3/3/2010, David
17   Womack's Viagra, 50 milligrams, came in.
18   E. Dorsey picked it up.
19   MS. FORRESTER:
20      I'm sorry.  What was that date
21   again?
22   THE WITNESS:
23      3/3/2010.
24   MR. HOGAN:
25      On page 472.

Page 186

1    THE WITNESS:
2       Okay.  On 1 -- I'm going to say
3    it's 5, but it look like a 6.  On
4    page 474, look like a 1/5.  Alton Womack,
5    Medrol, E. Dorsey picked it up.
6       On 1/13/2010, right there up
7    under it, David Womack picked his own
8    medicine up that day.
9    EXAMINATION BY MR. HOGAN:
10      Q    All right.  I just had one other
11   question.  I want you to look at Document 11,
12   page 2.
13      A    Okay.
14      Q    And just to save time, just follow
15   along with me.  I'm going to read from the
16   bottom of that page.  You see that fine print at
17   the bottom?
18      A    Yes, sir.
19      Q    Okay.  Just follow along and make
20   sure I'm reading it correctly, please.
21      "I certify that the information
22   provided in this application is complete and
23   accurate to the best of my knowledge and that
24   the product ordered hereunder is medically
25   indicated for this patient.  I further certify

Page 187

1    that all units of any product shipped to me
2    pursuant to this application will be provided to
3    the above-named patient only, for his or her
4    treatment, and will not be sold or otherwise
5    distributed and that no patient or third party
6    shall be charged for such product.
7    Additionally, no units of product will be
8    submitted for Medicare, Medicaid, or any public
9    or private third party reimbursement, or
10   returned for credit.  I understand eligibility
11   under this program is subject to Schering's
12   approval and the patient's continuing compliance
13   with all eligibility requirements, as set by
14   Schering from time to time.  I agree to allow
15   Schering, or its authorized agents, to review
16   the medical, financial, and insurance records
17   for this patient at any time for the purpose of
18   verifying the patient's eligibility status for
19   the program and the patient's receipt of any
20   products provided to him or her through the
21   program."
22      You see that?
23   A    Yes, sir.
24   Q    Now, who signed that?
25   A    Tammy Smith.

Page 188

1    Q    The nurse practitioner, right?
2    A    Yes, sir.
3    Q    And if it was an application that was
4    signed by a medical doctor, it's the medical
5    doctor's guarantee, isn't it?
6    A    Yes.
7    MS. FORRESTER:
8       Object to the form.
9    EXAMINATION BY MR. HOGAN:
10   Q    It's the healthcare provider's --
11   A    Yes.
12   Q    -- representation to the manufacturer
13   that all this will be complied with, correct?
14   A    Yes.
15   Q    And to go back to 13, these
16   medications come into the clinic, they go to the
17   back, and they're under the lock and key in the
18   back; is that correct?
19   A    Yes.
20   Q    And they only come out at the
21   authorization of a healthcare provider, correct?
22   A    Yes.
23   Q    And they're turned over to a person
24   whom the healthcare provider has a reasonable
25   belief will get the medication to the patient,

Pages 185 to 188

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

## Page 189

1  right?
2      A    Yes.
3      Q    Either to the patient, a family
4  member, or someone the patient has authorized?
5      A    Yes.
6      Q    The whole time that you worked there,
7  did you ever have any complaints from anyone
8  that they didn't get the medicines that you had
9  checked out for them?
10     A    No, sir.
11         MR. HOGAN:
12             That's all the questions I have.
13         Thank you.
14         MS. FORRESTER:
15             Okay.  Well, now I have some
16  follow-up.
17         MR. HOGAN:
18             All right.
19  EXAMINATION BY MS. FORRESTER:
20     Q    Alton Womack, I believe you testified
21  that it looked like Elaine Dorsey had picked up
22  some medication for him --
23     A    Yes.
24     Q    -- on some occasion.
25     A    Yes.

## Page 190

1      Q    Do you know if he's related to Elaine
2  Dorsey?
3      A    Her brother.
4      Q    And theoretically, David Womack's
5  brother also, I guess?
6      A    Yes.
7          And Katie Jenkins is her sister.
8      Q    Katie Jenkins is their sister?
9      A    Is Elaine Dorsey's sister.
10     Q    Okay.  I thought she was her
11  daughter.  She's her --
12     A    No.
13     Q    So I had that wrong.
14         So they're all siblings --
15     A    Yes.
16     Q    -- Katie Jenkins, David Womack, Alton
17  Womack, and Elaine Dorsey?
18     A    Yes.
19     Q    And they all apparently received
20  medication under the indigent drug assistance --
21     A    Yes.
22     Q    -- programs?
23     A    And Elaine and Katie work at the
24  clinic.
25     Q    Okay.  When you went to the

## Page 191

1  school-based clinic, where was Elaine Dorsey
2  assigned?
3      A    At the center.
4      Q    Greensburg?
5      A    Yes.  At the main clinic.
6      Q    And where was she assigned before you
7  went to -- before you went to the school-based
8  clinic?
9      A    At the clinic.
10     Q    Greensburg?
11     A    Yes, Greensburg clinic.
12     Q    Did Elaine Dorsey have access to the
13  PDA website, the PDA log-in and all of that?
14  Did she ever go on the PDA --
15     A    I'm not --
16     Q    -- patient assistance?
17     A    -- sure -- I'm not sure at all.  I'm
18  not sure.
19     Q    I believe you testified way earlier
20  that some people had your log-in?
21     A    Yes.
22     Q    Who had your log-in?
23     A    Shariee Jones and Martha Johnson.
24     Q    Anybody other than those two, to your
25  knowledge?

## Page 192

1      A    Not to my knowledge.  But I was out
2  for a period of time.  I know my whole log-in
3  was changed once I came back, because Martha had
4  messed it up.  Martha Johnson had messed it up.
5      Q    Okay.  And Mr. Hogan asked you about
6  the process by which the medication would come
7  in and be kept, and I want to ask you about a
8  couple things about that, just to clarify.
9      A    Okay.
10     Q    I believe the way he put it was:  The
11  drugs come in, and they go to the back --
12     A    Yes.
13     Q    -- and then they're --
14     A    Logged --
15     Q    -- logged in, right?
16     A    Logged in.
17     Q    And how, again, is it that they get
18  from the front to the back?
19     A    They announce themself to me or
20  Ms. Dorsey.  We were the two up front.  They
21  would tell us what they're coming for, whether
22  they was coming for the medication or they
23  needed to see the doctor --
24     Q    Wait.  I'm talking about when the
25  medication arrives.

Pages 189 to 192

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 193

1   A    How did it get to the back?
2   Q    Right.
3   A    Some -- it's hand delivered --
4   because it could be left in the hallway on the
5   other side by the cafeteria, just wherever UPS,
6   FedEx leave it.  But most of the time, all of
7   the packages piled up by the storage room.
8   Q    Is it somebody's job to sort the
9   mail?
10  A    Not -- not really, just whoever is
11  available.
12  Q    Who would that be?  Would that be a
13  nurse or a doctor who sorted it?
14  A    No, no.  It wasn't a nurse or a
15  doctor that sorted the mail, because most that
16  was coming in was like supplies --
17  Q    Would it be --
18  A    -- and --
19  Q    Would it sometimes be you?
20  A    It would be me, Elaine, just who --
21  Q    Would it ever be anybody besides you
22  or Elaine --
23  A    Yeah.
24  Q    -- to sort the mail and --
25  A    Yeah.  Because I don't -- we had to

Page 194

1   be off and -- I'm not sure who takes care of the
2   business when we're off, because it really
3   wasn't nobody's assigned duty.  It's like you go
4   do it because it's in the way.
5   Q    How about when you were there --
6   A    No.
7   Q    -- would anybody be sorting the mail
8   and taking the medication to the back besides
9   you or Elaine?
10  A    Yes.
11  Q    Who else would do that is --
12  A    I'm not quite sure.
13  Q    -- what I'm asking.
14  A    It's just -- it was just whoever.  It
15  was just whoever.
16  Q    What other nonmedical or nonclinical
17  employees were there --
18  A    Some of --
19  Q    -- besides you and Elaine?
20  A    Some of the clinical would go and do
21  it too.
22  Q    Okay.  Which clinical employees would
23  go -- what category?  I'm not asking --
24  A    Medical assistants.  Let's say the
25  medical assistants.

Page 195

1   Q    How many medical assistants worked
2   there?
3   A    We had Katrina Lee, Martha Johnson,
4   Tina Williams.  I know we had those three, to my
5   knowledge.
6   Q    And you would be one of this group of
7   people who might sort the mail and take it to --
8   A    Not the mail, not the mail.  I never
9   sorted the mail, because the mail would come in,
10  and it had to be stamped with the arriving date.
11  Q    And who did that?
12  A    I'm not sure who went to the mail --
13  I knew somebody went, but I can't just pinpoint
14  who went.
15  Q    Was it picked up at a PO box; is
16  that --
17  A    Yes.
18  Q    -- what you're saying?
19  A    Yes.
20  Q    Okay.  So the packages or things that
21  were delivered --
22  A    They can come in the PO box --
23  Q    To the clinic?
24  A    Yes.  They would come in the
25  P.O. box, they would come in FedEx, and they

Page 196

1   would come UPS.
2   Q    So once the things came back from the
3   P.O. box, you're saying you never logged
4   anything --
5   A    No.
6   Q    -- in that came by mail?
7   A    No.
8   Q    What about medication that came --
9   A    Never.
10  Q    -- by mail?
11  You never dealt with it on --
12  A    Never.
13  Q    -- any occasion?
14  A    I never got anything but the patient
15  assistance application, and the medicine, if I
16  go and pick it up --
17  Q    Well --
18  A    -- for someone.
19  Q    I mean, you did take some of the
20  medication, when you could tell, in an unopened
21  package, it was --
22  A    You could --
23  Q    -- the medication, you would --
24  A    -- take it --
25  Q    -- take it to the back --

Pages 193 to 196

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

## Page 197

1    A    Yeah.
2    Q    -- right?
3    A    Yeah, you can -- yeah.
4    Q    You would do that?
5    A    Yes.
6    Q    That's all I'm trying to --
7    A    Oh, yeah.  I told --
8    Q    Okay.  So when medication was
9    shipped, when you were still at the Greensburg
10   clinic, you would, on occasion, take that
11   medication --
12   A    Yes.
13   Q    -- to the back?
14   A    Yes, yes.
15   Q    You'd be the person to do it?
16   A    Yes.  I'd be one of the persons to do
17   it, yes.
18   Q    And I'm assuming that was no longer
19   your job duty after you went to the school-based
20   clinic?
21   A    No.
22   Q    Somebody else --
23   A    Yes.
24   Q    -- at the clinic had to do it?
25   A    Yes.

## Page 198

1    Q    Okay.  You also said that it was kept
2    under lock and key, I believe -- or else
3    Mr. Hogan asked you if it was kept under lock
4    and key, and you said that it was --
5    A    Yes.
6    Q    -- I believe.
7         Can you describe that system to me,
8    where it was kept, how it was locked?
9    A    It was a drawer, such as those
10   drawers there, and it was locked --
11   Q    So --
12   A    -- the bottom drawers.
13   Q    -- you're pointing to --
14   A    That --
15   Q    -- the file cabinet --
16   A    Yeah.
17   Q    -- the drawers --
18   A    It was a built-in drawer right there
19   by the nurses' station.
20   Q    Part of some built-in cabinets?
21   A    Yes.
22   Q    And where was the key kept, if you
23   know?
24   A    I don't know.  In their pockets.
25   Q    In the nurses' --

## Page 199

1    A    Yes.
2    Q    -- pockets or --
3    A    I'm --
4    Q    -- whose pockets?
5    A    -- assuming, because I never even saw
6    them get it or whatever.
7         MS. FORRESTER:
8         Okay.  That's all I have.
9         MR. HOGAN:
10        Well, since we're on the
11   subject -- okay --
12        MS. FORRESTER:
13        It's your lawyer's fault you're
14   still here.
15        MR. HOGAN:
16        We might be done with this case
17   in about six years now.
18        THE WITNESS:
19        Yes.
20   EXAMINATION BY MR. HOGAN:
21   Q    Let's just say -- we'll take Package
22   No. 1 --
23   A    Okay.
24   Q    -- you know it's medication.
25        Okay.  Who opens the package?

## Page 200

1    A    The nurses.
2    Q    The nurse?
3    A    The nurse.
4    Q    All right.  Now, so we got -- let's
5    just say it's a slow day, there's only one
6    package that came this morning.
7         Okay.  So the one package came this
8    morning, then somebody's going to take it to the
9    nurse?
10   A    Yeah, to the nurse.
11   Q    All right.  And it's going to be
12   logged in back there?
13   A    Yes, sir.
14   Q    The nurse is going to open the
15   package?
16   A    Yes, sir.
17   Q    But -- so there's a packing slip
18   in --
19   A    Yes, sir.
20   Q    What becomes of the packing slips?
21   A    I guess -- they hold onto them, I
22   guess, Attorney Hogan.  I'm not sure.
23   Q    Okay.
24   A    Once they -- once I order, I see
25   nothing -- the finished product, other than the

Pages 197 to 200

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 201

1    mail that come in.
2         MR. HOGAN:
3              Okay.  All right.  That's all I
4    have.  Thank you.
5    (Whereupon, the deposition was concluded.)
6
7              *    *    *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 203

REPORTER'S CERTIFICATE

This certification is valid only for a
transcript accompanied by my original signature
and original required seal on this page.
I, Gretchen Alexander, Certified
Court Reporter in and for the State of
Louisiana, as the officer before whom this
testimony was taken, do hereby certify that
GWENDOLYN ANN ARD ATKINS, after having been
duly sworn by me upon authority of
R.S. 37:2554, did testify as hereinbefore
set forth in the foregoing 201 pages; that
this testimony was reported by me in the
stenotype reporting method, was prepared and
transcribed by me or under my personal
direction and supervision, and is a true and
correct transcript to the best of my ability
and understanding; that the transcript has
been prepared in compliance with transcript
format guidelines required by statute or by
rules of the board, and that I am informed
about the complete arrangement, financial or
otherwise, with the person or entity making
arrangements for deposition services; that I
have acted in compliance with the
prohibition on contractual relationships, as
defined by Louisiana Code of Civil Procedure
Article 1434 and in rules and advisory
opinions of the board; that I have no actual
knowledge of any prohibited employment or
contractual relationship, direct or
indirect, between a court reporting firm and
any party litigant in this matter, nor is
there any such relationship between myself
and a party litigant in this matter; that I
am not related to counsel or the parties
herein, nor am I otherwise interested in the
outcome of this matter.

_____
GRETCHEN ALEXANDER, CCR, RPR
CERTIFIED COURT REPORTER

Page 202

1
2
3
4              WITNESS' CERTIFICATE
5
6
7         I have read or have had the foregoing
8    testimony read to me and hereby certify that it
9    is a true and correct transcription of my
10    testimony with the exception of any attached
11    corrections or changes.
12
13
14
15
16
17    _____
18         Gwendolyn Ann Ard Atkins
19
20    PLEASE INDICATE
21    ( ) NO CORRECTIONS
22    ( ) CORRECTIONS; ERRATA SHEET(S) ENCLOSED
23
24
25

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 204

**A**

A-N-E-T-T-E
162:6
**Aaron** 157:18
**ability** 19:24
21:13 55:1
203:11
**able** 20:20 21:25
79:22 166:12
**above-mentio...**
8:3
**above-named**
187:3
**access** 18:20,23
43:4 80:22
88:12,21,22
91:24 95:9
169:19 191:12
**accompanied**
203:3
**accompany**
65:22
**accuracy** 104:12
**accurate** 84:22
186:23
**accurately** 46:11
**accusations**
150:22
**acquainted**
115:13 118:8
152:2 170:15
171:9
**acquisition**
52:22
**across-the-bo...**
61:8
**Act** 167:17
**acted** 203:15
**action** 1:4 14:1
14:14,17,20,22
15:1,4
**actual** 203:17
**additional** 95:14
167:14

**Additionally**
187:7
**address** 23:15
70:25 73:23
74:1,22 82:9
82:14,18 98:9
140:14 147:25
148:9,16,20
150:3 154:10
155:20
**addressed**
107:15
**administering**
7:24
**Administration**
44:24
**advisory** 203:16
**AE** 106:13,15
**affidavit** 5:7,10
5:19 6:4
136:23 137:16
138:3,6 141:16
141:19,25
142:3,8 146:22
150:10,16
151:1,24
152:15
**affidavits** 147:2
**afford** 161:1
**Affordable**
167:17
**aforementioned**
7:5
**African-Amer...**
110:8,14
**afternoon** 88:17
**age** 16:8
**agents** 187:15
**ago** 9:19 11:4
12:13 91:14
**agree** 21:20 35:7
37:10 54:6,15
82:5 109:6
112:5 113:25
114:10,16,24

115:24 118:23
121:17 122:8
126:1,15
128:20 136:8
143:12 145:5
187:14
**agreed** 7:3 51:21
87:1 88:7,8
**agreement**
46:12 48:21
**ahead** 25:14
31:4 77:22
162:8 184:20
**Alexander** 2:2
7:22 203:5,23
**allow** 187:14
**allowed** 7:7
20:18
**alphabet** 69:5
**Alton** 186:4
189:20 190:16
**amended** 3:5
13:11,20
**amount** 21:22
23:10 47:20
48:6 49:13
53:17 54:16
71:12 169:22
170:2
**amounts** 50:14
**analyst** 44:9
**Angelle** 106:17
**anguish** 161:11
**Anjanette** 162:3
162:7
**Ann** 1:10 8:1,8
202:18 203:7
**anniversary**
56:17 57:5
61:15 62:2
**announce**
192:19
**answer** 7:17
31:2
**answered** 44:19

**anxiety** 161:11
**anybody** 9:7,22
11:10 24:16
29:12 30:4
101:24 103:2
103:14,24
121:10 126:14
129:25 130:1
131:1 149:15
156:4,8 157:12
162:15 177:24
191:24 193:21
194:7
**anyway** 172:25
**appallingly** 16:8
**apparently**
35:25 97:11
153:15 190:19
**appeal** 1:12 64:2
64:12 75:21
**appear** 112:8,12
114:25 115:1
152:9
**APPEARAN...**
1:14
**appearing**
134:13
**appears** 36:20
47:19 57:14
64:1 67:19
74:13 147:22
154:3,6
**application**
15:16 22:14
23:16,21 28:13
29:17 65:23
66:21,24 67:2
67:4,20 68:3
68:17 70:20
74:2,10 79:9
80:5 88:17
89:13,14,15,16
89:21,24 90:1
90:8 91:15
92:18 96:4,5

96:24 97:4
100:16 134:18
134:20,24
140:7 148:5
170:5,9 180:12
186:22 187:2
188:3 196:15
**applications**
24:4 78:2
88:15 89:4,9
89:20 134:19
**applied** 33:13
163:5,10,21,22
**apply** 23:12 80:8
165:2,20
**appreciate**
45:16
**appreciation**
50:7
**approached**
137:25
**approval** 72:5
187:12
**approve** 23:14
**approved** 23:18
23:20 168:2
180:13
**April** 13:12
125:10,19
152:12,17
153:20 176:3,9
178:1
**Ard** 1:10,10 5:7
5:24 8:1,8,9,19
11:13 12:8,10
82:9 97:19
101:15 102:3,5
116:16 119:23
120:17 124:11
125:13 127:19
128:4,16 129:4
130:19,22
131:15,20,25
132:24 133:11
134:23 135:7

Page 205

137:8 140:14
142:4 146:20
147:21 148:22
149:8,18 150:3
154:11 156:5,6
156:13 177:25
202:18 203:7
**Ard's** 121:19
129:17
**area** 17:22 21:16
26:10
**arrangement**
203:13
**arrangements**
203:14
**arrest** 181:18
**arrested** 164:16
**arrival** 53:15
**arrived** 174:16
174:16
**arrives** 192:25
**arriving** 195:10
**Art** 5:4
**Article** 203:16
**asked** 44:9,16
58:11 86:24
102:12 103:10
142:2 159:3
192:5 198:3
**asking** 12:12
34:14 35:10
39:2 40:5 41:9
47:24 48:16
58:12,19 82:6
104:11 112:10
135:4 149:1
158:9 166:19
194:13,23
**assigned** 191:2,6
194:3
**assistance** 4:22
18:13,15,18
19:12 22:4,14
23:1 27:23
28:8 33:13

43:5,15 65:23
67:1 68:1 79:8
80:9 85:13
86:25 135:16
146:6 154:4
168:16,23
178:21,23
190:20 191:16
196:15
**assistant** 26:9
87:21 106:2
175:5
**assistants** 100:6
194:24,25
195:1
**associated**
164:19
**assuming** 74:21
197:18 199:5
**Atkins** 1:4,10
3:7,10,15,23
4:8,13 6:11 8:1
8:8,11,16 9:15
32:25 59:24
81:6 156:15
168:10 202:18
203:7
**Atkins'** 142:20
**attach** 170:9
**attached** 64:21
65:1 202:10
**attachments**
64:21
**attempt** 134:25
**attempted**
134:11
**attending**
164:14
**attention** 94:7
138:15
**attorney** 13:12
47:8 63:23
104:8 136:20
138:1 141:17
158:18 166:3

179:18 200:22
**attorneys** 1:17
1:21 150:13
**August** 1:12
64:2 73:9,18
74:13 75:21
136:7,8 145:25
176:18 177:3
**author** 64:5
**authored** 57:18
57:24
**authority** 203:7
**authorization**
95:13,15,22
188:21
**authorized**
71:16,25 72:14
72:16 73:3
81:3 93:3
187:15 189:4
**authorizing** 90:6
**automatically**
69:6 70:14
**available** 134:12
134:21,22
176:20 193:11
**aware** 15:3
20:25 34:9
86:18 109:7,10

**B**
**babysitting**
162:25
**back** 11:21
12:10 19:14
20:24 23:15,22
23:23,24 31:2
36:4 38:14
48:15 49:1,3,6
49:17,20 51:2
51:6,19 55:11
69:20 74:18
78:24 83:1
84:12 85:17,20
85:24 88:1,9

88:16 98:4
99:12,14,21
100:3 101:6
107:11 111:5
121:9 127:3
159:22 165:5
171:20 172:6
174:8,9,25
175:2,4 182:15
188:15,17,18
192:3,11,18
193:1 194:8
196:2,25
197:13 200:12
**Baker** 164:13
**Ballard** 30:11
**bank** 48:12
**Barreda** 30:18
**Baruga** 31:5,9
**base** 126:17,18
126:20 127:1
127:14
**based** 33:5
177:22
**basic** 21:19
**basically** 17:5
84:21
**basis** 178:25
179:24
**batches** 178:1
**Bates** 36:19
43:21 47:15,16
57:13 63:20
104:9 109:21
136:22 137:17
171:25
**Bates-labeled**
32:22 45:23
47:14 58:25
80:25 132:20
138:9 140:1
141:15 147:19
150:13
**Baton** 164:13
167:19

**Bear** 111:12
**bearings** 111:16
**Beauvais** 3:7,10
31:18 32:10,12
33:3 36:22,25
37:8,19 42:20
**beginning**
100:19
**begins** 14:23
**behalf** 135:6,10
**Bel** 167:23,24
**belief** 188:25
**believe** 13:18
16:7,9 31:22
32:6 41:12
43:23 54:22
58:14 95:2
101:18 129:18
158:20 159:4
189:20 191:19
192:10 198:2,6
**best** 10:22 12:13
55:1 62:9
68:18 110:20
117:16 137:20
141:25 146:9
150:23 186:23
203:11
**better** 185:13
**big** 104:3 111:6
**billed** 34:12
**billing** 20:13,14
21:11 34:22
**bills** 166:22
**bit** 19:14 21:24
84:13 98:2
**black** 59:10 84:4
84:13,20 86:12
**Black's** 84:19
**blank** 70:5
123:19,19
**block** 70:9
**blood** 81:16
161:25 180:4
**board** 41:21

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

46:12,16 54:4
63:8 203:13,17
**Bob** 153:5
**Bobby** 53:15
**Boston** 1:19
**bottom** 67:9
68:20 69:25
90:4 106:9
108:7 111:23
113:4,5,5,23
120:14 121:13
124:15 127:17
176:1 181:21
186:16,17
198:12
**box** 88:19 94:4
195:15,22,25
196:3
**boyfriend** 156:3
**brackets** 45:5
**break** 63:13
159:22
**Bridges** 117:23
118:3,7,19
121:9
**Bridges'** 121:18
**Bridgette** 6:10
9:15 154:8
156:15 166:23
**briefcase** 76:6,8
**bring** 15:4 23:23
61:12 89:12
90:10,12 92:6
92:7 94:1,3
102:12 169:24
169:24
**brother** 97:21
97:22 102:17
137:14 142:6
190:3,5
**brought** 50:17
75:18 76:16,22
121:8 157:3
**Brown** 53:15
**built-in** 198:18

198:20
**bulky** 111:6
**Bureau** 44:10
**Burton** 157:18
**business** 181:23
181:24 194:2

**C**

**C** 105:18 106:21
106:25
**cabinet** 198:15
**cabinets** 198:20
**cafeteria** 193:5
**call** 13:7 18:15
27:22 28:15,16
28:24 30:9
72:19 95:18
99:20,21 136:1
138:14
**called** 28:20
29:24 40:14
42:23 72:4
135:3,5,6,8,14
135:18 136:2
136:12
**calling** 72:5
174:12,12,14
174:15
**canceled** 88:14
88:20 91:5
**Cannon** 84:7
**care** 19:23 21:22
21:23 22:1
163:24 166:21
167:15,17
194:1
**case** 76:9 114:23
151:25 156:17
157:12 169:5
173:22 176:6
176:25 199:16
**cases** 174:1
**cashed** 48:10
**category** 175:10
194:23

**cause** 14:1,14,17
14:20,22 15:1
**causes** 15:3
**CCR** 2:2 203:23
**cent** 49:18
**center** 19:16
31:25 32:2
33:10 34:20
35:6 45:14
57:22 59:17
68:13 103:25
107:17,19
163:9 191:3
**Center/Southe...**
35:9
**CEO** 32:6 84:14
110:6
**certain** 46:12
**CERTIFICA...**
202:4 203:1
**certification**
7:13 203:3
**Certified** 7:22
203:5,24
**certify** 186:21
186:25 202:8
203:6
**cetera** 70:5
74:22
**CFO** 110:5
**changed** 16:17
24:14 86:5
100:13 171:24
192:3
**changes** 202:11
**charge** 4:5 14:11
14:15 51:23
107:15,22
108:1,22,25
109:7,10
**charged** 187:6
**charges** 157:2,3
158:14,22
**Charles** 6:4,7
46:19 150:16

150:18 151:2
151:16,17,20
151:23 152:10
152:21 153:11
153:19
**chart** 29:12,14
93:4,6 95:10
95:10
**charting** 93:5
**charts** 29:13
**check** 17:24
47:19,21 48:5
48:9 49:12,16
55:18,19,20,21
55:25 56:2
85:19
**checked** 70:9
71:7 173:8
174:7 175:9
189:9
**checking** 174:23
174:24 175:2,3
**checkout** 21:16
**checks** 3:18
50:10,13
**Cheneyville**
26:10,14
**childhood** 11:16
**chose** 70:21
**Chouest** 106:17
**Christa** 1:19
**Christopher**
156:2
**chronological**
111:23 112:8
112:11
**Church** 1:11,16
**Cialis** 133:2,2,3
133:12,25
134:12,20,22
134:24 135:10
135:12 136:6
136:13 145:25
146:5,6,10
176:17,19,20

176:21 177:3,7
178:8,11
**circled** 60:13
**Civil** 1:4 7:7
203:16
**claim** 14:24
165:18 166:10
**clarify** 192:8
**clear** 34:20 41:3
41:5 42:11,15
**Cleveland** 6:4,7
30:13 150:17
150:18 151:2
151:10,16,20
151:23 152:11
152:18,19,21
152:23,24
153:5,12,19,20
176:11,16,18
177:5
**Cleveland's**
151:18
**client** 4:15 5:16
5:24 6:10 14:7
**clinic** 16:24
39:11 52:18,21
81:24 82:1
83:10,16 85:3
85:6,18 86:23
88:16 89:1
93:9,19,22,24
94:2,4,12,20
95:18 98:16
99:1 101:13
103:16 105:13
106:4 107:4
126:21 146:18
163:25 164:6
164:13 170:20
171:2 173:3
174:8 183:16
183:25 184:12
184:17,22
188:16 190:24
191:1,5,8,9,11

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 207

195:23 197:10
197:20,24
**clinic's** 85:6
**clinical** 194:20
194:22
**Clinton** 141:6,7
160:11,13
161:2
**clue** 54:1
**code** 47:21
203:16
**collective** 43:17
47:13 63:20
**column** 133:6
172:18,22
173:6,7,17
175:8,8 183:11
183:12
**columns** 172:23
173:14
**come** 17:20
20:16,23 69:18
81:18 85:15
89:15,17 98:20
99:9,10,18,19
99:22 141:2
168:24 188:16
188:20 192:6
192:11 195:9
195:22,24,25
196:1 201:1
**coming** 66:22
84:2 99:24
164:16 192:21
192:22 193:16
**Commission** 4:4
**communication**
57:15
**Community** 1:7
4:21 31:23
32:1 33:10
34:20 35:5,8
53:19 57:21
59:17 68:13
107:16,18

182:23 183:1
**comp** 165:3,3,9
**company** 29:10
65:16 68:2
73:25 108:1
**comparison**
60:24
**compensation**
60:3
**complaining**
56:24
**complaint** 3:5
13:11
**complaints**
189:7
**complete** 4:15
5:16,24 6:10
186:22 203:13
**completed** 24:4
24:6 25:8,8,9
66:1,4 67:5,5
74:21 80:4
90:8
**compliance**
187:12 203:12
203:15
**complied** 188:13
**computer** 17:10
24:7 25:12
26:12 68:24
69:1,3,4,8,16
69:22 70:10,13
74:8 82:18
96:12,14 148:7
**computers**
17:17
**concluded** 201:5
**concludes**
176:24
**condition**
179:14
**confidentiality**
75:2
**confirmation**
36:4 44:1

**confusing**
111:20
**confusion** 35:14
**connection**
137:22 141:21
163:6
**consideration**
23:11
**considered**
33:25 56:14
161:13
**container** 76:1
**continue** 85:12
86:24 88:7
**CONTINUED**
4:1 5:1 6:1
**continuing**
187:12
**contractual**
203:15,18
**conversation**
157:20
**conversations**
95:20
**copied** 110:11
110:16
**copies** 3:18 65:5
79:3 93:1
169:13 170:12
**copy** 13:10
37:23 38:1
40:24 46:1
77:2 92:19,21
**corner** 57:20
**correct** 15:25
16:17 20:6
32:4,14 35:18
40:4 43:10
45:19 46:9
47:10 51:16,17
62:15 64:18
67:9,21 73:6
82:10,12,18
83:20 84:17
86:13 113:9

115:11 116:18
116:24 117:2
118:5,17 123:4
123:15 134:15
137:8 152:13
154:13 174:9
175:10 180:13
181:19 188:13
188:18,21
202:9 203:11
**corrections**
202:11,21,22
**correctly** 35:14
47:23 130:17
130:18 175:25
176:13,22
177:8 186:20
**corresponded**
108:10
**counsel** 4:11 7:4
203:20
**couple** 107:12
132:18 168:9
192:8
**course** 107:6
173:10
**court** 1:1 7:23
8:3 121:24
143:16 203:5
203:18,24
**cover** 33:11
65:11,25 66:19
66:20 74:20
75:6 78:16
146:5,6 163:10
**covered** 44:2
45:13 73:13
134:25 135:2,4
136:13 145:9
145:20
**coversheet** 79:2
**Covington** 1:20
**credit** 187:10
**criminal** 137:10
137:22 141:21

146:23 147:9
150:23 151:4,6
151:25 157:2
158:14,21
**curious** 149:2
**currently** 8:13
8:24 166:12
172:1
**Curry's** 34:2
**custodian/dri...**
15:24 16:20
**cut** 91:24 167:6
167:8
**CW** 105:14,17

**D**

**D** 5:4
**D-O-S-K-E-Y**
166:6
**DA** 157:11
**daddy** 153:6
**data** 140:20
154:7
**date** 38:20,23,24
39:1,10 46:6,6
49:1 55:22,22
55:23 56:18
57:5 61:15
62:1 65:17
70:5 75:24
81:8 82:7
105:6 108:6
110:19 113:3
114:1,2,9,9,14
114:15 115:6
118:14 119:11
120:15 121:18
121:19 123:18
124:13,21
125:9 126:5,6
129:11 139:14
143:13 152:17
156:21 164:15
172:15 173:1,2
173:12,12

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 208

176:1,5,11
177:5 181:14
183:7 184:25
185:8,20
195:10
**dated** 3:8,10,15
4:8,12 45:25
49:12 59:16
64:2 67:21
73:9,18 74:13
107:17 109:21
116:15 120:15
124:10 127:11
127:18
**dates** 10:22
77:18 112:7
**daughter** 9:16
76:17 154:8
166:21 190:11
**daughter's**
77:13 78:6
**David** 170:16
185:16 186:7
190:4,16
**day** 16:8 29:21
38:6 129:24
164:17 186:8
200:5
**days** 72:6
180:19
**DEA** 70:1
**dealt** 196:11
**deceased** 52:13
**December** 90:19
115:6 132:6
**decided** 143:6
**decreased**
172:14
**defamation**
14:24 15:6
**DEFENDANT**
1:21
**Defendant's**
13:16 32:24
35:3,24 36:19

36:22 37:19,24
40:1,2 41:1,7,8
41:10,12 45:22
46:1,4,22
47:18 48:19,21
48:24 49:11
50:10 57:13,17
58:2,24 59:11
62:21 63:1,3
63:25 64:6,20
64:23 65:4,9
66:25 67:23
73:19 74:12
77:13 81:17
82:8 89:23
90:19 91:13,17
96:6,8 104:4
104:15 109:23
110:24 130:17
132:3 137:7,21
141:24 151:8
152:9
**defined** 203:16
**definitely** 13:7
55:15 62:14
109:7
**delivered** 98:8
193:13 195:21
**deliveries**
100:22
**demonstrated**
39:3
**denied** 165:16
166:11
**department**
4:12 64:2,13
88:4
**depending**
25:10
**Depo** 34:6 40:16
**deposition** 1:10
7:5,18 31:13
107:7 143:7
149:16 177:18
201:5 203:14

**depression**
159:25 160:13
161:11 163:6
**describe** 89:10
198:7
**described**
180:11
**describing**
104:17
**description**
47:21 49:24
**desk** 17:4,23
18:5 24:11
26:2,8 51:13
94:11,15,19
100:23
**detail** 65:21 87:2
**determined**
20:14
**diabetic** 179:13
179:14
**diagnosed**
159:24
**diagnosis** 163:7
**different** 33:15
40:6
**Diovan** 184:2
**direct** 86:8
203:18
**directed** 4:12
36:21 73:11
**directing** 64:13
**direction** 203:10
**directive** 19:23
**directly** 46:16
95:21 157:13
**director** 19:6
31:19 37:1
59:4
**disability** 163:5
163:22 165:20
**disagree** 73:4
**disapproved**
23:18
**discovery** 159:4

**discrepancies**
113:3
**discrimination**
4:5 14:11 49:6
107:15
**discuss** 63:6
**discussed**
110:12
**discusses** 61:14
**Discussion**
164:10
**dismissal** 46:6
**dismissed** 49:2
51:22 137:12
157:5 158:22
**disparity** 52:4
60:13
**dispensed** 81:5
82:16 132:23
133:10 138:12
**dispensing** 5:4
5:13,21 6:7
142:12 152:10
**dispute** 35:24
38:13 40:20
81:20 104:24
**disputed** 36:2
41:18
**dissatisfied**
51:16 56:25
57:2
**distress** 161:11
**distributed**
187:5
**Distribution**
4:23
**DISTRICT** 1:1
1:1
**Divorced** 8:14
**doctor** 22:10,15
22:21,22 28:20
30:7 31:13
70:21 89:18
90:1,2,4 92:13
95:14 100:5

153:7,8 160:3
164:17 168:22
169:1,6 188:4
192:23 193:13
193:15
**doctor's** 23:17
70:22 83:1,2
188:5
**doctors** 28:25
30:8 31:3 93:2
95:21 97:10
135:11 175:6
**document** 3:21
4:18 32:22
45:23 48:3
81:1 109:13
132:21 136:19
138:9 140:1
147:19 176:2
186:11
**documentation**
64:21 65:1,5
79:4
**documents** 4:11
43:23,24 47:15
58:25 74:19
76:10 91:9
104:7 141:15
150:13 158:16
158:18 159:9
**Doe** 20:19
**doing** 24:3,19
32:7 69:8 87:9
100:18 138:3
**Dorsey** 18:6
94:21 170:25
171:1 182:25
183:13,15,25
184:4,10
185:18 186:5
189:21 190:2
190:17 191:1
191:12 192:20
**Dorsey's** 182:21
184:6,9,11,15

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 209

| | | | | |
|---|---|---|---|---|
| 184:16 190:9 | **E** | **elder** 22:8 | **entries** 104:13 | 128:2 133:24 |
| **dose** 173:11 | **E** 183:25 184:4 | **electronic** 93:6 | 115:11 116:16 | 137:5 142:23 |
| **doses** 29:18 | 184:10 185:18 | **electronically** | 117:22 123:10 | 143:20 164:13 |
| 134:5 138:18 | 186:5 | 98:5 | 125:10 126:4 | 168:8 171:19 |
| 139:4 143:1 | **earlier** 43:25 | **eligibility** | 127:18 136:6 | 178:6,16 179:5 |
| 144:21 145:14 | 93:15 168:14 | 187:10,13,18 | 144:12,21 | 179:10,21 |
| 152:13 177:25 | 174:7 180:12 | **else's** 17:13 | 145:4 152:12 | 180:17,24 |
| 178:8,11 | 191:19 | 121:10 | **entry** 105:8 | 181:10 182:14 |
| **Doskey** 166:3,3 | **earliest** 114:1,8 | **emotional** | 114:24 115:10 | 186:9 188:9 |
| **Dr** 30:11,13,18 | 114:14 | 161:10 166:16 | 116:23,24 | 189:19 199:20 |
| 30:18 52:25 | **earned** 162:23 | **emotionally** | 118:3,4 119:20 | **example** 21:1 |
| 53:4,12,20,23 | **East** 1:11,16,19 | 166:15 | 119:23 121:10 | 45:8 65:21 |
| 54:8 151:10,16 | **Echo** 181:13,18 | **employed** 26:24 | 122:18 123:17 | 71:5 80:7 |
| 152:18,19,23 | **ED** 183:13 | 27:9 | 124:9 129:4 | 93:25 105:8 |
| 152:24 153:20 | **Edwards** 167:23 | **employee** 35:21 | 138:16,17 | 171:24 179:6 |
| 160:7 161:25 | 167:24 | 36:7,8 44:1,12 | 139:3 142:25 | 180:9 |
| 162:2,12,15 | **EEOC** 14:12,15 | 45:12,13 50:7 | 145:13,16 | **exception** |
| 164:13 176:11 | 42:1 51:22 | 157:10,10,25 | 172:3,10,11 | 202:10 |
| 176:16,18 | 57:15 62:18 | 158:12 | **environment** | **excuse** 136:25 |
| 177:5 | 107:17,25 | **employees** 45:8 | 157:9 | 142:16 149:20 |
| **drafted** 58:1 | 108:10,18 | 59:18 60:7,11 | **Equal** 4:4 | 154:4 160:5 |
| 63:3 | 109:14 | 61:12 62:11,12 | **ERRATA** | 178:17,22 |
| **drawer** 99:17 | **effect** 82:21 | 79:25 99:24 | 202:22 | **executive** 31:19 |
| 198:9,18 | 84:23 | 194:17,22 | **error** 35:3 | 37:1 59:4 |
| **drawers** 198:10 | **EHS** 17:18,20 | **employment** 4:4 | **errors** 113:10 | 87:21 |
| 198:12,17 | 18:11,19 69:9 | 37:3 42:24 | **Esq** 1:15,19 | **exhibit** 3:4,6,9 |
| **drawn** 45:5 | 170:13 | 158:25 162:20 | **establish** 108:20 | 3:12,14,17,20 |
| **drop** 94:5 96:24 | **eight** 28:16 | 162:24 203:17 | **estimate** 10:23 | 3:22 4:3,7,10 |
| **drug** 4:22 32:13 | **either** 16:15 | **empty** 89:20 | 12:13 | 4:14,17,20 5:3 |
| 35:6 45:1 | 18:10 56:3 | **ENCLOSED** | **et** 70:5 74:22 | 5:6,9,12,15,18 |
| 49:19 50:4 | 100:4,6 123:17 | 202:2 | **evaluation** 60:20 | 5:20,23 6:3,6,9 |
| 81:5 173:11 | 169:5 174:11 | **enrolled** 22:23 | 85:22 86:21 | 13:16 32:17,24 |
| 178:21 190:20 | 175:4 189:3 | 33:14 34:6 | **evening** 85:18 | 35:3,25 36:19 |
| **drugs** 80:15 | **Elaine** 18:6 | 88:18 153:22 | **everybody** 21:10 | 36:22 37:19,24 |
| 138:12 192:11 | 94:21,22 | **enrollment** 67:2 | 21:12 23:8 | 38:10,10,14 |
| **drugstore** 34:1 | 170:25 171:1 | 88:18 | 25:13,16,17 | 39:3 40:1,3 |
| 40:16 | 182:21,25 | **enter** 98:4 | **evidence** 7:20 | 41:1,7,8,10,12 |
| **duly** 8:2 203:7 | 183:4,13,15 | 148:16 169:20 | **exact** 55:22,22 | 42:11,16,17 |
| **Dunn** 86:16 | 184:6,9,11,14 | **entered** 74:6 | **exactly** 10:22 | 43:17,20,24 |
| **duties** 16:17 | 184:16 189:21 | 81:20 82:7,9 | 48:16 112:2 | 44:6 45:22 |
| 18:9 51:7,13 | 190:1,9,17,23 | 98:11,14 | **EXAMINATI...** | 46:2,5,22 |
| **duty** 23:12 | 191:1,12 | 112:11 120:5 | 2:6,8,8,9,9 8:5 | 47:13,14,19 |
| 24:13 194:3 | 193:20,22 | 133:16 138:11 | 32:21 37:18 | 48:20,21,24 |
| 197:19 | 194:9,19 | 140:6,20 | 39:24 63:17 | 49:11 50:10,14 |
| | | **entity** 203:14 | 68:6 122:4 | 57:12,13,14,17 |

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 210

58:2,13,24
59:11 62:15,18
62:21 63:1,4
63:19,20 64:1
64:6,20,23
65:4,9 66:25
67:24 73:20
74:12 77:13
79:21 80:25
81:18 82:8
89:23 90:20
91:14,17 96:7
96:8 104:4,5
104:15 107:14
109:18,23
110:24 111:6
130:17 132:3
132:20 136:18
136:25 137:7
137:16,21
138:8 139:25
141:14,24
142:10 147:19
150:10 151:9
152:9 154:3
171:21 175:13
175:16,20
182:15,18
**exhibits** 3:2 4:1
5:1 6:1 13:9
107:12 137:4
171:21
**existing** 53:11
**experience**
179:23
**expiration**
173:12
**explain** 111:14
**extended** 180:6
**eyes** 181:22,24

**F**
**fact** 27:14 37:3
48:5 57:17
60:23 177:11

180:9
**fair** 12:14
178:19
**Faller** 30:18
52:25 53:4,12
53:23 54:8
**Faller's** 53:20
**family** 33:12
43:1 149:3
174:12 189:3
**Famous** 168:12
**far** 118:13
**farther** 85:21
**father** 10:2
102:20 151:18
152:18,19
**fault** 199:13
**fax** 3:23 59:1
**February**
117:19 118:15
119:22,24
121:19,20
122:8 172:2,5
181:16
**federal** 7:7
49:25
**federally** 19:15
**FedEx** 99:9
100:20 193:6
195:25
**fee** 20:23 21:1
21:15,25 33:23
33:24
**feel** 31:16 60:12
**fees** 20:14
**fell** 164:24
**felt** 49:6 60:23
**fiancé** 156:3
**field** 172:16
173:13
**fields** 172:13
**figure** 75:20
76:6 150:25
**file** 4:15 5:16,24
6:10 165:3

198:15
**filed** 13:11 14:11
41:24 42:1
108:3 176:6,25
**filing** 7:13 14:15
107:22
**fill** 90:1 96:13
147:24
**filled** 68:22 70:7
70:10 74:22
90:2 126:19
156:1
**finance** 19:6
**financial** 147:21
187:16 203:13
**find** 134:25
**fine** 18:17 30:5
149:14 186:16
**finished** 70:19
200:25
**firm** 1:18 203:18
**first** 3:5 8:2 12:4
13:10 14:1
15:8 17:11
18:22 24:21
25:24 29:16
35:2 36:13
37:7 43:12
47:17,18 48:19
54:3 56:7 64:5
64:19 65:15
69:19 84:6
99:5 100:18
105:8 107:13
108:25 109:4
118:20 123:18
124:22 127:3,7
127:10 138:16
142:3 143:21
143:23 148:4
166:7 172:3,10
172:16
**fit** 62:22
**five** 38:15 63:21
**five-minute**

63:12
**fix** 23:24
**fixture** 163:10
164:24
**flip** 105:19
172:6
**floor** 61:15
**Flowers** 5:17,19
5:21 9:4,24
12:4 101:19
117:24 118:4
118:20 121:10
123:12 124:5
126:5 130:9,24
140:5,7 141:17
141:18 142:14
148:18 156:14
156:15
**Flowers'** 119:14
121:18
**folder** 75:14,19
76:3
**folks** 103:14
**follow** 175:24
186:14,19
**follow-up**
189:16
**following** 107:5
**follows** 8:4
**Fontenot** 162:2
**food** 169:23,24
**force** 157:19
**foregoing** 202:7
203:8
**forgotten** 47:5
**form** 7:16 37:12
67:5 96:19
133:20 168:25
168:25 169:3,8
169:10,11
171:24 172:1,9
178:3,15 179:4
179:9,16
180:16,21
188:8

**formalities** 7:10
7:12
**format** 203:12
**former** 157:10
170:16
**Forrest** 31:11
**Forrester** 1:19
2:8,9 8:5 32:19
32:21 37:15,18
39:21,24 63:14
63:17 68:6
122:4 127:23
128:2 133:21
133:24 137:2,5
142:18,23
143:20 164:18
168:4,8 171:15
177:20 178:2
178:14 179:3,8
179:15 180:15
180:20 181:4
182:5,9 184:24
185:6,12,19
188:7 189:14
189:19 199:7
199:12
**forth** 203:8
**forward** 50:21
**Foster** 84:8
185:15
**Foster's** 184:21
**found** 135:1
136:13
**four** 10:14,14
11:1,2,2,3 27:8
43:18 63:21
155:3,25
156:12 160:15
160:16 178:9
178:10,11
**frame** 63:9
**free** 31:16
**Freeman** 110:13
**friend** 102:10
**front** 17:4,23

Page 211

| | | | | |
|---|---|---|---|---|
| 18:3 24:11 | 65:20 68:16 | 186:15 200:8 | **hallway** 193:4 | 107:18 181:13 |
| 26:2,8 51:13 | 69:20 72:18 | 200:11,14 | **Hammond** 1:11- | 181:18 |
| 59:13 63:25 | 74:18 77:22 | **gotten** 61:2,22 | 1:16 | **Helena's** 60:3 |
| 94:11,15,19 | 78:16,18,23 | 108:17 178:7 | **hand** 67:20 | **help** 86:24 87:3 |
| 99:10 100:23 | 79:2 84:7,8,9 | 178:10 | 193:3 | 87:14 88:7,10 |
| 181:18,23 | 84:10,11 85:18 | **great** 63:15 | **handed** 40:2 | 105:2 148:17 |
| 192:18,20 | 93:6 99:12 | 65:20 | 41:8 | 163:11,21 |
| **full** 21:22 77:2 | 100:3 103:18 | **Greenberg** | **handled** 24:5 | 171:23 172:25 |
| **functions** 19:8 | 104:13 107:11 | 26:13 | **handwriting** | 175:23 183:6 |
| 85:12 | 111:8 116:7 | **Greensburg** | 59:13,23 65:3 | **helper** 87:19 |
| **further** 117:19 | 121:9 127:3 | 1:10 8:17,21 | 117:8 121:11 | **Henrietta** 3:15 |
| 126:4 186:25 | 143:22 162:8 | 17:1 18:7 | 125:2 | 45:24 46:18 |
| | 168:5 174:2 | 26:11,15 70:8 | **happen** 28:23 | **hereinbefore** |
| **G** | 175:18 184:20 | 83:7,10,18 | 38:14,20 | 203:8 |
| **Gail** 85:23,24 | 188:15,16 | 85:1 94:20 | 126:13 160:1 | **hereto** 7:4 |
| 86:12,15,21 | 191:14 192:11 | 98:16 99:1 | 161:4 | **hereunder** |
| 110:12 | 194:3,20,23 | 101:13 103:16 | **happened** 35:20 | 186:24 |
| **Galmon** 46:19 | 196:16 | 107:4 152:7 | 41:14 52:4 | **Herman** 171:6 |
| **gathering** 46:21 | **goes** 174:8 | 162:13 171:2 | 75:22 88:25 | **Hey** 94:13 |
| **gel** 144:21 | **going** 10:20 13:8 | 191:4,10,11 | 90:19 115:19 | **high** 161:25 |
| **general** 178:20 | 24:22 26:1 | 197:9 | 124:9 143:11 | 163:9 |
| **generally** 18:24 | 31:6 34:16 | **Greeted** 17:7 | 160:2 163:18 | **higher** 21:4,14 |
| 178:21,24 | 36:18 43:16 | **Gretchen** 2:2 | 166:18 177:23 | 54:12 |
| **George** 88:13,20 | 45:21 47:12 | 7:22 203:5,23 | **Hayes** 1:19 | **highest** 32:4 |
| 91:22,23 | 49:1 50:21 | **grew** 51:15 | **head** 160:21 | **hired** 15:17,23 |
| **getting** 60:19 | 57:11 58:23 | 56:24 | **health** 1:7 4:21 | **hisself** 157:15 |
| 152:20 153:14 | 63:18 65:15,16 | **group** 195:6 | 19:15 31:25 | **hit** 163:10 |
| **give** 15:20 37:23 | 65:17,18 66:19 | **guarantee** 188:5 | 32:1 33:10 | **Hitchens** 18:6 |
| 38:1 40:22 | 66:20 72:10 | **guess** 19:23 33:9 | 34:20 35:5,8 | **Hogan** 1:11,11 |
| 51:7 65:16 | 79:20 80:19,24 | 33:22 55:1 | 44:9,23 45:13 | 1:15,15,15 2:8 |
| 87:2 100:8,22 | 84:5,6,10,22 | 156:3 190:5 | 53:19 57:22 | 2:9 37:11 |
| 169:23 | 88:3 89:13 | 200:21,22 | 59:17 68:13 | 39:18 63:11 |
| **given** 37:9,20 | 94:21 98:4 | **guessing** 149:3 | 107:16,19 | 68:4 127:21 |
| 38:25 39:15 | 99:23 100:17 | 157:21 | 163:9 167:2 | 133:18 136:24 |
| 53:14 55:20,21 | 104:3,12 | **guidelines** 33:8 | 182:23 183:1 | 142:15,21 |
| 60:6,9 111:2 | 107:13 109:17 | 44:12 203:12 | **healthcare** | 164:8 171:7,17 |
| **Glucotrol** 131:8 | 111:8 113:13 | **guy** 100:20 | 44:10 188:10 | 171:19 178:6 |
| 131:24 132:8 | 113:23 132:19 | **Gwen** 3:7 59:24 | 188:21,24 | 178:16 179:5 |
| 184:4 | 136:17 138:7 | 142:19 157:16 | **hear** 122:1 | 179:10,18,21 |
| **go** 13:9 20:9 | 139:24 141:13 | **Gwendolyn** 1:4 | **heard** 158:11 | 180:17,24 |
| 23:23 24:22 | 152:8 154:2 | 1:10 8:1,8 81:6 | **Helena** 31:23 | 181:6,10 182:2 |
| 25:14 29:14 | 161:3 162:4 | 202:18 203:7 | 32:1 33:10 | 182:7,11,14 |
| 31:2,4 32:20 | 175:23 180:6 | | 34:19 35:5,8 | 185:2,24 186:9 |
| 33:25 36:17 | 181:22 182:16 | **H** | 57:21 59:17 | 188:9 189:11 |
| 49:1 51:6 65:8 | 182:17 186:2 | **habit** 13:6 | 68:13 107:16 | 189:17 192:5 |

Professional Shorthand Reporters, Inc.
Offices in New Orleans and Baton Rouge

1-800-536-5255
www.psrdocs.com

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 212

198:3 199:9,15
199:20 200:22
201:2
**hold** 10:20 90:9
178:9 183:20
200:21
**holding** 75:16
75:16 91:8,11
**Holmes** 156:2
**home** 11:16
23:15 73:21
74:1 89:14
98:8
**hooked** 77:24,25
**Hookfin** 149:21
**hopefully** 111:9
**hoping** 105:2
**Horgan** 171:7
**hotline** 28:14,24
**hour** 16:9 50:18
54:25 57:8,8
61:18
**house** 23:22
76:19 81:21,22
140:25 141:2
**housed** 34:1
**household**
141:11 150:2
155:4,10,13
156:1
**HRSA** 44:24
**Hubbard** 52:11
53:3 60:17,24
**Huh** 163:16
182:8
**human** 110:17

**I**

**IDAP** 176:12,20
177:6
**idea** 139:10
173:1
**identified** 50:10
107:23
**identify** 13:15

65:8 111:9
**immediate**
113:5 121:13
**improperly**
42:25
**improve** 60:2
**inaudible**
121:23
**incident** 36:10
38:13 40:9
41:10,11,11
**incidents** 40:6
**including**
156:13
**income** 20:17,19
21:2,3,3,4
22:14 23:10
28:14 75:8,9
75:18 77:23,23
78:3,4,5,21
80:20 90:10,12
92:7,17 94:1
94:13 141:11
150:2 153:24
154:21,22,25
155:10,17
162:23 168:15
168:20 169:12
169:14,21
170:1,4,6,9
**incorrect** 148:12
148:15
**increase** 47:22
48:14 50:17
56:21 60:21
61:2,14
**INDEX** 2:6 3:2
4:1 5:1 6:1
**INDICATE**
202:20
**indicated** 132:6
186:25
**indicates** 176:7
177:1
**indigent** 4:21

190:20
**indirect** 203:18
**individual** 20:15
25:18 104:13
**information**
23:13,20 27:23
46:22 60:2
65:18 69:2,16
70:13,20,22
75:16,17 78:8
78:21 91:10
94:1 98:5
111:24 134:15
138:11 140:2
147:20,21
154:7,21 159:5
169:15,20,25
186:21
**informed** 28:21
203:13
**informing** 110:2
**initial** 104:19
173:20,21
174:3,4
**initially** 16:6
74:21 75:15
136:19 137:18
157:2 173:8
**initials** 105:2,7
106:13 114:18
114:19 117:4
117:11 118:14
118:20 119:3,4
120:5,7 121:11
122:9 123:18
123:24 124:4
124:22,25
126:15 129:18
132:12,14
172:19,22
173:6,13
**injured** 163:8
**injury** 164:3,20
**input** 70:13
**inquire** 174:15

**instance** 175:10
**insurance** 20:4,8
33:9,11 34:5
34:11 167:2
187:16
**insurer** 165:8
**interacting**
158:13
**interested**
203:21
**interim** 110:6
**internal** 69:9
**interrogatories**
77:11
**introduce** 13:8
107:12
**introduced** 19:9
**investigative**
176:6,25
**involved** 95:4
**irrelevant** 36:5
**issue** 139:21
**issues** 161:22

**J**

**J** 1:15 162:6
**J-E-T-T-E**
162:7
**Jackson** 102:4,8
115:10,14
131:4,5,12,16
131:17,20,24
132:7
**Jackson's**
132:13
**Jacob** 3:23 59:1
59:3,8,16 61:8
62:11 63:6
107:16
**Jacobson** 107:9
107:10
**Jane** 20:19
**January** 57:22
58:8,13,21,21
58:22 61:11

81:4 108:13
109:14 116:15
117:2 127:12
129:12,15
**Jenkins** 182:21
183:12,14
190:7,8,16
**Jenkins'** 183:19
183:24 184:4
**JF** 118:21
123:19
**Jiveshwar** 31:11
**Jo** 10:14
**job** 16:3,16
17:13 18:9,24
19:4 24:13
51:6 101:2,5
154:19,20
159:5,9,11
193:8 197:19
**jobs** 163:2
**JoDarius** 9:4,12
10:13,24 12:22
156:14
**JoDarius's** 9:25
**John** 167:21,22
**Johnny** 5:16,19
5:21 9:24,25
10:17 12:4,19
101:19 102:19
117:24 118:4
118:20 119:14
121:10,18
123:12 124:5
126:5 130:9,24
140:5,7 141:17
141:18 142:13
148:18 156:14
**Johnson** 3:23
24:17 26:7,18
27:6 59:1,3,17
62:11 107:16
121:22 191:23
192:4 195:3
**Johnson's** 59:8

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 213

**Jones** 24:15
  25:23 26:21,23
  87:17,18
  191:23
**Joseph** 110:13
**Jr** 1:15 176:7
  177:1
**July** 15:18 56:15
  56:20 57:7
  107:17,19
  108:6,7,22
  109:8 127:18
  128:8,11,22
  143:11,14
  144:11 168:3
**June** 108:5
  142:25 143:24
  144:1,9

**K**

**Katie** 182:21,22
  183:4,12,14,19
  183:24 184:3
  190:7,8,16,23
**Katrina** 195:3
**keep** 28:13 29:6
  29:8 87:9
  92:19,21
  113:13 152:20
**Kentwood** 52:18
  52:21
**kept** 53:11 75:13
  169:13 192:7
  198:1,3,8,22
**key** 99:17 174:9
  188:17 198:2,4
  198:22
**kids** 13:6
**kind** 17:10
  62:12 76:1
  87:23 88:11
  111:14 139:21
  150:22 161:3
  161:10 163:2,5
  179:25

**Klonopin**
  160:16
**knew** 40:17 94:9
  94:10 195:13
**know** 10:8 12:13
  16:14 21:9,13
  21:16,24 25:24
  26:23 27:12
  28:18,20 31:8
  31:10 34:9
  36:1 38:19,25
  42:6,7 48:25
  53:10,22 54:2
  54:6,7,13 55:5
  55:17 58:1
  60:6 62:17
  64:12 67:11
  70:11 72:7
  73:25 77:16
  78:19 81:13,17
  81:22 89:18
  91:20 93:4
  94:22 98:25
  99:13 103:3,5
  105:15,21
  106:13 107:6,7
  114:21 118:7
  122:5 133:11
  133:16 134:8
  135:2 136:14
  138:1 139:9,13
  140:6 141:4
  145:8,16,19,22
  145:23 151:14
  152:1,4 153:13
  162:24 166:5,9
  166:16,18
  167:8 169:14
  170:19 171:14
  174:20 177:22
  182:20 190:1
  192:2 195:4
  198:23,24
  199:24
**knowledge**

  23:11 26:17
  31:1 55:9 57:5
  62:9 68:19
  110:21 117:16
  137:20 141:25
  146:9 150:24
  186:23 191:25
  192:1 195:5
  203:17
**Kumar** 31:11

**L**

**L** 7:1
**labeled** 3:8,11
  3:13,16,18,21
  3:23 4:5,9,15
  4:18,23 5:4,7
  5:10,14,17,19
  5:22,25 6:4,8
  6:11 36:20
  43:21 47:15,16
  57:13 63:20
  104:9 109:22
  136:22 137:17
**Lamisil** 145:13
  145:17,20
**late** 93:12
**latest** 114:2,8,15
**law** 1:18 7:8
  14:23
**lawsuit** 13:19
  15:5 27:14
**lawyer** 137:7,19
  159:7 166:1
  168:12
**lawyer's** 199:13
**leave** 85:19
  94:14 193:6
**LeBlanc** 110:16
**led** 33:6
**Lee** 195:3
**left** 27:5 28:19
  32:7 75:20
  76:5 84:23
  88:25 93:17

  172:14 193:4
**legible** 114:1
**Leigh** 107:9,9
**Leola** 149:19,21
**Leroy** 5:24
  102:3,3,5,8
  115:10,13
  116:16 120:16
  125:13 127:19
  128:4 129:4,17
  130:22 131:4,5
  131:12,15,16
  131:17,19,20
  131:24,25
  132:7,13
  146:20 147:21
  149:11
**let's** 10:8 11:22
  29:16 36:17
  65:7 74:18
  78:18 92:7
  98:1 107:4
  121:9 127:3
  131:10 143:21
  168:5 171:21
  194:24 199:21
  200:4
**letter** 3:15 4:8
  45:24 57:14
  73:9,11,18
  76:14,16,24
  82:17 98:7
  109:20 110:1
**level** 32:4
**light** 163:10
  164:24
**Lilly** 134:3,21
  135:20,22
  146:5
**Linda** 3:7,10
  31:18 32:10,12
  33:2 34:8
  35:15 36:21,25
  37:8,19 39:11
  40:15,22 42:19

**link** 96:21
**Lionel** 5:10,13
  102:3,22 103:5
  122:19 131:2,3
  137:17,21,25
  138:11 139:17
  157:14,21,24
  158:5,6
**Lipitor** 116:24
  120:19 125:14
  127:19 128:4
  129:9 131:25
  179:6,7,11
**list** 53:13,14,20
  53:20 54:5
  154:10
**listed** 79:12
  110:25 150:2
**lists** 140:12
  152:11 155:3
  155:10
**lithium** 160:17
**litigant** 203:19
  203:20
**little** 19:14
  84:12 98:2
  111:19 116:14
  121:25 139:2
  143:17 159:22
  166:16,22
  168:25 169:11
  173:19
**live** 9:18 10:7
  141:4 148:22
  149:18 155:23
**lived** 10:4 11:10
  11:13 12:5
  148:20 156:1
**lives** 8:25
**living** 12:5
  140:19 154:16
  156:12 166:20
**LLC** 1:18
**located** 160:10
  162:12 164:7

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 214

**location** 16:25
18:7
**lock** 99:17 174:9
188:17 198:2,3
**locked** 198:8,10
**log** 4:23 99:15
100:7,8 103:19
104:16,20
**log-in** 25:14,15
25:16,17,19,22
114:19 124:10
138:11 142:19
142:20 191:13
191:20,22
192:2
**logged** 21:17
114:25 124:14
192:14,15,16
196:3 200:12
**logging** 18:10
**long** 11:13 12:13
42:5 72:23
83:22
**long-standing**
83:10
**longer** 87:15
197:18
**look** 47:17 49:10
49:24 51:21
64:22 74:11
99:13 104:15
105:1,15,19
106:9 113:4
115:3 116:14
117:18 118:13
119:3,19 123:6
124:8 125:9,20
126:4 128:15
131:10 132:1
132:12 139:1
142:14,24
145:12,24
171:21 175:7
175:12,20
177:10,11

**181**:1 182:16
182:17,17,18
186:3,4,11
**looked** 51:25
101:9 127:6,7
127:10 131:13
159:11 189:21
**looking** 130:16
159:21 171:25
177:23 181:11
183:20
**looks** 44:8,22
71:6 73:11
77:17 80:20
105:18 106:19
114:18 115:21
117:1 118:25
122:23 125:1
125:18 126:6
132:13 136:5
138:16 143:10
144:6,18,25
171:23,25
172:9,13 176:4
**lot** 105:19
**loud** 122:1
**Louisiana** 1:1
1:10,11,16,20
7:24 70:8
141:9 160:11
203:6,16
**low** 16:8
**lower** 21:2,3,14
54:12

**M**

**ma'am** 8:18
12:21 13:3,7
130:11 181:2
**maiden** 8:9,20
**mail** 89:13 92:18
99:9 100:21
140:21,23
148:18 155:21
155:22 193:9

**193**:15,24
194:7 195:7,8
195:8,9,9,12
196:6,10 201:1
**mailbox** 85:17
85:19
**mailed** 23:24
108:7,21
169:16,16
**main** 191:5
**major** 159:25
160:12
**making** 52:6
54:23,24,24
55:4,13 203:14
**malicious** 14:18
15:5
**man** 100:20
151:21
**manager** 86:4,5
**manual** 97:6,9
**manually** 17:24
18:10
**manufacturer**
178:12 188:12
**March** 3:11 36:9
37:1,4 38:3
39:8,10 40:11
41:8,19 42:19
43:3,12 61:16
61:19 62:8
120:15,22
122:18 123:8
124:10,12
163:13,17
**Margaret** 52:9
52:12,17 53:3
60:16,24
**Margaret's**
52:10
**mark** 13:9 24:19
107:11
**marked** 32:16
36:19 43:20
45:22 47:13

**57**:12 58:24
63:19 79:21
80:25 107:14
109:18 132:20
136:18 138:8
139:25 141:14
142:9 150:9
152:9 154:3
**marking** 104:4
147:18
**married** 8:11,13
186:24
**Martha** 24:17
26:7,17 27:6,9
27:13 66:12
87:25,25 88:1
121:22 191:23
192:3,4 195:3
**match** 77:18
**matter** 13:12,19
33:20 93:23
137:10 141:22
146:23 151:5,7
203:19,20,21
**mean** 17:16
18:23 22:8
33:9 36:1,6
38:16 62:22
68:25 69:9
79:25 97:5,6
99:11 106:20
108:23 112:13
121:23 126:23
134:21 160:24
161:25 165:13
178:22 184:1
196:19
**Meaning** 52:24
**means** 19:19
134:8 139:5,11
143:7,8
**med** 172:15
173:1
**medi** 23:19
**Medicaid** 167:4
167:5 187:8

**medical** 17:16
19:23 21:22,23
26:9 93:7
100:6 106:2
154:6 161:22
175:4 179:19
187:16 188:4,4
194:24,25
195:1
**medically**
186:24
**Medicare** 22:7,7
22:8,9 187:8
**medication** 4:22
18:12 28:19
29:18 30:1
35:4,10 40:16
68:1 70:21
82:16 90:6
96:23 97:24
98:7 99:15
101:9 102:14
103:12 104:16
105:6 115:19
118:10 122:21
124:14 129:11
130:1 135:16
141:2 147:3,6
147:14 149:17
150:19 170:22
171:12 174:1
176:10,12
177:4 179:23
180:4 183:11
184:21 188:25
189:22 190:20
192:6,22,25
194:8 196:8,20
196:23 197:8
197:11 199:24
**medication's**
82:20
**medications**
72:13 101:14
101:19,24

103:13,23
115:21 116:1
119:9 132:5,23
160:18 177:6
178:24 188:16
**medicine** 22:9
28:17,21 34:2
34:8 69:5
81:16 99:10,11
99:13,18,19,22
99:24,25 100:9
149:25 162:1
173:2,9 174:2
174:7,15,16
179:25 183:19
183:24 186:8
196:15
**medicines** 34:1
72:6 131:7,23
160:16,16
189:8
**Medrol** 186:5
**meeting** 48:25
**member** 174:12
189:4
**members** 41:21
46:12,16
**memo** 57:14
59:16 60:1,4
61:11 64:1
**Memorandum**
3:7
**mental** 161:10
161:11 166:17
**mentally** 166:15
**mentioned**
50:16 168:14
**mentions** 64:19
70:1
**messed** 192:4,4
**met** 12:9 46:15
46:18
**method** 203:9
**mid** 12:14,17
**middle** 1:1

116:15 122:16
129:3
**milligram** 133:3
133:3
**milligrams**
138:17 139:4
151:9 152:16
176:8,17,19
177:2 185:17
**mind** 166:19
**mine** 79:18,19
**minimum** 16:12
**minute** 39:19
91:14 133:19
171:22 178:9
182:16 183:20
**miscalculation**
49:25
**missing** 23:21
**Missy** 30:21,22
30:25 161:24
161:24
**mistake** 148:20
150:4
**mistaken** 77:2
87:11,13,16
151:3 163:12
182:22
**misunderstood**
130:14
**moment** 34:15
**month** 28:18
**monthly** 80:20
**months** 28:12,18
29:23
**morning** 200:6,8
**move** 11:18
83:25 87:25
**moved** 10:15,17
10:19,24 11:21
12:10,19 24:1
24:3 83:23
84:2,5,6 85:5
85:11 88:1
100:11 155:18

**moving** 11:19
**Muse** 46:19

**N**

**N** 7:1
**name** 8:6,8,9,11
8:20 20:18
25:25 42:20
47:3 52:10
69:7 70:24
74:22 76:25
82:3 86:5
105:22,23
106:23 132:23
149:2,21
157:18 160:7
162:8 166:5,7
167:18 173:11
**named** 103:14
146:24 147:1,3
147:4 151:2
170:16 171:6
**names** 156:10
182:19
**Nathan** 31:11
**nature** 79:12
**neck** 164:3
**need** 8:17 12:23
23:4 29:11
31:2,6 42:10
58:9 88:12
107:11 112:6,9
116:7 129:7
134:18 162:4
166:17
**needed** 71:17
72:4 89:10
92:8 192:23
**needs** 137:3
**negotiated** 48:9
**neuro** 163:24
164:6
**neurosurgical**
164:12
**never** 40:23,24

41:6 80:14
100:13 146:14
146:15 153:22
195:8 196:3,9
196:11,12,14
199:5
**new** 30:1 50:24
96:1,3,5,7,9,10
96:11 97:4,5
111:24 166:4
**next-to-last**
73:19
**niece** 156:7
**Nineteen** 10:13
**nobody's** 194:3
**nonclinical**
194:16
**nonmedical**
194:16
**nonprofit** 19:20
**normally** 56:14
**Norvasc** 81:5,7
81:11,13 118:4
123:13 124:5
126:9 144:2,7
180:1,2
**note** 57:14 67:8
**noted** 50:14
129:12 133:23
139:10 143:4
**notes** 129:14
133:1,6
**notice** 3:10 4:5
7:9 23:15,16
36:20 107:15
151:8
**notices** 141:1
**November** 59:16
67:21 83:24
84:16
**number** 70:1
**numbers** 42:11
106:10
**nurse** 28:25 30:7
30:8,19 31:14

67:13 90:5
92:12 93:2
95:14,21 97:10
100:4,4 105:10
105:24 106:1
107:9 175:5,5
188:1 193:13
193:14 200:2,3
200:9,10,14
**nurses** 99:15
107:3,8 200:1
**nurses'** 99:14
101:7 198:19
198:25
**nursing** 100:3

**O**

**O** 7:1
**oath** 7:25
**Obama** 167:15
**object** 37:12
133:19 178:3
178:15 179:4,9
179:16 180:16
180:21 188:8
**objection** 133:22
**objections** 7:15
**obscured** 113:22
**observation**
178:20
**observed** 158:12
**obtained** 137:7
137:21
**occasion** 21:21
27:21 46:25
101:5 115:18
189:24 196:13
197:10
**October** 85:23
86:22 145:3,13
167:11
**odd** 163:2
**office** 40:14
68:14 75:23
83:1,2 86:4,5

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 216

87:15
**officer** 158:4
203:6
**offices** 1:11
23:17
**official** 162:24
**officiated** 7:24
**Oh** 24:24 68:7,8
149:13 151:20
167:20 182:13
197:7
**okay** 8:15 9:25
10:13,19 11:10
11:18 12:4
13:4,8,13,25
14:8 15:8
16:16 18:19
20:16 21:17,19
23:7,9 24:22
24:24 25:1,7
26:17 27:21
28:4,9,11,25
29:2,19,22
30:5 31:4,12
31:15,17,18
32:18 33:7
34:18 35:2
38:7 39:17
42:13 43:16,19
43:22 47:12
48:16 49:8
56:23 57:2,6
57:11 60:12,21
62:8 63:10,18
63:24 65:7
66:9,11 67:8
68:11,15,25
69:12 70:15
73:8 74:3
76:13 78:24
79:17,20 80:3
80:14 82:5
83:9 85:24
86:2,21 88:11
88:13,20 92:6

95:8 96:13,18
97:3 98:3,5
102:8 103:4,13
104:3,6,10,14
105:1,4 106:3
106:11,18
107:2,11
109:19 111:5,7
111:11,13,17
111:21,24
112:4,5,25,25
113:10,17,19
113:21 114:13
115:7 116:6,13
117:18 119:2,8
119:12 120:13
121:8 122:7,13
122:15,17
123:6 124:8
126:3,22
127:16,16
128:1,7,12,15
129:8,17
130:13,16,16
132:2,4,19,25
133:9,22
135:22 136:1
136:17,21
138:7,7 139:24
140:4 141:10
141:13 142:11
143:10,19,21
143:23 144:11
148:2,9,16
149:13 150:1
150:11,15
151:4,20 153:4
153:9,11 155:9
155:19,25
156:11 159:3
159:19 160:8
160:23 162:8
164:1,4 167:20
168:1,5,11,13
169:19 170:8

170:15 171:16
172:5,8,13,18
172:21 173:5
173:10 174:1
174:11,19,24
175:12,17
177:10,13,15
177:23 178:7
180:5,9,25
182:3,12
183:10,19,23
184:14 185:3
185:15 186:2
186:13,19
189:15 190:10
190:25 192:5,9
194:22 195:20
197:8 198:1
199:8,11,23,25
200:7,23 201:3
**old** 9:5 10:14
11:2 96:7
152:21 153:12
**older** 151:21
**once** 20:23 24:1
24:1,20 28:24
29:21 33:24
51:9,19 69:18
70:19,21,23
85:18 88:15
89:11,14 90:8
92:10,14,16
93:8,21 96:22
99:18 130:4
134:14,16
149:3,22
159:24 163:8
170:3 192:3
196:2 200:24
200:24
**one's** 130:12
**ones** 77:5 90:24
**online** 18:20,22
19:8,10 24:2,3
24:4,19 25:4,8

27:24 43:4
66:1 67:6 99:2
169:20
**open** 22:5
200:14
**opens** 199:25
**operated** 52:25
**opinion** 111:20
**opinions** 203:17
**Opportunity** 4:4
**orally** 30:9
**order** 30:21
69:21 78:25
99:9 111:23,23
112:8,11
200:24
**ordered** 18:12
28:22 68:2
186:24
**organization**
19:20
**organized**
111:15,19
**original** 111:18
203:3,4
**originally** 16:1
**Orleans** 166:4
**Oscar** 5:4,7
97:17 101:15
102:16 119:23
121:19 124:10
125:7 130:19
132:24 133:11
134:23 135:6
137:8,14 142:4
176:2 177:25
**outcome** 203:21
**owned** 52:25

**P**

**P** 7:1
**P.O** 195:25
196:3
**package** 99:12
101:10 196:21

199:21,25
200:6,7,15
**packages** 99:12
101:6 178:11
193:7 195:20
**packet** 99:13
**packing** 200:17
200:20
**page** 2:7 3:3
13:24 14:23
43:17 45:4
47:18,18 48:19
49:11 59:13,15
63:25 64:5,19
65:4,9,21,21
65:25 66:23,24
66:25 67:4,23
68:5 71:6 73:8
73:16,19 74:12
74:20 75:5,11
77:12 78:17,18
78:18 92:11
96:8 106:9
111:14,22,25
112:3 113:20
113:24 114:3
115:5 116:12
116:15 117:20
117:20 119:20
119:22 120:12
120:14 122:16
122:16 124:14
124:15 125:8
126:3,4 127:11
127:17,18,22
127:24 128:5
128:25 129:3,4
132:1 175:20
175:21 181:18
181:23 182:17
182:17 185:10
185:11,16,25
186:4,12,16
203:4
**pages** 3:13 13:23

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 217

43:18 63:21
64:22 112:7
116:9 203:8
**paid** 16:9 34:25
35:1,5,9 38:16
42:6,7 46:5
49:20 50:20
53:16,23 54:8
54:17,21 62:1
62:6,7
**PAP** 18:15,20
28:10,11 33:16
51:10 82:17
133:12 138:13
**paper** 37:9
39:14 41:6
71:16 89:3,9
89:11 90:13
93:9,22 95:3,6
95:7 96:16
100:15 181:15
**papers** 66:20
77:5
**paperwork**
75:25 76:4
77:3 170:2
**paragraph** 14:3
110:25 111:1
176:15
**part** 7:19 25:6
58:9,10 67:5
90:3,18 91:19
92:4 98:1
100:19 110:11
113:22 137:10
147:8 155:4
164:15 168:16
198:20
**partial** 48:20
**particular** 67:20
70:6 71:5 87:6
131:6,22 135:9
183:7
**particularly**
138:14

**parties** 7:4
203:20
**party** 187:5,9
203:19,20
**patience** 45:16
**patient** 18:12,13
18:18 20:15,16
22:3,13 28:4,7
28:20 29:14,23
33:13 34:10,13
35:20 36:6
44:2,13 45:12
45:13 66:21
67:1,25 68:1
69:18,19 71:14
72:4 75:2,9,10
75:15 76:15,16
76:17 78:17,19
79:8 81:3 83:3
85:12 86:25
89:12 90:3
93:5 94:23
98:6,15,20
99:21,21 102:9
102:11 135:16
149:24 152:6
154:4 168:16
168:19,23
169:6 170:16
170:16 171:6
173:11,21,23
174:5,11,14
178:25 186:25
187:3,5,17
188:25 189:3,4
191:16 196:14
**patient's** 23:22
65:18 69:7
70:24 73:21
74:1 75:17
89:14 90:6
99:19 173:19
173:20 174:4
187:12,18,19
**patients** 16:4

17:7 18:10
21:21,25 22:5
22:6,8 26:15
28:16 35:16
77:4 85:7 93:5
93:25 135:12
136:15 149:16
168:14 178:20
178:22,23
**patients'** 77:3
88:17
**Patty** 19:2,4
40:15 42:20,23
**Patty's** 42:20
**pay** 19:24 20:23
21:3,21,22,25
22:9 34:3,24
39:2,4,7 40:18
42:4 46:7
47:22 48:14,15
49:2 50:17,24
51:16 53:11,14
54:3 60:13
**paying** 34:5
**payment** 48:20
**PDA** 4:15,18
5:16,24 6:10
65:10,23,25
74:20 75:6
78:16 79:2,23
80:5,11,17,22
81:2,5 82:16
88:12,14 90:24
91:8 92:1
96:25 98:5,14
132:22 140:2,7
142:13,17
147:22 152:11
154:7 169:19
170:8 191:13
191:13,14
**PDS** 19:9 69:13
69:14 134:14
136:16
**people** 17:24,24

18:1 19:24
24:11 25:3,21
75:21 77:9
94:11 101:21
102:4 105:5
147:2,4,8,11
155:4,25 156:9
156:12 162:25
180:10 191:20
195:7
**people's** 101:3
**PERAGINE**
1:18
**percent** 61:15
61:16
**perform** 19:8
85:12
**performed**
66:14
**performing**
51:12
**period** 18:2
29:14 43:13
49:4 61:7
89:18 135:10
149:24 159:6
159:19 165:23
180:6 192:2
**permission**
119:12,13
121:1
**person** 26:2,8
32:4 52:5,8
84:15 87:14,23
88:14 96:23
100:21 105:21
107:22 165:9
166:4 174:18
174:23,24,25
175:1,1,3
188:23 197:15
203:14
**personal** 140:2
147:20 154:6
203:10

**personally** 75:13
80:1,1 111:18
140:8 151:24
**persons** 197:16
**pharmaceutical**
23:14 28:14
29:10
**pharmaceutic...**
169:17
**pharmacy** 34:2
**phone** 158:11
**phonetic** 30:18
31:5
**physical** 8:17
67:9 70:15
96:2
**physically** 69:24
166:13
**physician**
164:14
**pick** 98:21 99:23
101:24 103:10
103:13,23
111:5 115:19
119:8,17 120:2
124:2 125:5
129:20 174:17
174:18,21
196:16
**picked** 97:23
101:14,18
102:16,19
115:22 117:1
118:10,14
119:24 120:21
121:15,18,20
122:21 123:8
123:18 124:3
124:21 125:3
125:18 126:6
126:21 128:16
129:14,24
130:7,8,8,12
130:18 131:5
131:14,19

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 218

132:16 147:3,6
147:12 149:16
149:22 150:19
170:21 171:12
173:12,23
183:11,13,16
183:25 184:4,7
184:10,12,15
184:17 185:18
186:5,7 189:21
195:15
**picking** 99:3
104:20
**piece** 37:9 41:6
71:16 90:12
**pile** 137:3
**piled** 193:7
**pills** 72:8,10
**pinpoint** 195:13
**place** 112:14
113:6 141:5
173:19
**places** 90:5
92:12 134:16
**plaintiff** 1:17
14:10
**plaintiff's** 4:11
**planning** 33:12
43:1
**player** 88:10
**please** 8:7 58:10
99:25 107:6
127:22 171:22
181:2 182:20
186:20 202:20
**PO** 195:15,22
**pockets** 198:24
199:2,4
**point** 16:16
17:11 31:12
42:7 47:24
51:15 104:12
141:8
**pointed** 113:11
**pointing** 198:13

**police** 151:3
157:9,11,14,16
157:19 158:4,5
158:13,17
**portal** 19:10
**Porter** 5:10,13
102:3,22 103:5
122:19 131:2,3
137:17,22,25
138:12 139:17
157:14,21,24
**portion** 68:23
**portions** 70:7
**position** 86:2
**possession** 75:6
159:8
**possible** 63:8
**poverty** 33:8
**practical** 93:23
**practitioner**
30:7 31:14
67:14 92:12
95:14 100:5
175:5 188:1
**practitioners**
29:1 30:8,19
90:5 93:2
95:22 97:11
**pregnant** 9:23
**prepared** 203:9
203:12
**prescribed**
151:9 152:16
153:14,18,19
176:12 177:6
178:24 179:7
179:11,24
180:3,11
**prescription**
18:14 19:12
22:4,19,20
23:1 27:22
28:8 29:5,9,12
29:17 30:1,10
35:4,9 43:5,15

65:22 66:22
68:15,23 69:2
69:7,24 70:1,4
70:6 71:6,11
71:18 73:1
74:13 77:14
78:16 79:11,12
81:10 89:18,22
89:25 91:18
92:10,11,17
95:15 99:4,6,8
134:24 146:6
168:23,24
176:10,17,19
177:4 179:25
**prescriptions**
28:13 29:7
30:9 120:16
133:1 176:8
177:2
**present** 20:20
157:8 158:1,3
177:17
**pressure** 81:16
162:1 180:4
**presumably**
70:8
**pretty** 17:21
100:10
**previously** 52:24
53:12 104:8
107:14 173:18
**price** 21:13
**pricing** 45:1
**print** 70:23,23
71:1 79:23
134:16,16,18
170:3,9 186:16
**printed** 4:18
69:17 70:14
74:2,9 81:2
96:11 142:13
142:16
**printout** 44:23
132:22 138:10

140:2 152:11
169:24
**prior** 28:16
**private** 187:9
**probably** 17:21
109:10 123:8
139:18 143:7
143:15 180:10
**problem** 23:24
**procedure** 7:8
98:24 99:3,6
100:11 103:19
203:16
**proceeding**
137:23 150:23
**proceedings**
146:25 147:9
**process** 89:10,11
98:2 100:20
192:6
**produced** 61:13
104:8 159:7
**product** 186:24
187:1,6,7
200:25
**products** 187:20
**PROFESSIO...**
2:2
**program** 4:22
18:13,15,18
22:4 23:3,13
26:10 32:14
33:8,15 34:3,7
34:10 35:6
36:4 37:7 40:7
40:17 43:1
44:11 45:2
49:19 50:5
67:2 73:13
79:8,23 80:13
80:17 85:13
86:25 88:12
100:18 133:12
134:11,12,20
134:21 135:13

135:15,16
142:20 146:7
153:23 168:16
168:23 178:21
178:23 187:11
187:19,21
**programs**
190:22
**prohibited**
203:17
**prohibition**
203:15
**proof** 22:14
92:17 153:23
**property** 149:3
**prosecution**
14:18 15:6
**Proton** 184:1
**Protonix** 183:16
184:7,8,10,12
184:15,17
**provide** 19:23
22:7,13 153:23
168:15
**provided** 158:17
158:21 186:22
187:2,20
**provider** 188:21
188:24
**provider's**
188:10
**providing** 33:22
**provisions**
167:14
**public** 44:9
187:8
**pull** 100:7
**pulled** 75:15
**punch** 96:22
**punched** 69:4
**purpose** 187:17
**purposes** 7:6
**purse** 76:7
**pursuant** 7:8
187:2

Page 219

**put** 29:13 48:10
53:21 65:17
69:6,7,16,19
69:21 70:22
78:24 84:10
93:1,3,4 95:10
99:16 100:21
111:24 123:24
124:3 126:15
134:11 135:12
136:3 138:23
169:22 170:1,2
173:18,19
174:4,5 181:23
192:10
**putting** 51:18
70:19

**Q**

**qualified** 19:15
33:7 35:16
**qualifies** 28:4,6
**qualify** 22:4,11
40:17
**quantity** 71:6
**question** 7:16
37:13,14 44:8
44:10,16,18
57:25 133:20
138:15 182:13
186:11
**questioned**
157:15 158:1
**questions** 168:9
171:18 182:3
189:12
**quick** 75:23
**quickly** 75:23
**quite** 20:24
21:24 53:18
62:19 70:12
80:7 88:1
149:25 156:10
156:20,20
160:7 194:12

**R**

**R** 5:16,21 6:10
**R-A-V-I** 31:10
**R.S** 203:8
**race** 59:8 84:19
110:8,13,17
**raise** 51:20,25
52:1,5 55:12
57:4,7 61:8,17
61:23 62:8,10
62:12,14,17,21
63:6
**raises** 56:14
**ran** 71:15
**random** 166:4
**rate** 46:7 50:20
50:24 53:11
54:3 86:7 88:6
**Ravi** 31:5,9
**read** 47:23
107:20 126:25
128:3 133:4
134:6 138:23
139:7 155:5
172:11 175:23
176:13,22
177:8 181:22
186:15 202:7,8
**reading** 7:10
14:5 115:8
118:1 123:20
124:17 134:1
138:19 144:13
146:2 175:25
186:20
**reads** 150:6
**ready** 82:20
**really** 87:11
100:13 122:1
149:23,24
155:23 169:10
193:10 194:2
**reason** 23:19
27:23 34:8

87:6 138:21
145:1 148:17
**reasonable**
188:24
**reasons** 75:4
111:1
**reauthorization**
72:19 94:24
**reauthorizatio...**
97:15,16
**recall** 33:6 39:13
39:14,25 40:6
40:13 49:15
50:9 54:18
56:1,3 58:7,12
59:19 61:25
62:4 75:12
94:22 102:25
103:25 104:1,2
**receipt** 4:22
187:19
**receive** 42:16
46:1 48:5 57:4
81:7 133:14,17
159:3 176:21
**received** 4:11
22:1 35:4
40:15 57:7,21
61:16 63:22
80:14 105:7
107:18 110:1
120:15 125:9
126:5 129:12
132:6 133:12
136:19 137:18
139:16,17
141:16 159:4
160:12 161:9
162:14 172:15
173:1 176:11
177:5 190:19
**receiving** 49:15
50:9 59:19
**receptionist**
16:23 18:24

26:4 51:12
66:9 67:6 74:4
**receptionists**
18:2 24:10,15
**Recess** 63:16
168:7
**recollection**
20:14 21:8
22:3,12 34:22
55:3 78:15,22
136:11 146:4
**record** 8:7 13:15
65:7 128:17
164:9,10 168:6
65:7 61:10,17
92:24 93:7
107:3 187:16
**recurring**
178:25
**refer** 42:10
107:2 171:20
**references** 116:9
**referencing**
43:25 62:10
**referring** 38:8
39:20
**refill** 72:12,14
180:18
**refilled** 180:19
**refills** 71:25
72:16
**reflect** 144:2,16
145:25
**reflects** 139:4
**refresh** 136:11
**regard** 64:15
**regarding** 140:5
150:22 159:9
**regardless** 19:24
21:13 134:17
**regular** 85:3
**reimbursed**

49:17
**reimbursement**
50:4 187:9
**reinstated** 45:19
46:5 49:3 52:2
56:9 108:4
167:7,12
**related** 60:16,18
60:22 61:1
97:17,20 102:5
103:7 151:14
190:1 203:20
**relationship**
203:18,19
**relationships**
182:19,20
203:15
**relatives** 149:10
**remaining** 64:22
76:10
**remember** 16:13
16:15 20:15
31:13 54:17
57:9 58:20
75:10 86:3
94:19 130:5
140:19 147:16
**reminding** 13:5
**renew** 89:16
**repaid** 38:22
**repay** 35:10
**repeat** 57:25
58:9
**report** 63:7 86:8
176:6,25
**reported** 2:1
203:9
**reporter** 7:23
8:3 121:24
143:16 203:5
203:24
**REPORTER'S**
203:1
**REPORTERS**
2:2

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 220

**reporting** 203:9
203:18
**represent** 79:21
81:1 132:21
138:10
**representation**
188:12
**representative**
157:25 158:12
**requested** 69:5
**requesting** 60:1
**required** 203:4
203:12
**requirements**
187:13
**reserved** 7:18
**reside** 8:15,22
9:7
**resided** 9:9
**resident** 152:7
**resources** 44:23
110:17
**respect** 113:24
142:3 143:11
**response** 165:5
165:11
**responsibility**
19:22
**responsiveness**
7:17
**rest** 178:18
**restructure** 60:2
**retain** 170:12
**retaliating** 14:9
**retaliation** 14:14
15:5
**Retin-A** 144:21
145:4,8,19
**retroactive**
47:22 48:14
50:16 61:14
**retroactively**
62:1
**return** 46:7
**returned** 51:5

58:3,4,15
187:10
**review** 4:15 5:16
5:24 6:10 46:6
56:13 112:6,10
187:15
**reviewed** 111:18
**Richards** 122:23
**Richardson**
105:9 114:21
117:14 121:12
122:24 123:1,2
**ride** 174:19
**right** 11:8 12:11
14:4 15:10,15
15:18 16:10
17:2 19:20
20:11 21:23
26:4 35:19,23
36:15 37:4,20
38:18,25 39:5
39:9 41:3,16
41:22,24 42:3
42:10,17,18,19
43:4 44:21
45:2,9,14,18
46:16 47:6,9
48:14 49:22
50:2,3,5,18,21
51:4,6,10 52:2
52:15,20,22
53:2,8 54:25
56:21 57:23
58:5 59:7 60:4
61:19 66:13,18
66:23 67:17
69:23 70:24
71:9 73:23
74:16,18 75:12
76:9,19,25
77:12,20 78:22
79:1,16 80:22
83:5 85:9
86:10 90:17,22
91:16 92:14

93:10,12 95:4
95:8,10 98:11
98:18,23
100:25 101:3
101:17 104:2
104:23 105:13
105:24 106:9
108:1,4,4,22
109:5,15 110:6
110:9,14,23
112:18 113:1,8
113:11 115:12
115:16,19
116:4,19,22,25
117:8,13,22
118:13 119:6
119:19,25
120:4,10,19,24
122:11,19,20
123:6,7 124:19
124:22,23,24
125:8,14,19
126:11,15,22
127:1 128:17
128:23,25
129:5,9,15
130:21 131:9
131:13,17
132:10,11,14
133:22 134:16
139:21,23
140:14,18
142:22,22
143:19,24
144:4,9,14,18
145:1,12,14,15
146:7 148:10
148:21 150:7
151:12 153:20
154:1,8,11,22
155:2,11,13
156:25 157:3,6
157:17,23
158:8,16,18,23
161:14,20

162:22 166:20
168:17,21
171:23 172:6
173:22 174:5,6
175:7,12,18
176:4 177:10
180:25,25
181:11,17
182:24 183:2,6
183:18 184:19
186:6,10 188:1
189:1,18
192:15 193:2
197:2 198:18
200:4,11 201:3
**right-hand**
57:20
**RKM** 160:4,6,8
160:13 161:16
161:22 162:15
**Road** 1:10 8:19
11:14 12:8,10
82:9 140:14
148:22 149:8
149:18 150:3
154:11 156:13
**Robert** 88:13,20
91:22,23
151:10 153:5
**Robin** 105:9
114:21 117:14
121:12 122:23
123:1
**Robin's** 120:7
**role** 66:5,16
**Ron** 176:7 177:1
**room** 158:11
193:7
**Rose** 18:6
**roster** 151:3
**Rouge** 164:13
167:19
**routine** 179:24
179:25
**RPR** 2:2 203:23

**RR** 105:8
114:20 117:12
**rules** 7:7 203:13
203:16
**running** 28:17
72:6
**rural** 16:24

**S**

**S** 7:1 106:19,19
**S-H-A-R-I-E-E**
26:1
**Sadie** 84:7
**salary** 51:22
154:23
**sample** 65:5
79:3
**satisfaction**
50:13
**save** 7:15 186:14
**savings** 81:6
133:6,7 134:5
138:22 139:4
139:10,19
143:1,7,24
144:2,16 145:5
145:14,17
146:1 152:13
**saw** 41:6 109:13
199:5
**saying** 13:5
20:18 41:13
42:15 43:13
45:11 78:20
79:2 91:20
98:7 122:5
131:19 143:13
163:15 195:18
196:3
**says** 14:2,7 35:3
46:15 48:3
59:24 65:5,10
67:1 68:12
112:24 117:12
138:22 139:6

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 221

151:8 152:15
153:18,19,22
154:23 176:15
181:22
**scale** 21:1
**scan** 170:14
**scanning** 170:13
**Schering** 187:14
187:15
**Schering's**
187:11
**school** 103:6
126:17,18,20
127:1,14
159:22 163:9
**school-base**
163:9
**school-based**
83:15 85:5,6
85:19 93:8,21
93:24 94:2
95:17 103:25
106:4 191:1,7
197:19
**SCHS-000015**
3:8
**SCHS-000088**
3:11
**SCHS-000113**
3:13
**SCHS-000116**
3:13
**SCHS-000121**
3:16
**SCHS-000122**
3:18
**SCHS-000130**
3:19
**SCHS-000153**
3:24
**SCHS-000154**
3:24
**SCHS-000162**
3:21
**SCHS-000186**

4:6
**SCHS-000221**
4:9
**SCHS-000239**
6:5
**SCHS-000240**
6:5
**SCHS-000241**
5:19
**SCHS-000243**
5:10
**SCHS-000244**
5:11
**SCHS-000245**
5:7
**SCHS-000246**
5:8
**SCHS-000444**
4:23
**SCHS-000480**
4:24
**SCHS-000483**
5:25
**SCHS-000484**
5:5
**SCHS-000496**
6:11
**SCHS-000497**
4:19
**SCHS-000498**
4:16
**SCHS-000499**
6:8
**SCHS-000501**
5:22
**SCHS-000502**
5:17
**SCHS-000503**
5:14
**SCHS-113** 43:21
**SCHS-121** 45:24
**SCHS-122** 47:15
**SCHS-130** 47:16
**SCHS-15** 32:23
**SCHS-153** 58:25

**SCHS-154** 59:21
**SCHS-162** 57:13
**SCHS-221**
109:22
**SCHS-239**
150:13
**SCHS-241**
141:15
**SCHS-245**
136:22
**SCHS-444** 104:9
**SCHS-483**
147:20
**SCHS-484**
132:21
**SCHS-497** 81:1
**SCHS-502** 140:1
**SCHS-503** 138:9
**SCHS-88** 36:20
**Scott** 46:18
**scratch** 101:13
**scrip** 22:15,18
**script** 65:17
**seal** 203:4
**sealing** 7:12
**search** 159:9
**searches** 159:5
**second** 14:17,20
37:8 45:17
47:16 49:11,12
49:15 59:15
65:4,8 74:20
107:25 108:21
110:3 117:10
119:2 123:19
124:25 144:1
**Security** 165:21
166:10
**see** 11:22 13:14
14:3 40:22
73:12 84:7
107:20 112:13
112:15,17
113:3,14,16,18
114:9 115:8

116:8 118:1
121:10,12
123:20,23
124:17 127:20
128:3,13 133:3
133:25 134:6
135:15 138:19
138:23 139:7
143:2 144:13
144:22 146:2
155:5 172:2,14
172:16 173:14
175:14,21
178:9 181:5,25
186:16 187:22
192:23 200:24
**seeing** 39:14,25
**seen** 13:15 15:23
20:21 32:24
36:22 42:8
48:2 109:23
**Selena's** 87:14
87:19
**Selina** 4:8
109:21 110:5
111:2
**send** 23:13
99:23,25
134:23 168:24
170:4,10
**sending** 28:13
29:6,9
**Senegal** 4:8
109:21 110:5
111:2
**sense** 11:20
111:25
**sent** 19:2 23:15
23:17,21 29:16
53:14 62:15,18
68:3 75:21
77:2,6,10
154:21
**sentence** 35:2
**separate** 41:11

91:18 178:1
**September**
138:16 139:2
144:20
**serves** 78:22
**services** 44:24
203:14
**set** 21:12,15
53:12 117:10
118:20 119:2
124:22,25
187:13 203:8
**sets** 114:19
**shaking** 160:21
**Shariee** 24:15
24:20 25:23
26:21,23 27:4
27:17 43:13
66:10 87:12,15
87:17,18
191:23
**sheet** 65:11,15
65:25 70:24
74:20 75:6
78:16 100:7,8
**SHEET(S)**
202:22
**sheets** 66:20
**Sheri** 110:16
**Sheri's** 110:17
**ship** 98:15
**shipment** 141:1
**shipped** 75:22
81:21,22,24
82:1,23 98:8
133:8 139:14
146:16 187:1
197:9
**Shirley** 117:23
118:3,7,19
121:9,18,21
**short** 149:24
**SHORTHAND**
2:2
**shorthanded**

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 222

| | | | | |
|---|---|---|---|---|
| 88:3 | **significance** | **somebody** 17:13 | 34:14,16,17,23 | **started** 22:24 |
| **shot** 33:11 34:6 | 173:5,16 | 21:2,4 25:9 | 34:25 35:15 | 100:18 |
| 43:1 | **signing** 7:11 | 66:4,14 94:13 | 39:3,5 45:23 | **state** 7:23 8:6 |
| **show** 32:16 | 138:3 174:22 | 104:20 106:12 | 46:13 47:20 | 14:23 203:5 |
| 36:18 43:16 | **similar** 66:5 | 125:21 136:6 | 48:7 49:12 | **stated** 176:5 |
| 45:21 47:12 | **simple** 34:21 | 150:18,21 | 53:8,19 54:3 | **statement** 20:18 |
| 49:10 50:17 | **single** 114:24 | 175:9 179:24 | 57:6 61:17 | 22:10 58:10 |
| 57:7,11 58:23 | **single-page** | 180:5 195:13 | 64:16 67:16 | 168:22 169:2 |
| 63:18 79:20 | 57:12 | 197:22 | 69:9 79:25 | **STATES** 1:1 |
| 80:24 104:3 | **sir** 172:4,12 | **somebody's** | 80:21 83:3 | **stating** 73:12 |
| 107:13 109:17 | 173:15 174:10 | 193:8 200:8 | 84:16 92:22,25 | 82:20 169:11 |
| 132:19 136:17 | 175:15 176:14 | **son** 9:1,3,5 | 104:17 108:17 | **station** 99:14 |
| 138:7 139:24 | 176:23 177:9 | 151:15,15,19 | 109:7 157:10 | 100:3 101:7 |
| 141:13 142:9 | 177:16 178:5 | 152:16 153:2 | 157:11,25 | 157:9 198:19 |
| 150:9 152:8 | 178:13 181:20 | 153:11 167:5 | 158:1,13 | **status** 166:9 |
| 154:2 170:3 | 182:1 186:18 | **son's** 102:20 | 163:15 164:22 | 175:1 187:18 |
| 181:1 183:10 | 187:23 188:2 | **sorry** 13:2 22:16 | 169:14 170:16 | **statute** 203:12 |
| **showing** 147:18 | 189:10 200:13 | 32:11 43:17 | 182:23,25 | **stay** 84:25 86:24 |
| **shows** 172:19 | 200:16,19 | 68:9 79:19 | 183:5 | **stenotype** 203:9 |
| 176:2 | **sister** 170:20,23 | 81:23 129:8 | **Southeast's** 47:8 | **stipulated** 7:3 |
| **shredded** 134:19 | 170:24 182:22 | 185:1,5,5,20 | **SP-Cares** 67:1 | **stopped** 159:21 |
| **siblings** 190:14 | 190:7,8,9 | **sort** 193:8,24 | **speak** 100:4 | 161:3 |
| **side** 120:8 | **sisters** 183:5 | 195:7 | 121:25 143:17 | **storage** 193:7 |
| 172:14 193:5 | **sit** 54:13 177:14 | **sorted** 193:13,15 | **speaking** 157:11 | **stored** 69:22 |
| **sign** 17:9 71:3 | **sitting** 90:11,12 | 195:9 | **Spears** 3:15 | **street** 1:11,16,19 |
| 90:5 92:13 | 162:25 | **sorting** 194:7 | 45:25 46:18 | 148:21 149:11 |
| 95:24 97:11,13 | **situation** 167:3 | **sought** 7:19 | **specific** 92:12 | **strict** 88:15 |
| 100:7 173:20 | **six** 28:16 63:21 | **sound** 11:8 | 96:23 165:14 | **strike** 154:4 |
| 174:3 | 72:16 159:12 | 15:10,18 50:18 | **specifically** 7:11 | 178:18,22 |
| **signature** 67:9 | 199:17 | 57:23 61:19 | 7:13 45:11 | **Stringer** 30:21 |
| 67:11 68:19 | **slash** 117:11 | 62:20 | **spell** 25:24 31:6 | 30:23,25 |
| 70:16,25 203:3 | **sliding** 21:1 | **sounds** 35:8 | 162:4,10 | **stub** 47:21 55:18 |
| **signed** 22:15,16 | 33:23,24 | **source** 155:10 | **spelled** 166:5 | 55:19,21,25 |
| 36:21 45:24 | **slip** 200:17 | 176:21 | **spoken** 27:18 | 56:2 |
| 69:24 71:11,18 | **slips** 200:20 | **South** 92:25 | **SR** 169:11 | **stuck** 68:9 |
| 73:1 79:14 | **slow** 200:5 | **Southeast** 1:7 | **St** 31:23 32:1 | **students** 85:7 |
| 90:8 92:11,15 | **Smith** 30:20 | 4:21 14:7 15:9 | 33:10 34:19 | **stuff** 166:17 |
| 92:16 109:20 | 67:12,13 68:13 | 16:17,23 18:23 | 35:5,8 57:21 | **subject** 187:11 |
| 111:10 121:4 | 69:25 79:14 | 19:15,19 20:5 | 59:17 60:3 | 199:11 |
| 121:22 122:3 | 187:25 | 20:9,25 21:20 | 68:13 107:16 | **submit** 169:20 |
| 125:20 127:11 | **Smith's** 68:19 | 24:1,2 26:18 | 107:18 181:13 | 180:12 |
| 167:19 168:22 | 70:15 | 26:24 27:5,10 | 181:18 | **submitted** 187:8 |
| 169:1,1,6 | **Social** 165:21 | 27:15 30:4 | **stamp** 169:23,24 | **suit** 165:3 |
| 176:2 187:24 | 166:9 | 31:20 32:8 | **stamped** 57:21 | **Suite** 1:20 |
| 188:4 | **sold** 187:4 | 33:9 34:12,13 | 107:18 195:10 | **summarize** |

Page 223

46:11
supervision
  203:10
supervisor 86:1
supplied 68:2
  109:14 150:12
supplies 193:16
supply 29:20,25
  72:11
suppose 177:24
supposed 38:24
  68:16 88:18
  93:3
sure 20:22,24
  34:24 42:7
  53:14,18 59:9
  61:9 62:19
  63:15 70:12
  80:7 86:6 88:1
  91:19 92:4
  124:9 136:2
  139:18 142:2
  149:25 153:13
  153:17 156:10
  156:20,20
  160:7 166:8
  175:25 179:18
  181:7 186:20
  191:17,17,18
  194:1,12
  195:12 200:22
sustained
  164:22
swear 104:11
  129:1
sworn 8:2 203:7
Synthroid
  184:23
system 17:9,10
  60:3 69:10
  96:16 198:7
Systems 1:7
  4:21 44:10
  53:20 182:23
  183:1

                T
T 7:1,1
tablets 134:3
take 15:20 34:15
  51:7 63:12
  71:2 99:11,14
  101:6,6 112:6
  112:9 116:7
  166:21 180:6
  181:1 195:7
  196:19,24,25
  197:10 199:21
  200:8
taken 1:10 7:6
  23:10 63:16
  168:7 203:6
takes 194:1
talk 98:1
talked 27:3,7,13
  149:15
talking 17:2
  37:25 69:23
  91:13 98:25
  128:13 131:15
  144:22 192:24
Tammy 30:20
  67:12,13 68:13
  68:19 69:6,24
  70:15 79:14
  187:25
tax 154:21
  168:25 169:3,8
  169:10 170:1
team 88:9
tediousness
  129:2
telephone 94:25
tell 28:1,3 30:9
  31:16 33:5
  40:13 47:25
  64:25 65:12,16
  65:18 67:24
  68:25 99:19,22
  111:15 116:8

121:5,5 131:14
157:24 164:5,6
174:17 175:8
179:22 182:19
184:25 192:21
196:20
telling 23:17
Tennessee 11:21
  12:3,11
term 34:16
term- 32:10
terminated
  24:21 26:19
  36:12 37:4,8
  38:5 42:24
  43:11 54:23
  56:6 67:17
  75:7 83:11
  90:15 110:3
  128:23 129:25
  130:10 162:17
termination
  36:21 41:19
  64:16 75:24
  79:24 110:20
  111:3 130:3
  156:22 161:12
  161:14,23
  164:2
terms 89:19
  179:19
testified 58:14
  91:14 93:13
  95:3 98:6
  101:15 119:15
  174:6 189:20
  191:19
testify 8:4 95:12
  203:8
testimony 41:4,5
  202:8,10 203:6
  203:9
Thank 182:4
  189:13 201:4
thanked 88:9

themself 192:19
theoretically
  190:4
therapy 166:17
thereof 7:19
they'd 23:16
  82:25 99:11
thing 40:21
  48:23 59:9
  77:17 87:4,5
  100:2 113:24
  143:10 145:3
  167:18
things 51:21
  110:25 111:9
  113:25 192:8
  195:20 196:2
think 20:22
  21:15 30:15,16
  41:5 69:25
  77:1 80:6 86:4
  87:11,13,16,19
  90:14 91:14
  93:13 95:12
  103:2 105:14
  105:21 106:23
  107:3,7 108:6
  114:23 122:24
  132:16 139:5
  149:21,25
  160:6 161:7
  163:12 165:4
  168:5
thinking 123:8
  125:22 139:20
  160:2
third 14:22 15:1
  96:8 163:13
  187:5,9
Thomas 1:15
thought 55:12
  97:3 130:13
  190:10
thoughts 55:7
thousand 10:10

10:11 38:3,4
  39:10 167:6
three 27:8 28:12
  28:15 29:23
  43:17 78:23
  79:1 160:15,15
  178:8,10 195:4
three-month
  29:20,25
time 7:18 11:19
  12:13 13:6
  16:24 17:1,17
  18:18 19:5
  20:20 24:15,21
  26:19 27:3,7
  28:21 29:7,9
  31:22 33:10
  35:25 36:1,3
  36:13 37:7,8
  38:2 39:11,15
  40:1 41:14
  43:3,12,12
  46:25 47:7
  49:2,5 54:22
  56:7 59:5 61:7
  63:9 67:17
  69:20,21 83:3
  84:16 86:3,19
  86:20 89:15,16
  93:1,9 94:18
  97:25 101:2,12
  104:21,21
  110:3,6 112:6
  112:9 116:7
  121:16 123:9
  126:13,23
  129:9 134:12
  136:3,15
  140:20 154:19
  156:11,16,21
  158:22 159:6
  159:20 165:23
  169:18 180:7
  186:14 187:14
  187:14,17

189:6 192:2
193:6
**timeline** 62:23
**times** 25:3 86:15
98:6 117:11
132:18 134:13
134:17 158:10
**Tina** 105:23,24
106:3 114:21
121:7 125:24
132:14 195:4
**title** 14:2,9 32:3
32:6
**today** 54:13
177:14
**told** 22:13 29:8
29:11 39:4
40:15 42:23
48:25 49:5
72:3 82:25
84:4,21 87:7
88:8 147:11
155:18 157:14
157:21 158:6
197:7
**Tom** 32:20
**top** 57:20 59:24
65:10 67:1
68:12 84:15
106:12 111:22
125:11 181:14
**total** 148:19
**trained** 52:6
**training** 19:1,2,7
24:2 43:7 87:8
87:10,12
**transactions** 5:4
5:13,21 6:7
142:12 152:10
**transcribed**
203:10
**transcript** 203:3
203:11,11,12
**transcription**
202:9

**transferred**
103:24
**transport** 16:3
**trazodone**
160:17
**treated** 161:21
**treatment**
160:12 161:10
161:18 162:14
187:4
**tried** 136:3
**Trooper** 176:7
177:1
**true** 112:15
202:9 203:10
**trying** 15:4
66:13 75:20
76:5 108:20
135:11,12
150:25 157:16
160:6 197:6
**turn** 13:23,24
20:5 106:8
111:13 112:3
113:19 114:12
116:11 120:11
122:15 125:8
127:16 128:25
185:7
**turned** 167:11
188:23
**turning** 167:10
**TW** 105:17
114:20
**two** 9:19 10:10
10:11 12:19
38:3,3 39:10
40:6 47:14
77:2,4 90:5
92:12 110:25
112:19,20
113:7 114:19
114:25 115:11
116:16 117:22
120:16 125:10

126:4 127:18
131:7 132:5
139:2 144:12
144:21 145:4
152:11 167:6
172:22 173:14
176:8 177:2
178:1,8,10
191:24 192:20
**Tyjia** 156:5,6
**type** 43:5 57:15
63:7 64:10
89:22

**U**

**U** 7:1
**U.S** 4:4 44:23
**Uh-huh** 12:20
14:6 17:3 23:2
26:16 31:10
35:17 39:6
45:6 50:1,1
56:11 57:16
58:6,16 59:2
66:8 70:3 71:8
71:10 73:10
79:5 87:24
96:15 101:16
107:21,24
113:4 115:9
116:17 118:16
118:22 124:3
124:16 125:15
128:9,14 129:6
132:9 133:5
134:2,4 138:20
138:25 140:11
143:5 148:23
151:11 155:6
156:24 160:9
**uh-uh** 11:25
38:2 127:9
**uncle** 102:6
116:20 120:17
146:20 149:11

**underpaid**
60:23
**understand**
37:13 41:4
48:23 72:25
94:12 137:6
172:25 176:5
176:24 187:10
**understandable**
37:16
**understanding**
13:21 14:13,19
14:25 15:12
19:16 20:3
21:19 22:2
35:13 48:13,19
49:9 50:12
52:12 62:22
71:17,24 88:4
130:18 203:11
**understood**
41:13
**unemployment**
41:24 64:14
77:7
**unfortunately**
61:13
**Unit** 71:7
**UNITED** 1:1
**units** 71:15
72:21 187:1,7
**unlock** 100:6
**unopened**
196:20
**UPS** 99:9 100:20
193:5 196:1
**USA** 19:9 65:10
65:23,25 69:13
69:14 74:20
75:6 78:16
79:2 88:14
134:14 136:16
**use** 32:6 34:16
80:6 89:3
172:1

**V**

**V-A-R-N-A-D...**
162:11
**valid** 203:3
**Vanessa** 47:1,1
47:2
**Vanessa's** 47:2
**Varnado** 161:25
162:3,3,9,12
162:15
**vehicle** 161:2
**Verbal** 29:4
**verbally** 72:3,18
95:13
**verification** 78:5
92:8 94:14
168:15 169:14
169:21 170:6
170:10
**verify** 30:5
71:25
**verifying** 187:18
**version** 13:19,20
**VERSUS** 1:5
**Viagra** 116:2,9
116:23 118:5
119:15,23
120:19 122:19
123:12 124:6
124:11,19
125:13 126:9
127:19 128:4
130:19 131:6,8
131:22,23,24
131:25 132:7
133:2 138:18
139:3,13
142:25 143:12
143:23 144:12
151:10 152:12
153:14,19
176:8 177:25
185:17
**view** 80:1

Page 225

**VII** 14:2,9
**Viibryd** 160:17
**violate** 44:11
**violated** 14:9
**violation** 14:2
**Virginia** 84:8
184:21 185:15
**vouch** 112:10

**W**

**W** 168:25
**wage** 16:12
**wait** 39:19 84:7
90:10 112:23
112:23 133:19
148:1 152:17
152:24 174:19
192:24
**waiting** 75:8,9
75:14 78:12,21
90:14 91:10
**waived** 7:11,14
**Wall** 19:3 42:22
42:23
**Wall's** 19:4
**want** 13:14
63:12 83:25
84:11,25
111:14 116:6
138:14 141:5
175:12,24
181:1 185:10
186:11 192:7
**wanted** 84:7,8,9
84:9 87:3,7
94:23
**wasn't** 21:15,25
23:20 51:25
55:8 62:7 78:4
81:22 82:1
91:11,15 103:7
106:1 108:25
109:2,4 135:1
135:2 136:13
146:24,25

149:23 157:13
162:24 169:10
170:13 193:14
194:3
**way** 10:9 17:10
22:12 25:14
30:6 48:18
51:17 53:11,21
53:22 54:2
83:1 99:25
111:19 118:8
133:17 159:9
171:11 174:22
177:24 191:19
192:10 194:4
**we'll** 18:25
148:3 182:16
199:21
**we're** 24:22
104:12 112:1
129:1 131:15
171:25 182:16
194:2 199:10
**we've** 110:12
126:25 143:6
149:15 159:4
**web** 96:19
**web-based**
142:20
**website** 4:18
80:5,22 81:2,5
91:1,9 92:3
96:25 132:22
132:24 140:3
142:13,17
154:7 191:13
**Wednesday** 1:11
**week** 159:11,18
**weeks** 28:16
**welfare** 169:25
**went** 15:8,13
19:1 24:2,19
34:7,7 43:7
49:3,6 69:4
72:3 85:16,17

85:20 87:10,12
88:8 100:15
103:6 157:14
159:22 161:5
164:12 190:25
191:7,7 195:12
195:13,14
197:19
**weren't** 32:8
62:6 91:3
147:3,4,8
**whatever's**
84:23
**when's** 27:3,6
**whichever** 84:9
**white** 74:25
110:17
**whited** 76:24
**Whittaker** 176:7
177:1
**whoever's** 18:24
**Williams** 47:4,5
47:7 85:23,25
86:12 105:22
110:12 114:21
121:7 125:24
132:14 195:4
**willing** 88:10
**witness** 7:5,25
122:2 127:25
143:18 164:11
178:4 179:1,17
180:22 181:8
185:4,9,14,22
186:1 199:18
**WITNESS'**
202:4
**witnessed** 122:6
123:2 126:14
132:14
**Womack** 170:17
170:19,22
186:4,7 189:20
190:16,17
**Womack's**

185:17 190:4
**words** 78:17
82:21 84:23
168:12
**work** 15:8,13
34:14 51:2,5
53:6 106:3
166:12 171:1
174:13 183:5
190:23
**worked** 17:4
18:2 52:17
53:3 101:12
105:10 107:4,8
107:10 189:6
195:1
**worker's** 165:3
**workers'** 165:2
165:7,9
**workforce**
159:21
**working** 21:21
26:18 51:9
80:21 83:10,15
94:12,19
103:15 166:25
**works** 170:20
182:22,25
184:22
**world** 177:24
**wouldn't** 20:5
22:7,8 71:1
72:12,13 95:3
95:6 154:13
**write** 20:18
22:10 36:3
63:7 64:8
168:21
**write-up** 33:2
**writing** 29:3
65:10
**written** 30:2,10
176:9,10 177:3
177:4
**wrong** 131:14

152:20 190:13
**wrote** 32:12
41:21 58:13
79:3 176:16,18

**X**

**Y**

**Y'all** 63:12
**Yakima** 84:4,13
84:19 88:8,8
**yeah** 12:15
15:21 16:15
24:14 25:2,11
26:12 28:9,11
31:24 48:1
68:7 76:20
96:5 101:4
106:22,24,24
107:1,1 108:24
112:2,17,21,25
115:2 121:21
123:21 125:25
126:2 128:10
143:3 151:2,6
154:20 155:14
156:9 161:8
163:18 165:9
167:10,16,18
167:25 193:23
193:25 197:1,3
197:3,7 198:16
200:10
**year** 12:18 28:5
28:11 49:4,7
50:22 56:15
71:14 72:23
88:19 89:17
94:25 161:5
180:13
**year-wise**
156:19
**years** 9:19 10:14
11:2,4,15 27:8
38:15 139:2

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 226

159:12 199:17
**you-all** 77:10

**Z**

**Zelnorm** 73:13
74:14
**zero** 138:22
139:9 141:11
143:1,7,24
144:16 145:4
145:14,17
150:2 155:10
168:19
**zeros** 80:21

**0**

**05/05/08** 3:16
**09** 178:1

**1**

**1** 3:4 13:16
110:25 176:16
182:17 186:2
199:22
**1,134** 139:5
**1,228.29** 49:25
**1,318.69** 49:14
**1/13/2010** 186:6
**1/15** 172:11
**1/5** 186:4
**10** 4:7 109:18,23
110:24 131:8
133:3 172:11
176:17 184:1
**10-milligram**
134:3
**10.42** 57:8
**10.77** 54:24 57:8
**10/2** 114:7,8
**10/2/09** 114:1
**10/23/09** 114:2
114:10
**10/24** 184:3
**10/25/2012**
184:3

**100** 71:7,15
**104** 4:20
**107** 4:3
**109** 4:7
**10th** 1:12
**11** 4:10 14:23
63:19 64:1,6
64:20,23 65:4
65:9 66:25
67:24 73:20
74:12 77:13
89:23 90:22
91:14,17 96:7
96:8 186:11
**11-00047-RLB**
1:5
**11-something**
55:8
**11/9/09** 114:15
**1134** 152:13
**1134.0** 139:6
**114** 44:22
**116** 43:21 44:22
**11th** 81:4
**12** 4:14 79:21
82:8
**12.77** 50:18
61:18
**12/03/2012**
184:6
**12/17/09** 172:10
**12/3/09** 115:4
**12/7/09** 115:22
**12/8/2011**
184:16
**12/9/09** 114:15
**120** 134:5 178:8
178:11
**122** 47:18
**1280** 154:25
**12th** 57:22
120:15 144:20
**13** 3:4 55:6
80:25 81:18
104:5,15 111:6

130:17 132:3
171:21,25
182:15,18
183:15 188:15
**13-A** 4:17
**13-B** 4:20
**13-something**
55:5
**13.15** 61:18
**132** 5:3
**136** 5:6
**137** 5:9
**138** 5:12
**139** 5:15
**13th** 126:6,7
129:12 183:17
**14** 3:11 5:3
132:20 136:25
177:10,23
**141** 5:18
**142** 5:20
**1434** 203:16
**147** 5:23
**14th** 37:4 107:19
108:5,6 109:8
**15** 5:6 11:4
136:18 137:7
175:13,14,16
175:20 176:9
**150** 6:3
**152** 6:6
**154** 6:9 58:25
59:15
**15th** 13:12
119:22 120:22
152:12,17
153:20 178:1
**16** 5:9 137:16,21
181:16
**16th** 49:13
**17** 5:12 138:8
**171** 2:8
**1728.0** 134:5
**17th** 119:24
121:20 129:15

**18** 5:15 139:25
**189** 2:9
**18th** 136:8
**19** 5:18 9:6
141:14,24
167:10,11
**199** 2:9
**1990** 10:19
**1995** 15:9,16
**1996** 15:18
**1999** 11:24
16:21,22 17:23
**1st** 64:2 133:25
136:7 172:5

**2**

**2** 3:6 32:17,24
35:3,25 37:19
37:24 38:10,14
39:3 40:1 41:7
41:10 42:16
49:4 50:16
52:1 54:24
61:15 65:21,21
65:25 75:5
78:17 111:1
175:20,21
186:12
**2-an-hour** 55:12
**2/11** 113:1
**2/11/09** 112:14
**2/13** 112:22
183:15
**2/13/09** 112:13
**2/18/13** 105:16
**2/24/09** 113:5
**2/25s** 113:7
**2/6/2013** 183:9
**20** 4:9 5:20
133:3 142:10
176:19 177:2
**2001** 11:6
**2003** 32:13 33:3
37:25 38:14,17
39:8,12 40:21

**2007** 17:21,23
19:2 24:19
43:8 51:20
57:4,8 61:4,6
138:17 142:25
143:11,14
144:9,11,20
145:13
**2008** 3:8,11 36:9
37:1,4 38:20
39:8 40:11
41:8,19 42:19
43:3,12 45:25
46:2 48:7
49:13,16 51:6
52:1 56:10,20
58:4,17 59:16
61:6 81:4
**2009** 57:22 58:8
58:14 61:11,16
61:19 62:9
67:21 73:9,19
74:14 83:24
84:16 86:22
88:13 91:6,19
91:21 92:4,5
93:12 107:5,17
107:19 108:5
108:15,22
109:8,14 115:6
132:6 133:25
136:4,7,7,8
139:2 145:25
152:12 153:20
171:4 176:9,16
176:18 177:3
**201** 1:20 203:8
**2010** 4:9 10:9
64:3 91:9
107:5 109:21
110:2,19
116:16 117:2
117:19 118:17
119:22,24
120:15,22

Gwendolyn Ann Ard Atkins
Gwendolyn A. Atkins v. Southeast Community Health Systems

Page 227

121:19,20
122:19 124:10
124:13 126:6,7
127:12,18
128:8,11,22
156:23 159:1
163:13 164:15
165:24 171:4
**2011** 165:25
181:16
**2012** 129:12,15
160:2 161:6
176:3

**2013** 112:13
161:6 172:2,5
**2014** 9:20 167:7
167:9
**2015** 13:12
167:11
**2016** 1:12
**208** 81:6 144:2
**20th** 73:9,18
109:21 110:2
110:19
**21** 5:23 147:19
**22** 6:3 150:10
151:9
**22nd** 57:7
**23** 6:6 152:9
**23rd** 176:3
**24** 6:9 154:3
**240** 150:14
**242** 141:15
**243** 137:17
**244** 137:18
**246** 136:22
**24th** 15:18
**27.70** 50:7
**28th** 116:15
117:2 127:12
**29th** 122:18

__3__

**3** 3:9 36:19,22
38:10 40:3

41:1,8,12
42:17 61:16
66:25 67:4
78:18
**3/3/2010** 185:16
185:23
**30** 72:6,8,8
**309** 1:11,16
**30th** 83:24 123:8
125:10,19
139:2
**31st** 124:10,13
**32** 3:6
**340B** 32:13 33:7
33:15 34:3,6
34:10 35:6,16
36:4 37:6,9
40:6 43:1 44:2
44:11 45:1
49:18 50:4
**36** 3:9
**37** 14:3
**37:2554** 203:8
**3rd** 115:6 132:6

__4__

**4** 3:12 43:20,24
44:6 45:8
46:22 67:23
68:5 71:6
78:18
**4,588.40** 47:20
48:6
**4/12** 184:14
**4/20/2012**
184:14
**43** 3:12
**444** 171:25
172:21
**449** 183:21,24
**45** 3:14
**453** 106:8
**455** 128:25
129:3
**461** 185:15

**467** 127:17,24
128:6
**469** 125:8
**47** 3:17
**470** 122:16
124:14
**472** 120:12
185:16,25
**473** 116:12
117:20 119:22
121:9 127:11
**474** 111:14
172:7,22 186:4
**475** 114:12,14
114:24 115:6
116:7 132:1
**476** 113:20,24
114:4,5
**477** 112:3,7,15
113:6,11
**478** 113:13,14
**479** 113:15,16
**480** 104:9 112:7
113:17,18
116:8
**4th** 67:21

__5__

**5** 3:14 45:22
46:2,5 48:21
50:14 176:18
177:3 186:3
**50** 138:17 139:4
151:9 152:16
176:8 185:17
**504** 2:3
**527** 1:19
**529-5255** 2:3
**54** 11:15
**57** 3:20
**58** 3:22
**5th** 45:25 74:13
117:19 118:15
121:19 136:7
138:16 145:25

167:11

__6__

**6** 3:17 16:9
47:14,19 48:20
48:24 49:11
50:10 127:18
128:8,11,22
186:3
**6/27/2012**
184:11
**62** 38:16 49:17
49:18
**62.70** 34:12,23
38:22 39:2,8
40:18 42:4
50:5
**63** 4:10
**67** 1:10 8:19
11:13 12:6,10
39:7 82:9
140:14 154:10
156:13
**6th** 143:11,14
144:11

__7__

**7** 3:20 20:23
57:12,14,17
58:2,13 62:18
62:21 63:1,4
**70** 49:18 152:22
153:9
**70401** 1:11,16
**70433** 1:20
**70441** 1:10
**74** 112:1
**75** 71:7,15
**75-100** 70:9
**79** 4:14
**7th** 59:16 142:25
143:24 144:1,9

__8__

**8** 2:8 3:8,22

58:24 59:11
62:15
**8/1/2010** 4:12
**80** 4:17
**8th** 33:3 48:6
145:3,13

__9__

**9** 4:3 13:23,24
60:12 107:14
**9/12** 184:9
**9/18/2012** 184:9
**90** 10:8,9 29:18
71:7,15 72:21
138:18 139:4
143:1 144:21
145:14 152:13
177:25 180:19
**90-day** 72:11
**90s** 12:14,17
**94** 12:2,11
**95** 12:9
**96** 15:14
**99** 11:23
**9th** 107:17 108:7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN A. ATKINS    CIVIL ACTION

VERSUS        No. 11-47-RLB

SOUTHEAST COMMUNITY
HEALTH SYSTEMS      TRIAL BY JURY

### FIRST AMENDED COMPLAINT

### JURISDICTION AND VENUE

1.

Plaintiff invokes this Court's jurisdiction pursuant to 42 USC § 2000e-5 and 28 USC § 1343(a)(4). Additionally, 28 USC § 1367(a) gives this court jurisdiction over the state law claims arising out of the facts alleged in this complaint.

2.

Venue in this Court is proper because the parties to this action reside in the Middle District of Louisiana("the District") and the conduct complained of in this complaint occurred in the District.

1



## PARTIES

### 3.

Plaintiff is a citizen of the United States and a resident of Saint Helena Parish, Louisiana. Plaintiff was employed by  the defendant **SOUTHEAST COMMUNITY HEALTH SYSTEMS** at all times relevant to the allegations set forth in this complaint.

### 4.

Defendant **SOUTHEAST COMMUNITY HEALTH SYSTEMS**, formerly known as Saint Helena Community Health Center, is a non-profit corporation. Defendant employs more than fifteen employees.("Southeast").

### 5.

Defendants **JOSEPH A. FREEMAN, M.D.**("Freeman") and **SELENA SENEGAL**("Senegal"), were employed by Southeast at all times relevant to this proceeding.

## ADMINISTRATIVE PROCEDURES

### 6.

Plaintiff filed a charge of employment discrimination with the District Office of he Equal Employment Opportunity Commission("EEOC"). The EEOC issued a right to sue letter to the plaintiff.

2

## ALLEGATIONS OF FACT

### 7.

Plaintiff became employed by Southeast on  or about July 22, 1996 as an administrative assistant.

### 8.

On March 14, 2008, Southeast fired the plaintiff.

### 9.

On or about April 14, 2009, plaintiff provided information to the EEOC and indicated that plaintiff wanted to file a charge of discrimination.

### 10.

In 2009, plaintiff signed and filed a charge of discrimination, charge number 461-2008-01186.

### 11.

On May 12, 2008, Southeast reinstated plaintiff's employment.

### 12.

Plaintiff withdrew the EEOC charge.

### 13.

Plaintiff understood that the agreement of settlement provided that plaintiff would be reinstated, that plaintiff would be paid an amount of money to satisfy a

wage disparity, and that plaintiff's pay rate would be reviewed on plaintiff's return to work.

14.

Certain terms of the agreement were not carried out as plaintiff expected.

15.

On or about February 25, 2009, plaintiff filed a second charge of discrimination, charge number 461-2009-00899.

16.

On October 8, 2009, plaintiff filed grievances concerning certain actions which occurred in the workplace.

17.

Southeast did not resolve any of the grievances filed by plaintiff.

18.

On November 19, 2009, plaintiff was transferred to another jobsite which resulted in a change in benefits for plaintiff.

19.

On May 20, 2010, while plaintiff's charge of discrimination was still pending, Southeast terminated plaintiff's employment.

4

20.

On May 21, 2010, SCHS filed a criminal complaint against Atkins with the Greensburg Police Department.

21.

On January 26, 2011, Atkins filed a complaint in this Court. Record document 1.

22.

On February 8, 2011 Atkins was arrested by an employee of the Louisiana State Police on eight counts of **POSSESSION OF CONTROLLED DANGEROUS SUBSTANCES** in violation of LSA-RS 40:971.B.

23.

On April 11, 2011, t he State of Louisiana instituted a criminal prosecution in the 21st Judicial District Court, Saint Helena Parish, docket number 18950. In the bill of information, the State of Louisiana accused Atkins of eight counts of **POSSESSION OF CONTROLLED DANGEROUS SUBSTANCES** in violation of LSA-RS 40:971.B. Each separate count alleged that the "controlled dangerous substance" was either Cialis or Viagra.

5

24.

Atkins filed a motion to quash the information on the grounds that Cialis and Viagra are not controlled dangerous substances as defined by LSA-RS 40:961 et seq. On May 8, 2012, the State of Louisiana filed a motion to dismiss in docket number 18950.

25.

On May 7, 2012, the  State of Louisiana instituted a second  criminal prosecution in the 21st Judicial District Court, Saint Helena Parish, docket number 19735. In the bill of information, the State of Louisiana accused Atkins of eight counts of **OBTAINING LEGEND DRUGS BY MISREPRESENTATION OR FRAUD** in violation of LSA-RS 40:1238.3. The only information provided in the bill of information was the date of the alleged offense- April 15, 2009.

26.

On March 4, 2013, the date the trial by jury was scheduled to commence in the 21st Judicial District Court,  the State of Louisiana nolle prossed the charge.

27.

Atkins submitted a public records request to the District Attorney for a complete copy of the District Attorney's file. On April 10, 2013, the District Attorney denied the request and stated: ...**the matter remains active, and <u>due to</u>**

6

**information received since March 4, 2013,** it is likely that the same, similar or **additional charges…will be forthcoming.**

28.

In response to the threat of additional criminal charges, Atkins filed a motion to quash based on the passage of six months since the date of the most recent dismissal pursuant to LSA-C.Cr.P. article 532(7). The Court heard the matter on October 18, 2013. At the hearing, the State of Louisiana stipulated on the record **that the matter was dismissed and that there is no charges pending against the defendant.**

29.

Thereafter, Atkins made a second public records request to the District Attorney. In a letter dated December 2, 2013, the District Attorney again denied the public records request and stated: **We are currently considering whether to file additional criminal charges against Ms. Atkins…**

30.

On March 26, 2014, Atkins filed a motion for discovery, in the alternative, for sanctions, pursuant to LSA-C.Cr.P. article 729.5 which requires a party to "promptly" notify the other party of the existence of additional evidence discovered since compliance with an earlier discovery order.

31.

On June 20, 2014, the State of Louisiana stipulated on the record that **PRESCRIPTION HAS RUN OUT ON THESE CHARGES AND THEY CANNOT BE REBILLED.** Record document 26-1.

32.

The criminal charges described above were instituted as a result of affidavits prepared and signed by defendants Freeman and Senegal.

33.

The affidavit signed by Freeman stated that plaintiff**...was prescribing medications particularly for erectile dysfunction to many patients including family members. Some people were prescribed as many as three prescriptions for erectile dysfunction at the same time. This appears to have been going on for some time.**

34.

The affidavit signed by Senegal stated that plaintiff**...was prescribing medications to many patients including family members.**

35.

The allegations against the plaintiff which were made in affidavits signed by Freeman and Senegal are not true.

36.

The allegations made against the plaintiff by Freeman and Senegal were made solely for the purpose of discrediting the plaintiff, causing the plaintiff harm, causing the plaintiff to lose her job, causing the plaintiff to be charged with a crime, causing the plaintiff to be discredited in the community, all for the purpose of defeating plaintiff's EEOC charge and subsequent cause of action.

## FIRST CAUSE OF ACTION
## TITLE VII VIOLATION

37.

Southeast violated Title VII by retaliating against plaintiff for having filed a charge of discrimination with the EEOC.

38.

Plaintiff is entitled to general and special compensatory damages, back pay, benefits, reinstatement, frontpay, reasonable attorney's fees, and court costs.

## SECOND CAUSE OF ACTION
## MALICIOUS PROSECUTION

39.

The elements of a malicious prosecution claim are:

(1) commencement of a criminal prosecution against the plaintiff;

(2) causation (initiation or procurement) of the action by the defendant;

(3) termination of the prosecution in the plaintiff's favor;

9

(4) the plaintiff's innocence;

(5) the absence of probable cause for the proceedings;

(6) malice in filing the charge;

(7) damage to the plaintiff.

40.

All of the elements of a claim for malicious prosecution  are present in the facts alleged in this complaint.

41.

The malicious prosecution of plaintiff by defendants Southeast, Freeman and Senegal is the proximate cause of plaintiff's injury.

42.

Plaintiff 's injury is: loss of employment, loss of employability, loss of earnings, past and future, general damages for personal embarrassment, mental and emotional suffering, loss of reputation, attorney's fees and costs incurred in having to defend a baseless criminal charge.

43.

Defendant Southeast, as the  employer of defendants Freeman and Senegal, is vicariously liable for the  damages suffered by the plaintiff as alleged in this complaint.

## THIRD CAUSE OF ACTION
## STATE LAW DEFAMATION CLAIM

44.

The elements of a state law defamation claim are:

(1) defamatory words;
(2) falsity;
(3) malice;
(4) publication;
(5) damage.

45.

The statements made by defendants Freeman and Senegal about plaintiff were defamatory because the statements accused the plaintiff of a crime.

46.

Falsity and malice are presumed because the defamatory words uttered by Freeman and Senegal accused the plaintiff of a crime.

47.

The defamatory statements of Freeman, Senegal, and Southeast were published.

48.

The defamatory statements of Freeman, Senegal, and Southeast caused plaintiff injury.

49.

Plaintiff's damages as a result of defendant's defamation are: personal embarrassment and humiliation, loss of reputation, mental and emotional suffering, loss of employability, past and future, loss of earnings.

50.

Southeast as the employer of Freeman and Senegal is vicariously liable for the plaintiff's damages.

## PRAYER FOR RELIEF

WHEREFORE plaintiff prays that this court:

(1) Declare that the employment practices complained of are unlawful;
(2) Permanently enjoin the defendant, its agents, officers, and employees from engaging in all practices found by this court to be in violation of the law;
(3) Order reinstatement of the plaintiff, together with an award of all salary, benefits, seniority and all other employment emoluments plaintiff would have received absent unlawful discrimination from date of termination until time of trial; or
(4) In lieu of reinstatement, that the court award:
(a) backpay from date of termination to time of trial;
(b) front pay;
(c) future loss of earnings and/or past, present and future compensatory damages, general damages, and all other relief available pursuant to law;
(5) Order the defendants to make the plaintiff whole by paying such monetary and non-monetary benefits in amounts to be proved at trial but in all events, more than Ten Thousand Dollars($10,000.00);
(6) Retain jurisdiction over this action to insure full compliance with the Court's orders, and require the defendants to file such reports as the Court deems necessary to insure compliance;

(7)Order the defendants to pay plaintiff's costs and expenses and reasonable attorneys' fees as provided by law;

(8)Award pre-judgment interest as provided by law;

(9)Grant such other and further relief to the plaintiff as the Court deems just and proper.

(10) Grant a trial by jury.


HOGAN & HOGAN


*Thomas J. Hogan, Jr.*
_____
THOMAS J. HOGAN, JR., T. A.
Bar Roll #06908
Post Office Box 1274
Hammond, Louisiana 70404
(985) 542-7730

thogan48@bellsouth.net

Attorney for plaintiff

13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN A. ATKINS                    CIVIL ACTION

VERSUS

SOUTHEAST COMMUNITY
HEALTH SYSTEMS

### DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury.

HOGAN & HOGAN

*Thomas J. Hogan, Jr.*

THOMAS J. HOGAN, JR., T. A.
Bar Roll #06908
Post Office Box 1274
Hammond, Louisiana 70404
(985) 542-7730

thogan48@bellsouth.net

CERTIFICATE OF SERVICE


I hereby certify that on March 18, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Alex J. Peregine; Christa Forrester.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Joseph A. Freeman, M.D.,  Selina Senegal.

*Thomas J. Hogan, Jr.*

15

**ST. HELENA COMMUNITY HEALTH CENTER**

Post O...x.. .box 1207
487 Sitman Street
Greensburg, Louisiana 70441

Phone:  (225) 222-6059
Fax:     (225) 222-6543
Email:  HELENACHC@aol.com

May 8, 2003


MEMORANDUM


TO:         Gwen Atkins

FROM:     Linda Beauvais

RE:         340B Drug Program

Through error, you recently received prescription medication that was paid for by the St. Helena Community Health Center through the 340B Drug Program.  This Program is only to be used by patients of the Health Center who are on the Sliding Fee Scale and do not have prescription coverage with their health insurance.  It will be necessary for you to reimburse the Health Center for the amount paid on your behalf.  Please submit a check in the amount of $62.70, payable to the St. Helena Community Health Center, by no later than May 16, 2003.

A copy of this Memorandum will be filed in your Personnel record.



**EXHIBIT**



SCHS-000012



# ST. HELENA COMMUNITY HEALTH CENTER

490 Sitman Street, Post Office Box 1207, Greensburg, Louisiana 70441
Phone: (225) 222-6059   Fax: (225) 222-6543   Website: www.shchc.org

March 14, 2008

Ms. Gwendolyn Atkins,

You are being dismissed from your position here at the St. Helena Community Health Center for using the company's 340b program for your personal prescriptions when you have insurance coverage. You have been written up and counseled for this very same violation in the past. You were notified of its improper use in the past and have record of such in your employee file. This is your second violation of this matter. This is a serious violation and it could cost the company its ability to provide the 340b program to our patients. We are bound by law to comply with the regulations set forth for the 340b program and can be penalized for violation. Your actions are a direct violation of these rules and for such you are being dismissed from your position with this company effective immediately.

Sincerely,

Linda Beauvais, Executive Director
St. Helena Community Health Center



EXHIBIT
3

SCHS-000088

 Windows Live™

## 340B Information

From: **Brice, B** (BBrice@APHANET.ORG)
Sent: Mon 4/21/08 9:20 AM
To: gwenard@hotmail.com

Dear Gwendolyn,

Genita at PSSC forwarded your 340B question (reproduced below) to my attention.  After conferring with the Office of Pharmacy Affairs I can provide the following information:

Question:

Did I violate 340B Program guidelines by being both and employee and a patient?

Response:

Covered entities are prohibited from transferring 340B covered outpatient drugs to persons who are not patients of the covered entity.  Although they are prohibited from giving 340B drugs to employees who are not patients, there is no prohibition disqualifying employees from receiving 340B drugs if they are in fact patients of the covered entity.  There is nothing in the proposed guidance that prohibits employees that are patients from receiving 340B drugs.  It does clarify the misconception held by some that the 340B drug pricing program by pointing out that an employee relationship is different from a patient relationship and being an employee is not directly relevant to the determination as to whether you are also a patient.

If you would like any additional information, please forward your request in writing to:

Brad Lang, JD, MPH

Public Health Analyst

Office of Pharmacy Affairs

Healthcare Systems Bureau

5600 Fishers Lane



**HRSA** U.S. Department of Health and Human Services
Health Resources and Services Administration | Home | Questions? | Order Publications | SEARCH

GRANTS | FIND HELP | SERVICE DELIVERY | DATA | HEALTH SYSTEM CONCERNS | ABOUT HRSA

## Pharmacy Affairs & 340B Drug Pricing Program

| |
|---|
| Pharmacy Affairs & 340B Program Home |
| Introduction to 340B Drug Pricing Program |
| Databases: Covered Entities, Contracted Pharmacies & Participating Manufacturers Data Extracts plus Medicaid Exclusion Files |
| Legal Resources |
| Disproportionate Share Hospitals & 340B |
| Prime Vendor Program |
| Contracted Pharmacy Services. |
| New Medicare Provisions & Safety Net Providers |
| Current Issues |
| Glossary of Pharmacy-Related Terms |
| Alternative Methods Demonstration Projects |
| Links |
| Frequently Asked Questions |
| **For more information contact:** Pharmacy Services Support Center 1-800-628-6297 |

### Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Definition of "Patient"

printer-friendly Notice Regarding Section 602 of the Veterans Health Care Act of 1992 Definition of "Patient"

Federal Register: January 12, 2007
(Volume 72, Number 8)
Page 1543-1546

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Health Resources and Services Administration

AGENCY: Health Resources and Services Administration, HHS.

ACTION: Notice.

SUMMARY: Section 602 of Public Law 102-585, the "Veterans Health Care Act of 1992," enacted Section 340B of the Public Health Service (PHS) Act "Limitation on Prices of Drugs Purchased by Covered Entities." Section 340B provides that in order to obtain Medicaid reimbursement for its covered outpatient drugs, a manufacturer must sign a pharmaceutical pricing agreement with the Secretary of Health and Human Services in which the manufacturer agrees to charge a price to covered entities for outpatient drugs that will not exceed an amount determined under a statutory formula. Section 340B is administered as the "340B Drug Pricing Program" and is commonly referred to as the "340B Program."

Section 340B states that it is illegal for covered entities to sell medications purchased under the 340B Program to persons who are not considered "patients" of the covered entity. The purpose of this notice is to inform interested parties of proposed clarifications to the definition of "patient" for whom the covered entity can purchase discounted pharmaceuticals under the 340B Program. This clarification is necessary to protect the integrity of the 340B Program and to assist covered entities and other participants in their compliance efforts.

DATES: The public is invited to submit comments on the proposed guidelines by March 13, 2007. After consideration of the comments submitted, the Secretary will issue final guidelines.

ADDRESSES: Address all comments to Mr. Bradford R. Lang, Public Health Analyst, Office of Pharmacy Affairs (OPA), Healthcare Systems Bureau (HSB), Health Resources and Services Administration (HRSA), 5600 Fishers Lane, Parklawn Building, Room 10C-03, Rockville, MD 20857.

FOR FURTHER INFORMATION CONTACT: Mr. Jimmy Mitchell, Director, OPA, HSB, HRSA, 5600 Fishers Lane, Parklawn Building, Room 10C-03, Rockville, MD 20857, or by telephone through the Pharmacy Services Support Center at 1-800-628-6297.

SUPPLEMENTARY INFORMATION:

#### Introduction

Section 340B(a)(4) of the PHS Act and section 1927(a) of the Social Security Act list the various types of organizations eligible to participate in and purchase discounted drugs under the 340B Program. Eligibility for participation in the 340B Program is strictly limited to the specific categories of entities specified in these statutes.

Section 340B(a)(5)(B) of the PHS Act prohibits entities from selling (or otherwise transferring) drugs purchased under the 340B Program to anyone who is not a patient of the covered entity. Responsibility for ensuring compliance with this provision rests with the covered entity. Congress did not define the term "patient" in Section 340B, and initial HRSA guidelines implementing the 340B Program directed covered entities to "develop and institute adequate safeguards to prevent the transfer of discounted outpatient drugs to individuals who are not eligible for the discount" in order to prevent diversion. To accomplish this, entities were encouraged to utilize a separate purchasing account and separate dispensing records (See 59 FR 25110).

As covered entities, manufacturers, and others began to implement the 340B Program, it became apparent that additional clarification of the patient definition was needed and on October 24, 1996, HRSA issued additional guidelines regarding the definition of a covered entity "patient" (61 FR 55156). These guidelines stated that the following definition of patient would apply for the purposes of the 340B Program:

An individual is a "patient" of a covered entity (with the exception of State-operated or funded AIDS drug purchasing assistance programs) only if:

1. The covered entity has established a relationship with the individual, such that the covered entity maintains records of the individual's health care; and
2. The individual receives health care services from a health care professional who is either employed by the covered entity or provides health care under contractual or other arrangements (e.g., referral for consultation) such that responsibility for the care provided remains with the covered entity; and
3. The individual receives a health care service or range of services from the covered entity which is consistent with the service or range of services for which grant funding or Federally-qualified health center look-alike status has been provided to the entity. Disproportionate share hospitals are exempt from this requirement.

An individual will not be considered a "patient" of the entity for purposes of 340B if the only health care service received by the individual from the covered entity is the dispensing of a drug or drugs for subsequent self administration or administration in the home setting.

individual's health care record. Mere contractual right to obtain records from a health care provider, without actual control and maintenance of the record, would not satisfy the requirements of the 340B Program.

The second criterion of the patient definition requires that the responsibility for the health care services that result in the use of, or prescription for, 340B drugs remains with the covered entity. Where a referral is utilized for specialty health care, in order to result in a valid 340B prescription, the referral must be for followup care for the same condition and must originate from a health care provider who is employed by or under a valid, binding, and enforceable contract with the covered entity which retains ongoing responsibility for the health care and treatment of the individual.

For the purpose of this guidance, the provision of administrative services alone, such as case management services from someone other than a health care provider, is not sufficient to demonstrate the necessary health care services set forth in the definition above. The statute requires that 340B drugs be provided for the patients of the covered entity, as opposed to offering other services to individuals who are patients of health care providers who are not part of a covered entity as defined in the statute. In cases where an individual has received health care services from a non-covered entity resulting in a prescription, the administrative act of recording such information, incorporating it into the health record, and filling the prescription does not constitute health care services for the patient's health care for purposes of the 340B Program.

To demonstrate responsibility for the health care that results in the use of, or prescription for 340B drugs, health care must be provided by the covered entity through health care providers who meet the second criterion and who have the capacity and authority to issue the 340B prescription. Mere acceptance pro forma or rubberstamping of an outside health care provider's diagnosis or medical opinion does not demonstrate such responsibility. While the health care providers of the covered entity can take into account the diagnosis and prescription of other health care providers, they must exercise their own judgment in taking responsibility for their own patients.

The third criterion of the patient definition above requires that 340B drugs be prescribed only in conjunction with outpatient services. Furthermore, subsection (a) clarifies that the provision of 340B drugs must fall within the scope of the grant funding or Federally Qualified Health Center look-alike status which forms the basis for the eligibility of the covered entity to participate in the 340B Program.

Subsection (b) of the third criterion likewise provides clarification for DSHs that the use of, or prescription for, 340B drugs must be within the scope of the basis for including such institutions in the 340B Program. In order for an outpatient facility of a DSH to be eligible for the 340B Program, it must be demonstrated that the outpatient facility is an integral part of the DSH. HRSA has chosen to rely on the category of provider-based facilities as set forth by the Centers for Medicare and Medicaid Services (CMS) under Title XVIII of the Social Security Act (Medicare). This decision has been made because HRSA believes that the requisite integration of facilities necessary to demonstrate that the secondary facility is functioning as part of the DSH under 42 CFR 413.65 is appropriate for facilities eligible under the 340B Program. Compliance with the rule for provider-based facilities would provide clear guidance to DSHs that wish to prescribe 340B drugs to patients at these outpatient facilities and ensure that the individuals are truly patients of the DSH. Ultimately the facility's provider-based status must be reflected in the covered entity's Medicare Cost Report. The covered entity may provide a copy of the attestation provided to its fiscal intermediary pursuant to 42 CFR 413.65 to demonstrate compliance with this guideline until such time as the facility is listed on the DSH's Medicare Cost Report. The DSH shall retain the responsibility to promptly notify the OPA in the event that the outpatient facility's provider-based status is rejected or otherwise called into question.

**Examples**

The following examples describe the issues that HRSA has identified as problematic and the relationships that do not meet the definition of "patient" for purposes of compliance with the 340B Program guidelines.

**Example 1: Certain Case Management Constructs**
HRSA has become aware that some covered entities may be using case management arrangements that inappropriately expand their "patient" populations, diverting 340B drugs to individuals who are not eligible patients of the 340B covered entity. In some cases, the covered entities claim to provide the requisite "health care services" through a third party that operates through a case management construct or call center. Although the covered entity may retain records of the encounters, supervise personnel, oversee billing, payment, and other administrative tasks in the program, the covered entity is not providing the actual outpatient health care services that can be linked to the prescriptions written for the individuals in question.

An individual whose sole relationship with a covered entity is through case management services or other administrative measures, not accompanied by actual medical services from a health care provider that meets criterion 2, would not be considered a patient of the covered entity eligible to receive 340B drugs.

**Example 2: Loose Affiliation Networks**
Some DSHs have been contracting with health care providers to create a loose affiliation model for outpatient health care services. The individuals, receiving services from affiliated health care providers, have been filling prescriptions written by these health care providers with 340B drugs. The "contracts" are often simple, one-page documents that do not create contractually enforceable duties or obligations for either the health care provider or covered entity. These affiliation models claim to meet the patient definition by specifying that the individuals' health care records would be available at the covered entity, that "responsibility for the patient" would also reside with the covered entity, and that in some instances, individuals would be seen by a case manager at the covered entity at specified intervals.

Under this model, the services being provided directly by the covered entity are often more appropriately characterized as administrative services rather than health care services. Ultimately, the treatment plan followed is determined by the affiliated health care provider and not the covered entity. The ongoing responsibility for the individual's health care resides with the affiliated health care provider and not the covered entity. The individuals enrolled in these programs are treated by health care providers too loosely affiliated with the covered entity for the ongoing responsibility to rest with the covered entity for the patient's health care resulting in the use of, or prescription for, 340B drugs.

This model improperly seeks to expand the definition of a patient beyond that envisioned by Congress in prohibiting the resale of 340B drugs outside the eligible covered entity limits. In particular, HRSA is concerned that the affiliation model extends the ability of covered entities to purchase 340B drugs for individuals who are not receiving healthcare from a health care provider employed by or having a valid, binding, and enforceable contract with the covered entity. In the DSH context, since such affiliated healthcare providers may have privileges without actually being required to provide health care services at the DSH, HRSA believes that it is reasonable to require

SCHS-000115

that either the prescribing, or the referring, health care provider be employed by or have a valid, binding, and enforceable contract with the covered entity to provide outpatient medical care to patients of the DSH.

**Example 3: Provider-Based Designations**

HRSA is concerned that a number of DSHs may be attempting to expand their eligible facilities to include locations that are not integrated parts of the qualifying DSH. As noted above, HRSA has chosen to rely on a location's status as a provider-based facility as provided under 42 CFR 413.65 to demonstrate that the secondary facility is functioning as part of the DSH. While HRSA is aware of the 35 mile distance exemption that exists for certain 340B-DSHs under 42 CFR 413.65(e)(3)(i), these DSH provider-based facilities remain subject to the other requirements as set forth in 42 CFR 413.65. This requirement also applies to nursing home facilities, rehabilitation hospitals, hospice, and home health agencies. Please note that even if these facilities qualify as part of the DSH, only patients receiving outpatient health care services in these facilities would be eligible to receive 340B drugs. In addition, if HRSA suspects that these entities are being improperly designated as provider-based facilities, HRSA will decline to add the facilities to the HRSA 340B database of covered entities until it has received portions of the Medicare Cost Report demonstrating provider-based status and/or the attestation of provider-based status the covered entity provides to its fiscal intermediary pursuant to 42 CFR 413.65. Likewise, if HRSA discovers that certain covered entities may have improperly listed facilities on the 340B database with the implication that they are provider-based, HRSA will request the covered entity to provide the relevant portions of the Medicare Cost Report and/or attestation within 45 days to verify the facility's provider-based status and to verify that such health care services are being provided on an outpatient basis. If HRSA does not receive appropriate documentation to verify provider-based status within this time period, it will remove the facility from the 340B covered entity database. The covered entity shall be required to notify HRSA immediately if its provider-based status has been rejected or questioned by CMS or its fiscal intermediary. In cases where provider-based status has been rejected, the facility will be removed from the 340B covered entity database immediately.

**Example 4: Employees**

HRSA receives many questions about whether employees of a covered entity are "patients" for purposes of the 340B Program. These questions come from covered entities that provide health care coverage to employees under their own self-insured health plan, and those whose employees have third party health coverage as an employment benefit. Employees of a covered entity, regardless of their health care coverage, are not considered patients of the covered entity for the purpose of the 340B Program unless they receive health care from a provider employed by or under contract with the covered entity. The fact that the person is an employee of the covered entity, or that they receive health care benefits from their covered entity-employer is not relevant. The relevant circumstance is that the employee is a patient of the covered entity. If an employee is a patient of another provider in the community, and is referred to and receives health care from the covered entity, they can receive 340B drugs only if the other provisions of the patient definition are met. Where a covered entity operates a self-insured health plan, the covered entity retains the requisite responsibility for the individual as a patient only if the individual receives outpatient health care services under the terms of this notice. Responsibility for the patient does not extend to cover the individual if the covered entity's sole responsibility for the individual is as the administrator of its self-insured plan. Meeting administrative requirements for maintaining employee health records so as to ensure that the employees are compliant with both State and Federal health care provider regulations alone, is not sufficient for the purpose of establishing patient eligibility for the 340B Program. Rather, the covered entity must provide health care to these individuals that results in the use of, or prescription for, 340B drugs. Furthermore, employees who merely receive required health physicals as a condition of their employment by a covered entity with no other health care provided are not patients of the covered entity.

**Example 5: Indian Tribes and Tribal Organizations**

In the case of Indian tribes or tribal organizations, any attempt to serve non-Indian Health Service beneficiaries must receive prior formal approval by the Indian Health Service.

**Example 6: Grantee Subgrantees and Subcontractors**

In certain circumstances, organizations may be functioning as subgrantees to grantees who are eligible to purchase 340B drugs (section 340B(a)(4) of the PHS Act). In these situations, subgrantees are reminded that they must meet the standards set forth in 45 CFR Part 74 and 45 CFR Part 92, as applicable. As subgrantees of a covered entity's grant, these organizations are eligible to access 340B drugs for only those patients to whom they are providing health care services under the scope of their subgrant. In these instances, individuals may only receive 340B drugs for the pharmaceuticals utilized under the scope of the project for which grant funds were received by the subgrantee.

Subgrantees must register with HRSA in order to participate in the 340B Program and must be listed in the HRSA 340B database of covered entities to purchase 340B drugs. Subgrantees must maintain information systems that permit them to segregate the 340B eligible patient population from the rest of their patients, and to order 340B drugs only for 340B eligible patients.

If an entity is a subcontractor of a covered entity, rather than a subgrantee, all 340B drugs must be purchased by the covered entity. The covered entity, in turn, must maintain records documenting its purchase of 340B drugs for its subcontractors. Both the covered entity and the subcontractor would be responsible for ensuring the 340B drugs were ordered only for the portion of the subcontract which is within the scope of a covered entity's grant.

Dated: December 22, 2006.
Elizabeth M. Duke, Administrator.
[FR Doc. E7-335 Filed 1-11-07; 8:45 am]

---

SCHS-000116



# ST. HELENA COMMUNITY HEALTH CENTER

490 Sitman Street, Post Office Box 1207, Greensburg, Louisiana 70441
Phone: (225) 222-6059   Fax: (225) 222-6543   Website: www.shchc.org

05/05/08

Dear Ms. Gwendolyn Atkins,

Please be advised that this letter is in response to your request during our meeting with yourself, Mr. Galmon, Mr. Charles Muse, and myself.

During the meeting the following was discussed:
1. The Board has agreed to reinstate you.
2. The Board agrees to pay you from your date of dismissal.
3. The Board agrees to review pay rate upon Ms. Atkins return.

Sincerely,

Henrietta Spears, LMFT
Designated Director

Cc: Mr. Scott Galmon
Cc: Mr. Charles Muse

EXHIBIT
5

SCHS-000121

St Helena Community Health Center                                        10874

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | Retroactive pay increase | | | | 4,588.40 |

| CHECK DATE | CHECK NO. | PAYEE | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|
| 5/8/08 | 010874 | Gwen Atkins | | $4,588.40 |

THE BANK OF GREENSBURG
GREENSBURG, LA 70441
84-138/652

**St Helena Community Health Center**
PO Box 1207
Greensburg, LA 70441
(225) 222-6059

10874

DATE

May 8, 2008

AMOUNT

010874

$   ****$4,588.40

PAY
TO THE
ORDER
OF:

Four Thousand Five Hundred Eighty-Eight and 40/100 Dollars

Gwen Atkins

Two Signatures Required Over $2500

AUTHORIZED SIGNATURE

⑈010874⑈ ⑆06520138⑈: 00 1403/6⑈

EXHIBIT
6

SCHS-000122

| REFERENCE NO. | DESCRIPTION | INVOICE DATE | INVOICE AMOUNT | DISCOUNT TAKEN | AMOUNT PAID |
|---|---|---|---|---|---|
| | Miscalculation of Federal | | | | 1,228.29 |
| | Reimb. for 340b Drug Program | | | | 62.70 |
| | Employee Appreciation | | | | 27.70 |

| CHECK DATE | CHECK NO. | PAYEE | | DISCOUNTS TAKEN | CHECK AMOUNT |
|---|---|---|---|---|---|
| 5/16/08 | 010882 | Gwen Atkins | | | $1,318.69 |

---

**St Helena Community Health Center**
PO Box 1207
Greensburg, LA 70441
(225) 222-6059

THE BANK OF GREENSBURG
GREENSBURG, LA 70441
84-138/652

**10882**

DATE

May 16, 2008

AMOUNT

010882

$ ****$1,318.69

PAY TO THE ORDER OF:

One Thousand Three Hundred Eighteen and 69/100 Dollars

Gwen Atkins

Two Signatures Required Over $2500

_Edward J Johnson_
AUTHORIZED SIGNATURE

⑈010882⑈ ⑈065201381⑈ 00 1403 6⑈

St Helena Community Health Center

**10882**

---

| REFERENCE NO. | DESCRIPTION | INV | | AMOUNT PAID |
|---|---|---|---|---|
| | Miscalculation of Federal | | | 1,228.29 |
| | Reimb. for 340b Drug Program | | | 62.70 |
| | Employee Appreciation | | | 27.70 |

Gwen
Mike's Meal. #15 Gift certificate
Employee Apprec. @ #30

62 ⁷⁰ pd. back w/ 340b program

Accrue Vacation for Time Missed
+sick

SCHS-000130

| CHECK DATE | CHECK NO. | | CHECK AMOUNT |
|---|---|---|---|
| 5/16/08 | 010882 | Gwen Atkins | |

RECEIVED

JAN 12 2009

Attention: EEOC ADVOCATE

ST HELENA COMMUNITY
HEALTH CENTER

In response to our conversation we had on Friday concerning a follow-up with my EEOC case the question was ask  how was I being treated since I return back to work. I've been treated great however the mangement that I return under  is no longer in office as of Oct 2008, which left me with some unaddressed issues that was agreed upon at the time of my reinstatement, such as a review of my pay rate upon my return. Also before old mangement was replace in Oct 2008 with new mangement it was made very clear  in July 2008 I was to get and performance evaluation raise, this is a yearly evaluation on all employee anniversary date of hire, some evalutation was done other wasn't, also I have one more issue that no one seem to be able to assist me with, it also an issue that was forced upon me, at no fault of my own I was dismissed from my job at the St. Helena Community Health Center however I had a garnishment that was served on me in Nov 2007  due to neglect on Linda and Patty part my garnishment didn't begin until Feb 2008, although the two payment was deducted,  they laid idol in the offfice also my wages was garnished on my last pay period check and also on my last forty hour check and my vacation time that was paid to me, however the problems came when my Feb 2008 wages garnishment laid idol here until I was reinstated in May and inquired about the payments only to find out they was never sent to the attorney office until August 2008, also the payments that was deducted from my very last two pay wages upon my termination wasn't receive until June even though they was deducted in March 2008, this neglect has cause me lots of hardship and additional courts,  attorney fees and all other additional fee attached to me. Because of the untimely  termination who's at fault and where does the neglect really lie. I have been garnished well over $4500.00 since my return with additional court and additional fees.You informed me that if I would like to reopen my case you would send the proper paper to me to sign, but that's not what i'm looking for, I need someone to address these issues.

Thanks Gwendolyn Ann Atkins

EXHIBIT

7

SCHS-000162



# ST. HELENA COMMUNITY HEALTH CENTER

490 Sitman Street, Post Office Box 1207, Greensburg, Louisiana 70441
Phone: (225) 222-6059   Fax: (225) 222-654:   Website: www.shchc.org

## ▶Fax

Number of Pages: _____

From: Gwendolyn Atkins

Phone: _____

Fax: 225-222-6543

Company Name: _____

To: Jacob Johnson

Phone: _____

Fax: _____

Company Name: _____

Comments: _____

## CONFIDENTIAL AND PRIVILEGED

This message and any attachments are privileged information. If you are not the intended recipient and have received this message in error, please inform the sender and delete/destroy the contents without opening, distributing or forwarding.

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle


EXHIBIT

SCHS-000153



## St. Helena Community Health Center Systems

## MEMORANDUM

TO:      St. Helena Community Health Center Employees
FROM:    Jacob C. Johnson, MPA, CEO
RE:      Employee Compensation
DATE:    November 7, 2008

On October 1, 2008, all St. Helena's Community Health Center employees were informed that current job descriptions will be reviewed to include hourly/salary earnings. The current compensation system for employees may pose disparities to some employees, thus requiring senior management review and oversight for corrective action.

In our efforts to improve and restructure St. Helena's compensation system, ALL employees must complete the following questions on a sheet of paper (attach additional documentation, if necessary). Completed responses must be faxed to me via Private Fax Line at (888) 321-4160, by 4:00pm on November 12 2008. If you have questions regarding this matter, please contact me directly for an immediate response.

1. Name, Site(s)
2. Job Title
3. Years of Employment at SHCHC
4. Name of Supervisor
5. List special credentials, license, certification received
6. List all job duties you currently preformed at SHCHC
7. Other areas of expertise
8. Date and amount of last pay increase received
   a. Explain reason?
9. Do you feel like you have a pay disparity Yes or No (circle one)
   a. If yes, explain?
10. Comments:_____
    _____
    _____
    _____

SCHS-000154

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Mr. Jacob Johnson<br>Human Resources Manager<br>ST. HELENA COMMUNITY HEALTH CTR.<br>P. O. Box 1207<br>Greensburg, LA 70441<br><br>RECEIVED<br>JUL 1 4 2009<br>ST. HELENA COMMUNITY<br>HEALTH CENTER | **Gwendolyn A. Atkins** |

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
**461-2009-00899**

### NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act          [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **10-AUG-09** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **24-JUL-09** to **Deborah Urbanski, ADR Coordinator, at (504) 595-2847** If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Tanya Darensburg,**
**Investigator**
_____
EEOC Representative

Telephone   **(504) 595-2860**

**New Orleans Field Office**
**1555 Poydras Street**
**Suite 1900**
**New Orleans, LA 70112**

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

**See enclosed copy of charge of discrimination.**

**EXHIBIT**

**9**

FENGAD 800-631-6989

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| July 9, 2009 | **Keith T. Hill,**<br>**Director** | *Keith T. Hill* |

SCHS-000186



# SOUTHEAST COMMUNITY
# HEALTH SYSTEMS

**Primary and
Preventative Care**

490 Sitman Street
Greensburg, LA 70441

721 Avenue G
Kentwood, LA 70444

29565 S. Montpelier St.
Albany, LA 70711

15211 Jackson Road
Zachary, LA 70791.

**Behavioral
Health Clinic**

161 N. 2nd Street
Greensburg, LA 70441

**School Based
Health Centers**

Elementary
1798 Highway 1042
Greensburg, LA 70441

Middle
1590 Highway 1042
Greensburg, LA 70441

High
11346 Highway 37
Greensburg, LA 70441

Phone: (225) 222-6059
Fax: (225) 222-6543

www. SHCHC.org

May 20, 2010

Ms. Gwen Atkins
67 Ard Road
Greensburg, LA  70441

Dear Ms. Atkins:

Due to the seriousness of your actions relative to:

1. Providing medication to patients without sound
   documentation for issuance and clearance by a
   medical provider to release medication.
2. Working outside of the scope of assigned duties and
   responsibilities which could result in long term
   culpability for Southeast Community Health
   Systems.

You are terminated for cause, effective immediately on May 20,
2010.  Please relinquish all keys, access codes and any items
belonging to Southeast Community Health Systems immediately.

Sincerely,

Selina Senegal, CFO
Interim CEO

XC: Sheri LeBlanc, Human Resources
    Gail Williams, Director of Administration
    Joseph Freeman, Medical Director

Attachment A



EXHIBIT

10

SCHS-000221

8/1/2010

Attention Appeal Department
From: Gwendolyn Ann Atkins

After carefully reading over my Determination Letter I find it very unprofessional for my Employer
to address in my termination, I was providing medication to the patients without sound documentation for
issuance and clearance by a medical provider to release the medication, in a previous letter I sent to the
Appeal Office I included all the necessary document that's required to get a patient enrolled into the
patients assistance program I have no control over who get's enrolled, or not it strictly up to the various
companies who's eligible, the patients will get a letter directly from the medication company if they or
approve, or if they need additional information to complete their application. All the Patient Assistance
medication application is approve for one year if the patient is approve, and the medication is available to
the patients every three months and can be called in to the automated phone line for each patient assistant
Program, no new application is required because they have qualified for one year. I have been doing this
Patient Assistant Program since 1999, I did enclose a copy of the only job description that I have receive
since I was employed on July 22, 1996 and that job duties and responsibilities was included. It's totaling
degrading to me to know that the Management of Southeast Community Health Systems would forget what
the original reason for my termination was and add the theft lies, we all know the two word that are being
used for my reasoning for termination has two different meanings. See explanations below both definition
is enclosed,  I couldn't be doing both, and if you'll thought  I was stealing why wasn't the "Police
call and I wasn't arrested, this is a "FEDERAL CRIME" not just "AGGRAVATED MISCONDUCT"
I felt the need to send this letter in addition to my previous letter because I didn't read the in depth details
that my Employer had presented to block my benefits.


Thanks
Gwendolyn Ann Atkins
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
985-474-6758



1. Providing -------to supply somebody with something, or be a source of something needed or wanted by
   somebody.( "so  how was I  getting & giving the patients the medication without the sign and written
   prescription from Nurse Practioner Tammy Smith and approval of the Patient Assistance Program, and
   the patients had to sign their own application along with their proof of income sent along as well, or a
   copy of their current year  Federal Income Taxes, or Food Stamps verification letter. I wasn't in charge
   of distribution of the medication once it came in to the office it was checked in by the Nurses at the clinic
   then the patients was called however, the Drug company would send the patient a direct letter to their
   home address telling them their medication would be in the Doctor Office in a few days.



2. Theft----- stealing of property: the act or crime of stealing somebody else's property.
   (this is totally bizarre and has no association with the initials reasoning for my termination, was this
   dreamed upon or carefully pondered over wrongly.) I had well over 40 patients enrolled and never
   once I had a patients to accused me of stealing anything from them , or any of their personal information
   being mishandled or used.



St. Helena Community Health Center

*Sample Copies of Documentation*

## PDA USA   Cover Sheet

**Client Information:**

Name:_____  _____ ID Number:_____

Address:_____

City:_____ State:_____ Zip:_____

**Prescription Info:**

Drug:_____ (Schering)_____

Drug Manufacturer: Schering _____ Script Date: 9/30/2009

Prescribing Physician: Tammy Smith _____

Sig: 1 per day;_____ Refills: 0 _____

**NOTE:** Form fields to be filled in by you:

Amount spent on medications this year.
Check the drug selection on page 2. Not all will automatically be checked. You may need to select a number of units.

**NOTE:** Notes and Comments about this form:

**Checklist:**

| Signed By Patient | ☐ Date:_____ |
| Signed by Physician | ☐ Date:_____ |
| Sent to Drug Co | ☐ Date:_____ |
| Proof of Income Sent | ☐ Date:_____ |

Script #:  17120
Dispensing #: 25746

Facility #: 16
Client #:  12606

## SP-CARES PATIENT ASSISTANCE PROGRAM ENROLLMENT APPLICATION

P.O. Box 52122 • PHOENIX, AZ 85072          **BOTH SIDES OF FORM MUST BE COMPLETED**

### PART ONE - Patient Information

Name: _____

Address: _____

City: _____ State: ____ ZIP: _____ Phone #: _____

| Date of Birth: _____ | Do you currently reside in the US?   ☑ Yes  ☐ No |

Number of persons (including self) DEPENDENT upon the family income: 3

| Do you have any prescription drug insurance coverage? *(Medicaid, Medicare Part D, other state or local programs or private insurance)* | ☐ Yes ☑ No |
| Are you covered by Medicare? | ☐ Yes ☑ No |

If you are covered by Medicare please provide your social security number: _____ _____ _____

Amount you have spent on your own prescription medications so far this year  $ _____

**Total Monthly Household Income - Proof of income from all sources must be attached (see reverse side for details).**

| Salary/Wages | $ 0 | Unemployment Compensation | $ 0 |
|---|---|---|---|
| Social Security | $ 1580 | Pension | $ 0 |
| Social Security Supplemental | $ 0 | Investment Income | $ 0 |
| Disability | $ 0 | Other | $ 0 |

I attest that the information provided in this application is complete and accurate. By my signature, I authorize Schering and its authorized agent(s) to request and to obtain from my healthcare provider, insurance company or other necessary party, any of my medical records and information, financial and insurance records and information, and/or any other information necessary for the purpose of verifying the accuracy of the information provided in this application or related to my enrollment or participation in the Program. I understand that all personal identifying information obtained by Schering Corporation in response to this application, will be used by Schering and its authorized agent(s) to administer the Program and will not be used or disclosed for any other purposes, except as may be required or permitted by applicable law. I also understand that information about all program participants may be summarized for statistical or other purposes, but that my identity cannot be determined from this summary information. I understand that Schering reserves the right at any time and without notice to modify the application form or the eligibility criteria; modify or discontinue any or all aspects of the Program; or terminate any assistance provided by the Program. I understand that my prescribing physician is responsible for choosing which prescription products are right for me. Schering Corporation is not responsible for verifying my medical condition or my prescribing physician's selection of products.

Patient's Signature: _____    Date: _____

### PLEASE CHECK THE PRODUCTS ON THE BACK THAT YOU WANT TO ORDER

### PART TWO - Physician Information

Prescriber Name: Tammy Smith                          Prescriber's Title: office

Facility Name: St. Helena Community Health Center

Shipping Address: 4906 Sitman St.
*(Medication cannot be shipped to the patient's address. Your street address please, UPS will not deliver to a P.O. Box)*

City: Greensburg          State: LA          ZIP: 70441

Mailing Address: 4906 Sitman St.

City: Greensburg          State: LA          ZIP: 70441

DEA or State License #: AP04327     Phone #: (225) 222-6059     Fax #: (225) 225-6543

Name of Office Contact Person: Gwendolyn Ann Atkins          Title: _____

To the best of your knowledge does the patient have prescription drug coverage?          ☐ Yes ☑ No

I certify that the information provided in this application is complete and accurate to the best of my knowledge and that the product ordered hereunder is medically indicated for this patient. I further certify that all units of any product shipped to me pursuant to this application will be provided to the above-named patient only, for his or her treatment, and will not be sold or otherwise distributed and that no patient or third party shall be charged for such product. Additionally, no units of product will be submitted for Medicare, Medicaid, or any public or private third party reimbursement, or returned for credit. I understand eligibility under this Program is subject to Schering's approval and the patient's continuing compliance with all eligibility requirements, as set by Schering from time to time. I agree to allow Schering, or its authorized agent(s), to review the medical, financial and insurance records for this patient at any time for the purposes of verifying the patient's eligibility status for the Program and the patient's receipt of any product(s) provided to him or her through the Program.

Prescriber's Signature: _____   Date: 11/4/09
*(photocopies or stamped signatures will not be accepted)*

Schering/SPCaresPAP AP11-04     MC2175  1/07

# St. Helena Community Health Center

## Tammy Smith office    (225) 222-6059

4906 Sitman St.
Greensburg, LA 70441

DEA No. AP04327                    Lic No. RN066127

Patient Name: _____    Date of Birth: _____

Address: _____

City: GREENSBURG _____    State: LA    Zip: _____

**R**x

Prescription Date: _____

(Schering)

1 per day;

- ☐ 1-24
- ☐ 25-49
- ☐ 50-74
- ☑ 75-100
- ☐ 101-150
- ☐ 151+

Unit: 90

☐ Do Not Substitute _____    # of Refills: 0 _____

Signature: _____

Patient Assistance Program
PO Box 66556
St Louis MO 63166-6556

August 20, 2009

Dear

Thank you for your interest in the Novartis Patient Assistance Foundation (NPAF). We have received your enrollment application or your request for a refill of Novartis medication. Unfortunately, we are unable to complete the processing of your request due to the following reason(s):

- Product prescribed is not sponsored through this Novartis Program
- ZELNORM

Upon receipt of the missing information or required documents, we will complete the processing of your enrollment application or refill request.

If you need assistance or have any questions, please contact a NPAF representative at 1-800-277-2254, Monday through Friday, 9:00 am to 6:00 pm EST.

Sincerely,

Novartis Patient Assistance Foundation, Inc.

# St. Helena Community Health Center

## Tammy Smith office   (225) 222-6059

4906 Sitman St.
Greensburg, LA 70441

DEA No. AP04327                    Lic No. RN066127

Patient Name: _____   _____   Date of Birth: _____

Address: _____
City: GREENSBURG _____   State: LA _____   Zip: 70441 _____

# R̶x̶

Prescription Date: 8/5/2009 _____

Zelnorm, 6 mg Tablets  (Novartis)

1 per day;

| | |
|---|---|
| ☐ | 1-24 |
| ☐ | 25-49 |
| ☐ | 50-74 |
| ☑ | 75-100 |
| ☐ | 101-150 |
| ☐ | 151+ |

Unit: 90

☐ Do Not Substitute _____   # of Refills: 0 _____

Signature: _____

PDA  **Complete Client File Review**



# St. Helena Community Health Center

## A: Personal and Medical Data

Client Name: Gwendolyn  Atkins

Social Security (or Green Card): 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          Internal Tracking #:

Primary Physician: Cheryl Ballard          Primary Location: St. Helena Community Health Center

Address: 67  Ard  Rd

City: GREENSBURG          State: LA          Zip: 70441

Home Phone: (225) 222-3517          Work Phone:

Date of Birth: 9/26/1961          Sex: Female          Marital Status: Divorced          US Resident: True

Number in Household: 1          Veteran: False

### Alternate Contact:

First Name:          Last Name:

Relation To Client:

Address:

City:          State:          Zip:

Home Phone:          Work Phone:

Medical Conditions:

Current Medications:

Medication Allergies:

## B: Financial and Insurance Information:

Employed Full-Time: False          Employed Part-Time: False          Monthly Medical Expenses: 0.00

| Monthly Income Source: | Client: | Others In HH: |
|---|---|---|
| Salary Income: | 0 | 0 |
| Interest or Dividend: | 0 | 0 |
| Pension Income: | 0 | 0 |
| Public Assistance: | 0 | 0 |
| Unemployment: | 0 | 0 |
| Scholarship or Grant: | 0 | 0 |
| Alimony / Child Supp: | 0 | 0 |
| Social Security: | 0 | 0 |
| SS Disability: | 0 | 0 |
| SSI Supplemental: | 0 | 0 |
| VA Benefits: | 0 | 0 |

Monthly Household Income: 0

| Assets: | Estimated Dollar Value: |
|---|---|
| Stocks and Bonds: | 0.00 |
| Checking & Savings: | 0.00 |
| IRA: | 0.00 |
| Annuities: | 0.00 |
| Liquid Assets (Cash): | 0.00 |
| **Total Asset Value:** | 0.00 |

Medicaid: False     Applied for Medicaid: False

Medicaid Denied?: No

Medicare A : False     Medicare B: False     Medicare D : False

VA Drug Prog: False     State Drug Prog: False     Other Drug Prog: False

Priv Ins Carrier:          Priv Ins Phone:

Priv Ins Group#:          Priv Ins Policy#:

**EXHIBIT**
12

CONFIDENTIAL          SCHS-000498

## Dispensing Transactions for Gwendolyn  Atkins

| Week | Drug | Doses | Savings | Source |
|------|------|-------|---------|--------|
| 01/11/08 | Norvasc, 10 mg Tablets  (Pfizer) | 90 | 208.0000 | PAP Application |



EXHIBIT

13-A

PENGAD 800-631-6989

3/4/2013
SCHS-000497

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 02/01/13 | RR | Patsy Hatfield | Lantus | U100 | 2F1254 / 7/15 | 02/05/13 | RR |
| 02/05/13 | RR | Sheila Muse | Bystolic | 10mg | A292885 / 11/14 | 02/14/13 | SM |
| 02/06/13 | RR | Katie Jenkins | Glucotrol | 10mg | VII1004 / 10/15 | 02/06/13 | RR |
| 02/13/13 | RR | Elaine Dorsey | Protonix | 40 mg | 195901AN / 05/15 | 02/13/13 | RR |
| 2/18/13 | CW | Rachel Marvin's | Cymbalta | 60 mg | CD5636AA / 8/14 | 3/11/13 | CW DP |
| 02/22/13 | RR | William Scott | Bystolic | 5mg | A292871 / 8/14 | 02/22/13 | D.S RR |
| 2/25/13 | CW | Shelton Pittman | Cymbalta | 30mg | CD5636AA / 6/15 | 02/26/13 | SLP RR |
| 02/28/13 | RR | Deborah Evans | Norvasc | 10mg | C121103 / Expd 4/17 | 03/01/13 | DE RR |
| 02/28/13 | RR | Deborah Evans | Lipitor | 20 mg | U122153 / 10/15 | 03/01/13 | DE RR |
| 02/28/13 | RR | Deborah Evans | Anthodec | 50 mg/20 | C121216 / 3/16 | 03/01/13 | DE RR |
| 3/5/13 | CW | Katina Jackson | Cymbalta | 60mg | C074486A / 8/14 | 03/05/13 | KJ RR |
| 3/7/13 | CW | William Scott | Exforge | 10/160 | F0034A / 12/15 | 03/08/13 | D.S RR |

EXHIBIT

13-P

PENGAD 800-631-6989

SCHS-000444

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL

SCHS-000445

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL

SCHS-000446

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

SCHS-000447

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 12/4/12 | RR | Deborah Evans | Arthrotec | 50mg | C121316/3/16 | 1/4/13 | DE | Hm |
| 12/4/12 | RR | Deborah Evans | Norvasc | 10mg | V122-105/7/15 | 1/4/13 | DE | Hm |
| 12/4/12 | RR | Deborah Evans | Lipitor | 20mg | V131583/7/15 | 1/4/13 | DE | Hm |
| 12/4/12 | RR | Stacie Smith | Daliresp | 500mcg | A269228/12/13 | 1/16/13 | RR | SS |
| 12/21/12 | CW | William Scott | Exforge | 10mg/160mg | F003119/6/15 | 1/23/13 | RR | DS |
| 12/26/12 | RR | Nicole Isaacs | Exforge | 10/320/25mg | F0146/4/14 | 12/27/12 | RR | NtL |
| 12/26/12 | RR | Judy Dees | Abilify | 5mg | 21243923/Sept 15 | 01/11/13 | RR | J.D |
| 12/26/12 | RR | Joseph Wall | Bystolic | 5mg | A287918/3/15 | 01/02/13 | RR | LW |
| 01/4/13 | CW | Steven Dupas | Ventus | SoloStar | 2F102A/02/15 | 1/8/13 | CW | S.D |
| 1/14/13 | CW | Joseph Wall | Bystolic | 5mg | A287918/3/15 | | | |
| 1/14/13 | CW | Phyllis Brumfield | Glucotrol XL | 10mg | V111004/12/15 | 01/15/13 | RR | |
| 1/14/13 | CW | Pamela Cornish | Exforge | 10/320 | F0173A/9/15 | 1-23-13 | RR | P.C. |
| 1/28/13 | CW | Felice Stevenson | Seroquel XR | 50mg | AM0067/11/15/13 | 1/29/13 | RR | CW |

SCHS-000448

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 10/22/12 | RR | Shelton Pittman | Cymbalta | 30mg | C01590 9AA /3/15 | 11/7/12 | RR | SP |
| 10/22/12 | RR | Katie Jenkins | Diovan/HCT | 160/12.5 mg | F080 /01/15 | 12/19/12 | ER | CW |
| 10/23/12 | CW | William Scott | Bystolic | 5mg | A2879 18 /3/15 | 11/30/12 | CW | D.S |
| 10/24/12 | RR | Lelia Lederer | Cymbalta | 100 mg | 04/2014 /1035 79AA | 10/29/12 | RR | eR |
| 10/25/12 | RR | Katie Jenkins | Glucotrol XL | 10mg | V111004 /12/15 | 10/25/12 | RR | ER |
| 10.30.12 | AW | Daisy Brabham | Combivent | 14.7g | 2655 59A /7.14 | 10/31/12 | AW | DB |
| 10.30.12 | AW | Lelia Lederer | Spiriva | 18mcg | 204007A /11/13 | 11-1-12 | AW | LR |
| 11/05/12 | RR | Phyliss Brumfield | Glucotrol | 10mg | V111263 /2/16 | 11/06/12 | RR | PB |
| 11/07/12 | RR | Patsy Hatfield | Lantus Solo Star | | 2F084A/ | 11/12/12 | CW | PH |
| 11/08/12 | RR | William Scott | Cardura | 1mg | U111477 /1/14 | 11/30/12 | CW | D.S |
| 11/14/12 | RR | Pamela Cornish | Lantus Solostar | | 2F084A /5/15 | 11/15/12 | RR | SH |
| 11/19/12 | CW | Trina Cyprain | Dulera | 100 mcg 5mcg | HO14332 /10/13 | 11/28/12 | RR | TB |
| 12/03/12 | RR | Elaine Dorsey | Protonix | 40mg | 190600AW /3/15 | 12/03/12 | RR | ER |

SCHS-000449

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 9/19/12 | CW | Steven Dugas | Lantus | U100 | 2FD42A 3/15 | 09/20/12 | RR | SD |
| 9/24/12 | CW | Sherida Bridges | Lantus | U100 | A2443 6/14 | 11/28/12 | CW | |
| 10/5/12 | CW | Katherine Hopkins | Lipitor | 90mg | V121217 7/15 | | | |
| 10/09/12 | RR | Deborah Evans | Lipitor | 20mg | U121097 06/15 | 10-9-12 | DE | H |
| 10/09/12 | RR | Deborah Evans | Norvasc | 10mg | C120762 4/17 | 10-9-12 | DE | H |
| 10/09/12 | RR | Deburah Evans | Antivrole | 50mg | C120718 11/15 | 10-9-12 | DE | H |
| 10/09/12 | RR | Josie Wason | Diovan | 320mg | FO9915 06/15 | 10/16/12 | RR | JW |
| 10/10/12 | RR | Elsie Brands | Lantus Pen | | 2F0706A 4/15 | | | |
| 10/11/12 | RR | Pamela Cornish | ExForge | 10/320mg | FO156A 4/15 | 10/22/12 | RR | P.C. |
| 10/16/12 | CW | John Allen | Aggrenox | 25/200mg | Q03858 05/15 | 10/16/12 | CW | J.A. |
| 10/16/12 | RR | Robin Stevenson | Seroquel XR | 50mg | AJO152 9/4/13 | 10/16/12 | RR | RS |
| 10/18/12 | CW | William Scott | ExForge | 10/160mg | F0053 03/15 | | | |
| | | | | | | | | |

SCHS-000450

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 07/27/12 | PR | Phyllis Brumfield | Glucotrol XL | 10mg | V112263/2/16 | 07/30/12 | PR | PB |
| 8/1/12 | Cw | William Scott | Cardura | 1mg | V114477/1/14 | 8/2/12 | Cw | D.S |
| 8/1/12 | Cw | Elsie Lanvels | Lantus 50/50 5ror | 100units/mL | 2FO69A/02/15 | 8/2/12 | Cw | |
| 8/3/12 | Cw | Trina Cyprian | Dulera | 100mg 5mcg | GLIO67/8/13 | 08/04/12 | PR | TB |
| 8/3/12 | Cw | William Scott | Bystolic | 5mg | A295969/09/14 | 8/7/12 | Cw | D.S |
| 8/3/12 | Cw | William Scott | Lexapro | 20mg | A274848/10/16 | 8/7/12 | Cw | D.S |
| 8/7/12 | Cw | Tina Martin | Lexapro | 10mg | A256162/9/16 | 8/7/12 | TM | PR |
| 8/7/12 | Cw | Lelia Lederer | Spiriva | 18mg | 202536/9/13 | 08/09/12 | LB | PR |
| 8/8/12 | Cw | William Scott | Exforge | 10mg/160mg | FOO30A/5/15 | 08/08/12 | Dr.S | PR |
| 08/24/12 | PR | Leroy Ard | Lipitor | 40mg | U120430/03/15 | 08/27/12 | Jr.D | PR |
| 09/06/12 | PR | Rachel Matum | Cymbalta 3 bottles | 100mg | COO9501A/3/14 | 09/07/12 | RM | PR |
| 9/7/12 | Cw | Sheila Muse | Bystolic | 10mg | A287432/4/15 | 9/10/12 | Cw | Sm |
| 9/18/12 | Cw | Elaine Dorsey | Protonix | 40mg | PAO530A1U/3/15 | 9/18/12 | Cw | PR |

CONFIDENTIAL

SCHS-000451

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 6·18·12 | QE | Shelton Pittman | Cymbalta | 30mg | A9577534 11/2014 | 6·18·12 | JA | QE |
| 6·18·12 | QE | Cheri Fontenot | Lexapro | 20mg | A2569093 10/16 | 6·18·12 | CF | QE |
| 6·20·12 | QE | Patsy Hatfield | Lantus | Solostarpen | 2F003A 01/15 | 06·21·12 | PH | QE |
| 6/22/12 | CW | Doug Prescott | Lantus | Solo starpen | 2F003A 1/15 | 7/9/12 | SP | CW |
| 6/22/12 | CW | Judy Dees | Abilify | 5mg | 2C78745 3/15 | 6/22/12 | JD | CW |
| 6/27/12 | CW | Elaine Dorsey | Protonix | 40mg | 171056AN 7/14 | 6·27·12 | ED | CW |
| 6/29/12 | CW | Calvin Walker | Humulin 70/30pen | 70/30 pen | H9748/AC 7/14 | 7-25-12 | CW | |
| 7/3/12 | CW | Deborah Evans | Arthrotec | 5mg/200m | C120060 6/15 | 7/5/12 | CE | CW |
| 7/3·12 | CW | Deborah Evans | Lipitor | 20mg | V120776 3/15 | 7/5/12 | CE | CW |
| 7/3/12 | CW | Deborah Evans | Norvasc | 10mg | C120578 3/17 | 7/5/12 | CE | CW |
| 7/10/12 | CW | Beverly Franklin | Plavix | 75mg | 2C76350A 3/15 | sent to Zachary | CW | |
| 07/16/12 | QE | Pamela Cornish | Exforge | 10/320 mg | FO183 2/15 | 7/17/12 | V.S. | CW |
| 7/18/12 | CW | John Allen | Aggrenox | 25mg/200mg | 202024 02/15 | 07/19/12 | JA | |

SCHS-000452

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 4·25·12 | AE | Candy Maurer | Chantix | 1mg | B16437831 09·14 | 5·4·12 | AE | CM |
| 4·27·12 | AE | William Scott | Lexapro | 20mg | A252905 9/16 | 5·4·12 | AE | P.S |
| 4·27·12 | AE | William Scott | Bistolic | 5mg | A23579 4/14 | 5·4·12 | AE | P.S |
| 05/08/12 | RR | Trina Cyprain | Dulera | 100mcg/5mcg | G11006 8/12 | 5·9·12 | RR | TBC |
| 5·10·12 | AE | Claudia Joseph | Glucotrol XL | 10mg Ⓓ | V111004 12/15 | 5·10·12 | AE | CmJ |
| 5-18-12 | CW | Rachel Mann | Cymbalta | 60mg | A957165B 12/13 | 5/18/12 | CW | RM |
| 5·21·12 | AE | Linda Wright | Livalo | 2 mg | 309723B 12/2014 | 5·30·12 | AE | LW |
| 5-24-12 | CW | Sarah Self | Livalo | 2mg | 309721Z 12/14 | 05/25/12 | RR | S.S. |
| 5·25·12 | AE | Linda Weigh | Lantus | Solostar pen | 21-92ZA 11·2014 | 5·30·12 | AE | LW |
| 5·29·12 | AE | Alice Edwards | Zetia | 10mg | / 4·17·13 | 02/14/13 | AE | RL |
| 06/01/12 | RR | William Scott | Exforge | 10/160mg | FDD278A 2/15 | 6·6·12 | AE | PS |
| 06/6/12 | AE | Nicole Isaacs | Exforge | 10/320/25mg | FD113 12·2013 | 6·7·12 | AE | NJ |
| 6·7·12 | AE | William Scott | Cardura | 1mg | V111477 1/14 | | | |

SCHS-000453

**Southeast Community Health Systems**

**Indigent Drug Assistance Program**

**Medication Receipt and Distribution Log**

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 3·23·12 | DE | Debra Evans | Lipitor | 20mg | VI12170 / 11/14 | 4·3·12 | DE | |
| 3·23·12 | DE | Debra Evans | Arthrotec | 50mg | C120415 / 9/15 | 4·23·12 | DE | |
| 3·23·12 | DE | Debra Evans | Norvasc | 10mg | C111 8907 / 7/16 | 4·23·12 | DE | |
| 03/27/12 | RR | Beverly Franklin | Plavix | 75mg | IL666739A Dec 14 | | | |
| 03/27/12 | RR | Pamela Cornish | Exforge | 320/10mg | F0130A / 11/14 | 03/27/12 | RR | MO |
| 03/29/12 | RR | Josie Wascom | Diovan | 320mg | F0939 / 01/15 | 4·24·12 | | GW |
| 03/30/12 | RR | William Scott | Exforge 10/160 | 3 bottles | F0001 / 11/14 | 04/02/12 | RR | DS |
| 4/4/12 | HW | Beverly Burch | Lipitor | 20mg | VI12238 / 12/14 | 4/9/12 | BB | AZ |
| 4·5·12 | HW | Pamela Cornish | Lantus | | IF243A / 10·13 | 4·5·12 | HW | CWC |
| 4·10·12 | DE | William Scott | Cardura | 1mg | VI1477 / 1/14 | 04/13/12 | RR | DS |
| 4·13·12 | DE | Zelia Lederer | Spiriva | 18mcg | 108697 / 6/13 | 04/15/12 | RR | ZL |
| 4·20·12 | HW | Elaine Dorsey | Protonix | 40mg | #180 1404200W / 9/13 | 4/20/12 | HW | E.D. |
| 4·23·12 | HW | Katherine Hopkins | Lipitor | 20mg | VI12238 / 12·14 | 05/17/12 | HW | RR |

CONFIDENTIAL

SCHS-000454

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 01/06/12 | RR | Debra Evans | Norvasc | 10mg | C111487/06/16 | 01/11/12 | RR | PE |
| 01/06/12 | RR | Debra Evans | Lipitor | 20mg | V111827/10/14 | 01/11/12 | RR | PE |
| 1/6/12 | ae | Stellamuse | Bystolic | 10mg | A210046/1/14 | 1/3/12 | De | SM |
| 1/9/12 | ae | William Scott | Cardura | 1mg | V100589/9/12 | 02/03/12 | LS | RR |
| 1/12/12 | ae | Calvin Walker | Humulin | TO 30 | 4928784 | 02/10/12 | CW | RR |
| 01/13/12 | RR | Percy Ard | Lipitor | 40mg | V111888/sept 14 | 01/17/12 | | LA |
| 01/19/12 | RR | Michael Little | Dilantin | 100mg | V111827/10/13 | 01/19/12 | RR | MB |
| 1-30-12 | RR | Cheri Fontenot | Abilify | 10mg | 1k 7004A 10-14 | 2/6/12 | MB | H |
| 02/03/12 | RR | Patsy Hatfield | Lantus Solostar | | 09/13 | 02/10/12 | RR | PH |
| 2-14-12 | ae | Nicole Isaacs | Exforge | 10/320 25 | F009 7/10/13 | 2-14-12 | AT | AT |
| 03/14/12 | RR | John Jenkins | Dulera [3 boxes] | 100/5 mcg Inhaler | GL F0 31/5/13 | 03/29/12 | RR | JJ |
| 03/16/12 | ae | Louis Collins | Viagra | 100mg | A10880/11/30/16 | 3/16/12 | LC | LC |
| 3/16/12 | ae | Cheri Fontenot | Cymbalta | 60mg | A9344464/10/13 | 3-23-12 | EC | EC |

SCHS-000455

**Southeast Community Health Systems**

**Indigent Drug Assistance Program**

**Medication Receipt and Distribution Log**

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 11/21/11 | QE | Beverly Franklin | Plavix | 75mg | 1A59715 9/14 | 12/19/11 | | |
| 11/28/11 | QE | Laura Boudreaux | Chestor | 3 bo. btls. 40mg | covered by ins PL-18 #2420 | 12/5/11 | Lb | |
| 11/30/11 | AB | allen Potter | Lantus | 4 bottles | 1F224A 9/2013 | 12-19-11 | Amb | |
| 12/5/11 | AB | william Scott | Exforge | 3 bottles 10mg/160mg | F0022A 4/2014 | 12/5/11 | D.S | |
| 12/5/11 | QE | Josie wasom | Diovan | 320 mg | F08997A 9/2014 | 12/6/11 | JW | |
| 12/08/11 | | Elaine Dorsey | Protonix | 40mg | 168748AN 06/14 | 12/08/11 | ED | |
| 12/09/11 | SR | Ashlyn Thibodeaux | Pristiq | 50mg | F51188 07/13 | 1-18-12 | | |
| 12/14/11 | QE | mark Lederer | hilipix | 1bottle 135mg | 086932 081221/2014 | 12-19-11 | WB | |
| 12/14/11 | QE | Charlene Hebert | Lantus | 4vials | 11-221A 09/13 | | | |
| 12/14/11 | | melvin king | Lantus | 4 vials | 1F221A 09/13 | 12/14/11 | QE | CK |
| 12/27/11 | QE | Pamela Cornish | Exforge | 10mg/320mg (8bt) | F011A 9/2014 | 12/28/11 | QE | P.C. |
| 1/3/12 | QE | Cheri Fontenot | cymbalta | 30mg (8bt) | A915-955-A 6/14 | 1/3/12 | QE | |
| 01/16/12 | | Debra Evans | Arthrotec | 50mg | C111598 4/15 | 01/11/12 | | DE |

SCHS-000456

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 9 16 11 | CS | William Scott | Nardura | 1mg | V100580 | 9 19 11 | DnS |
| 9 19 11 | CS | Pamela Cornish | Exforge | 10/320 | F00924/ Jun, 2014 | 10-4-11 | P.C. |
| 9 20 11 | CS | Pamela Cornish | Lantus | 100 Units/ml | F1824/ 4 2013 | 10-4-11 | P.C. |
| 10 5 11 | AE | Elaine Dorsey | Protonix | 40mg | 165.34 AM 0914 | 10 5-11 | AE ED |
| 10 5 11 | AE | Judy Dee's | Abilify | 2mg (tot) | IDW5634 4 2013 | 10 25-11 | AE JD |
| 10 11 11 | CS | Ashlin Thibodeau | Pristiq | 50mg | F41774/ 6 13 | | AE |
| 10 12 11 | CS | Phyllis Brumfield | Glucotrol XL | 10mg (2bt) | VI 03069/ June 2015 | 11 7 11 | AE PB |
| 10 18 11 | AE | Shirley Bridges | Norvasc | 10m (1bt) | C110993/ 05/11 | 10-24-11 | mI SB |
| 10 19 11 | AE | Norwood Johnson | Protonix (bot) | 40mg | 167363 AM 0914 | 10 20 11 | CS NJ |
| 10 25 11 | AE | Mandie McKeithen | Spiriva | 18mcg | 10329SB 0112 | 10 26 11 | AE mM |
| 11 8 11 | AE | Deborah Evans | Norvasc | 10mg | C11125/ 5 16 | 11 8 11 | AE DE |
| 11 8 11 | AE | Deborah Evans | Arthrotec | 50mg (2bt) | C11009/ 2 15 | 11 8 11 | AE DE |
| 11 8 11 | AE | Deborah Evans | Lipitor | 20mg | V11147/ 8 14 | 11 8 11 | AE DE |

CONFIDENTIAL

SCHS-000457

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 07/19/11 | BR | Patricia Manzella | Nexium | 40mg | G00 3995/04/14 | 7/28/11 | OL | PM |
| 07/28/11 | QL | Elaine Dorsey | Protonix | 40mg | 146029AM/8/13 | 7/28/11 | QLEL | |
| 08/11/11 | BR | Alvintrude Andrews | Micardis/HCT | 80/12.5 | 0618 57A/01/14 | 9-6-11 | AA | GM |
| 8/9/11 | QL | Virginia Foster | Lantus Spen | 3 boxes | 1F 7049/3/14 | 8-19-11 | OL | W |
| 8/22/11 | US | Daisy Brabham | Singulair | 10mg | 4889574/8/12 | 8/23/11 | D.B | CS |
| 8/23/11 | BR | Evans, Deborah | Norvase Arthrotec | 10mg 50/200mg | C110993-5/14 C110438-1/15 | 8/30/11 | DE | BR |
| 8/23/11 | BR | Fontenot, Cheri | Cymbalta | 30mg | A854312 2/14 | 08/26/11 | CF | BR |
| 9/6/11 | CS | Scott, William | Exforge | 10/160mg | F0019A/04/14 | 09/01/11 | D.S | BR |
| 9/6/11 09/08/11 | BR | Evans, Deborah | Lipitor | 20mg | 411 1058/may14 | 09/08/11 | DE | BR |
| 9/8/11 | US | Blackwell, Mary | Caduet | 5/40 mg | 052203/2/14 | 09/08/11 | mB | BR |
| 9/8/11 | CS | Cheryl Oliveri | Chantix | 1mg | B1009/6/30/3/14 | 9/4/11 | CO. | CS |
| | | Terry Wakman | Bystolic | 10mg | A178975/12/14 | 9/9/11 | OW | |
| 9/13/11 | CS | Malissa McMichael | Protonix | 40mg | 1e534 AN/9/14 | 9/15/11 | MM | CS |

CONFIDENTIAL

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 6/21/10 | AS | william Scott | cardura | 1mg | V09 2438 may 1/12 | 6/22/11 | D.S |
| 06/23/11 | RR | Deborah Evans | Norvasc | 10mg | C110488 Exp. 4/16 | 06/23/11 | DE RR |
| 06/23/11 | RR | Deborah Evans | Arthrotec | 50mg | C110438 Exp. 8/15 | 06/23/11 | DE RR |
| 6/30/11 | CS | Claudia Joseph | Glucotrol XL | 25mg 3 bottles | V 01703/ June 2012 | 6/30/11 | CmS |
| 07/06/11 | RR | Pamela Cornish | Exforge | 10/320 mg | F0081A Ap 2014 | 7/7/11 | A |
| 7/6/11 | CS | Melvin Walker | HumuLin 70/3 | 70/5 bote 30 | A84 7S 3SC/ 2114 | 7/6/11 | P |
| 7-7-11 | US | Frank Owen | Levemir | flopen 46mg | A2F0191 AP-2013 | 7/11/11 | F.O. |
| 7-8-11 | AR | Pamella Cornish | Lantus | 4 bottles 100 unit/ml | IF162A 03/2013 | 07/25/11 | P.C. |
| 7/12/11 | AR | Emilie Peek | Lexapro | 10 mg | 4200 013 exp 7/13 | 7-13-11 | |
| 7/13/11 | CS | Ronnie Atkins | Lantus | 100 un ts/mc | 11-1624/ 3/13 | 7-19-11 | R. A |
| 07/14/11 | RR | Ashlyn Thibodeaux | Pristiq | 50mg | F25 835/3/13 Exp | 07/14/11 | RR |
| 07/19/11 | RR | John Edwards | Micardis | 80/25mg | 159130A/ 02/14 | 07/21/11 | RR |
| 07/19/11 | RR | Patricia Manzella | Toprol-XL | 100mg | Y46099/01/31/15 | 07/28/11 | AS Pm |

SCHS-000459

**Southeast Community Health Systems**

**Indigent Drug Assistance Program**

**Medication Receipt and Distribution Log**

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 4-28-11 | HW | Dorsey, Elaine | Protonix | 40mg | E13182 8/13 | 4-28-11 | ER | |
| 5-10-11 | RB | Brabham, Daisy | Singulair | 10mg | 4141639 5/4/2012 | 05/11/11 | D.B. | RR |
| 05/10/11 | RR | John Allen | Aggrenox | 200mg | 00777/10/13/13 | 6/21/11 | | AS |
| 5/16/11 | DB | Ashlyn Thibodeaux | Pristiq | 50mg | E711/9/13 | 05/17/11 | H | RR |
| 5-25-11 | CB | Mary Blackwell | Caduet | 5/40mg | 0676039 8/13 2013 | 5/27/11 | MB | AS |
| 6/6/11 | CB | Malissa McMichael | Protonix | 40mg | E13182 8/13 | 06/06/11 | mm | RB |
| 6/7/11 | AS | James Hood | Micardis HCT | 40/12.5 | 154235A 6/14 | 6/7/11 | JH | RB |
| 6/14/11 | CB | Lois Jacobs | Nexium | 20mg | 5001416 8/14 | | | |
| 6/14/11 | CB | Bobby Duncan | Crestor | 10mg | 113645 6/12 | | | |
| 06/16/11 | RR | Jimmie Gilliam | Zyprexa 4 Bottles | 5mg | A8603160 08/13 | 06/28/11 | JG | RR |
| 6/20/11 | AS | William Scott | Lexapro 2 bottles | 20mg | A204033 01/13 | 6/21/11 | D.S | AS |
| 6/20/11 | AS | William Scott | Byetol 2 bottle | 5mg | A189843 05/13 | 6/21/11 | D.S | AS |
| 6/20/11 | AS | Sheila Muse | Byetol C | 10mg | A198193 08/13 | 7/12/11 | Sm | AS |

SCHS-000460

**Southeast Community Health Systems**

**Indigent Drug Assistance Program**

**Medication Receipt and Distribution Log**

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 3\|23\|2011 | CB | Leslie Bryer | lantus | 4 boxes 100 units/ml | OF111A/ 10/2012 | 5\|19\|11 | LB | CB |
| 03\|25\|2011 | AR | Elsie Schoider | Zoloft | 50mg 3 bottles | C 100993/11/12 | 03\|25\|11 | US | AR |
| 03\|29\|11 | AR | Pamela Cornish | Exforge | 10/320mg 3 bottles 490 | F0064A/ Dec 2013 | 03\|31\|11 | PC | AR |
| 3\|30\|11 | CB | Pamela Cornish | lantus 4 boxes | 100 units/ml | OF111A/10/12 | 03\|31\|11 | PCC | AR |
| 4\|10\|11 | CB | Edith Williams | lantus 5 boxes | 100 units/ml | IF598A/ 8/2013 | 4\|12\|11 | JD | CB |
| 4\|7\|11 | CB | Cheri Fontenot | Cymbalta 8 bottles | 30mg | 4820751A/ 11/2013 | 4\|7\|11 | CF | CB |
| 4\|7\|11 | CB | Melvin King | lantus 4 boxes | 100 units/ml | OF111A/10/12 | | | |
| 04\|08\|11 | AR | Judy Dees | Abilify | 2mg 6 bottles | 13le5489A Exp. 1/13 | 4\|20\|11 | JD | CB |
| 4\|15\|11 | CB | Michael Fortune | Bystolic | 5mg 1 bottle | A189543/5/13 | | | |
| 4\|19\|11 | CB | Shirley Bridges | Norvasc | 10mg 1 bottle | C110353/2/16 | 4\|20\|11 | S.B. | CB |
| 4\|20\|11 | CB | Edwards, John | Micardis/Hct | 80mg | 04119 1A/10/31/2013 | 04\|21\|11 | SE | AR |
| 4\|25\|11 | CB | lands, Elsie | lantus | 100 units/ml 10 boxes | IF143A/12/12 | 5\|7\|11 | MD | CB |
| 04\|26\|11 | AR | Virginia Foster | Synthroid | 150mcg | 9407898/ Dec. 14, 2011 | 4-26-11 | VF | AR |

SCHS-000461

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 2/10/11 | CS | John Allen | Aggrenox | 200mg | 0052423/ 8/31/13 | 2/10/11 | | |
| 2/11/11 | CS | Chevi Fontenot | Seroquel | 100mg | WN0091/ 1/20/2012 | 2/11/11 | CS | |
| 02/17/11 | RR | John Edwards | Micardis HCT | 80/25mg | 06059 8A- 09/13 | 02/17/11 | SS | RR |
| 02/18/11 | RR | John Allen | Aggrenox | 200mg | 006526/10/13 | 2/21/11 | | CS |
| 03/03/11 | RR | Mary Blackwell | Caduet (3 Bottles) | 5/40mg | 0676039/ 02/12 | 3/3/2011 | MES | RR |
| 03/10/11 | CS | William Scott | Exforge 3 bottles | 10/160 mg | F0014A/ 11/30/13 | 3/14/11 | DS | CS |
| 03/14/11 | RR | Josie Graves | Actos | 30mg | C17203/ 07/13 | 3/29/11 | RV | CS |
| 03/15/11 | CS | Willie Wearidy | Nexium | 40mg | 600585/ 11/13 | 03/23/11 | RR | WM |
| 3/21/11 | CS | James Hood | Micardis HCT | 40/12.5mg | 061316A/ 11/30/2013 | 3/22/11 | CS | RH |
| 3/21/11 | CS | Laura Boudreux | Crestor 2 bottles | 40mg | 1138S4/ 3/15/2012 | | | |
| 03/21/11 | RR | Daisy Brabham | Singular | 10mg | | 03/21/11 | DFB | RR |
| 03/23/11 | RR | William Scott | Bystolic | 5mg | A185943 Exp. 05/13 | 5/11/11 | DS | CS |
| 03/23/11 | RR | William Scott | Lexapro | 20mg | A195154/ 10/15 | 5/11/11 | DS | CS |

SCHS-000462

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 12-6-10 | J | Lena Porter | Viagra | | 0752201 | 11-6-10 | CB | CP |
| #6 | | | | | | | | |
| 12-15-10 | CD | Graves Joyce | Actos | 30mg | C174014 5/13 | 12-28-10 | CB | CS |
| 12-15-10 | CS | Cornish, Pamela | Exforge | 10/320 mg | F0048A Aug 2013 | 12-15-10 | KL | CS |
| 12-28-10 | CS | Bruer, Leslie | Lantus | 100 units/ml | 0F012A 3/2012 | 12/28/10 | LWB | |
| 12-30-10 | CB | Scott, William | Bystolic | 5mg | A176784 5/13 | 2/15/11 | 0.5 | CS |
| 12-30-10 | CS | Scott, William | Lexapro | 20mg | A186727 8-15 | 2/15/11 | 0.5 | CS |
| 1-4-11 | CB | Walker, Calvin | Humulin | 70/30 100u/g | A778869A | 3/20/11 | Cu | CS |
| 1-7-11 | CB | Bridges, Shirley | Norvasc | 10mg | C101073 | 9/15 | | |
| 1-11-11 | J | Shirley Bridges | Norvasc | 10 mg | C101073 | 1-11-11 | J6 | S.B |
| 1-12-11 | CS | Josie Wascom | Diovan | 320mg | F076 Nov/Sep 2013 | 2-21-11 | JW | |
| 1-19-11 | CS | Edith Williams | Lantus | 100 units/ml | 0FSS6A 4/2013 | 1-21-11 | eDW | CS |
| 1-31-11 | CB | Phyllis Brumfield | Glucotrol x4 | 10 mg | V101378 3/15 | 1-31-11 | PB | PB |

SCHS-000463

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 9/14/2010 | PF | Lionel Porter | Viagra | 50 mg | 0742001 4-1-15 | 9/28/2010 | LP | |
| 9/30/2010 | PF | Evans, Debra | Arthotec | 50mg/200mg | CP1172 3/15 | 9/30/10 | Deborah Evan | |
| 9/30/10 | PF | Evans, Deba Norvasc | Norvasc | 10 | C090970 1/13 | 9/30/10 | Deborah Evan | |
| 10/1/10 | PF | Ronie Atkins | Lantus | 3 pens | OP1834 12/12 | 10/1/10 | RA | |
| 10/15/10 | PF | Leslie Bryer | Lantus | 4 vial, | DE 040A | 10/18/10 | LWB | |
| 10/29/10 | PF | Phyllis Bramfield | Glucotol XL | 200 bit | V16522 MAR 15 | 11/10/10 | PB PF | |
| 8/29/10 | PF | Shirley Simmons | Byetta | A185373 | A185373 05/13 | | | |
| 11/5/10 | PF | Pamela Cornish | Lantus OF0724 | Lantus | AV1ALSO OF0724 05/2013 | 10/5/10 | PF VS | |
| 11/9/10 | PF | Claudia Joseph | Glucotrol XL | 2.5mg | V152779 DEC11 | 10/10/10 | CJ PF | |
| | | Daisy Brabham | Zingular | 10 mg | None on bottle | 11/29/10 | TC PF | |
| 11/22/10 | PF | Scott, William | Flomax | 0.4mg | A1000235 10/12 | 11/22/10 | WS PF | |
| 11/29/10 | PF | Fontenot, Cheri | Seroquel | 100mg | WM0120 11/25/11 | 11/30/10 | CF | |
| 12/3/10 | PF | Evans, Deborah | Norvasc Arthrotec | 10mg 50/200 | C10/0973/9-15 C090970/1-13 | 12-6-10 | DE | CB |

SCHS-000464

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 8/15/10 | JW | Alice Norman | Glipizide XL | 10mg | | 8/19/10 | AW |
| 8/25/10 | JW | Angelique Burrell | Caduet | 10/40mg | 1139030 03/2013 | 8/26/10 | AB |
| 8/25/10 | JW | Angelique Burrell | Lipitor | 10mg | V100899 03/2013 | 8/26/10 | AB |
| 8/25/10 | JW | Grosie Wascom | Diovan | 320mg | F0121 06/2013 | 8/26/10 | AW |
| 8/31/10 | JW | Leslie Russell | Advair Diskus | 500/50mg | R474268 10/5011 | 10/19/10 | |
| 8/31/10 | JW | Beanette Hall | Lexapro 73 | 5mg/320mg | F0007A 01/13 | 8/31/10 | JW |
| 9/10/10 | JW | Edith Williams | Lantus x3 Solostar | 100 units | DF302A 03/2013 | | |
| 9/14/10 | LP | Melissa McMichael | Protonix | 40mg | Rx 10595029 | | |
| 9/20/10 | LP | Deborah Evans | Norvasc | | | | |
| 9/20/10 | LP | Melissa McMichael | Protonix | 40mg | Rx 10595029 | 9/20/10 | MM |
| 9/27/10 | CW | Scott Williams | Flomax | 0.4mg | A1000235 10/2012 | | |
| 9/28/10 | PF | Scott Williams | Exforge | 10mg/160mg | F0007A July 2013 | 9/28/10 | D.S. |
| 9/30/10 | PF | Williams, Edith | Lantus Solostar | 100 units | DF302A 2/2013 | 9/30 | EdW |

CONFIDENTIAL

SCHS-000465

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 7/14/10 | JW | Lumel Porter | Viagra | 50mg | 0713901 02/01/15 | 7/14/10 | LP | JW |
| 7/26/10 | JW | William Scott | Flomax | 0.4mg | A100334 10/12 | 7/28/10 | JW | RS |
| 7/27/10 | JW | Helen Miller | Nexotin | 800mg | V100058 09/11 | 8/4/10 | JW | HM |
| 8/4/10 | JW | Germaine Weeks | Lexapro | 10mg | A170678 01/15 | 8/4/10 | GW | JW |
| 8/5/10 | JW | Mollie Butler | Norvasc | 10mg | C100414 11/14 | | | |
| 8/11/10 | JW | David Brumfield | Actos | 30mg | C116682 02/13 | 8/11/10 | WB | JW |
| 8/11/10 | JW | William Scott | Byotolic | 5mg | A176743 02/13 | 8-11-10 | D | SW |
| 8/11/10 | JW | William Scott | Lexapro | 20mg | A179012 02/12 | 8/11-10 | D | SW |
| 8/12/10 | JW | Earnestine Chaney | Glucotrol XL | 5mg | V091890 07/13 | 8-26-10 | mc | TC |
| 8/12/10 | JW | Earnestine Chaney | Lipitor | 10mg | V10074 05/13 | 8-26-10 | mc | TC |
| 8/16/10 | PF | Butler, Willie | Norvasc | 10mg | 109305,7604A 11/14 11/14 | 8/16/10 | DB | PF |
| 8/17/10 | JW | Daisy Braham | Singulair | 10mg | RX#4255876 | 8/19/10 | AB | |
| 8/17/10 | JW | Pamela Cornish | Effexor | 10/320mg | F004/4A 05/13 | 8/25/10 | LC | mc |
| 8/18/10 | JW | Willie Wells | Diovan | 80mg | F0440 05/13 | N.J. 8/18/10 | JW | |

SCHS-000466

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 6/28/10 | JW | Willie Donahue | Huznar | 100mg 128 | Rx 520005 | 07/5/10 | RQ |
| 6/29/10 | mj. | Beverly Franklin | Avandamet 4mg/1000mg | 4mg/1000mg | 02P3415 oct 2012 | 7/2/10 | JW |
| 6/30/10 | JW | William Scott | Nasenex | 50mcg T3 | 0MA418 04/12 | 7/2/10 | DS JW |
| 6/30/10 | JW | William Scott | Potassium | 20mEq X2 | 9RCP101 08/12 | 7/2/10 | DS JW |
| 6/30/10 | JW | William Scott | Prevenial HCT | 4/cmg X5-10033 | 01/12 | 7/2/10 | DS JW |
| 6/30/10 | UP | Rosie Atkin | Lantus | 1 bottle | | 6/30/10 | UP |
| 7-6-10 | UP | Calvin Walker Hamtory | Humalog | 1 bottle | 001602 02/13 | 7/6/10 | UP |
| 7/6/10 | JW | John Allen | Aggrenox | 200mg X3 | 02/13 | 7/21/10 | Cmt KM |
| 7/6/10 | JW | Leroy Aird | Viagra | 50mg | 071290 12-1-15 | | |
| 7/6/10 | JW | Leroy Aird | Lipitor | 10mg | V100484 3-13 | | |
| 7/8/10 | JW | Edith Williams | Lantus pen | 100units | X3450F183A 12/12 | 7/9/10 | EW JW |
| 7/8/10 | JW | Leslie Boyer | lantus | 100units X4 | OF012A 01/12 | 7/12/10 | Cal JW |
| 7/9/10 | JW | William Scott | Exforge | 10/160mg X3 | F000C3A 03/13 | 7/12/10 | DS JW |

SCHS-000467

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| | | | patient was mail to be shipped back | | | | |
| 6/1/10 | JW | Pauline Hodges | Glucotrol | 10mg | V100433 01-15 | 6-1-10 | JW |
| 6/1/10 | JW | Pauline Hodges | Accupril | 40mg | V100289 11-12 | 6-1-10 | P.G JW |
| 6/1/10 | JW | Pauline Hodges | Chantix x3 | 0.5mg/1mg | A0403 07-11 | 6-1-10 | P.H JW |
| 6/3/10 | JW | Pauline Hodges | Glucotrol x2 | 10mg | V091302 01-15 | 6-7-10 | P.H JW |
| 6/11/10 | JW | Cheri Fontenet | Seroquel | 100mg | RX100526 6-18-10 | 6-18-10 | CJ JW |
| 6/18/10 | JW | Gail Verella | Exopra | 10mg | A176664 10/14 | 6-23-10 | JmA PH |
| 6/18/10 | JW | Audrey Jones | Singulair | 10mg | RX436918 6/21/10 | 6/21/10 | BJ JW |
| 6/21/10 | JW | Deborah Evans | Norvasc | 10mg 4 | C100405 11/14 | 6/21/10 | PE JW |
| 6/21/10 | JW | Deborah Evans | Arthrotec | 50mg 100mg | C090872 9/13 | 6/21/10 | PE JW |
| 6/11/10 | JW | Pamela Winslow | Lantus | 100units/ml | 40C564X4 6/21/10 | 6/21/10 | P.C JW |
| 6/22/10 | JW | Earnestine Chaney | Catapres TTS-1 | 35cm 43 | 09089216 05/12 | 6/24/10 | TC JW |
| 6/23/10 | JW | Katrina Higginbotham | Florase x2 | 120nh 16gm | OD 09/17 | 6/23/10 | KH JW |
| 6/24/10 | JW | Edith Williams | Lantus x10 | 100 units | 40C586 11/2011 | 6/30/10 | EW JW |

SCHS-000468

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 4/30/10 | JW | leroy ard | Viagra 50mg | | 9228301 | 4/30/10 | CA JW |
| 4/30/10 | JW | leroy ard | Lipitor 10mg | | V10019 1 | 4/30/10 | CA JW |
| 5/6/10 | JW | Helen Miller | Neurontin 800mg | | V09240 12/11 | 5/1/10 | LG JW |
| 5/6/10 | JW | Cheri Fontenot | Cymbalta 30mg | | 8A061312A 08/12 | 5/17/10 | CF JW |
| 5/13/10 | JW | Johnny Flowers | Viagra | 100mg | 0102 11/15 | 5/13/2010 | GA |
| 5/13/10 | JW | Johnny Flowers | Norvasc | 10mg | 093 4/12 | 5/13/2010 | CA |
| 5/18/10 | JW | Cheri Fontenot | Seroquel | 100mg | | 5/19/2010 | CF JW |
| 5/24/10 | JW | Shirley Bridges | Norvasc | 10mg | 7ul03 3/12 | 9/1/10 | nl JW |
| 5/24/10 | JW | Willie Butler | Norvasc | 10mg | 1ul03 3/12 | | |
| 5/26/10 | JW | Claudia Joseph | Glucotrol xl | 2.5mg | V092340 11 | 5/27/10 | CJ JW |
| 5/26/10 | JW | Leslie Russell | Advair Diskus 250/50mg | | R464517 | 5/26/10 | LR LR |
| 5/27/10 | JW | William Scott | Texapro | 20mg | A170684 8/14 | 5/28/10 | JW |
| 5/27/10 | JW | William Scott | Bystolic | 5mg | A170743 08/12 | 5/28/10 | DS JW |
| 5/27/10 | JW | malissa mcmoreal | Protonix | 40mg | Rx#1039b029 | 6/10/10 | mm JW |

SCHS-000469

**Southeast Community Health Systems**

**Indigent Drug Assistance Program**

**Medication Receipt and Distribution Log**

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 3/15/10 | JW | Malissa McMichael | Protonix | 40mg | Rx 10595829 | 3/22/10 | MA Jw |
| 3/18/10 | JW | Jeanette Wall | Exforge | 5mg/320mg | F011 8/2020 | 3/18/10 | JW |
| 3/23/10 | JW | William Scott | Proventil | 67g | 090410 7/01/0 | 4/23/10 | m. JW |
| | JW | William Scott | Potassium | 20mEq | 9RC82 09/12 | 4/23/10 | W.S JW |
| | JW | William Scott | Nasonex | 50mcg | OMA+3 01/12 | 4/23/10 | W.S. JW |
| 3/26/10 | JW | Pauline Hodges | Chantix | 0.5mg | MA060 6/13 | 3/26/10 | 5R JW |
| 03/29/10 | RR | Lionel Porter | Viagra | 50mg | 91205131 10/01/14 | 03/29/10 | RR JH |
| 03/30/10 | RR | Johnny Flowers | Viagra | 100mg | 922370/ 11/01/14 | | JH |
| 03/30/10 | RR | Johnny Flowers | Norvasc | 10mg | 7RL0560A 03/01/12 | | JF |
| 3/29/10 | TR | Earnestine Chaney | Catapress TTS | 3.5cm | 0816962/ 09/11 | 4/27/10 | TC JW |
| 3/31/10 | TR | Phyllis Brumfield | Glucotrol XL | 10mg | V091303/ 03/14 | 4/14/10 | JW PB |
| 3/31/10 | TR | Oscar Ard | Viagra | 50mg | 9205131/ 10/01/14 | | PA |
| 4/1/10 | TR | Brabham, Daisy | Singular | 10mg | 091-000183/ 3/04/11 | 4/20/10 | JW DB |

CONFIDENTIAL

SCHS-000470

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 4/14/10 | JW | Cheri Fontenot | Seroquel | 100mg | Rx #1001 567 / 4/5/11 | 4/21/10 | PJ | PE |
| 4/14/10 | JW | Paul King | Diovan | 160mg | | | | |
| 4/15/10 | JW | Herman Hagan | Viagra | 100mg | 922850/12/14 | 4/05/11/10 | PP | JW |
| 4/19/10 | JW | Deborah Evans | Arthrotic | 50mg 200mg | Cocacno /01-13 | 4/27/10 | DE | JW |
| 4/19/10 | JW | Deborah Evans | Norvasc | 10mg | 7QR0574/03/1/12 | 4/27/10 | DE | JW |
| 4/19/10 | JW | Deborah Evans | Norvasc | 5mg x3 | 7QR0L0DA/3/1/12 | 4/27/10 | DE | JW |
| 4/19/10 | JW | Pamela Cornish | Exforge | 10/320mg x3 | F000A/07/12 | 5/19/10 | P.C. | JW |
| 4/23/10 | JW | David Womack | Viagra | 50mg | | 4/23/10 | D.W. | JW |
| 4/23/10 | JW | William Scott | Bystolic | 5mg | V15575/03/12 | 4/23/10 | m.s | JW |
| 4/23/10 | JW | William Scott | Lexapro | 20mg | A176068/09/14 | 4/23/10 | m.s | JW |
| 4/23/10 | JW | Rosie Wascom | Diovan | 320mg | F000L8/01/13 | 5/4/10 | JW | JW |
| 4/26/10 | JW | Earnestine Chaney | Lipitor | 10mg | V10019/12/13 | 4/27/10 | TC | JW |
| 4/26/10 | JW | Earnestine Chaney | Glucotrol XL | 5mg | V0000/10/13 | 4/27/10 | TC | JW |

CONFIDENTIAL

SCHS-000471

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 2/19/10 | 2W | William Scott | Flomax | 0.4mg | C090049 07/12 | 2/23/10 | Smji | |
| 2/22/10 | 2W | Pauline Hodges | Glucotrol | 10mg | V092442 3/14 | 2/22/10 | C | Sm |
| 2/22/10 | 2W | Pauline Hodges | Accupril | 40mg | V092117 10/12 | 2/22/10 | | m |
| 2/24/10 | 2W | Herman Leger | Viagra | 100mg | 9A58811 10/1/14 | 3/2/10 | | PA |
| 3/1/10 | 2W | Deborah Evans | Norvasc | 10mg | 7QLDU14 3/1/2012 | | | |
| 3/1/10 | 2W | Deborah Evans | Arthrotec | 50/200mg | C0909969 11/12 | 3/10/10 | 4W | DE |
| 3/2/10 | 2W | Gayle Robertson | Bystolic | 5mg | P13489 8/10 | | | |
| 3/2/10 | 2W | William Scott | Bystolic | 5mg | P13489 8/10 | 3/3/10 | W | O.S. |
| 3/3/10 | 2W | David Womack | Viagra | 50mg | 9205131 10/1/14 | 3/29/10 | E.O | DW |
| 3/10/10 | 2W | Willie Butler | Norvasc | 10mg | 7QLDU14 3/1/2012 | 4/29/10 | DPB | |
| 3/12/10 | 2W | Troy Ard | Viagra | 50mg | 9205131 10/1/14 | 3/15/10 | GA | A |
| 3/12/10 | 2W | Troy Ard | Lipitor | 10mg | V092477 12/12 | 3/15/10 | GA | A |
| 3/16/10 | 2W | Cheri Fontenot | Seroquel | 100mg | | 3/18/10 | CF | |

CONFIDENTIAL

SCHS-000472

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 1/15/10 | 2W | William Scott | Bystolic | 5 mg | A15400 04/11 | 1/15/10 | D.S | 2W |
| 1/22/10 | 2W | Leslie Russell | Advair/others | 500 mcg x3 50 mcg 03/11 | R242809 | 1/26/10 | | 2W |
| 1/25/10 | 2W | Phyllis Brumfield | Glucotrol XL | 10mg | V097362 03/14 | 1-25-2010 | PB | |
| 1/26/10 | 2W | Helen Miller | Neurontin[3] | 800mg | V092141 08/11 | 1-26-2010 | Jim | |
| 01/28/10 | RR | Leroy Ard | Viagra | 5 Dmg | 9201601 10/1/14 | 01/28/10 | G.A | G.A RR |
| 01/28/10 | RR | Leroy Ard | Lipitor | 10mg | U092108 Sept 12 | 01/28/10 | G.A | G.A RR |
| 01/28/10 | RR | Earnestine Chaney[3] | Catapres | TTS patch | 0816962 09/30/11 | | | |
| 01/28/10 | RR | Gail Kabella | Lexapro | 10mg tabs | m09114 05/14 | 2-1-10 | | |
| 02/04/10 | RR | Lionel Porter | Viagra | 50mg | 9201601 10/01/14 | 02/04/10 | L.P. | RR |
| 2/5/10 | mjj | Shirley Bridges | Norvasc | 10mg | N2L059A Thru | 2/5/2010 | JF | |
| 2/5/10 | mjj | Johnny Flowers | Viagra | 100mg | 9201801 10/14 | 2/5/2010 | JF | G.A |
| 2/15/10 | 2W | William Scott | Effexor | 10/160mg x3 | FC001A 02/12 | 2/17/10 | | |
| 2/15/10 | 2W | Oscar Ard | Viagra | 50mg | 9801601 10/01/14 | 02/17/10 | | |

SCHS-000473

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/09 | RR | OW | Earnestine Chaney | Lipitor | 10mg | V09/1841 08/12 | 12/22/09 | T.C. | OW |
| 12/17/09 | RR | OW | Earnestine Chaney | Glucotrol XL 5mg | | V09/1107 10/10 | 10/22/09 | T.C. | OW |
| 12/18/09 | RR | OW | Herman Hogan | viagra | 100mg | 919/5401 81/1201 | 12/21/09 | DN | COW |
| 12/21/09 | RR | OW | Johnny Flowers | Norvasc | 10mg | 7060577A 3/1/12 | 12/22/09 | J.F | |
| 12/21/09 | RR | OW | Johnny Flowers | viagra | 100mg | 919/5401 81/1/14 | 12/22/09 | J.F | |
| 12/21/09 | RR | OW | Shirley Bridges | Norvasc | 10mg | 7060577A 3/1/12 | 3/20/10 | S.B. | JW |
| 12/29/09 | R | OW | Lionel Porter | viagra | 50mg | 9201601 101/14 | 12-29-09 | L.C | OW |
| 12/30/09 | | OW | Dannena Russell | singulair | 10mg | | | | |
| 1/4/10 | | OW | Pauline Hodges | Glucotrol | 10mg | V09/1347 4/13 | 1/11/10 | P.H | OW |
| 1/5/10 | | OW | Pauline Hodges | Accupril | 40mg | V09/0982 | 1/11/10 | P.H | OW |
| 1/6/10 | | OW | Alton Womack | Medrol | 4mg | DAT60 04/2013 | 12/8/09 | E.O. | OW |
| 1/12/10 | | OW | James London | Diovan HCT | 320/25mg | F0189 10/15/11 | | | |
| 1/13/10 | | OW | Dannena Russell | Advair DS | 250/50mg | R44B153 03/11 | | | |
| 1/13/10 | | OW | David Womack | viagra | 50mg | 9201601 181/1/14 | 1/26/10 | D.W. | OW |
| 1/15/10 | | OW | William Scott | Lexapro | 20mg | N09/0211 05/14 | 1/15/10 | — | D.S OW |

CONFIDENTIAL

SCHS-000474

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 11/9/09 | AR | Jw | Earnestine Chane | Lipitor | 10mg | V09110 10/2010 | | TC | Jw |
| 11/9/09 | AR | Jw | Earnestine Chane | Glucotrol XL | 5mg | V09110 7 01/2010 | | TC | Jw |
| 11/17/2009 | AR | | James Conder | Diovan Hct | 80/25 | | 11/18/2009 | C.B.H | |
| 11/17/09 | AR | Jw | Leslie Russell | Advair Diskus | 500/50 | R43 1024 4/2011 | 11/17/09 | LMR | Jw |
| 12/3/09 | AR | Jw | Leroy Jackson | Viagra | 25/30mg | 9/63 701 11/11/4 | 12/7/09 | L.J | Jw |
| 12/3/09 | AR | Jw | Leroy Jackson | Glucotrol XL | 10 mg | V09 1302 3/1/14 | 12/7/09 | L.J | Jw |
| 12/7/09 | AR | Jw | William Scott | Proventil HFA inhaler | | 09b344 08/11 | 12/11/09 | D.S | Jw |
| 12/7/09 | AR | Jw | Earnestine Chene | Cata Press | 3.5 | 03/04 9/11/11 | 12/22/09 | T.C. | Jw |
| 12/8/09 | AR | Jw | William Scott | Flomax | 0.4mg | H09 00013 5/2012 | 12/11/09 | D.S | Jw |
| 12/8/09 | AR | Jw | Audrey Jones | Advair Diskus | 250/50 mg | R434 957 1/2011 | | | |
| 12/9/09 | AR | Jw | Deborah Evans | Norvasc | 5mg | 702 034A 3/1/2012 | 12/11/09 | C.E | AW |
| 12/9/09 | AR | Jw | Deborah Evans | Asthmated | 50 mcg/spray | 04/0165 10/2012 | 12/17/09 | C.E | AW |
| 12/9/09 | AR | Jw | Willie Butler | Norvasc | 10mg | 702 057A 3/1/2012 | 12/10/09 | W.B | |
| 12/9/09 | AR | Jw | William Scott | Potassium Chl | 20meq | 9RCP051 03/2012 | 12/11/09 | D.S | Jw |
| 12/9/09 | AR | Jw | William Scott | Nasonex | Spray | 9MHA-42 9/2011 | 12/11/09 | D.S | Jw |

Evelyn Higginson

CONFIDENTIAL

SCHS-000475

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/09 | | JW | Abbigail H. Soliveu | Cymbalta x4 | 60mg | A478673 4/2011 | 2/24/10 diverted | | mj |
| 10/2/09 | | JW | Kathy Valverde | Prozac x4 | 40mg | A542045A 08/2011 | | | |
| 10/9/09 | | JW | William Scott | Exforge x3 | 10/160mg | F0043 10/2010 | 10/13/09 | D.S | mj |
| 10/9/09 | | JW | Deborah Evans | Norvasc | 5mg | 76L0344 Feb.1 2011 | 11/2/09 | DE | JW |
| 10/19/09 | PB | JW | Phyllis Porumbull | Glucotrol x4 | 10mg | V09173 11/13 | 11/2/09 | PB | JW |
| 10/21/09 | PR | JW | Dana Cernick | Ventolin HFA w/dos ctr | 200 pufes | 92P0440 11/2010 | 11/5/09 | D.Z.B | JW |
| 10/21/09 | PR | JW | Dana Cernick | Advair Diskus | 250/50 3 mcg | 92P0541 11/2010 | 11/5/09 | D.Z.B | JW |
| 10/23/09 | PR | JW | Willie Butler | Norvasc | 10mg | 76L044A 3/1/10 | 10/30/09 | W.B. | mj |
| 10/23/09 | PR | JW | Deborah Evans | Norvasc | 10mg | 76L056A 3/1/20 | 11/2/09 | DE | JW |
| 11/23/09 | PR | JW | Deborah Evans | Antibiotic | 50/200mg | CD90165 10/2012 | 11/2/09 | DE | JW |
| /29/09 | PR | JW | James Gordon | Diovan HCT | 320/25mg | F0464 10/2011 | | Check Last page | |
| /2/09 | PR | JW | Shirley Bridges | Norvasc | 10mg | 72L449A 3/1/2010 | 11/3/09 | S.B. | JW |
| /10/09 | PR | JW | Malissa McMichael | Chantix | 0.5mg | 1mg A9457 | 11/17/09 | M.M. | JW |
| /6/09 | PR | JW | Malissa McMichael | Chantix | 0.5mg | 910288030 7/2010 | 11/17/09 | M.M. | JW |
| /9/09 | PR | JW | William Scott | Cipro | 500mg | 5401082 2/2013 | 11/20/09 | D.S. | JW |

CONFIDENTIAL

SCHS-000476

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|
| 1-9-09 | re | Phyllis William | Norvasc | 10mg | 2RL04YA 2/1/12 | 1-9-09 | Xen B | |
| 1-27-09 | sf | Josie Wascom | Diovan | 320mg | SEP FO513 Sep 2011 | 2-5-09 | Josie Wascom | |
| 2/4/09 | re | Delinda Evans | Norvasc | 10mg | 7QL04BA 2/1/12 | 3/2/09 | re | DE |
| 2/4/09 | re | Delen Even | Arthrotic | 50/200mg | C080680 1/12 | 3/2/09 | re | DE |
| 2/10/09 | re | Claudia Joseph | Glucotrol XL | 2.5mg | 100958V 2/10 | given | Pt forgot to sign - re | |
| 2/11/09 | sf | Earnestine Chaney | Catapres TTS | | 0806501 3/31/11 | 2-13-09 | TC | |
| 2/11/09 | sf | Pauline Hodge | Glucotrol | 10mg | 22169 vd 5/13 | | daughter | CM |
| 2/11/09 | sf | Pauline Hodge | Accupril | 40mg | 18898 Viol | | daughter | CM |
| 2/11/09 | sf | Earnestine Chaney | Glucotrol | 5mg | 8188V 10/12 | 2-13-09 | daughter | TC |
| 2/11/09 | sf | Earnestine Chaney | Lipitor | 10mg | 19578V 10/11 | 2-13-09 | daughter | TC |
| 2/13/09 | re | Helen Miller | Exforge | 10/320 | 70071 11/30/09 | 3-9-0T | Helen Miller | sf |
| 2/11/09 | sf | John Allen | Avandaryl | 25mg/220mg | 8047752 9/30/11 | 3-9-09 | J.A. | re |
| 2/25/09 | sf | Millie Butler | Norvasc | 10mg | 7QL04BA 2/1/12 | 3/5/09 | pt | Wdcb |
| 2/25/09 | sf | Shirley Bridges | Norvasc | 10mg | 7QL04BA 2/12 | 3-6-09 | S.B. | re |
| 2/24/09 | sf | Phyllis Brumfield | Glucotrol | 10mg | 110858V 3/13 | 3-16-09 | PB | Sf |

SCHS-000477

**St. Helena Community Health Center**
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|
| 3/11/09 | | mji | Charles Self | Glucotrol | 10mg | 17648 V Apr 13 | | CS | |
| 3/11/09 | | mji | Charles Self | Norvasc | 10mg | 7QL051A MAR 12 | | CS | |
| 3/11/09 | | mji | Charles Self | Glucotrol | 10mg | 17648 V Apr 13 | | CS | |
| 3/20/09 | | re | Deborah Evans | Norvasc | 10mg | 7QL0588 1/12 | 4-9-2009 | De | mji |
| 3/20/09 | | re | D. Deah Evans | Arthrotec | 50mg/200mg | C080680 1/12 | 4-9-2009 | De | mji |
| 3/30/09 | | re | Claudia Joseph | Glucotrol XL 3 bottles | 2.5mg | 10959 V 2/10 | | | CJ |
| 4/1/09 | | re | Charles Self | Potassium 2 bottles | 20meq | 9RC0007 11/11 | | | CJ |
| 4/15/09 | | mji | Ernestine Chaney | Catapres TTS-1 | | 08 06 01 03 11 | 5/15/09 | TC | mji |
| 4/15/09 | | mji | Ruby Brazile | Flonase Nasal Spray (120m) | 160m | 9A001 Jan 2011 | 5/11/09 & Ruby Brazile | | (SB) |
| 4/16/09 | | re | James London | Dieran HCT | 320/25 | 70124 12011 | 6/10/09 | Keith Refunds | Spt? |
| 4/27/09 | | re | Willie Butler | Norvasc | 10mg | 7QL0817 A1/12 | | | |
| 4/27/2009 | | | Brenda Harrison | Celebrex | 200 mg | BC095D | 4/28/2009 | | B. H. |
| 5/1/2009 | | SJ | Lewis Brecheen | Lexapro | 20mg | M0910C 09-13 | 4/15/2009 | P.H. | SJ |
| 5/11/09 | | re | Deborah Evans | Norvasc | 10mg | 7QL052A 2/1/12 | 4/15/09 | D E. | mji |
| 5/11/09 | | re | Deborah Evans 2 bottles | Arthrotec | 50 | C080680 1/12 | 4/15/09 | D E. | mji |

CONFIDENTIAL

SCHS-000478

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|
| 5-12-09 | re | Earnestine Chany | Lipitor | 10 n | V090262 11/11 | 5/15/09 | TC | mji |
| 5-12-09 | re | Earnestine Chany | Glucotal XL | 5 mg | 24233V 5/13 | 5/15/09 | TC | mji |
| 5-14-09 | re | Ruby Brazelle | Singulair | 10 r | 3978496 5/7/10 | 6/11/09 | QS | Mji |
| 6-10-09 | re | Willie Butler | Worvasc | 10 n | 7QL054H 3/1/12 | | | |
| 6-12-09 | re | Shirly Bridges | Norvasc | 10 r | 7QL05YH 3/1/12 | 6/25/09 | S.B. | mji |
| 6/19/09 | rc | Pauline Hodges | Glucotul XL | 10 n | V090473 11/13 | 6-24-09 | re | P.H |
| 6/19/09 | re | Pauline Hodges | Reani? | 40 n | V09b353 2/2 | 6-24-09 | re | P.H |
| 6/23/09 | re | Tina Holmes | Humli | 70/30 | A5988057A | 9/14/09 | MM. | SW |
| 6/23/09 | re | Earnestine Chay | Lipitor | 10 r | V090262 11/11 | 6-25-09 | re | TC. |
| 6/25/09 | re | Margaret Green | Clonidine | 0.1 mg | 6274877 4/15/10 | 6-25-09 | Mt Green | mji |
| 6/30/09 | re | Deborah Evans | Arthotec | 50/200 | C090145 10/12 | 7-22-09 | DE | mji |
| 7/7/09 | re | Claudia Joseph | Glucotrol XL 3 bottles | 2.5 n | 10958 V 2/10 | 7-15-09 | M. moore | SW |
| 7-13-09 | re | William Scott | Lexapro 2 bottles | 20mg/5n | M091 9D m09 713 12/1 | 7-15-09 | Odeur leats | |
| 7-16-09 | re | Kathlin Valverde | Prograf 4 bottles | 40 n | 8/11 A54 20sug | 10/15/09 | KW | SW |
| 7-16-09 | re | Earnestine Chay | Catapres | TTg 1 | 081834 5/11 | 7-22-09 | TC | mji |

CONFIDENTIAL

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|
| 8/6/09 | | JW | Earnestine Chaney | Lipitor | 10mg | V0900668 Apr.13 | 8-12-09 | TC | JW |
| 8/6/09 | | JW | Earnestine Chaney | Glucotrol XL | 5mg | V090990 Oct.13 | 8-12-09 | TC | JW |
| 8/11/09 | | JW | Rosie Wascom | Diovan 3 | 320mg | F0585 Nov. | 8/24/09 | S.W | nji |
| 8/19/09 | | JW | Willie Butler | Norvasc | 10mg | 74L0449A Mar.1 2012 | 9-2-09 | DPB | JW |
| 8/19/09 | | JW | Shirley Bridges | Norvasc | 10mg | 74L0449A Mar.1 2012 | 8/61 | S.B. | |
| 8/19/09 | | JW | Deborah Evans | Arthrotec 50mg/200mcg | 50mg 200mcg | D090165 Oct.2012 | 12/17/09 | CE | JW |
| 8/19/09. | | JW | Glucotrol XL x3  Claudia Josea | | 2.5m | 109532 Feb.10 | 8/31/09. | C.mej | JW |
| 8/24/09 | | nji | Deborah Evans | Norvasc | 5mg | 1Jun12 | Deborah Evans | 9-1-2009 |
| 8/20/2009 | | | Phyllis Bramfield | Glucotrol | 10mg | 22168VA | 8/27/2005 | PB | |
| 9/9/09 | | mji | Earnestine Chaney | Catapres TTS | 3.5cm/s | 0811834 | 9/21/09 | TC | JW |
| 9/24/09 | | JW | Earnestine Chaney | Lipitor | 10mg | V091244 10.2012 | 11/21/09 | TC | JW |
| 9/24/09 | | JW | Earnestine Chaney | Glucotrol | 5mg | V091107 10.2010 | 11/24/09 | TC | JW |
| 10/2/09 | | JW | Pauline Hodge | Glucotrol x3 | 10mg | Y090914 | 10/12/09 | CM | JW |
| 10/2/09 | | JW | Pauline Hodges | Accupril | 40mg | Y091298 6/2012 | 10/2/09 | CM | JW |
| 10/2/09 | | JW | Joy Brumfield | Cymbalta | 60mg | 0/2011 8478073 | | | |

CONFIDENTIAL

SCHS-000480

## Dispensing Transactions for Oscar   D   Ard

| Week | Drug | Doses | Savings | Source |
|------|------|-------|---------|--------|
| 04/15/09 | Viagra, 50 mg Tablets  (Pfizer) | 90 | 1134.0000 | PAP Application |
| 04/15/09 | Viagra, 50 mg Tablets  (Pfizer) | 90 | 1134.0000 | PAP Application |
| 05/01/09 | Cialis, 10 mg tablets  (Lilly) | 120 | 1728.0000 | PAP Application |
| 08/05/09 | Cialis, 20 mg tablets  (Lilly) | 120 | 1756.0000 | PAP Application |
| 08/05/09 | Cialis, 20 mg tablets  (Lilly) | 120 | 1756.0000 | PAP Application |
| 08/05/09 | Cialis, 20 mg tablets  (Lilly) | 120 | 1756.0000 | PAP Application |
| 08/05/09 | Cialis, 20 mg tablets  (Lilly) | 120 | 1756.0000 | PAP Application |
| 08/18/09 | Cialis, 10 mg tablets  (Lilly) | 120 | 1728.0000 | PAP Application |



EXHIBIT
14

STATE OF LOUISIANA

VERSUS  18950    Div. G

GWENDOLYN A. ATKINS

21ST JUDICIAL DISTRICT COURT

ST. HELENA
CLERK OF COURT

2012 APR 27  AM 9 39

Judge Drake

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

4 jn 12
**FILED**

**DEPUTY CLERK**

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

### OSCAR ARD

who, after being duly sworn, deposed that:

I was formerly a patient at St. Helena Community Health Center, now known as Southeast Community Health Systems( "SCHS").

While I was a patient at SCHS, I was enrolled in the Indigent Drug Assistance Program("IDAP").

The IDAP) offers medication to patients at no cost provided the patient qualifies for the program. I was required to sign an application, to provide proof of my income, and to submit a prescription for medication signed by a health care provider.

While I was a patient at SCHS, I qualified for the IDAP. On or about April 14, 2009, I was prescribed 50 milligrams of Viagra by Dr. Robert Cleveland, M.D. Dr. Cleveland was on the staff at SCHS.



EXHIBIT
15
PENGAD 800-631-6989

1

SCHS-000245

On or about April 30, 2009, the drug manufacturer notified me by mail that my prescription had been shipped to SCHS.  Shortly thereafter, I learned that the medication had arrived at SCHS.  I received the medication.

ST. HELENA
CLERK OF COURT
2012 APR 27  AM 9 39

I understand that the investigative report filed in this case by Trooper Ron Whittaker, Jr. indicates that I had two prescriptions for 50 milligrams of Viagra written on April 15, 2009.  I only had one prescription for this medication written on that date by Dr. Cleveland.  I received all medication prescribed for me through IDAP.

On or about May 1, 2009 Dr.  Cleveland  wrote me prescription for 10 milligrams of  Cialis.  On or about August 5, 2009, Dr. Cleveland wrote me a prescription for 20 milligrams of Cialis.  Cialis was not available through the IDAP.  I did not receive Cialis from any source.

I understand that the investigative report filed in this case by Trooper Ron Whittaker, Jr. indicates that I had two prescriptions for 20 milligrams of Cialis written on August 5, 2009.  I only had one prescription for this medication written on that date by Dr. Cleveland.  I received all medication prescribed for me through IDAP except Cialis.

_____
OSCAR ARD

SWORN TO AND SUBSCRIBED before me at Greensburg, Louisiana, April 23rd, 2012.

_____  81195
Notary Public

ELAINE G. SPEARS

2

SCHS-000246

STATE OF LOUISIANA

VERSUS  18950   Div. G

GWENDOLYN A. ATKINS

ST. HELENA
CLERK OF COURT 21ST JUDICIAL DISTRICT COURT

2012 APR 27  AM 9 39

Judge Drake

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

_cl.27.12_
**FILED**

_MAtkins_
**DEPUTY CLERK**

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

**LIONEL PORTER**

who, after being duly sworn, deposed that:

I was formerly a patient at St. Helena Community Health Center, now known as

Southeast Community Health Systems( "SCHS").

While I was a patient at SCHS, I was enrolled in the Indigent Drug  Assistance

Program("IDAP").

The IDAP) offers medication to patients at no cost provided the patient qualifies

for the program. I was required to sign an application, to provide proof of my income,

and to submit a prescription for medication signed by a health care provider.

While I was a patient at SCHS, I qualified for the IDAP. On or about August 5,

2009, I was prescribed 50 milligrams of Viagra by Tammy Smith, Nurse Practitioner.

Tammy Smith was on the staff at SCHS.



EXHIBIT
_16_

PENGAD 800-631-6989

1

SCHS-000243

On or about November 3, 2009, the drug manufacturer notified me by mail that my prescription had been shipped to SCHS. Shortly thereafter, I learned that the medication had arrived at SCHS. I received the medication.

ST. HELENA
CLERK OF COURT
2012 APR 27  AM 9 39

I received all medication prescribed for me through IDAP.


_____
LIONEL PORTER


SWORN TO AND SUBSCRIBED before me at Greensburg, Louisiana, April _21st_ , 2012.


_____
Notary Public

ELAINE G. SPEARS

2

SCHS-000244

## Dispensing Transactions for Lionel   Porter

| Week | Drug | Doses | Savings | Source |
|------|------|-------|---------|--------|
| 09/05/07 | Viagra, 50 mg Tablets  (Pfizer) | 90 | 0.0000 | PAP Application |
| 09/05/07 | Benicar HCT, 40/12.5 mg Tablets  (Daiichi-Sankyo) | 90 | 178.0000 | PAP Application |
| 12/20/07 | Benicar HCT, 40/12.5 mg Tablets  (Daiichi-Sankyo) | 90 | 178.0000 | PAP Application |
| 01/22/08 | Benicar HCT, 40/12.5 mg Tablets  (Daiichi-Sankyo) | 90 | 178.0000 | PAP Application |
| 02/11/08 | Benicar HCT, 40/12.5 mg Tablets  (Daiichi-Sankyo) | 90 | 178.0000 | PAP Application |
| 09/30/09 | Viagra, 50 mg Tablets  (Pfizer) | 90 | 1134.0000 | PAP Application |

EXHIBIT

PENGAD 800-631-6989

3/4/2013
SCHS-000503

**PDA** <u>**Complete Client File Review**</u>



# St. Helena Community Health Center

## A: Personal and Medical Data

Client Name: Johnny R . Flowers

Social Security (or Green Card): 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        Internal Tracking #: _____

Primary Physician: Cheryl Ballard      Primary Location: St. Helena Community Health Center

Address: 67 Ard Rd

City: GREENSBURG      State: LA    Zip: 70441

Home Phone: (225) 244-3075      Work Phone: _____

Date of Birth: 7/22/1958    Sex: Male    Marital Status: Single    US Resident: True

Number in Household: 1      Veteran: False

### Alternate Contact:

First Name: _____      Last Name: _____

Relation To Client: _____

Address: _____

City: _____    State: _____ Zip: _____

Home Phone: _____    Work Phone: _____

Medical Conditions: _____

Current Medications: _____

Medication Allergies: _____

## B: Financial and Insurance Information: – – – – – – – – – – – – – – –

Employed Full-Time: False    Employed Part-Time: False    Monthly Medical Expenses: 0.00

| Monthly Income Source: | Client: | Others In HH: |
|---|---|---|
| Salary Income: | 0 | 0 |
| Interest or Dividend: | 0 | 0 |
| Pension Income: | 0 | 0 |
| Public Assistance: | 0 | 0 |
| Unemployment: | 0 | 0 |
| Scholarship or Grant: | 0 | 0 |
| Alimony / Child Supp: | 0 | 0 |
| Social Security: | 0 | 0 |
| SS Disability: | 0 | 0 |
| SSI Supplemental: | 0 | 0 |
| VA Benefits: | 0 | 0 |

Monthly Household Income: 0

| Assets: | Estimated Dollar Value: |
|---|---|
| Stocks and Bonds: | 0.00 |
| Checking & Savings: | 0.00 |
| IRA: | 0.00 |
| Annuities: | 0.00 |
| Liquid Assets (Cash): | 0.00 |
| **Total Asset Value:** | 0.00 |

Medicaid: False   Applied for Medicaid: False

Medicaid Denied?: No

Medicare A : False   Medicare B: False   Medicare D : False

VA Drug Prog: False   State Drug Prog: False   Other Drug Prog: False

Priv Ins Carrier: _____   Priv Ins Phone: _____

Priv Ins Group#: _____   Priv Ins Policy#: _____

**EXHIBIT** 18     PENGAD 800-631-6989

CONFIDENTIAL      SCHS-000502

STATE OF LOUISIANA               21ST JUDICIAL DISTRICT COURT

VERSUS  18950    Div. G          Judge Drake

                                 PARISH OF TANGIPAHOA

GWENDOLYN A. ATKINS              STATE OF LOUISIANA

4.2n.12
**FILED**                        **DEPUTY CLERK**


## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

**JOHNNY FLOWERS**

who, after being duly sworn, deposed that:

I was formerly a patient at St. Helena Community Health Center, now known as

Southeast Community Health Systems( "SCHS").

While I was a patient at SCHS, I was enrolled in the Indigent Drug  Assistance

Program("IDAP").

The IDAP) offers medication to patients at no cost provided the patient qualifies

for the program. I was required to sign an application, to provide proof of my income,

and to submit a prescription for medication signed by a health care provider.

While I was a patient at SCHS, I qualified for the PAP. On or about August 5,

2009, I was prescribed 100 milligrams of Viagra by Tammy Smith, Nurse Practitioner.

Tammy Smith was on the staff at SCHS.

EXHIBIT
19

1

SCHS-000241

On or about September 9, 2009, the drug manufacturer notified me by mail that my prescription had been shipped to SCHS. Shortly thereafter, I learned that the medication had arrived at SCHS. I received the medication from IDAP.

I understand that the investigative report filed in this case by Trooper Ron Whittaker, Jr. indicates that I had two prescriptions for 100 milligrams of Viagra written on August 5, 2009. I only had one prescription for this medication written on that date by Tammy Smith. I received all medication prescribed for me through IDAP.


_Johnnie Flowers_
JOHNNY FLOWERS


SWORN TO AND SUBSCRIBED before me at Greensburg, Louisiana, April _19_, 2012.


_Thomas J Hogan Jr_
Notary Public


THOMAS J HOGAN JR
NOTARY PUBLIC
BAR ROLL NO. 06908
NOTARY ID NO. 10265
MY COMMISSION IS FOR LIFE

2

## Dispensing Transactions for Johnny R Flowers

| Week | Drug | Doses | Savings | Source |
|---|---|---|---|---|
| 06/07/07 | Viagra, Tablets Pfizer(50 mg) | 90 | 0.0000 | PAP Application |
| 06/07/07 | Norvasc, Tablets Pfizer(10 mg) | 90 | 208.0000 | PAP Application |
| 07/06/07 | Viagra, Tablets Pfizer(100 mg) | 90 | 0.0000 | PAP Application |
| 07/06/07 | Viagra, Tablets Pfizer(100 mg) | 90 | 0.0000 | PAP Application |
| 09/12/07 | Retin-A, Gel  (Johnson &amp; Johnson) | 90 | 0.0000 | PAP Application |
| 09/12/07 | Retin-A, Gel  (Johnson &amp; Johnson) | 90 | 0.0000 | PAP Application |
| 10/08/07 | Retin-A, Gel  (Johnson &amp; Johnson) | 90 | 0.0000 | PAP Application |
| 10/08/07 | Retin-A, Gel  (Johnson &amp; Johnson) | 90 | 0.0000 | PAP Application |
| 10/08/07 | Lamisil, 1% solution  (Novartis) | 90 | 0.0000 | PAP Application |
| 08/05/09 | Viagra, 100 mg Tablets  (Pfizer) | 90 | 1068.0000 | PAP Application |
| 08/05/09 | Viagra, 100 mg Tablets  (Pfizer) | 90 | 1068.0000 | PAP Application |
| 08/05/09 | Cialis, 20 mg tablets  (Lilly) | 120 | 1756.0000 | PAP Application |
| 08/05/09 | Viagra, 100 mg Tablets  (Pfizer) | 90 | 1068.0000 | PAP Application |



EXHIBIT
20
PENGAD 800-631-6989

**PDA**  <u>**Complete Client File Review**</u>



# St. Helena Community Health Center

## A: Personal and Medical Data

Client Name: Ard Leroy

Social Security (or Green Card): 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              Internal Tracking #:

Primary Physician: Cheryl Ballard            Primary Location: St. Helena Community Health Center

Address: 67 Ard Rd

City: GREENSBURG                     State: LA         Zip: 70441

Home Phone: (225) 222-6968               Work Phone:

Date of Birth: 12/2/1936        Sex: Male      Marital Status: Married       US Resident: True

Number in Household: 3          Veteran: False

### Alternate Contact:

First Name: _____    Last Name: _____

Relation To Client: _____

Address: _____

City: _____    State: _____ Zip: _____

Home Phone: _____    Work Phone: _____

Medical Conditions: _____

Current Medications: _____

Medication Allergies: _____

## B: Financial and Insurance Information: ------------------------------

Employed Full-Time: False       Employed Part-Time: False        Monthly Medical Expenses: 0.00

| Monthly Income Source: | Client: | Others In HH: |
|---|---|---|
| Salary Income: | 0 | 0 |
| Interest or Dividend: | 0 | 0 |
| Pension Income: | 0 | 0 |
| Public Assistance: | 0 | 0 |
| Unemployment: | 0 | 0 |
| Scholarship or Grant: | 0 | 0 |
| Alimony / Child Supp: | 0 | 0 |
| Social Security: | 1580 | 0 |
| SS Disability: | 0 | 0 |
| SSI Supplemental: | 0 | 0 |
| VA Benefits: | 0 | 0 |

| Assets: | Estimated Dollar Value: |
|---|---|
| Stocks and Bonds: | 0.00 |
| Checking & Savings: | 0.00 |
| IRA: | 0.00 |
| Annuities: | 0.00 |
| Liquid Assets (Cash): | 0.00 |
| **Total Asset Value:** | 0.00 |

Medicaid: False    Applied for Medicaid: False

Medicaid Denied?: No

Medicare A: False    Medicare B: False    Medicare D: False

VA Drug Prog: False    State Drug Prog: False    Other Drug Prog: False

Priv Ins Carrier: _____ Priv Ins Phone: _____

Priv Ins Group#: _____ Priv Ins Policy#: _____

**EXHIBIT**

household Income: 1,580

PENGAD 800-631-6989

CONFIDENTIAL                SCHS-000483

STATE OF LOUISIANA

21ST JUDICIAL DISTRICT COURT
ST. HELENA
CLERK OF COURT

2012 APR 27 AM 9 39

VERSUS  18950   Div. G

Judge Drake

PARISH OF TANGIPAHOA

GWENDOLYN A. ATKINS

STATE OF LOUISIANA

4·27·12

**FILED**

**DEPUTY CLERK**

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

**CHARLES CLEVELAND**

who, after being duly sworn, deposed that:

I was formerly a patient at St. Helena Community Health Center, now known as Southeast Community Health Systems( "SCHS").

On or about April 15, 2009, I was prescribed 50 milligrams of Viagra by Dr. Robert Cleveland, M.D. Dr. Cleveland was on the staff at SCHS.

While I was a patient at SCHS, I completed an application for the Indigent Drug Assistance Program("IDAP").

The IDAP) offers medication to patients at no cost provided the patient qualifies for the program. I was required to sign an application, to provide proof of my income, and to submit a prescription for medication signed by a health care provider.

I completed the application and provided the prescription, but I did not provide proof of my income. I was never enrolled in the program.

**EXHIBIT**

22

1

SCHS-000239

I did not receive any medication through the IDAP nor was I ever notified by IDAP that medication prescribed for me had been sent by the drug manufacturer to SCHS.

ST. HELENA
CLERK OF COURT
2012 APR 27 AM 9 39

_____
CHARLES CLEVELAND


SWORN   TO   AND   SUBSCRIBED   before   me   at _Greensburg_, _Louisiana._____ on April _24th_, 2012.



_Elaine B. Spears_ 81195
Notary Public

ELAINE G. SPEARS

2

## Dispensing Transactions for Charles  Cleveland

| Week | Drug | Doses | Savings | Source |
|------|------|-------|---------|--------|
| 04/15/09 | Viagra, 50 mg Tablets  (Pfizer) | 90 | 1134.0000 | PAP Application |
| 04/15/09 | Viagra, 50 mg Tablets  (Pfizer) | 90 | 1134.0000 | PAP Application |

EXHIBIT

PENGAD 800-631-6989

Page: 1
CONFIDENTIAL

3/4/2013
SCHS-000499

**PDA  Complete Client File Review**



# St. Helena Community Health Center

## A: Personal and Medical Data

Client Name: ___Bridgette R . Atkins_____

Social Security (or Green Card): __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_____   Internal Tracking #: _____

Primary Physician: ___Cheryl Ballard_____   Primary Location: __St. Helena Community Health Center__

Address: __67 Ard Rd_____

City: __GREENSBURG_____   State: __LA___   Zip: __70441_____

Home Phone: __(225) 222-4105_____   Work Phone: _____

Date of Birth: __1/5/1979___   Sex: __Female___   Marital Status: __Single____   US Resident: __True___

Number in Household: ___4_____   Veteran: __False____

### Alternate Contact:

First Name: _____   Last Name: _____

Relation To Client: _____

Address: _____

City: _____   State: _____   Zip: _____

Home Phone: _____   Work Phone: _____

Medical Conditions: _____

Current Medications: _____

Medication Allergies: _____

## B: Financial and Insurance Information: _____

Employed Full-Time: __False_____   Employed Part-Time: __False_____   Monthly Medical Expenses: __0.00_____

| Monthly Income Source: | Client: | Others In HH: |
|---|---|---|
| Salary Income: | 1280 | 0 |
| Interest or Dividend: | 0 | 0 |
| Pension Income: | 0 | 0 |
| Public Assistance: | 0 | 0 |
| Unemployment: | 0 | 0 |
| Scholarship or Grant: | 0 | 0 |
| Alimony / Child Supp: | 0 | 0 |
| Social Security: | 0 | 0 |
| SS Disability: | 0 | 0 |
| SSI Supplemental: | 0 | 0 |
| VA Benefits: | 0 | 0 |

| Assets: | Estimated Dollar Value: |
|---|---|
| Stocks and Bonds: | 0.00 |
| Checking & Savings: | 0.00 |
| IRA: | 0.00 |
| Annuities: | 0.00 |
| Liquid Assets (Cash): | 0.00 |
| Total Asset Value: | 0.00 |

Medicaid: __False___   Applied for Medicaid: __False_____

Medicaid Denied?: __No_____

Medicare A: __False___   Medicare B: __False___   Medicare D: __False___

VA Drug Prog: __False___   State Drug Prog: __False___   Other Drug Prog: __False___

Priv Ins Carrier: _____   Priv Ins Phone: _____

Priv Ins Group#: _____   Priv Ins Policy#: _____

Household Income: __1,280__

EXHIBIT
24
PENGAD 800-631-6989

CONFIDENTIAL                        SCHS-000496