1            UNITED STATES DISTRICT COURT

2        FOR THE MIDDLE DISTRICT OF LOUISIANA

3

4

5   GWENDOLYN A. ATKINS

6   VERSUS                NO. 11-00047 RLB

7   SOUTHEAST COMMUNITY
    HEALTH SYSTEMS, ET AL
8

9

10

11

12

13           Deposition of SHERI LE BLANC, taken

14   on Tuesday, October 11, 2016, in the Law

15   Offices of Charles Genco, 108 East Mulberry

16   Street, Amite, Louisiana  70422.

17

18

19

20   REPORTED BY:

21   Lori L. LeBouef
     Certified Court Reporter
22

23

24

25

**EXHIBIT 2**

Page 2

```
 1   APPEARANCES:
 2   HOGAN & HOGAN
       309 EAST CHURCH STREET
 3   HAMMOND, LOUISIANA 70401
 4   BY:   THOMAS J. HOGAN, JR.
 5   REPRESENTING GWENDOLYN A. ATKINS
 6
 7   PERAGINE LAW FIRM, LLC
       527 EAST BOSTON STREET - SUITE 201
 8   COVINGTON, LOUISIANA  70433
 9
       BY:   CHRISTA H. FORRESTER
10
       REPRESENTING SOUTHEAST COMMUNITY HEALTH
11   SYSTEMS, ET AL
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                WITNESS INDEX
 2
 3   SHERI LE BLANC
       64330 LAKE SUPERIOR ROAD
 4   AMITE, LOUISIANA  70422
 5   TITLE                           1
 6   APPEARANCES                     2
 7   WITNESS INDEX                   3
 8   EXHIBIT INDEX                   4
 9   STIPULATION                     5
10   EXAMINATION BY MR. HOGAN        6
11   EXAMINATION BY MS. FORRESTER    49
12   EXAMINATION BY MR. HOGAN        87
13   EXAMINATION BY MS. FORRESTER    107
14   EXAMINATION BY MR. HOGAN        113
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                   EXHIBIT INDEX
 2   Exhibit 1   Document              20
       Exhibit 2   Chart          31
 3   Exhibit 3   Prescription Assistance
       Applications                    33
 4   Exhibit 4   Bates labeled
       SCHS-000217                     49
 5   Exhibit 5   Bates labeled
       SCHS-000228                     50
 6   Exhibit 6   Bates labeled
       SCHS-000207-000213              54
 7   Exhibit 7   Email                 55
       Exhibit 8   Email               57
 8   Exhibit 9   Bates labeled
       SCHS-000231-000238              62
 9   Exhibit 10  Bates labeled
       SCHS-000229-000230              65
10   Exhibit 11  Bates labeled
       SCHS-000467-480                 66
11   Exhibit 12  Bates labeled
       SCHS-000227
12   Exhibit 13  Bates labeled
       SCHS-000015                     76
13   Exhibit 14 Bates labeled
       SCHS-000088                     77
14   Exhibit 15 Bates labeled
       SCHS-000221                     79
15   Exhibit 16 Bates labeled
       SCHS-000220                     82
16   Exhibit 17 Bates labeled
       SCHS-000222 and 000223          82
17   Exhibit 18 Bates labeled
       SCHS-000219                     83
18   Exhibit 19 Five page document     84
19
20
21
22
23
24
25
```

Page 5

```
 1              S T I P U L A T I O N
 2
 3           It is stipulated and agreed by and
 4   between counsel that the deposition of SHERI
 5   LE BLANC is hereby being taken under Article
 6   1421, et seq, Louisiana Code of Civil
 7   Procedure for all purposes in accordance with
 8   law;
 9           That the formalities of signing,
10   sealing and certification are hereby waived.
11   The party responsible for service of the
12   discovery material shall retain the original.
13           That all objections, except those as
14   to the form of the question and/or
15   responsiveness of the answer, are hereby
16   reserved until such time as this deposition or
17   any part thereof may be used in evidence.
18
19           *  *  *  *  *  *  *  *
20           LORI L. LEBOUEF, Certified Court
21   Reporter, in and for the State of Louisiana,
22   officiated in administering the oath to the
23   witness.
24
25
```

Page 6

1          EXAMINATION
2 BY MR. HOGAN:
3    Q    Would you state your name and
4 address, please, ma'am?
5    A    Sheri LeBlanc, 64330 Lake Superior
6 Road, Amite, Louisiana  70422.
7    Q    Ms. LeBlanc, you were previously
8 employed by Southeast Community Health
9 Systems, is that correct?
10   A    Correct.
11   Q    What position were you employed by
12 Southeast?
13   A    HR.
14   Q    Do you recall the approximate dates
15 of your employment at Southeast?
16   A    January, 2010 to the end of
17 September, October, 2014.
18   Q    Prior to that, you were employed at
19 the Law Firm of Peragine and Lorio?
20   A    Not before -- no.  Not before that; I
21 was not.  Before that, I was at Pelton Skins,
22 which was a client of Peragine and Lee at the
23 time.
24   Q    Say that again now.
25   A    Did not work -- previous, I had

Page 7

1 worked for Adam Peragine, but it wasn't
2 Peragine and Lorio, though.  That was in 1999
3 though.
4    Q    Do you recall the approximate years
5 that you worked there?
6    A    It was '99, I think, to 2004 or five.
7 I'd have to look at my resume.
8    Q    While you were at that law firm, what
9 kind of work did you do for them?
10   A    I was his assistant.
11   Q    Whose assistant?
12   A    Mr. Peragine.
13   Q    And in your capacity as an assistant
14 to Mr. Peragine, did you ever have any
15 occasion to work on a case in which a
16 discrimination of one form or another was an
17 issue?
18   A    I can't remember.  Probably.  He was
19 a corporate layer.
20   Q    While you were working there at that
21 law firm, did you have any familiarity with an
22 Equal Employment Opportunity Commission?
23   A    Yes.
24   Q    Did you know -- so you knew in
25 general about how the EEOC operates?

Page 8

1    A    I can't remember what I knew back
2 then.  I know what I know now.
3    Q    Say that again.
4    A    I don't remember how familiar I was
5 with EEOC or that back then in '99.  I know
6 what it is.
7    Q    What do you know that it is?
8    A    Equal Opportunity Employment
9 Commission.
10   Q    And do you also know that they
11 investigate charges of discrimination of one
12 form our another?
13   A    Yes.
14   Q    And while you were employed at
15 Southeast, were you aware that more than one
16 employee or former employee of Southeast had
17 filed an EEOC charge?
18   A    In my whole time there?
19   Q    Yes.
20   A    I knew that they existed, yes.
21   Q    For example, did you know that Amy
22 Morris had filed an EEOC charge?
23   A    No.  That one doesn't sound familiar.
24   Q    Pardon?
25   A    That one doesn't sound familiar.

Page 9

1    Q    What about a Rose Hitchen?
2    A    Yes, that one is familiar.
3    Q    Judy Crowe.
4    A    Yes.
5    Q    So you came to work at Southeast in
6 January of 2010, is that correct?
7    A    Um-huh.
8    Q    Then, in May of 2010, there was an
9 issue that arose concerning Ms. Gwen Atkins.
10 Do you recall that?
11   A    Yes.
12   Q    How did you first learn anything at
13 all concerning Ms. Atkins?
14   A    When I received a FedEx package of
15 medication that was addressed to Dr. Faller,
16 who at that point was no longer an employee.
17 He hadn't been there since the entire time I
18 was there.  So I opened the package to figure
19 out who it was supposed to go to, and I gave
20 it to my boss at the time, Selina Senegal.
21 And that's when the investigation took place
22   Q    All right so -- but I thought you
23 said you were the HR director.
24   A    I became the HR director.  I was
25 originally hired as an executive assistant to

Page 10

1 the CEO.
2     Q     So where were you stationed as the
3 executive assistant to the CEO?
4     A     Greensburg.
5     Q     But where physically in the building?
6     A     In a office.
7     Q     Well, as an executive assistant, was
8 it part of your duties to --
9     A     It only lasted one day.  I was fired
10 the next day.  I was only there for one day.
11     Q     You were only where for one day?
12     A     I was only an executive assistant for
13 one day.  That CEO was fired the next day.
14     Q     All right, well, let's just go back
15 to the beginning then.  You started work there
16 in January of 2010, okay?
17     A     Okay.
18     Q     What were your original job duties
19 when you started to work there in January of
20 2010?
21     A     Executive assistant to the CEO.
22     Q     Then, you said shortly after you
23 started Ms. Senegal was fired?
24     A     No.  Ms.Black was fired.
25     Q     All right, Black, sorry, okay.  So

Page 11

1 then, she was fired.  Then, what happened --
2 what were your job duties after Ms. Black was
3 fired?
4     A     The new -- the interim CEO told me
5 she needed some HR help, you know, assisting
6 her.
7     Q     And who was that?
8     A     Selina Senegal.
9     Q     So then, -- so she tells you she
10 needs HR help.  Is that when you became the HR
11 director?
12     A     No.
13     Q     Well, just --
14     A     I was -- I don't even remember what
15 my first title was after executive assistant.
16 HR -- I honestly don't remember.
17     Q     So --
18     A     I went back to manager eventually.
19     Q     Went back to manager.
20     A     HR manager was my title eventually
21 and then, director.
22     Q     Let's go back to talk about packages
23 being delivered to the clinic.  Do you know
24 how that particular package got to the clinic
25 that day?

Page 12

1     A     It was ordered by Gwen Atkins.
2     Q     What makes you say that?
3     A     After the investigation of looking
4 into the prescription itself, and the company
5 that it was ordered from, her log-in
6 information.  When she logged in, ordered it,
7 and it was delivered.
8     Q     But were you not aware that that
9 package was brought to the clinic that day by
10 Virginia Foster from the Kentwood clinic?
11     A     No.  I picked up -- I received the
12 FedEx from the man, handed it to me, and
13 signed it.  I received it from FedEx, the one
14 that I received.
15     Q     Where is that package now?
16     A     You'd have the ask the Greensburg
17 Police Department.
18     Q     So you're saying that you -- let me
19 understand you.  You're saying that you,
20 yourself signed for a FedEx package?
21     A     (Witness nods head.)
22     Q     What day was that that you signed for
23 this package?
24     A     The day it was delivered.  I couldn't
25 tell you the date.

Page 13

1     Q     So who was the package addressed to?
2     A     Dr. Faller.
3     Q     So what did you do?
4     A     Contacted my boss.
5     Q     Contacted your boss.  Who was that,
6 Selina?
7     A     Yes.
8     Q     One person at a time, please.  You'll
9 have to excuse me, okay, because my mother
10 passed away on September 2nd, and I'm still
11 grieving.
12         This is off the record.
13         (Off-the-record.)
14         MR. HOGAN:
15             Back on the record.
16 BY MR. HOGAN:
17     Q     So let's go back.  What we're talking
18 about here, here is a package that's addressed
19 to Dr. Faller.  You opened the package.  Did
20 you open it?
21     A     Um-huh.
22     Q     Is that a "yes?"
23     A     Yes.  I'm sorry.
24     Q     You opened the package.  And what did
25 you see when you opened the package?

Page 14

1    A    A prescription bottle full of
2  medicine addressed to Dr. Faller.
3    Q    Then, what did you do?
4    A    Contacted my boss.
5    Q    Selina Senegal?
6    A    Yes.
7    Q    What you tell her?
8    A    That there was a package delivered
9  for Dr. Faller, who was no longer working
10 here. It was medicine for a patient.
11   Q    Were you aware that Dr. Faller at one
12 time had been employed by Southeast?
13   A    Yes.
14   Q    And that while he was employed there,
15 he had prescribed medication for patients?
16   A    I'm sure he did.
17   Q    All right. Well, what was so unusual
18 about this particular package when you looked
19 at the package and signed for it at that
20 moment?
21   A    Because he was no longer employed
22 with us, and what do I do with this medicine
23 now?
24   Q    Is that what you asked Ms. Senegal?
25   A    I'm sure.

Page 15

1    Q    Did it not have a patient's name on
2  it?
3    A    I think it did. I'm sure it did. I
4  just needed to know what to do with it.
5    Q    Now, was it part of your duties at
6  that time to be signing for FedEx packages?
7    A    Yes.
8    Q    So what happened next that you
9  recall?
10   A    An investigation, and the police were
11 called.
12   Q    An investigation. Well, let's deal
13 with what investigation took place at
14 Southeast.
15   A    Researched the patient information.
16 Found out the patient for that medicine did
17 not have a prescription for it, had never been
18 seen for that. We had our IT guy go into the
19 website. We went to the website itself,
20 printed out all the prescriptions that were
21 ever mailed here to Greensburg on the Program
22 Assistance Program by Gwen Atkins, and several
23 of them were found to have no prescriptions,
24 no documentation in their medical record.
25   Q    All right, let's just back up now.

Page 16

1  Step one, you turned it over to Selina
2  Senegal. So what happened next, and who was
3  it that was conducting this investigation?
4    A    The Greensburg Police Department.
5  And internally.
6    Q    Okay, who internally was conducting
7  the investigation?
8    A    I believe at the time, it was
9  Dr. Freeman was our medical director, Selina
10 Senegal, CEO. I believe Deana McClain; she
11 was the Clinical Coordinator.
12   Q    Anybody else?
13   A    The executive staff was aware.
14   Q    Like who, for example?
15   A    Those people, I'm sorry. There was
16 Ms. Gail.
17   Q    Did you have any part in the
18 investigation?
19   A    Researching information on the
20 computer.
21   Q    What did you do?
22   A    I printed out the form, printed out
23 all the history.
24   Q    Printed out the history?
25   A    Printed out the patient history,

Page 17

1  their prescription history by user.
2    Q    What else did you do?
3    A    That's about all I can remember. I
4  mean, I don't remember details.
5    Q    Do you recall signing an affidavit?
6    A    Yes.
7    Q    Do you recall any meeting at
8  Southeast management and Ms. Atkins?
9    A    Do I recall a meeting with everybody?
10 I don't. I don't.
11   Q    Do you recall any conversations with
12 anybody at the Greensburg Police Department?
13   A    I mean, the Sheriff's Office came. I
14 remember them coming and handing the medicine
15 over to them.
16   Q    Well, now, you just now said sheriff.
17 Earlier, --
18   A    Well, I --
19   Q    Just a minute now. It's important.
20 Who do you recall as far as law enforcement
21 that you first came in contact with?
22   A    Greensburg.
23   Q    Greensburg, okay. Do you remember
24 who exactly?
25   A    I believe it was -- I want to say it

Page 18

1 was Adrian, but I could be mistaken, Martin.
2    Q    What did you know about Adrian Martin
3 prior to encountering him with this matter
4 involving Gwen Atkins?
5    A   He was the chief of police, I
6 believe.
7    Q    Did you also know that he was the son
8 of Michael Martin?
9    A   Yes.
10    Q    Do you recall any conversations you
11 had with Adrian Martin?
12    A   I don't.
13    Q    Do you recall recall giving anything
14 to Mr. Adrian Martin in connection with this
15 investigation?
16    A   I know we gave him the medicine.
17    Q    What about a receipt, did you get a
18 receipt for it?
19    A   Selina would have, I'm sure.
20    Q    So what is the next thing you recall
21 about this matter after this conversation with
22 Mr. Adrian Martin in which you gave him the
23 medicine?
24    A   What's the next thing I remember?
25    Q   Yes.

Page 19

1    A   Nothing -- nothing specific.
2    Q    Did you ever have any conversations
3 with Ron Whitaker, a state trooper?
4    A   Yes.
5    Q    Tell me about that.
6    A   He was the narcotics investigator.
7    Q    Tell me what you recall of your
8 conversation with Ron Whitaker.
9    A   It was a follow-up to the
10 conversation with the police department.  He
11 was investigating the distribution, her
12 obtaining medications without prescriptions
13 and distributing it, whatever she was doing.
14 That's what his job was.  He was looking into
15 that.
16    Q    Did you recall anything that he said
17 to you or anything that you said to him?
18    A   Just what happened.  Just what
19 happened.  The medicine came in.  We did our
20 research.  There was no prescriptions.  There
21 was no documentation in these patient's files
22 for this medicine, and she had taken it.
23    Q    She had taken it?
24    A   She had signed it out on the logs.
25 She signed it out taking Viagra and everything

Page 20

1 else.
2    Q    Well, she didn't sign out for the one
3 that you opened that day.
4    A   No, not that one.
5    Q    I'd to show you this document, which
6 is going to be marked as Exhibit 1 for
7 identification.  Just take a minute to look
8 through that, please.
9    A   (Witness complies.)  There's your
10 people.
11    Q    What are you referring to when you
12 made that comment?
13    A   There's all your people.
14    Q    On page 10?
15    A   Um-huh.
16    Q    What do you mean by "there's all your
17 people?"
18    A   There's all the people who got Viagra
19 who didn't have medicine documentation for it.
20 Relatives, relative, baby daddy.
21    Q    All right, well, keep looking.  Have
22 you had a chance to look at that?
23    A   Yeah.  Um-huh.  Sorry.
24    Q    I represent to you that these are the
25 documents that were provided to us in the

Page 21

1 first criminal action State of Louisiana
2 versus, 18950, Gwen Atkins.  This is all the
3 documents that the State had in their
4 possession that they claimed had anything to
5 do with the proof of this charge; and if you
6 look at page two, it says possession of a
7 controlled dangerous substance.  Do you see
8 that?
9    A   Where, on all of them?
10    Q    Yeah, count one.
11    A   Um-huh.
12    Q    Do you have any idea how she came to
13 be charged with possession of a controlled
14 dangerous substance?
15    A   Do I know why the State decided to --
16    Q    Yeah.
17    A   I have no idea why they charged her.
18    Q    Well, I'm just representing to you
19 that Viagra and Cialis are not controlled
20 dangerous substances.  So there wasn't
21 anything to the original charge, because
22 they're not controlled substances.
23    A   Aren't they controlled since they're
24 prescription only?
25    Q    They're legend drugs, but they're not

SHERI LEBLANC on 10/11/2016

22..25

Page 22

1 controlled dangerous substance.
2    A   You still have to have a degree to
3 write that prescription.  And a license.
4    Q   Well, okay, did you see anything in
5 here that looked like a prescription that she
6 had written?
7    A   Not in here, no.  Nope.
8    Q   So there's nothing in here that looks
9 like a prescription that Gwen Atkins wrote.
10 Is that what you're saying to me right now?
11   A   That was what you asked me, yes.
12   Q   So that's the charge, isn't it, that
13 she was writing prescriptions?  In fact, let's
14 just go over here on page 19, the paragraph
15 that starts with Dr. Freeman.  Do you see that
16 one?
17   A   Um-huh.
18   Q   It says, upon further investigation,
19 it was determined that Atkins was prescribing
20 medications for erectile dysfunction for many
21 patients, including family members.  Do you
22 see that?
23   A   Yes.
24   Q   Did you see anything in here that
25 looked like it was proof that she was

Page 23

1 prescribing medications?
2       MS. FORRESTER:
3          Object to the form, just to use
4    of the word "proof."
5       THE WITNESS:
6          There's nothing in here, no.
7 BY MR. HOGAN:
8    Q   Okay.
9    A   But I do know to receive the
10 prescriptions, she had to fill it out online.
11 It's not going to be in here.
12   Q   All right, now, let's go over to page
13 20.  You see that last paragraph on May 24,
14 2010?  Do you see that?
15   A   Yes.
16   Q   Completed a subpoena dues requesting
17 the patient records and prescriptions in
18 question.  Do you see that?
19   A   Yes.
20   Q   Did you see anything in here that
21 looked like a patient record or a prescription
22 for any of these individuals?
23   A   In this packet, no.
24   Q   Yes, in that packet right in front of
25 you.

Page 24

1    A   No.  Sorry.
2    Q   Well, I will represent to you that
3 this is all of the information and this is all
4 of the documents that have ever been provided
5 to us by the State concerning these charges,
6 okay.  So I think what you're saying is you're
7 agreeing with me that there's no documents in
8 here that support these charges.  We're just
9 going through it line by line now.
10      MS. FORRESTER:
11         Object to the form.
12 BY MR. HOGAN:
13   Q   All right, were you at all familiar
14 with the medications that were available
15 through the Patient Assistance Program at the
16 time, May of 2010?
17   A   I am not.
18   Q   Well, then, you would be surprised to
19 learn that Cialis was not available in a
20 Patient Assistance Program in May of 2010,
21 would you not?
22   A   Would I not?  I would not.  I don't
23 know what that -- what you even asked me just
24 now.
25   Q   Well, I'm reading here Oscar Ard.

Page 25

1 It's charged that she prescribed Cialis for
2 Oscar Ard on August 5th of 2009 through the
3 Patient Assistance Program, and I'm
4 representing to you that Cialis was not
5 available through the Patient Assistance
6 Program at this time.
7       MS. FORRESTER:
8          Object to the form.
9       THE WITNESS:
10         I'm telling you what shipped.
11 BY MR. HOGAN:
12   Q   How do you know that it was shipped?
13   A   Based on our company's records.
14   Q   But they're not in those documents,
15 are they?
16   A   I can put them in there.
17   Q   It's too late for that.
18   A   They were provided to the
19 investigators; I can tell you that.
20   Q   What was provided to the
21 investigator?
22   A   That documentation.
23   Q   What investigator are you talking
24 about?
25   A   Oh, dear, Jesus.  I don't know.  I

Page 26

1  don't remember.
2    Q    Have you ever been accused of a
3  crime?
4    A   Me, never.
5    Q    Let's go on over to page 22.  That
6  paragraph that says, upon further
7  investigation, do you see that?
8    A   Um-huh.  Yes.
9    Q    Upon further investigation that this
10  employee was prescribing medications.  Some
11  people were prescribed as many as three
12  prescriptions at the same time.  Do you see
13  that?
14    A   I do.
15    Q    Do you see any proof in these
16  documents that indicate that she was
17  prescribing as many as three prescriptions at
18  the same time?
19    MS. FORRESTER:
20        Object to the form.
21    THE WITNESS:
22        I know that Dr. Freeman --
23  BY MR. HOGAN:
24    Q    Hold on a minute now.  The question
25  is did you see anything in these documents,

Page 27

1  Exhibit 1, that has been placed in front of
2  you, do you see anything in these documents
3  which indicate that she prescribed as many as
4  three prescriptions for erectile disfunction
5  at the same time?  Did you see that that in
6  there?
7    A   No, and I still say the same thing.
8    Q    Thank you.  And it says -- it
9  continues this appears to have been going on
10  for sometime.  Did you see anything in there
11  that indicated a pattern?
12    A   In here, no.
13    Q    It concludes with that the
14  prescription assistance program be immediately
15  disabled.  Do you know anything about it being
16  disabled?
17    A   No.  I don't remember.
18    Q    What about Dr. Nanjappa, were you
19  working there when he came to work there?
20    A   Yes.
21    Q    He testified that he didn't know
22  anything about it being disabled either.  So
23  let's continue --
24    MS. FORRESTER:
25        Object to the form.

Page 28

1    THE WITNESS:
2        It was a recommendation by
3        Dr. Freeman.  I don't know if it was
4        carried out.
5  BY MR. HOGAN:
6    Q    Well, he was the medical director,
7  wasn't he?
8    A   Yes, he was.
9    Q    Well, I guess, if he recommended
10  it -- strike that.  Strike that.
11        Here's your affidavit, page 23.  All
12  this tells us is that you received the
13  package; you opened it and found it was a
14  prescription for Viagra for patient, Lionel
15  Porter.  You call him a patient, and then, you
16  contacted Selina Senegal, is that right?
17    A   Yes.
18    Q    Let's look at 24.  This is Tammy
19  Smith's affidavit and the blank prescription
20  application.  Were you familiar with Tammy
21  Smith being interviewed on this occasion?
22    A   Interviewed on what, the May 25th
23  date?
24    Q    Yeah.
25    A   Sure.

Page 29

1    Q    You were familiar with it?
2    A   I don't remember.
3    Q    Do you have any idea why anybody
4  found it necessary to show her three
5  prescription assistance applications with all
6  the identifying information on them removed?
7    A   What was the question, why did we
8  show her that?
9    Q    Yeah.
10    A   Why was she shown that?
11    Q    Yeah.
12    A   Because her name was on it.  It's not
13  something she should have done or would have
14  done or did do, fill out a blank prescription
15  assistance application.
16    Q    But it says that the identifying
17  information had been whited out.
18    A   Not by us.
19    Q    Well, are you saying that Tammy Smith
20  did something that she wasn't supposed to do?
21    A   No, she did not.  She did not do
22  anything she was not supposed to do, no.
23  Someone took advantage of her paperwork and
24  took it and whited it out and used it over and
25  over and over and over again.  That's what

Page 30

1 happened.
2     Q    Where are those documents?  Did you
3 see those documents in there?
4     A   Not in here.
5     Q    All right, I believe -- let's go back
6 to your affidavit.  You said in your affidavit
7 that -- this was for Lionel Porter, and there
8 was no record of him being a patient.  Do you
9 see that on page 23?
10    A   I see.  Yes.  Um-huh.
11    Q    Had you determined that there was no
12 record for Lionel Porter before you went to
13 Selina Senegal?
14    A   No.  I don't have access to patient
15 information, that EHS system.
16    Q    You don't have access to that
17 information?
18    A   To EHS.
19    Q    What is EHS?
20    A   They're medical records, electronic
21 medical records.
22    Q    But they hadn't converted to fully
23 electronic medical records at the time you
24 went to work there, had they?
25    A   Yes, they had.

Page 31

1     Q    They had?
2     A   They were in the process.
3     Q    They were in the process; that's
4 different.
5     A   Can I answer?  They were using
6 electronic medical records, yes, they were
7 full-time; and they were scanning old paper
8 records into the system when I got there.
9     Q    Okay, but they hadn't completed the
10 process of scanning the old paper records in,
11 had they?
12    A   No.
13    Q    Let's look at Selina Senegal's
14 affidavit at page 25.  She's the one that said
15 that the medication was for a patient with no
16 documentation.  Do you see that?
17    A   Yes.
18    Q    Okay, do can know how she came by
19 that information?
20    A   You'd have to ask her.
21    Q    All right.  Well, I'm going to show
22 you a document that's going to be marked as
23 Exhibit 2.  Do you see what that says at the
24 top?
25    A   Yes.

Page 32

1     Q    Active clients as of May 21, 2010 for
2 the main location.
3     A   Yes.
4     Q    Do you recognize this as a Southeast
5 document?
6     A   No.
7     Q    You don't?
8     A   I don't.
9     Q    You've never seen it before?
10    A   I have.  I just don't remember if
11 it's a form that came from EHS or a form that
12 came from the prescription assistance website.
13    Q    But you have seen it before at
14 Southeast?
15    A   I have seen it in relation to this,
16 yes.
17    Q    Okay, well, then, you'll see that on
18 or about the fourth line, it shows Lionel
19 Porter there.  Do you see that?
20    A   I'm looking for names.  Yes.
21    Q    And his physician is Populis.  Who is
22 Populis?
23    A   Before my time.
24    Q    Before your time?
25    A   Yes.

Page 33

1        MS. FORRESTER:
2            Object to the form.
3 BY MR. HOGAN:
4     Q    No longer working there?
5     A   Never worked when I was there.
6     Q    Okay, but it shows that a former
7 healthcare provider was this person's
8 physician with a script count of four, doesn't
9 it?
10    A   Yes.
11    Q    Okay, thank you.
12        Do you recall a conversation you had
13 with Ms. Atkins concerning a white binder of
14 PDA applications in progress?
15    A   Do I remember a conversation I had
16 with Gwen?
17    Q    Yeah.
18    A   Not particularly.
19    Q    You don't remember her handing you a
20 white notebook that had some pending PDA
21 applications in it?
22    A   No.
23    Q    This is going to be Exhibit 3 for
24 identification.  Have you ever seen these
25 before?

Page 34

1    A   Yes.
2    Q   When was the last time you saw them
3 prior to today?
4    A   Prior to today.  I don't think they
5 were in -- when I worked at Southeast.
6    Q   Well, the first one is for Johnny
7 Flowers.  It's dated May 12, 2010, and it's
8 prescription for Viagra 100 milligrams for
9 three months, and Norvasc for 10 milligrams
10 for three months.  Do you see that?
11   A   I do.
12   Q   And Tammy signed that?  You recognize
13 her signature?
14      MS. FORRESTER:
15          Object to the form.
16      THE WITNESS:
17          I do.
18 BY MR. HOGAN:
19   Q   And then, the second one is for Oscar
20 Ard, Viagra 50 milligrams, three months
21 supply.  She signed that one also?
22      MS. FORRESTER:
23          Object to the form.
24 BY MR. HOGAN:
25   Q   Do you see that?

Page 35

1    A   Yes.
2    Q   And then, the third one is for Lionel
3 Porter, Viagra 50 milligrams, three months.
4 She signed that one, as well?
5       MS. FORRESTER:
6           Object to the form.
7       THE WITNESS:
8           Yes.
9 BY MR. HOGAN:
10   Q   Now, help me out here.  When you had
11 this conversation Wednesday -- well, when we
12 were talking earlier about Tammy Smith and the
13 blank forms, was it your impression -- well,
14 what was your impression of all that?
15   A   Of all of what?
16   Q   Are you suggesting that someone
17 handed Tammy Smith a blank form like this,
18 like Exhibit 2, that was completely blank and
19 asked her to sign it?
20   A   No.  No.  Absolutely not.
21   Q   Because at the bottom, it's her
22 signature, isn't it?  It's Tammy Smith's
23 signature.  Do you see Gwen Atkins' signature
24 on here anywhere?
25   A   No.

Page 36

1    Q   It's Tammy Smith that's representing
2 to this manufacturer -- you see those bullet
3 points at the bottom?
4    A   Um-huh.  Yes.
5       MS. FORRESTER:
6           Object to the form.  First of
7       all, copies of these documents
8       weren't even produced until very
9       recently, like the last day of
10      discovery.
11          Secondly, we've never seen the
12      originals of these documents.  I
13      would very much like to, and I don't
14      believe there's been any testimony
15      that Tammy Smith knowingly signed
16      this exactly as it's filled out.
17      MR. HOGAN:
18          Well, --
19      MS. FORRESTER:
20          That on May 12, 2010, Tammy
21      Smith signed prescription assistance
22      applications for three different men
23      for Viagra:  One of whom lists the
24      same address as Gwen Atkins and is
25      the father of her son; one of whom is

Page 37

1       Gwen Atkins' brother, and one of whom
2       was a close enough friend of Gwen
3       Atkins that she picked his medication
4       up for him.
5 BY MR. HOGAN:
6    Q   Well, I just represent to you that
7 there will be testimony that these documents
8 were in that folder that you took possession
9 of from Gwen Atkins on the day you let her go.
10 So you are the one who know what these are if
11 the originals exist at all.  Do you have any
12 idea where the originals may be?
13      MS. FORRESTER:
14          Object to the form.
15      THE WITNESS:
16          I have no idea.
17 BY MR. HOGAN:
18   Q   Do you recall destroying any
19 documents while you worked there?
20   A   No.  No, never.
21   Q   Now, after Ms. Atkins was let go and
22 once this criminal case got started, what
23 participation or role did you have in the
24 criminal prosecution?
25   A   Just as needed.

Page 38

1    Q   Like what?
2    A   Document prep or gathering documents.
3 Whatever was requested.
4    Q   Do you recall them asking you for any
5 additional documents?
6    A   I'm assuming they did, because that's
7 just kind of how things work, but I don't
8 remember exactly, no.
9    Q   You didn't keep a record of the
10 documents you sent to them?
11    A   There would be a cover letter that
12 includes anything that was sent, yes.
13    Q   Who were you sending this stuff to?
14    A   If the police asked me for something,
15 I would give it to them.  I believe
16 unemployment asked for some stuff, and we sent
17 it to them.
18    Q   What about the District Attorney,
19 Mr. McShan, did you ever send anything to him?
20    A   He sounds very familiar.  I don't
21 remember.  I don't remember.
22    Q   Did you ever have any conversations
23 with Richard McShan?
24    A   I don't remember.
25    Q   Any conversations with his secretary?

Page 39

1    A   You'd have to enlighten me, because I
2 don't remember.
3    Q   Did you ever go over to the
4 courthouse for any hearing or for any trial?
5    A   Yes.
6    Q   When was that?
7    A   I don't remember.  I don't remember
8 the date.
9    Q   Do you remember being interviewed --
10 do you remember being interviewed by anybody
11 in preparation for your testimony either at a
12 hearing or a trial?
13    A   Just Christa.  I mean, that's the
14 only time I've been intervieweed.
15        What do you mean, like this?
16    Q   Something like this, yeah.
17    MS. FORRESTER:
18        Are you talking about
19    criminally, like part of the criminal
20    --
21    MR. HOGAN:
22        Yes, I am.
23    THE WITNESS:
24        I don't remember.
25 BY MR. HOGAN:

Page 40

1    Q   Was there any discussion -- do you
2 remember any discussion by any Southeast
3 management, look Dr. Freeman, Ms. Williams,
4 Ms. Senegal about what to do about Ms. Atkins'
5 situation?
6    A   Do I remember a conversation about
7 what to do about her situation?
8    Q   Yeah.
9    A   No.
10    Q   You don't remember any conversations?
11    A   About what to do about her situation?
12    Q   Yeah.
13    A   No.
14    Q   You don't remember?
15    A   No.
16    Q   All right.
17    A   It's a vague question.
18    Q   A vague question?
19    A   It's vague.  Sorry.  Nevermind.
20 Retract it.  Retract it.
21    Q   You were the HR Director, weren't
22 you?
23    A   At the end, I sure was but not in May
24 of 2010.
25    Q   You were not the HR Director in May

Page 41

1 of 2010?
2    A   No, sir.
3    Q   So nobody asked you for your input as
4 to whether she should be fired or not?
5    A   I didn't hire or fire anybody.  The
6 CEO hired and fired everybody.  I never made a
7 decision to fire anybody ever.
8    Q   And she didn't ask you for your
9 recommendation?
10    A   No.
11    Q   What about -- did she ask anybody
12 else?  Did she ask Ms. Dunn, for example?
13    A   You'd have to ask Ms. Senegal.
14    Q   Do you know Ms. Atkins' login and
15 password for the PDA for the patient's
16 assistance program?
17    A   Not anymore.
18    Q   Not anymore?
19    A   I didn't know it then, but the IT guy
20 did.
21    Q   Okay.  Well, did you ever access that
22 website using Gwen Atkins' login and password?
23    A   After that day, yes, we did and
24 printed out all the reports.
25    Q   Why were you let go by Southeast?

Page 42

1      MS. FORRESTER:
2          Object to the form.
3      THE WITNESS:
4          I quit.
5  BY MR. HOGAN:
6    Q   Well, they said they fired you.
7      MS. FORRESTER:
8          Nobody said that.
9  BY MR. HOGAN:
10   Q   Isn't that on the termination notice?
11     MS. FORRESTER:
12         No.  Object to the form.
13     THE WITNESS:
14         No.
15 BY MR. HOGAN:
16   Q   Something about taking office
17 furniture or equipment out of the building
18 without permission?
19   A   I moved offices, but I quit.
20   Q   Why did you quit?
21   A   That's personal.
22   Q   Well, sorry.
23   A   Sorry.
24   Q   Answer the question.
25   A   It's personal.  Had nothing to do

Page 43

1  with anything.  It had everything to do with
2  my family.  It was personal.
3    Q   Do you know anything about the
4  qualifications for a CEO for an organization
5  such as Southeast Community Health Systems.
6    A   Depends on the job description
7  developed by the board.
8    Q   Well, isn't there a Federal
9  regulatory agency that sets out some criteria
10 for CEOs?
11   A   I'm sure.  I don't know.  I have no
12 idea.
13   Q   You don't know?
14   A   I don't know.
15   Q   You're the HR Director, and you don't
16 know?
17   A   I don't know.
18   Q   Okay.  Back to those ones that had
19 been whited out, where did they come from?
20   A   I think from Gwen, but I'm not sure,
21 but --
22   Q   From Gwen?
23   A   -- I believe.
24   Q   How do you know that?
25   A   That's just what I remember.

Page 44

1    Q   That's what you remember.
2      MR. HOGAN:
3          Excuse us for a minute.
4          (Short recess.)
5  BY MR. HOGAN:
6    Q   When you came to work there in
7  January of 2010, were you aware or did you
8  become aware of the fact that Ms. Atkins had
9  filed an EEOC charge?
10   A   Not when I first started, no.
11   Q   But you did know at sometime?
12   A   Right, at some point.
13   Q   So you did know that she had filed an
14 EEOC charge prior to the time she was let go
15 in May of 2010?
16   A   I can't swear to that.  I don't know
17 when I found out.
18   Q   But it was before she was fired or
19 after?
20   A   I don't know.  I honestly don't know
21 if it was before or after.
22   Q   Do you know anything about a loss of
23 money, $29,000 in October of -- well, that
24 would have been prior to you coming to work
25 there, but that was in October of 2009.

Page 45

1    A   What was the name?
2    Q   There's no name associated.  It was a
3  loss that was noted on their balance sheets of
4  around $29,000 in October of 2009.
5    A   October was before me; but without a
6  name, I can't confirm which one it was.  I
7  have no idea.
8    Q   Now, in your capacity as HR Director,
9  was it part of your responsibilities to deal
10 with responses to the EEOC concerning these
11 charges of discrimination that's been filed by
12 other former SECH employees?
13   A   Yes.
14   Q   Then, of course the Peragine and
15 Lorio firm was retained to represent Southeast
16 in connection with those cases?
17   A   Yes.
18   Q   All right.  Go back to 25 here.
19 That's your affidavit.
20   A   No, number 25 is Selena's.
21   Q   I'm sorry.  You're right.  You were a
22 witness on that one.  I may have asked you
23 this already, but I'm just asking about in
24 that last sentence there, she mentions a
25 complete audit was completed on the

SHERI LEBLANC on 10/11/2016

Page 46

1 prescription assistance.  Do you see that?
2   A   Yes.
3   Q   Do you know anything about a complete
4 audit being completed on the prescription
5 assistance program?
6   A   I know that we looked at what was
7 distributed, what was filled out, the patient
8 list, the doctor list.  I don't know what
9 other investigation Selina did with the
10 company itself.
11   Q   Right, but it's not in here, right?
12 You don't see anything like that in here, do
13 you?
14   A   No.
15   Q   Let's talk about Judy Crowe.  She was
16 accused of improper handling of medication.
17 Do you recall that?
18   A   Yes.
19   Q   But it was actually Dr.  Freeman who
20 had improperly handled the medication, wasn't
21 it?
22   A   No.
23   Q   Oh, really.  He's not the one that
24 ordered Judy Crowe to check the Demerol out to
25 him?

Page 47

1   A   He took it by a site that wasn't
2 supposed to have it at that site.  I don't
3 know why that has anything to do with this.
4   Q   And Rose Hitchen, she was accused of
5 mishandling patient's, over-scheduling
6 patients and then later changed to failure to
7 meet expectations.  Do you know anything about
8 that?
9   A   Sounds right.
10   Q   And then, of course, Amy Morris,
11 decline in job performance.  Do you know
12 anything about that?
13   A   No.
14   Q   Do you know the outcome of these
15 other cases?  Like Judy Crowe, I believe, do
16 you know what happened in that case?
17   A   I don't remember the ending.
18   Q   What about Rose Hitchen?
19   A   I mean, I don't remember how it
20 ended.  She's terminated.  I know they got
21 terminated.
22   Q   All right, but she sued them, right?
23   MS. FORRESTER:
24       Those cases were both dismissed
25       on summary judgment.

Page 48

1   MR. HOGAN:
2       I'm asking this witness.
3   THE WITNESS:
4       They were dismissed on summary
5 judgment.
6   MS. FORRESTER:
7       I'm sorry.  I thought she had
8 answered.
9   THE WITNESS:
10       They were both dismissed on
11 summary judgment.
12 BY MR. HOGAN:
13   Q   Before you came here, did  you have
14 any conversations with Ms. Forrester?
15   A   Not today, but I did have the depo
16 prep.
17   Q   Did she discuss with you any
18 deposition testimony of any other witnesses?
19   A   No.  No.
20   Q   All right, do you know what the
21 ultimate outcome of this criminal charge that
22 was filed against Ms. Atkins', do you know
23 what the ultimate outcome of it was?
24   A   No.
25   MR. HOGAN:

Page 49

1       All right.  That's all the
2 questions I have.  Thank you.
3   MS. FORRESTER:
4       I have some questions.
5       EXAMINATION
6 BY MS. FORRESTER:
7   Q   Okay, Sheri, I think that this first
8 exhibit is already a part of Exhibit 1; but
9 just to make things easier and be clear, I'm
10 going to make it a separate exhibit.  I show
11 you what I've marked as Exhibit 4, which is
12 Bates labeled document SCHS-000217.  Can you
13 identify Exhibit 4 for us, please?
14   A   That's the affidavit I signed.
15   Q   Do you remember for what purpose you
16 signed Exhibit 4?
17   A   Talking about the medicine I
18 received.
19   Q   Well, let me ask it this way.  Did
20 somebody ask you to do an affidavit?
21   A   Oh, I'm sorry, the police.
22   Q   So, Exhibit 4, what did you do with
23 it after you signed it?
24   A   Gave it to the police.
25   Q   There was some testimony earlier

Page 50

1  about you receiving an overnight package,
2  opening it up.  Do you know whether Exhibit 4
3  has the date of May 12, 2010.  Is that the
4  correct date?
5     A   I believe so, yes.
6     Q   When did you sign Exhibit 4?  If you
7  know.
8     A   It's going to be the day the police
9  came.  That same day -- I would assume.  I
10  don't know.  I don't know.
11     Q   And I want you to take a minute and
12  look at Exhibit 4 and tell me if it's true and
13  correct to the best of your knowledge.
14     A   (Witness peruses document.)  Yes,
15  it's true.
16     Q   I'm going to show you what I've
17  marked as Exhibit 5, which is Bates labeled
18  document SCHS-000228.  Have you seen Exhibit 5
19  before?
20     A   I think that's the FedEx label.  Is
21  it?
22     Q   It's the FedEx label for?
23     A   The Viagra.
24     Q   For the Viagra that's referenced in
25  your affidavit in Exhibit 4?

Page 51

1     A   Yes, ma'am.
2     Q   What, if anything, did you ultimately
3  do with the shipping label that came with the
4  shipment?
5     A   I handed the entire package to
6  Selina, and the entire package went to the
7  police.
8     Q   So I know that you went through this,
9  but just bear with me.  I'm going to take you
10  through it again.  So on, I guess, on May 12,
11  2010, how did you come to be in possession of
12  a FedEx package of Viagra?
13     A   It was actually a late day, and there
14  was nobody -- there was no staff, and we were
15  there early, like we always are, and FedEx
16  knocked on the door.  I had to unlock the
17  door, took the package, and it was for
18  Dr. Faller.  That's how I came to have it.
19     Q   I missed the very beginning of your
20  answer.  You said it was a --
21     A   It was a late day.
22     Q   So this is after the clinic had
23  closed?
24     A   Before it opened.
25     Q   Oh, before it opened.

Page 52

1     A   It was the first thing in the
2  morning.
3     Q   And the FedEx guy was just there
4  early?
5     A   Right.  Regular shipment day for him.
6  He was there early for us.
7     Q   Was anybody else present with you
8  when you opened it?
9     A   I'm trying to remember.  I was in the
10  thing by myself.  I was in the front by
11  myself.  Then, I went to Selina.  She wasn't
12  in the office yet, though.  I think I called
13  her.
14     Q   I believe you testified earlier that
15  you had come to work for Southeast initially
16  in January of 2010?
17     A   Yes.
18     Q   And this package was received in May
19  of 2010, is that right?
20     A   Yes, ma'am.
21     Q   And I believe you testified earlier
22  that Dr. Faller was no longer employed there?
23     A   Yes, ma'am.
24     Q   Did you ever have the opportunity to
25  meet Dr. Faller?

Page 53

1     A   No.
2     Q   Based on your work in Human
3  Resources, did you ever have any knowledge as
4  to which location Dr. Faller worked out of
5  during his employment?
6     A   Absolutely.  He worked in Kentwood
7  and Kentwood only, and that was his clinic.
8     Q   Tell us what what you mean by "that
9  was his clinic."
10     A   It was his personal, private clinic.
11  He sold it to Southeast.  He didn't go
12  anywhere else.  That was his place.
13     Q   Did you work as an employee for
14  Southeast after he went to -- after he sold
15  the clinic?
16     A   Yes.  He became an employee.
17     Q   Before Dr. Faller was separated from
18  employment with Southeast, if you know, was he
19  going into work everyday, or was he on any
20  kind of leave.
21     A   He was on leave.
22     Q   Do you know what kind of leave?
23     A   Faller was on a medical leave, I
24  believe.  So it was -- I'm sorry.  So it was
25  Dr. Perada.

Page 54

1    Q   Did Dr. Faller ever work out of the
2 Greensburg clinic?
3    A   Not that I know of.  Kentwood would
4 have had to close down.
5    Q   Now, the time that you received this
6 package, were you acquainted with Gwen Atkins
7 at that time already?
8    A   I had just started working there.  I
9 had only been there a few months.
10    Q   I'm going to show you some documents
11 to refresh your memory on that.  First, I'm
12 going to show you what I'm marking as Exhibit
13 6, which you might or might not have seen
14 before.  It's a collective exhibit.  Bates
15 labeled document SCHS-000207 to 000213.  It
16 appears to be a fax directed to Selina Senegal
17 from the U.S. Equal Employment Opportunity
18 Commission, which appears to have been sent on
19 February 19, 2010.
20        Take a minute and look at Exhibit 6.
21 and let me know if you've seen that before.
22 If you know.
23    A   I know that I have seen it.  I
24 couldn't tell you when I saw this.  Yeah.
25    Q   I'm going to show you another

Page 55

1 document that I've marked as Exhibit 7.  This
2 document was produced by Ms. Atkins' attorney
3 very early in the process and does not have a
4 Bates label, but it looks like it's an email
5 exchange between you and Gwen Atkins between
6 March 9th and 10th.
7    A   Yes.
8    Q   Does that look right to you?
9    A   Yes.
10    Q   Does Exhibit 7 refresh your
11 recollection as to whether you were aware of
12 the EEOC charge at least as of March of 2010?
13    A   I think this is when I became aware.
14 Just from that question -- from that email, I
15 mean.
16    Q   So you mean you believe you became
17 aware on March 9, 2010, when Gwen Atkins
18 mentioned an agreement with the EEOC in that
19 email?
20    A   More than likely, because I don't
21 remember when I found out.  It wasn't
22 something I was told in January when I
23 started.  It wasn't something I found out
24 about.  It was in the course of regular work.
25    Q   Did you ever have any discussions

Page 56

1 with Selina Senegal about Gwen Atkins' EEOC
2 charge at anytime before Gwen Atkins'
3 termination?
4    A   I don't remember.  Honestly, I don't
5 remember.
6    Q   Do you remember whether anything to
7 do with Gwen's EEOC charge was anything -- had
8 any discussion -- was a part of any discussion
9 in the termination process?
10    A   No.
11    Q   Now, at the time you received the
12 bottle of Viagra, the package on May 12, 2010,
13 do you remember where Gwen was assigned on a
14 day-to-day basis to work?
15    A   School-based.
16    Q   Tell us what you mean by
17 school-based.
18    A   School-based clinics.  We had a full
19 clinic at each school in Greensburg.
20 Elementary school and middle school and high
21 school, and she was at one of the school-based
22 clinics.  I can't swear to elementary or
23 middle or high, but I know she was at a
24 school-based clinic.
25    Q   In the town of Greensburg?

Page 57

1    A   In the town Greensburg.
2    Q   Not at the main clinic?
3    A   Not at the main clinic.
4    Q   Do you know as you sit here today
5 whether Gwen ever had been, before she was at
6 a school-based clinic, assigned to work at the
7 main Greensburg clinic?
8    A   I believe so, yes.
9    Q   Do you know the date that she
10 transferred from the Greensburg clinic to the
11 school-based clinic?
12    A   I have looked at her employee file.
13 I don't know off the top of head.
14    Q   I'm going show you a document to
15 refresh your recollection about that?
16    A   Okay.
17    Q   This is another document that was
18 produced to us by Gwen's attorney.  It's not
19 Bates labeled, but it appears to be an email
20 exchange between Gail Williams, Gail Williams
21 Dunn now, and Gwen Atkins.  If you look down
22 at the bottom of Exhibit 8, there is an email
23 that Gwen Atkins is sending to Gail on
24 November 25, 2009.  It begins, today is my
25 last day to be at the clinic according to

SHERI LEBLANC on 10/11/2016

Page 58

1 Yakima.  I am to report to the high school on
2 Monday, November 30th.  Do you see where I've
3 read?
4     A   Yes.  Yes.
5     Q   To your knowledge, was she
6 transferred from the Greensburg clinic to the
7 school-based clinic, the high school clinic on
8 November 30, 2009?
9     A   Yes.
10     Q   Now, you've testified that you
11 eventually became HR manager and HR director.
12 In your capacity as HR manager, did you
13 oversee employee benefits?
14     A   Yes.
15     Q   Employee pay?
16     A   Yes.
17     Q   When employees transferred from one
18 location to another in the same position as
19 Ms. Atkins did, would there have been any
20 change to her benefits?
21     A   No.  Her benefits, health
22 insurance-wise, no.
23     Q   Would there have been any change to
24 the pay she was entitled to receive?
25     A   No.  Just her accrual of sick and

Page 59

1 vacation days, you know.  That was different
2 for school-based, because they worked a school
3 schedule.  They were off in the summer.  They
4 were off the holidays.  They had benefits --
5 not benefits but vacation and sick.
6     Q   Was it a negative change to go from
7 Greensburg clinic to --
8     A   You didn't lose what you accrued.
9 You didn't lose anything that you had accrued.
10 She was making a transition.  So she would
11 have accrued going forward at a different
12 rate.
13     Q   Because she would be working at a
14 different rate, is that right?
15     A   Just working at a different location
16 and different hours and different everything.
17     Q   So, once you received the Viagra
18 package that we've discussed, I believe you
19 testified earlier that you did some work on
20 the prescription assistance website with IT?
21     A   Looked it up.
22     Q   Can you tell us what you mean by the
23 prescription assistance website?
24     A   It's the website that you log onto
25 and request and fill out all the information

Page 60

1 and submit all the documentation to receive
2 prescriptions for free for patients.
3     Q   For patients who need income
4 assistance?
5     A   Yes.
6     Q   Meet qualifying criteria?
7     A   Correct.  Income driven.  You know,
8 they get free medicine if they fall below a
9 certain income level.
10     Q   At the time that you received the
11 Viagra package, May 12, 2010, did you have any
12 awareness as to what, if any, involvement Gwen
13 Atkins had with the prescription assistance
14 program?
15     A   She shouldn't have had any
16 involvement being at a school-based clinic.
17     Q   Tell me why not; why she wouldn't
18 have involvement at a school-based clinic?
19     A   There was no prescriptions.  This was
20 a school-based clinic.  You had a nurse
21 practitioner, a nurse and a front desk person
22 to go get the kids or to schedule -- not
23 schedule.  Check them in and check them out.
24 You're dealing with children with runny noses
25 and chapped lips, and they don't have income

Page 61

1 to be filling out a prescription assistance
2 program application.  It's not in the realm of
3 that whole idea, that whole setup.
4     Q   At any point from May 12, 2010 until
5 Gwen Atkin's termination, did anybody ever
6 tell you that Gwen Atkins had been asked to
7 continue to assist with the prescription
8 assistance application from the school-based
9 clinic?
10     A   No.
11     Q   Did any provider ever tell you, hey,
12 I have her still doing prescription assistance
13 for me?
14     A   No.  No.
15     Q   Did you ever ask any provider that
16 question if you recall?
17     A   I don't recall.
18     Q   Do you know if anybody else ever
19 asked the provider that question?
20     A   I don't recall.  I don't remember.
21     Q   Okay, and earlier, you testified that
22 you went into the prescription assistance
23 program website under Gwen's login.
24     A   Right.
25     Q   How did you do that again?

Page 62

1    A    It was saved.  The login information
2  was saved.  You know, when you login, you turn
3  your computer on and you go to a website.  The
4  login information was saved.  The user name
5  and password was saved, but --
6    Q    To her desktop?
7      MR. HOGAN:
8        You interrupted the witness.
9      MS. FORRESTER:
10        I'm sorry.
11      THE WITNESS:
12        The information was saved
13      already, I believe, but Robert
14      George, the IT guy already had the
15      information.
16  BY MS. FORRESTER:
17    Q    Let me show you what I've marked as
18  Exhibit 9, which are Bates labeled documents
19  000231 through 000238.  I'm going to ask you
20  several questions about this, but beginning
21  with this one, do you know whether Exhibit 9
22  is the -- is any document that you pulled from
23  that website?
24    A    Yes.  These are the reports that we
25  pulled.

Page 63

1    Q    Exhibit 9?
2    A    Yes.
3    Q    Tell me, if you recall, what I'm
4  looking at here.
5    A    Well, these were all the
6  prescriptions for St. Helena Community Health
7  Center for the Greensburg address that were
8  written -- these were active patients without
9  prescriptions charted within EHS.  So EHS does
10  not show Tina Holmes with whatever that
11  prescription is.  I'm just picking the first
12  line.
13    Q    Whose handwriting is that at the top
14  of page?
15    A    Selina Senegal.
16    Q    At any point, have you had the
17  opportunity to review the Southeast medical
18  records for Oscar Ard, if any?
19    A    Just from -- not really, no.  I've
20  not seen the documentation, the information.
21  But no, I don't go into EHS.  I've seen the
22  printouts that were attached.
23    Q    Do you have any knowledge as you sit
24  here today as to whether Oscar Ard had a chart
25  in EHS at Southeast?

Page 64

1    A    I don't.
2    Q    At the time that you pulled this
3  report, Exhibit 9, did you have any idea as to
4  what relationship, if any, Oscar Ard had to
5  Gwen Atkins?
6    A    I have no idea.
7    Q    Did you find that out at any point
8  during that investigation?
9    A    Yes, I did.
10    Q    You found out what.
11    A    The addresses were the same.  One's
12  an uncle.  There's a brother, friend.  They
13  all had that same address, Gwen's address.
14    Q    See the name Bridgette Atkins on
15  Exhibit 9 above Oscar Ard?
16    A    Yes.
17    Q    Did you have any knowledge at the
18  time that you pulled this report as to weather
19  Bridgette Atkins was any relation to Gwen
20  Atkins?
21    A    No.
22    Q    Do you know that as you sit here
23  today?
24    A    I believe her daughter.  I might be
25  wrong.  I don't know.  I think.

Page 65

1    Q    I'm going to show you what I'm
2  marking as Exhibit 10, which are Bates labeled
3  document SCHS-000229 and 000230.  Do you
4  recognize Exhibit 10?
5    A    It's a list of patients.
6    Q    Do you know whether you compiled
7  Exhibit 10?
8    A    I can't tell by the header, because
9  it's -- but if this is one of the ones from
10  the website.
11      MR. HOGAN:
12        Let me just make a general
13      objection to the leading questions.
14      I mean, this person is identified
15      with this defendant, and we're
16      leading this witness.
17      MS. FORRESTER:
18        She's not employed by this
19      defendant, and I don't represent her.
20      MR. HOGAN:
21        Okay.
22  BY MS. FORRESTER:
23    Q    I'm going to show you what I'm
24  marking Exhibit 11, which are labeled SCHS-467
25  through 480.  Do you recognize Exhibit 11?

Page 66
1    A   Yes.  That's the distribution log.
2    Q   Tell us what you mean by a
3 distribution log.
4    A   When a patient's prescriptioin
5 assistance program medicine comes -- when it
6 comes in, it's written down received,
7 information on the patient name, all the names
8 of drugs, if there's -- all the information,
9 the date it's picked up and by who it was
10 picked up.
11    Q   Did you look at the log that
12 Exhibit 11, for the originals of them in any
13 part as part of the investigation?
14    A   Yes.
15    Q   What did you find if you recall?
16    A   That several of them, like Leroy
17 Ard -- those are the names I remember --
18 didn't have these prescriptions in EHS, and
19 that Gwen had picked them up.
20    Q   Tell me what you mean by Gwen had
21 picked them up.
22    A   She signed for them.  She took them.
23 She left the building with them.
24    Q   By them, what do you mean?
25    A   With the medicine.  She signed out

Page 67
1 received.
2    Q   So I'm going to give you a list of
3 names.  I've written them down here.  Leroy
4 Ard, Oscar Ard, Johnny Flowers and Lionel
5 Porter.
6    A   Um-huh.
7    Q   I'm going to ask you several
8 questions about them, but first, beginning on
9 page 475 and going to 480, can you tell me
10 whether that is a true and correct copy of the
11 prescription assistance program log for the
12 Greensburg clinic from January, 2009 to
13 December 9, 2009?  And they're not in order.
14    A   Not in order, but yes.
15    Q   So as to pages 475 through 480, can
16 you go through those and tell me whether Leroy
17 Ard ever had any medication logged in that
18 time period?
19    A   No.
20    Q   How about Oscar Ard?
21    A   No.
22    Q   How about Johnny Flowers?
23    A   No.
24    Q   How about Lionel Porter?
25    A   No.

Page 68
1    Q   So turn with me, if you would, to
2 page 473.  Look for me, if you would, at the
3 entry on January 28, 2010, the first two
4 entries.  Can you tell me the patient's name?
5    A   Leroy Ard.
6    Q   What is that first prescription for?
7    A   Viagra, 50 milligrams.
8    Q   Who signed to pick it up?
9    A   Gwen Atkins.
10    Q   Then, look a little further down, the
11 last entry February 15, 2010.  Can you tell me
12 who that patient is?
13    A   Oscar Ard, Viagra, 50 milligrams,
14 Gwen Atkins.
15    Q   Can you tell me just above that on
16 February 5th for Johnny Flowers, what's that
17 entry?
18    A   A hundred milligrams of Viagra picked
19 up by Gwen.
20    Q   Did you review any of this
21 information that you've just testified about
22 on page 473 in between May 12, 2010 and
23 May 20, 2010?
24    A   Yes, ma'am.
25    Q   What, if anything, did you do with

Page 69
1 that information once you --
2    A   Determined -- I gave it to Selina and
3 Dr. Freeman and Deana.
4    Q   Look with me, if you would, at 472,
5 the next to last entry and the one just above
6 that, March 12, 2010.  Can you tell me the
7 patient's name?
8    A   Leroy Ard for both.
9    Q   The top prescription is for?
10    A   Viagra 50 milligrams, picked up by
11 Gwen Atkins.
12    Q   Did you review page 472 as part of
13 your investigation?
14    A   Yes.  Yes, ma'am.
15    Q   Did you provide that information to
16 anybody?
17    A   Yes.
18    Q   To whom?
19    A   We gave all of this to my boss and
20 then, of course, the police.
21    Q   Page 470, March 29, 2010, there's one
22 entry for that date.  Can you tell me the
23 patient's name and the drug?
24    A   Which date, March 29th?
25    Q   Yes.

Page 70

1     A    Lionel Porter, Viagra 50 milligrams.
2     Q    Who picked it up?
3     A    Gwen Atkins.
4     Q    Look with me, if you would, at page
5  469, May 13, 2010, there are two entries for
6  the same patient.  Who is that patient?
7     A    Johnny Flowers.
8     Q    What is the drug?
9     A    Viagra, a hundred milligrams.
10    Q    And who picked it up?
11    A    Gwen Atkins.
12    Q    And then, the top two entries on that
13  page, the date of April 30, 2010, who is the
14  patient?
15    A    Leroy Ard, Viagra, 50 milligrams.
16  I'm sorry, picked up by Gwen Atkins.
17    Q    Did you provide this information on
18  page 469 and 470 --
19    A    Yes, ma'am.
20    Q    -- to anyone after you reviewed it?
21    A    Yes, because it would have been
22  filled in.  Yes, absolutely.  To the same
23  people:  My boss and the police.
24    Q    All right.  I'd like you to -- well,
25  first of all, one last thing, page 467, the

Page 71

1  top page, July 6, 2010, there are three
2  entries; two of them are for the same patient.
3  Can you tell me who that patient is?
4     A    July 10th?
5     Q    July 6, 2010.
6     A    I'm so not seeing it.
7     Q    There are three different entries,
8  two for the same patient.
9     A    Oh, yes.
10    Q    Who of the two for the same patient
11  is that patient?
12    A    Leroy Ard?
13    Q    And what's the top prescription?
14    A    Viagra, 50 milligrams.
15    Q    Was that ever picked up by anybody?
16    A    No.
17    Q    Would that have been before or after
18  Gwen Atkins' termination?
19    A    After.
20    Q    Now, I want you to look at
21  Exhibit 11, pages 467 to 480, and tell me as
22  to the best of your knowledge it's a true and
23  correct copy of the Greensburg prescription
24  assistance program log for the period from
25  January of 2009 to July 9th of 2010?

Page 72

1     A    Yes, ma'am.
2     Q    Now, I'd also like you to look
3  through it, and -- well, strike that.  You've
4  testified to the fact that it appears that
5  Gwen Atkins had picked up several different
6  prescriptions.  Do you recall that testimony?
7     A    Yes.
8     Q    I want you to go through that for me,
9  if you can, and -- let me explain what I'm
10  asking.  There are several times where a
11  patient gets two medications, and sometimes,
12  when a patient gets one medication.  I'm
13  asking you is there any occasion for which
14  Gwen Atkins picked up medication on behalf of
15  any patient according to the log for which she
16  did not pick up Viagra?  In other words, is
17  there a time that she's in here just picking
18  up somebody's blood pressure medicine, and
19  that's it; or somebody's diabetes medicine
20  medication, and that's it?
21    A    I will look.  (Witness peruses
22  documents).  No.  In 2009, no.
23    Q    Do you recall whether in the course
24  of your part of the investigation you've been
25  testifying about whether you ever spoke with

Page 73

1  an employee named Tina Williams?
2     A    Ever, yes.
3     Q    As part of that investigation?
4     A    I believe Deana did, yes.
5     Q    Deana McClain?
6     A    Yes.
7     Q    Were you present for that
8  conversation?
9     A    I can't -- I don't remember.  I
10  probably was.  I honestly don't remember,
11  though.
12    Q    I'm going to show you what I've
13  marked as Exhibit 12, which is Bates labeled
14  document SCHS-000227.  It appears to be an
15  email from Tina Williams to Deana McClain.
16  Have you ever seen Exhibit 12 before?
17    A    I'm sure -- I don't remember.  I'm
18  sure I have.
19    Q    Do you recall whether you were aware
20  of the information that's relayed in
21  Exhibit 12 --
22    A    Yes.
23    Q    -- before Gwen Atkins termination?
24    A    This was part of the investigation.
25    Q    Which part in particular are you

Page 74

1 referencing?
2    A    Looking into the medication and Gwen
3 after the log and her picking up medicines.
4 This was all about the same timeframe.
5    Q    Do you see that first sentence there
6 where it says, at the end of February, March,
7 I noticed Gwen made a phone call to one of the
8 patient assistance programs and phoned in
9 medication for a patient from the Greensburg
10 location?  Do you so where I've read that?
11    A    Yes.
12    Q    Was Gwen Atkins a clinical employee?
13    A    She was a school-based employee.
14    Q    But what I'm asking is was she a
15 provider?  Was she a nurse?  Was she a
16 clinical-side employee?
17    A    No.
18    Q    What type of employee was Gwen
19 Atkins?
20    A    Front desk staff.  Patient support.
21    Q    And in your experience at that time
22 at Southeast, would that have been typical for
23 a nonclinical employee to phone in medication?
24    A    No.
25    Q    What about for an employee of a

Page 75

1 school-based clinic to phone in medication for
2 a patient from another location?
3    A    No, absolutely not.
4    Q    Have you ever heard of or seen that
5 happen at Southeast before or since?
6    A    No.
7    Q    Did any provider ever tell you in the
8 course of your investigation that they had
9 authorized Gwen Atkins to call in
10 prescriptions?
11    A    No.  No.
12    Q    Did you review Gwen Atkins' personnel
13 file at any point, her prior disciplinary
14 record or that kind of thing prior to her
15 termination, if you -- I have no idea of
16 answer but if you did or didn't.
17    A    I'm sure I did, yes.
18    Q    Do you specifically remember it?
19    A    No, I don't.
20    Q    So, as you sit here today, do you
21 know whether Gwen had any prior disciplinary
22 action in her personnel file for anything to
23 do with the prescription assistance?
24    A    I'd have to look at the file, because
25 one of them did.

Page 76

1    Q    I'm going to show you what I've
2 marked as Exhibit 13.  Do you recognize
3 Exhibit 13?  It's Bates labeled document
4 SCHS-000015.
5    A    Yes, ma'am.
6    Q    Can you tell us what Exhibit 13 is?
7    A    It was a memorandum to Gwen Atkins
8 from Linda Beauvais.
9    Q    I think it's Beauvais.
10    A    Beauvais, about the 340B Drug
11 Program, 340B.
12    Q    What is the 340B Drug Program?
13    A    Another Program Assistance Program
14 that Southeast pays for medications at a
15 discounted rate for our patients to go to a
16 particular pharmacy.  People who can't,
17 know, afford their medicines.
18    Q    Do you know as you sit her today
19 whether you reviewed Exhibit 13 before Gwen
20 Atkins was terminated?
21    A    Yes.  Yes.
22    Q    Yes, you --
23    A    I've seen it.  It was in her file . I
24 pulled her file.  Without a doubt, yes.
25    Q    Did you tell anybody at Southeast

Page 77

1 about Exhibit 13 at any point prior to
2 Ms. Atkins' termination?
3    A    I think everybody who was there knew
4 about Exhibit 13 before I did.
5    Q    Tell me what you mean by everybody
6 who was there.
7    A    The people who were there, Selina, I
8 would assume would have known.  This is from
9 '03.  I can't guess at what somebody else
10 knew.  I knew this was in her file.
11    Q    Right, and I'm not asking you to.
12 I'm only asking if you were present for any
13 discussions about Exhibit 13, because you were
14 telling somebody about it or because somebody
15 was telling you about it?
16    A    I know that I pulled her employee
17 file for my boss, and it was in there.  I
18 don't remember specifically saying, oh, by the
19 way, but I noticed that.  I do remember seeing
20 that, absolutely.
21    Q    By your boss, you mean?
22    A    Selina Senegal.
23    Q    I'm going to show you what I've
24 marked as Exhibit 14, which is Bates labeled
25 document SCHS-000088.  Have you ever seen

Page 78

1  Exhibit 14 before?
2    A   Her termination letter.
3    Q   Tell me what you mean by her
4  termination letter.
5    A   I'm sorry.  It's Gwen's termination
6  letter from the old CEO back in '08.  She was
7  being dismissed for using 340B for personal
8  prescriptions when she had insurance.
9    Q   Do you know whether as you sit here
10  today -- strike that .  Did you ever have any
11  discussions about Ms. Atkins' prior
12  termination from Southeast with anybody at
13  Southeast prior to Ms. Atkins ultimate
14  termination in 2010?
15    A   I don't remember.  I know this was in
16  the file.
17    Q   Exhibit 14?
18    A   Yes.
19    Q   Do you have any knowledge as to what
20  Ms. Senegal decided to do, if anything, with
21  Ms. Atkins' employment after the
22  investigation?
23    A   Terminate and report her.
24    Q   How do you have that knowledge?
25    A   It's part of her personnel file.  I

Page 79

1  drew up the paperwork, the termination
2  documents.
3    Q   I'm going to show you what I've
4  marked as Exhibit 15, which is Bates labeled
5  document SCHS-000221.  Can you identify
6  Exhibit 15 for us?
7    A   That's Gwen's termination letter.
8    Q   What is the date of it?
9    A   May 20, 2010.
10    Q   Who drafted it?
11    A   Selina.  I typed it.  Her
12  instruction.
13    Q   So tell me what you mean by her
14  instruction.  Did Selina tell you what it
15  would say, or are you telling me -- you tell
16  me what you mean by her instruction.
17    A   This actually -- I don't know if I
18  typed it or if Selina typed it.  Probably
19  Selina typed it in May of 2010.  I don't
20  format like that.
21    Q   Did you receive a copy of Exhibit 15?
22    A   Yes.  It went into her file.
23    Q   Did anybody ever in your presence
24  make any recommendation to Selina about
25  whether or not to terminate Ms. Atkins or

Page 80

1  anything else with respect to this
2  investigation you've been testifying about?
3    A   I don't remember if anybody
4  specifically said they would recommend
5  termination.
6    Q   Do you remember how you came to be
7  aware that she was going to be terminated?  I
8  mean, obviously, you testified you received
9  Exhibit 15 at some point.
10    A   Yes.  Yes.  Yes.
11    Q   Do you remember how you came to be
12  aware that was going to happen or had
13  happened?
14    A   Selina, I'm sure.  Selina told me.
15    Q   Did Selina Senegal give you her
16  reason for terminating Ms. Atkins at any point
17  prior to Ms. Atkins' termination?
18    A   Just the investigation of the Viagra,
19  the mishandling of the medication.  I knew
20  that was why.
21    Q   Did you meet with Gwen Atkins to
22  discuss her termination if you recall?
23    A   I don't.  I really don't remember.
24  Honestly, I don't remember sitting at the
25  table.  I don't.

Page 81

1    Q   You heard Mr. Hogan's questions
2  earlier about Exhibit 3 being in a folder of
3  information.  Do you recall that questioning?
4    A   Yes.
5    Q   Do you recall Gwen Atkins ever giving
6  you documentation or information regarding
7  prescription assistance?
8    A   I know that Gwen had some documents
9  that she turned over.  I don't specifically
10  remember hand taking them in my hands.  I
11  don't remember just that; I don't.  I know she
12  did hand over lots of blank documents with
13  Tammy's signature on them, a blank
14  prescription pad that was whited out.  You can
15  tell that the line was missing.
16      MR. HOGAN:
17          I'm going to have to take a
18      break.  I need to talk to you,
19      Ms. Forrester.
20      MS. FORRESTER:
21          Okay.
22          (Brief recess.)
23  BY MS. FORRESTER:
24    Q   Sheri, I'm going to show you a
25  document which I'm marking as Exhibit 16,

Page 82

1 Bates labeled SCHS-000220, which appears to be
2 a letter dated June 1, 2010, signed by Selina
3 Senegal on SCHS letterhead.  Have you ever
4 seen Exhibit 16 before?
5     A    Yes.  This is actually a cover letter
6 to the attachment to the request for the EEOC,
7 the unemployment place.
8     Q    The EEOC or the unemployment?
9     A    Unemployment.  Unemployment.
10     Q    With respect to what employee?
11     A    Gwen Atkins.
12     Q    Now, I'm going to to show you what
13 I'm marking as Exhibit 17, which are Bates
14 labeled documents SCHS-000222 and 000223.
15 Appears to be a letter on SCHS stationery
16 dated May 20, 2010 to Ms. Senegal signed by
17 Joseph Freeman and Gail Williams.  Have you
18 ever seen Exhibit 17 before?
19     A    I don't remember.  I'm really not --
20 I don't remember it offhand, but --
21     Q    Now, I'm going to show you what I've
22 marked as Exhibit 18, which is an affidavit.
23 It appears to be the affidavit of Selina
24 Senegal, and I think it's got your name as
25 witness.  Is that your signature?

Page 83

1     A    Yes.
2     Q    If you'll look with me at the last
3 sentence.  It says, a few days following the
4 termination, the former employee sent the
5 attached documents to my work efax address.
6 Do you see where I've read that?
7     A    Yes.
8     Q    Do you know what, if any, documents
9 were sent to Selina Senegal's work efax
10 address and were originally attached to
11 Exhibit 18?
12     A    It's a letter from Gwen.  I don't
13 know.
14     Q    Do you know if there were any other
15 documents attached to it?
16     A    It's more than likely where the -- I
17 don't know.  I don't remember.
18     Q    Tell me what you were about to say.
19     A    More than likely, that was her proof
20 that she didn't do anything wrong.  That was
21 where the blank prescription and the blank
22 things came in at.
23     Q    I'm going to show you some documents
24 that are not Bates labeled, which I'll label
25 Exhibit 19; and I will represent to you that

Page 84

1 this five-page document, these are all
2 documents that were provided to our law firm
3 by Ms. Atkins' counsel.  Have you ever seen
4 Exhibit 19 before?
5     A    Yes.
6     Q    Or any portion of it?
7     A    This is what I was talking about.
8     Q    Tell me what you mean this is what
9 you were talking about when.
10     A    This is what I was talking about when
11 I said it was probably attached to the note in
12 her letter and her documents that came with
13 that efax, but this was a blanked out -- it
14 used to be filled in.  This used to be filled
15 in.  This is blatantly obvious that it was
16 filled in.
17     Q    Tell me which documents you're
18 referring to, so it's clear on the record.
19     A    Sure.  The prescription assistance
20 program enrollment application and the blank
21 prescription with Tammy's signature on it for
22 for 75 to a hundred, unit 90 but no
23 information filled in as far as the patient
24 for prescription assistance.
25     Q    Would there have been any reason

Page 85

1 under the Southeast prescription assistance
2 program procedure at the time of Gwen Atkins
3 termination for an employee to be in
4 possession of documents like Exhibit 19?
5     A    No.
6     Q    A nonclinical employee, I guess I
7 should specify.
8     A    No.
9     Q    Would there be any reason for any
10 Southeast terminated employee to ever be in
11 possession of documents like Exhibit 19?
12     A    No.
13     Q    So, based on what I've shown you
14 today, I will represent to you that it appears
15 to me that there were no blanked out
16 prescription applications or prescriptions or
17 anything like that that were part of the
18 investigation prior to the termination.  Do
19 you have an opinion to that one way or the
20 other?  Do you remember that?
21     A    No.
22     Q    Do you remember whether you reviewed
23 these documents, Exhibit 19, --
24     A    Yes, I'm sorry.
25     Q    -- before the termination?

Page 86

1    A    I'd have to look at the date of the
2  letter.  I mean -- because it came with Gwen's
3  stuff.  It was an efax.  I know that it's been
4  produced for sure.  Is there a date on it?
5    Q    Well, let me show you again, Exhibit
6  18, affidavit of Selina Senegal.  The last
7  sentence says a few days following
8  termination.
9    A    Following termination, right.
10    Q    The former employee sent me the
11  attached documents.
12    A    Got you.
13    Q    I'm just showing you that to see if
14  that helps or refreshes your recollection at
15  all.
16    A    Yes.  Yes.
17    Q    Does it refresh your recollection as
18  to whether Exhibit 19 was in the possession of
19  Southeast at the time the termination decision
20  was made?
21    A    Absolutely not.  It was after.
22    Q    Did these documents in Exhibit 19,
23  would they have made a difference, if you
24  know, in the termination decision of the
25  investigation?

Page 87

1    A    No.
2    Q    Why not?
3    A    What she had done already, what we
4  found out we knew she did by taking
5  prescriptions, signing out prescriptions for
6  people who didn't have a prescription like
7  that, that was enough grounds to terminate.
8  This was criminal.  This is why criminal
9  proceedings happened.  And there was cause to
10  terminate for sure.  It just kept growing.
11    Q    So what do you mean by kept growing?
12    A    Well, the more you looked into it,
13  the more information we received, it became
14  obvious what was going on; that she was
15  writing prescriptions through prescription
16  assistance, having them shipped in for
17  patients that didn't have that prescription
18  and was leaving the building with them with
19  the medicine.
20    MS. FORRESTER:
21        I don't have anything else.
22    MR. HOGAN:
23        Just give us a minute, ladies.
24        (Brief recess.)
25          EXAMINATION

Page 88

1  BY MR. HOGAN:
2    Q    We're ready to reassume if you all
3  are.  If you would refer back to Exhibit 1
4  now, ma'am, and go to page 26.  All right.
5  The last sentence, last couple of sentences in
6  the paragraph numbered one, do you see that
7  down at the bottom?
8    A    Paragraph one, last sentence?
9    Q    Yeah.  It says, I did keep a copy of
10  my documentations with me.  Do you see that?
11    A    Yes.
12    Q    I needed to try to and get a patient
13  enrolled in the program, will be deleted for
14  their privacy but see attached copies.  Do you
15  see that notation, attached copies?
16    A    Um-huh.
17    Q    Then, I'm going to represent to you
18  that these documents, which have been labeled
19  as Exhibit 19 were the attached copies that
20  were referred to in that statement by
21  Ms. Atkins.  Do you have any information to
22  contradict that as we sit here today?
23    A    No.
24    Q    Without going through each document,
25  a lot of the documents that Ms. Forrester

Page 89

1  showed you weren't in this Exhibit 1, were
2  they?
3    A    No.
4    Q    So we go back to Exhibit 14.  That's
5  the termination letter, isn't it?
6    A    Yes.
7    Q    You are aware of the fact that she
8  was reinstated, was she not?
9    A    She had to be.
10    Q    Okay.  Look again at Exhibit 11.
11  Now, in each case on Exhibit 11, this
12  indicates the date the medication was
13  received, and there's some initials in the
14  next column.  Do you see that?
15    A    Yes.
16    Q    Who would that be?  Like, for
17  example, let's just look at 6/28/10, LW, who
18  is that?
19    A    Actually, it's a TW.
20    Q    TW.
21    A    Tina Williams, that's your patient
22  name, and then, --
23    Q    Wait a minute.  We're going one
24  column at a time, okay.  So who is Tina
25  Williams?

Page 90

1    A   She is a medical assistant.
2    Q   All right.  So Tina makes this
3  notation?
4    A   Yes.
5    Q   But again, the package was
6  received -- we don't know who -- we're just
7  talking about 6/28/10.  We don't know who
8  received the package, right?
9    A   Tina Williams did.
10    Q   Tina did.  How do we know that?
11    A   She logged it in.  She's the one that
12  received it.
13    Q   But it would have been addressed to
14  the particular doctor or healthcare provider
15  that prescribed it to this patient, correct?
16    A   It would have come with the
17  prescription, just like the other one did.  I
18  can't read her name.  Ruby, I'm assuming.
19  Her name would have been on it, and that was
20  the patient name.
21    Q   And if you go over to the last
22  column, the initials in the last column would
23  indicate a staff member who checked it out to
24  whoever signs it out, right?
25    A   Right.

Page 91

1    Q   So, apparently, if you go over to --
2  in fact, let's just go over to page 469 top
3  column there, 4/30/2010, Leroy Ard, Viagra 50
4  milligrams and Lipitor 10 milligrams.  Do you
5  see that?
6    A   I do.
7    Q   And so Tina Williams checked it out
8  to Gwen Atkins, right?
9    A   That's what it looks like.
10    Q   Why would she have done that?
11    MS. FORRESTER:
12       Object to the form.
13    THE WITNESS:
14       I have no idea.
15  BY MR. HOGAN:
16    Q   Well, I mean, isn't it under a lock
17  and key in the back of the clinic?
18    A   It's in a cabinet yes.
19    Q   It has to be checked out by somebody
20  in the back, right?
21    A   Yes.
22    Q   Did Tina work in the back?
23    A   Yes.
24    Q   So, apparently, she must have thought
25  that it was okay to turn it over to Gwen

Page 92

1  Atkins, is that correct?
2    THE WITNESS:
3       No.
4    MS. FORRESTER:
5       Object to the form.
6    THE WITNESS:
7       I don't think that that's okay,
8       because she sent an email to Deana
9       talking about that, as well.
10  BY MR. HOGAN:
11    Q   Well, let's go back to the email.
12    A   Okay, which one?
13    Q   This is Exhibit 12.  Are you talking
14  about Exhibit 12?
15    A   Yes.
16    Q   Well, she's writing this after she
17  signed it out to Gwen Atkins on April 30th.
18    A   Yes.
19    Q   I mean, just to be clear, her
20  Exhibit 12 is dated May 17th of 2010, right?
21    A   Exhibit 12, you said?
22    Q   Yeah.
23    A   Yes, May 17th.
24    Q   And she's talking about something
25  that happened in February or March, right?

Page 93

1    A   Yes.
2    Q   Okay, but here she is on April the
3  30th of 2010 signing these prescriptions out
4  to Gwen Atkins.
5    A   She witnessed Gwen take them, yes.
6  Yes. Yes.
7    Q   Wait, wait, wait, wait, wait.
8  Witnessed her take them?
9    A   Yes.  She -- Gail -- Gwen Atkins took
10  that medicine, and Tina Williams saw her do
11  it.
12    Q   Wait a minute, now.  It's under a
13  lock and key in the back, okay, isn't it?
14    A   If it gets that far, yes.
15    Q   What do you mean, if it gets that
16  far?
17    A   From the front desk when it comes in
18  to the nurse's station in the back, yes.  It's
19  got to travel.
20    Q   Well, I mean why would Tina Williams'
21  initials be in this column if it hadn't made
22  it in the back?
23    A   Because this is what the log was in
24  the back, and yes, I'm sure that Tina -- yes,
25  I don't know why Tina signed it.  She didn't

Page 94

1  give her permission. She couldn't.
2     Q   Wait a minute. Well, what do you
3  mean?
4     A   Oh, my God. About what? What? What
5  do I mean about what?
6     Q   Okay, help me out here.
7     A   I'm trying to --
8     Q   Just a minute. Just a minute. Let's
9  be clear. Okay, I'm just reading this entry,
10 okay. I'm just reading this entry. Now,
11 listen to me for a minute, okay. If I'm
12 reading correctly, it shows that on April 30th
13 of 2010, Tina Williams checked this medication
14 that came in for Leroy Ard, she checked it out
15 to Gwen Atkins, and she put her initials in
16 that column indicating that she had physically
17 handed those two prescriptions to Gwen Atkins.
18    A   Yes.
19       MS. ATKINS:
20          I'm sick of this.
21 BY MR. HOGAN:
22    Q   If we look over on 470, an entry
23 there for Lionel Porter, 3/29/2010, RR. Who
24 is RR?
25    A   Robin Richardson.

Page 95

1     Q   Robin Richardson is what?
2     A   An LPN.
3     Q   Okay, so Robin Richardson checked
4  these medications out to Gwen Atkins, is that
5  what that entry says to you?
6     A   Yes.
7     Q   What about this one on 472, this is
8  for Leroy Ard on 3/12/2010 at the bottom of
9  that page, it shows -- it looks like Gwen's
10 initials in both columns, and then, there's
11 some initials in the margin.
12    A   Yes.
13    Q   Whose initials are in the margin?
14    A   I cannot tell. Could not tell you.
15    Q   But somebody other than Gwen Atkins?
16    A   Well, Gwen Atkins signed both
17 columns. Yes.
18    Q   Okay, well, let's look at this one
19 over here on 473 for Leroy Ard January 28,
20 2010. Again, it's Gwen Atkins and RR. So
21 that's Robin Richardson, I think you said?
22    A   Yes.
23    Q   Let's look at 10 again, Exhibit 10,
24 this one here. Now, I believe -- did you
25 testify that you prepared this? You weren't

Page 96

1  remembering if you did or not?
2     A   I said I didn't remember where it
3  came from, but it was -- I think it's an EHS.
4  It was an EHS form, because there's an EHS
5  column.
6     Q   Okay, well, we see here on -- it's an
7  EHS. We see Oscar Ard up there at the top.
8  You see that?
9     A   Yes.
10    Q   You see Gwendolyn Atkins right
11 underneath him, don't you?
12    A   Yes.
13    Q   And you see Bridgette Atkins, don't
14 you?
15    A   Yes.
16    Q   Then, we go down here, and we see
17 Johnny Flowers on it, right there below
18 Deborah Evans?
19    A   Yep.
20    Q   And then, all way down about six
21 lines from the bottom, we see Leroy Ard, don't
22 we?
23    A   And Lionel Porter.
24    Q   And Lionel Porter, okay. Now, let's
25 look at nine. All right. I see here like

Page 97

1  James London is down for Diovan twice, do you
2  see that?
3     A   Yes.
4     Q   I see Woodrow Ford is down for
5  Celebrex twice on the same day. Do you see
6  that up at the top?
7     A   Yes.
8     Q   I see over here on the next page, I
9  see Jerry Ricard down for Diovan twice on the
10 same day. Do you see that?
11    A   Um-huh. Yes.
12    Q   And let's just continue. On 233, I
13 see Leroy Ard down for Levitra twice under
14 9/30/09. Do you see that?
15    A   Yes.
16    Q   Here's Oscar Ard down twice for
17 Cialis on August 5th. Do you see that?
18    A   Yes.
19    Q   And down toward the bottom, there's
20 Floyd Hitchens twice for Lyrica on the same
21 date, 7/16/09. Do you see that?
22    A   Yes.
23    Q   There's Johnny Flowers again on the
24 next twice for Viagra on 7/6/07.
25    A   Yes.

Page 98

1    Q    And then, over on the next page, we
2 see Bridgette Atkins twice for Lamisil on
3 2/12/08.
4    A    Yes.
5    Q    And Antwyla Lee down for Diovan twice
6 on 3/5/08.
7    A    Yes.
8    Q    Okay, going over to 237, you see
9 Melva -- let's see.  There's John Hutchison
10 down for Actos, one, two, three, four, five
11 times on 4/12/07.  Do you see that?
12    A    I do.
13    Q    And Melva Brumfield down for Lotrel
14 twice on 4/12/07.  Do you see that?
15    A    Yes.
16    Q    And there's Rubie Donahue down twice
17 for H-Y-Z-A-A-R on April 11 of '07.  Do you
18 see that?
19    A    Yes.
20    Q    And last page, there's Margaret Gross
21 down twice for Lipitor on 4/20/07.  Do you see
22 that?
23    A    Yes.
24    Q    And Rebecca Hayman down for Lexapro
25 four times on 4/18/07.  Do you see that?

Page 99

1    A    Yes.
2    Q    And there's John Hutchinson down at
3 the bottom again for Norvasc, one two, three, four
4 times on 4/12/07.
5    A    Yes.
6    Q    All right, so, as we sit here today
7 you're saying that, for example, John got --
8 he got Norvasc.  He got a prescription -- he
9 got the identical prescription that was
10 written for him for Norvasc on 4/12/07, he got
11 it four times in April of 2007?
12    A    No.
13    Q    You're not saying that?
14    A    I'm not saying that.
15    Q    Did you testify that the EHS did not
16 show a record of these patients that were
17 listed in Exhibit 9?
18    A    Active patients without prescriptions
19 charted within the EHS.
20    Q    Without prescriptions?
21    A    Correct.
22    Q    Without?
23    A    Without prescriptions.  These people
24 got medicine without a prescription.
25    Q    No.  No.  No.

Page 100

1    A    Okay, that's how I took it.
2    Q    Well, I'm just reading Ms. Senegal's
3 handwriting.
4    A    Me too.
5    Q    It says, active patients without
6 prescriptions charted within EHS.
7    A    Right.
8    Q    That's how I'm reading it.
9    A    That's how I'm reading it, too.
10    Q    Now, let's go on to the login
11 information.  I believe you testified the
12 login information to the patient's assistance
13 program -- this is not a document; this is
14 your testimony.  You testified that her login
15 information to the patient's assistance
16 program was saved.
17    A    Yes.
18    Q    That means anybody sitting can down
19 at that computer --
20    A    No, that's not what I mean.
21    Q    Wait a minute now.  What do you mean
22 by saved?
23    A    Robert, the IT guy, was able go in
24 and get it.
25    Q    He was able to go in and get it?

Page 101

1    A    Yes.
2    Q    Were you aware of other people that
3 had that login information besides the IT guy?
4    A    No.
5    Q    Did you ask anybody else if they had
6 it?
7    A    Nobody else had her login information
8 but the IT.
9    Q    Did you ask -- no, I'm talking about
10 for the patient's assistance program.  You
11 testified that her login and password was
12 saved on her computer, which means that
13 anybody sitting down at her computer --
14    A    No.
15    Q    Listen to me.
16    A    I'm trying to answer you.  No.
17    Q    Well, you're not letting me finish my
18 question for one thing, okay?
19    A    Okay.
20    Q    You testified that her login
21 information was saved already.
22    A    Yes.
23    Q    So I'm reading that to mean that
24 anybody who sat down at her computer could
25 access that program, because her login

Page 102

1 information was stored on that site?
2    A   Can I answer you now?
3    Q   Sure.
4    A   Okay, no.  Everybody had their own
5 sign on and password to get on any computer,
6 but yours was specific for you.  Like mine was
7 S. LeBlanc, and I had my password.  I can go
8 sign on to any computer, and it would be S.
9 LeBlanc; that's me.  Everything I do is on me.
10        She had Gwen Atkins, G. Atkins.
11    Q   Yeah.
12    A   So, when you log on as Gwen Atkins,
13 her stuff comes up no matter what computer
14 you're at.
15    Q   Well, Ms. Forrester got the
16 information, and Ms. Forrester has accessed
17 the website using her information, okay.
18    A   Yes.  By logging in as her.
19    Q   Yeah, by logging in as her.
20    A   Yes.
21    Q   But, of course, that's not a
22 misrepresentation, is it?
23        MS. FORRESTER:
24           Object to the form.  What do you
25        mean, Tom?

Page 103

1        MR. HOGAN:
2           I'm not here to answer your
3        questions.  I'm here to ask
4        questions.
5        MS. FORRESTER:
6           Okay, okay.  Object to the form.
7 BY MR. HOGAN:
8    Q   Now let's look at Exhibit 5.
9    A   Yes.
10    Q   There's no date on Exhibit 5, is
11 there?
12    A   No.
13    Q   And nobody is trying to run the
14 tracking number down, are they?
15    A   I have no idea.
16    Q   No.
17    A   I can't speak to what somebody else
18 has done.
19    Q   You didn't run it down, did you?
20    A   I'm sure.
21        MR. HOGAN:
22           Excuse us one minute.
23           (Brief recess.)
24 BY MR. HOGAN:
25    Q   Were you aware that Sheri Jones and

Page 104

1 Martha Johnson both accessed the patient's
2 assistance program using Gwen Atkins' access
3 information?  Were you aware of that?
4    A   No.
5    Q   Are you hearing about it for the
6 first time today?
7    A   Yes.
8    Q   Are you aware that Elaine Dorcey
9 picks up medications for other people?
10    A   No.
11    Q   Were you aware when you worked at
12 Southeast of any situation where somebody was
13 picking up medicine for someone other than who
14 it was prescribed for?
15    A   No.
16    Q   You weren't?
17    A   No.
18    Q   Have you ever picked up medication
19 for someone like your child or --
20    A   From a pharmacy?
21    Q   -- your family member?
22    A   From a pharmacy.
23    Q   Well, isn't that the same thing?
24 It's medication that has to be prescribed by a
25 healthcare provider and their statement -- the

Page 105

1 patient's assistance program says the
2 healthcare provider who signed -- who
3 prescribed it, it's going to remain in their
4 custody until it's released to the person it
5 was prescribed to.
6    A   Correct.
7    Q   So it's the same thing as the
8 pharmacy, isn't it, as far as the control
9 features?
10    A   You asked if I knew -- if I ever
11 picked up my prescription for my kid, and yes,
12 I have from a pharmacy, not from prescription
13 assistance program at work, no.
14    Q   Well, it was, obviously, going on
15 while you were employed there, wasn't it?
16    A   It was found out; it sure was on May
17 12th, whatever day it was that FedEx came.
18 Yes.
19    Q   So you all stopped it after that, is
20 that it?
21    A   No.
22    Q   You didn't stop it?
23    A   Didn't stop what?
24    Q   Well, I mean the practice of
25 people --

Page 106

1    A    No.
2    Q    -- signing out for medications for
3 people --
4    A    A patient picks up their own
5 medicine.  It's supposed to be the patient
6 picks up their own medicine.
7    Q    Right, the patient is supposed to
8 pick it up themselves --
9    A    And the patient is supposed to have a
10 prescription for it in EHS, which these
11 patients did not.
12    Q    Wait a minute.  Just a minute.  All
13 you said was -- all the list says is they
14 don't have a prescription in EHS.  That
15 doesn't mean that there's not a prescription
16 out there somewhere that was written by a
17 provider at that clinic.
18    MS. FORRESTER:
19        Object to the form.
20 BY MR. HOGAN:
21    Q    Yeah.
22    A    No.
23    Q    Well, I mean, you can disagree?
24    A    I do.
25    Q    We can continue to disagree.

Page 107

1    A    I will.
2    Q    Let's go back to Exhibit 1, page 29
3 and look at the entry on 3/3/2010 for David
4 Womack.  Do you see that?
5    A    Yep.
6    Q    And it looks like Elaine Dorcey's
7 initials.
8    A    And DW on side of it, yep.
9    Q    What's DW?
10    A    David Womack.
11    MR. HOGAN:
12        All right.  That's all the
13    questions I have.
14    MS. FORRESTER:
15        I have a few more.
16        EXAMINATION
17 BY MS. FORRESTER:
18    Q    I just want to clarify a few things
19 that came out on redirect.
20    A    Sure.
21    Q    First of all, if you could pull
22 Exhibit 5 out of that stack.
23    A    Yes.
24    Q    While Mr. Hogan was out of the room,
25 you made some observations; I think you had

Page 108

1 some kind of recollections.  I wanted to give
2 to give you an opportunity to put those on the
3 record.
4    A    Yes.  That's not a FedEx label.  It's
5 got a lot number.  This is the paperwork that
6 that came in the package of the Viagra.  It
7 was in the package from the prescription
8 assistance program place.  That's a lot
9 number.  It's a PO number.  That's not a
10 tracking number.  That is not a FedEx label.
11 That is what that is.  It's got the customer
12 number.  All -- none of that would have been
13 on a FedEx label, Viagra 50 milligrams.
14    Q    If you would pull Exhibits 9, 10 and
15 16 out of the stack.  Let me know when you
16 have them.
17    A    Nine, 10 and 16.  I had them in
18 order.  They're not in order anymore.
19    Q    Put them in this order, if you would.
20 Put 16; then, 10; then, nine, and I'm going to
21 ask you some questions.  First of all
22 Exhibit 16, you identified earlier as a letter
23 from Selina Senegal drafted in response to an
24 unemployment claim?
25    A    Correct.

Page 109

1    Q    And Exhibit 16 lists several
2 different attachments if I'm reading it
3 correctly.  Is that how you're reading it?
4    A    Yes.
5    Q    What does Exhibit 16 describe to be
6 Attachment B?
7    A    A list of patients that received
8 medication from Gwen Atkins.  This information
9 was taken from the PDA USA website under the
10 login information of Gwen Atkins.  The last
11 has five columns.  The prescription report
12 states whether or not the patient has had a
13 medication history within the electronic
14 health record, EHS.  Other patients with yes
15 within the RX Report column had a medication
16 history.  However, some of the medications
17 dispensed through PDA USA Report were not
18 recorded within the the electronic health
19 records; nor are there documentation within
20 the chart sustaining the medication dispensed.
21    Q    Now, if you would, look with me at
22 10.  What's the header at the top of
23 Exhibit 10?
24    A    Attachment B.
25    Q    So does that, what you just read in

Page 110

1 Exhibit 16 and that header, refresh your
2 recollection as to what Exhibit 10 is?
3    A   Yes.
4    Q   Do you have any further memory as to
5 whether you're the one who did this
6 spreadsheet or whatever it is, Exhibit 10?
7    A   This is a EHS report -- wait, hold
8 on. Taken from PSA website under the login
9 information. This is from the website.
10    Q   Can you refer to the documents by
11 their exhibit number?
12    A   Exhibit 10 is from the PDA USA
13 website. That's the list of patients that
14 received medication from Gwen Atkins.
15    Q   Well, is it, because then -- this is
16 my question: It says here --
17       MS. FORRESTER:
18          I'm sorry to bore you, Tom. I'm
19       just trying to get this clear for the
20       record.
21       MR. HOGAN:
22          This is off the record.
23          (Off-the-record.)
24 BY MS. FORRESTER:
25    Q   Look at where it says Attachment B on

Page 111

1 Exhibit 16.
2    A   Yes.
3    Q   This information was taken from the
4 PDA USA website under the login information.
5 Then, it says the list has five columns. You
6 see where I'm reading there?
7    A   Yeah.
8    Q   The RX Report states whether or not
9 the patient had a medication history within
10 the electronic health record, EHS. You see
11 that?
12    A   Yes.
13    Q   Would EHS informations have been in
14 the PDA USA website?
15    A   It should have been -- it should have
16 been linked, but I'm not sure if it was. I
17 can't answer that. I'm not -- you know, I
18 don't know if it was.
19    Q   We'll just --
20    A   It should have been.
21    Q   Then, look at Exhibit 9 for me. What
22 is the header at the top?
23    A   Attachment D.
24    Q   What is Attachment D according to
25 Exhibit 16?

Page 112

1    A   Report taken from PDA USA listing all
2 patients dispensed medication by Gwen Atkins
3 utilizing the PDA USA system. Keep reading?
4    Q   Yes.
5    A   The highlighted names depict active
6 patients without documentation within the
7 charting systems substantiating the
8 prescription.
9    Q   So I cannot see any highlighting
10 clearly on Exhibit 9. Can you?
11    A   I know it was these. I can't see
12 them clearly, no.
13    Q   When you said, I know it was these,
14 do you mean the ones with --
15    A   The highlight mark on the side of it.
16 Old marks, and I know the names. No, I don't
17 see any highlighting.
18    Q   So I'll represent to you that it
19 looks reading Exhibit 16, Exhibit 9 together
20 as though all of Exhibit 9, every single
21 patient on there is not necessarily an active
22 patient without a prescription charted in EHS
23 but the highlighted ones. Would you agree
24 with that?
25    A   Yes.

Page 113

1    Q   Whatever those are. Would you agree
2 with that?
3    A   Yes.
4       MS. FORRESTER:
5          I don't have anything else.
6       MR. HOGAN:
7          All right. I have a couple of
8       questions.
9          EXAMINATION
10 BY MR. HOGAN:
11    Q   On reading 16 again, you're talking
12 about the description of the columns, right,
13 in Attachment B?
14    A   (No audible response.)
15    Q   And let's just look at Exhibit 10.
16 Let's talk about Charles Cleveland, for
17 example. In the column of RX report, it says
18 no, doesn't it?
19    A   Yes.
20    Q   It also says no for Bridgette Atkins
21 and over on page two, it says no for Kim Self.
22    A   Yes.
23    Q   So what does the no indicate? Alfred
24 Womack had the no also. What does that
25 indicate?

Page 114

1     A   Whether or not the patient had a
2 medication history within the electronic
3 health record.  Other patients with yes within
4 the RX report column had a medication history.
5 So the ones without one, without a yes would
6 be did not.
7     Q   But the four people we're talking
8 about, which would be Oscar Ard, Johnny
9 Flowers, Lionel Porter and who else?  All
10 right, well just look at 16 again.  I'm
11 talking about Attachment B.  The list has five
12 columns.  The RX report states whether or not
13 the patient had a medication history within
14 the electronic health record, EHS.  Now,
15 you're saying other patients with yes within
16 the RX report had a medication history;
17 however, some of the medications dispensed
18 were not recorded within the electronic health
19 record.  Do you see that?
20    A   Yes.
21    Q   All right, whose responsibility would
22 it be to record it in the electronic health
23 record?
24    A   The provider.
25        MS. FORRESTER:

Page 115

1        Object.
2 BY MR. HOGAN:
3     Q   Then, you continued to say nor are
4 there documentation within the chart
5 substantiating medication dispensed.  Do you
6 see that?
7     A   Yes.
8     Q   Now, that's referring to another --
9 to a different chart, right, a paper chart?
10    A   No.
11    Q   What's the difference between the
12 electronic health record and the chart?
13    A   Same thing.
14    Q   They're the same thing?
15    A   They're the same thing.
16    Q   Well, then, why did she use the words
17 that she used when she said not reported
18 within the electronic health record, nor are
19 there documentation within the chart?  Why did
20 she say it like that?
21    A   You'd have to ask her.
22        MS. FORRESTER:
23        Object to the form.
24        THE WITNESS:
25        -- but that's the same thing.

Page 116

1 The same thing.  They did not use
2 paper anymore.
3 MR. HOGAN:
4     All right, That's all the
5 questions I have.  Thank you.
6 MS. FORRESTER:
7     I don't have anymore.
8     (Whereupon, the deposition was
9 concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 117

1          C E R T I F I C A T E
2
3       I, LORI L. LE BOUEF, Certified Court
  Reporter, in and for the State of Louisiana,
4  as the officer before whom this testimony was
   taken, do hereby certify that SHERI LE BLANC,
5  after having been duly sworn by me upon
   authority of R.S. 37:2554, did testify as
6  hereinbefore set forth in the foregoing 116
   pages; that this testimony was reported by me
7  in the stenotype reporting method, was
   prepared and transcribed by me or under my
8  personal direction and supervision, and is a
   true and correct transcript to the best of my
9  ability and understanding; that the transcript
   has been prepared in compliance with
10 transcript format guidelines required by
   statute or by rules of the board, that I have
11 acted in compliance with the prohibition on
   contractual relationships, as defined by
12 Louisiana Code of Civil Procedure Article 1434
   and in rules and advisory opinions of the
13 board; that I am not related to counsel or to
   the parties herein, nor am I otherwise
14 interested in the outcome of this matter.
15
16    Dated this 24th day of October, 2016.
17
18
19
20
21       LORI L. LE BOUEF, CCR
         CCR #87069
22       STATE OF LOUISIANA
23
24
25

## Exhibits

**LeBlanc,S 10-11-16 ex 1** 4:2 20:6 27:1 49:8 88:3 89:1 107:2

**LeBlanc,S 10-11-16 ex 2** 4:2 31:23 35:18

**LeBlanc,S 10-11-16 ex 3** 4:3 33:23 81:2

**LeBlanc,S 10-11-16 ex 4** 4:4 49:11,13,16,22 50:2,6,12,25

**LeBlanc,S 10-11-16 ex 5** 4:5 50:17,18 103:8,10 107:22

**LeBlanc,S 10-11-16 ex 6** 4:6 54:12,13,20

**LeBlanc,S 10-11-16 ex 7** 4:7 55:1,10

**LeBlanc,S 10-11-16 ex 8** 4:7 57:22

**LeBlanc,S 10-11-16 ex 9** 4:8 62:18,21 63:1 64:3,15 99:17 111:21 112:10,19,20

**LeBlanc,S 10-11-16 ex 10** 4:9 65:2,4,7 95:23 109:23 110:2,6,12 113:15

**LeBlanc,S 10-11-16 ex 11** 4:10 65:24,25 66:12 71:21 89:10,11

**LeBlanc,S 10-11-16 ex 12** 4:11 73:13,16,21 92:13,14,20,21

**LeBlanc,S 10-11-16 ex 13** 4:12 76:2,3,6,19 77:1,4,13

**LeBlanc,S 10-11-16 ex 14** 4:13 77:24 78:1,17 89:4

**LeBlanc,S 10-11-16 ex 15** 4:14 79:4,6,21 80:9

**LeBlanc,S 10-11-16 ex 16** 4:15 81:25 82:4 108:22 109:1,5 110:1 111:1,25 112:19

**LeBlanc,S 10-11-16 ex 17** 4:16 82:13,18

**LeBlanc,S 10-11-16 ex 18** 4:17 82:22 83:11 86:5,6

**LeBlanc,S 10-11-16 ex 19** 4:18 83:25 84:4 85:4,11,23 86:18,22 88:19

## $

**$29,000** 44:23 45:4

## 0

**000213** 54:15

**000223** 82:14

**000230** 65:3

**000231** 62:19

**000238** 62:19

**03** 77:9

**07** 98:17

**08** 78:6

## 1

**1** 20:6 27:1 49:8 82:2 88:3 89:1 107:2

**10** 20:14 34:9 65:2,4,7 91:4 95:23 108:14,17,20 109:22,23 110:2,6,12 113:15

**100** 34:8

**10th** 55:6 71:4

**11** 65:24,25 66:12 71:21 89:10,11 98:17

**12** 34:7 36:20 50:3 51:10 56:12 60:11 61:4 68:22 69:6 73:13,16,21 92:13,14,20,21

**12th** 105:17

**13** 70:5 76:2,3,6,19 77:1,4,13

**14** 77:24 78:1,17 89:4

**15** 68:11 79:4,6,21 80:9

**16** 81:25 82:4 108:15,17,20,22 109:1,5 110:1 111:1,25 112:19 113:11 114:10

**17** 82:13,18

**17th** 92:20,23

**18** 82:22 83:11 86:6

**18950** 21:2

**19** 22:14 54:19 83:25 84:4 85:4,11, 23 86:18,22 88:19

**1999** 7:2

## 2

**2** 31:23 35:18

**2/12/08** 98:3

**20** 23:13 68:23 79:9 82:16

**2004** 7:6

**2007** 99:11

**2009** 25:2 44:25 45:4 57:24 58:8 67:12,13 71:25 72:22

**2010** 6:16 9:6,8 10:16,20 23:14 24:16,20 32:1 34:7 36:20 40:24 41:1 44:7,15 50:3 51:11 52:16,19 54:19 55:12,17 56:12 60:11 61:4 68:3,11, 22,23 69:6,21 70:5,13 71:1,5,25 78:14 79:9,19 82:2,16 92:20 93:3 94:13 95:20

**2014** 6:17

**21** 32:1

**22** 26:5

**23** 28:11 30:9

**233** 97:12

**237** 98:8

**24** 23:13 28:18

**25** 31:14 45:18,20 57:24

**25th** 28:22

**26** 88:4

**28** 68:3 95:19

**29** 69:21 107:2

**29th** 69:24

**2nd** 13:10

## 3

**3** 33:23 81:2

**3/12/2010** 95:8

**3/29/2010** 94:23

**3/3/2010** 107:3

**3/5/08** 98:6

**30** 58:8 70:13

**30th** 58:2 92:17 93:3 94:12

**340B** 76:10,11,12 78:7

---

**4**

**4** 49:11,13,16,22 50:2,6,12,25

**4/12/07** 98:11,14 99:4,10

**4/18/07** 98:25

**4/20/07** 98:21

**4/30/2010** 91:3

**467** 70:25 71:21

**469** 70:5,18 91:2

**470** 69:21 70:18 94:22

**472** 69:4,12 95:7

**473** 68:2,22 95:19

**475** 67:9,15

**480** 65:25 67:9,15 71:21

---

**5**

**5** 50:17,18 103:8,10 107:22

**50** 34:20 35:3 68:7,13 69:10 70:1,15 71:14 91:3 108:13

**5th** 25:2 68:16 97:17

---

**6**

**6** 54:13,20 71:1,5

**6/28/10** 89:17 90:7

**64330** 6:5

---

**7**

**7** 55:1,10

**7/16/09** 97:21

**7/6/07** 97:24

**70422** 6:6

**75** 84:22

---

**8**

**8** 57:22

---

**9**

**9** 55:17 62:18,21 63:1 64:3,15 67:13 99:17 108:14 111:21 112:10,19,20

**9/30/09** 97:14

**90** 84:22

**99** 7:6 8:5

**9th** 55:6 71:25

---

**A**

**absolutely** 35:20 53:6 70:22 75:3 77:20 86:21

**access** 30:14,16 41:21 101:25 104:2

**accessed** 102:16 104:1

**accrual** 58:25

**accrued** 59:8,9,11

**accused** 26:2 46:16 47:4

**acquainted** 54:6

**action** 21:1 75:22

**active** 32:1 63:8 99:18 100:5 112:5, 21

**Actos** 98:10

**Adam** 7:1

**additional** 38:5

**address** 6:4 36:24 63:7 64:13 83:5, 10

**addressed** 9:15 13:1,18 14:2 90:13

**addresses** 64:11

**Adrian** 18:1,2,11,14,22

**advantage** 29:23

**affidavit** 17:5 28:11,19 30:6 31:14 45:19 49:14,20 50:25 82:22,23 86:6

**afford** 76:17

**agency** 43:9

**agree** 112:23 113:1

**agreeing** 24:7

**agreement** 55:18

**Alfred** 113:23

**Amite** 6:6

**Amy** 8:21 47:10

**Antwyla** 98:5

**anymore** 41:17,18 108:18 116:2,7

**anytime** 56:2

**apparently** 91:1,24

**appears** 27:9 54:16,18 57:19 72:4 73:14 82:1,15,23 85:14

**application** 28:20 29:15 61:2,8 84:20

**applications** 29:5 33:14,21 36:22 85:16

**approximate** 6:14 7:4

**April** 70:13 92:17 93:2 94:12 98:17 99:11

**Ard** 24:25 25:2 34:20 63:18,24 64:4, 15 66:17 67:4,17,20 68:5,13 69:8 70:15 71:12 91:3 94:14 95:8,19 96:7,21 97:13,16 114:8

**arose** 9:9

**assigned** 56:13 57:6

**assist** 61:7

**assistance** 15:22 24:15,20 25:3,5 27:14 29:5,15 32:12 36:21 41:16 46:1,5 59:20,23 60:4,13 61:1,8,12, 22 66:5 67:11 71:24 74:8 75:23 76:13 81:7 84:19,24 85:1 87:16 100:12,15 101:10 104:2 105:1,13 108:8

**assistant** 7:10,11,13 9:25 10:3,7, 12,21 11:15 90:1

**assisting** 11:5

**assume** 50:9 77:8

**assuming** 38:6 90:18

**Atkin's** 61:5

**Atkins** 9:9,13 12:1 15:22 17:8 18:4 21:2 22:9,19 33:13 36:24 37:3,9,21 44:8 54:6 55:5,17 57:21,23 58:19 60:13 61:6 64:5,14,19,20 68:9,14 69:11 70:3,11,16 72:5,14 73:23 74:12,19 75:9 76:7,20 78:13 79:25 80:16,21 81:5 82:11 85:2 88:21 91:8 92:1,17 93:4,9 94:15,17,19 95:4,15,

16,20 96:10,13 98:2 102:10,12
109:8,10 110:14 112:2 113:20

**Atkins'**  35:23 37:1 40:4 41:14,22
48:22 55:2 56:1,2 71:18 75:12 77:2
78:11,21 80:17 84:3 104:2

**attached**  63:22 83:5,10,15 84:11
86:11 88:14,15,19

**attachment**  82:6 109:6,24 110:25
111:23,24 113:13 114:11

**attachments**  109:2

**attorney**  38:18 55:2 57:18

**audible**  113:14

**audit**  45:25 46:4

**August**  25:2 97:17

**authorized**  75:9

**aware**  8:15 12:8 14:11 16:13 44:7,8
55:11,13,17 73:19 80:7,12 89:7
101:2 103:25 104:3,8,11

**awareness**  60:12

---

**B**

**baby**  20:20

**back**  8:1,5 10:14 11:18,19,22 13:15,
17 15:25 30:5 43:18 45:18 78:6 88:3
89:4 91:17,20,22 92:11 93:13,18,22,
24 107:2

**balance**  45:3

**based**  25:13 53:2 85:13

**basis**  56:14

**Bates**  49:12 50:17 54:14 55:4 57:19
62:18 65:2 73:13 76:3 77:24 79:4
82:1,13 83:24

**bear**  51:9

**Beauvais**  76:8,9,10

**beginning**  10:15 51:19 62:20 67:8

**begins**  57:24

**behalf**  72:14

**benefits**  58:13,20,21 59:4,5

**binder**  33:13

**Black**  10:25 11:2

**blank**  28:19 29:14 35:13,17,18

81:12,13 83:21 84:20

**blanked**  84:13 85:15

**blatantly**  84:15

**blood**  72:18

**board**  43:7

**bore**  110:18

**boss**  9:20 13:4,5 14:4 69:19 70:23
77:17,21

**bottle**  14:1 56:12

**bottom**  35:21 36:3 57:22 88:7 95:8
96:21 97:19 99:3

**break**  81:18

**Bridgette**  64:14,19 96:13 98:2
113:20

**brother**  37:1 64:12

**brought**  12:9

**Brumfield**  98:13

**building**  10:5 42:17 66:23 87:18

**bullet**  36:2

---

**C**

**cabinet**  91:18

**call**  28:15 74:7 75:9

**called**  15:11 52:12

**capacity**  7:13 45:8 58:12

**carried**  28:4

**case**  7:15 37:22 47:16 89:11

**cases**  45:16 47:15,24

**Celebrex**  97:5

**Center**  63:7

**CEO**  10:1,3,13,21 11:4 16:10 41:6
43:4 78:6

**CEOS**  43:10

**chance**  20:22

**change**  58:20,23 59:6

**changed**  47:6

**chapped**  60:25

**charge**  8:17,22 21:5,21 22:12 44:9,
14 48:21 55:12 56:2,7

**charged**  21:13,17 25:1

**charges**  8:11 24:5,8 45:11

**Charles**  113:16

**chart**  63:24 109:20 115:4,9,12,19

**charted**  63:9 99:19 100:6 112:22

**charting**  112:7

**check**  46:24 60:23

**checked**  90:23 91:7,19 94:13,14
95:3

**chief**  18:5

**child**  104:19

**children**  60:24

**Christa**  39:13

**Cialis**  21:19 24:19 25:1,4 97:17

**claim**  108:24

**claimed**  21:4

**clarify**  107:18

**clear**  49:9 84:18 92:19 94:9 110:19

**Cleveland**  113:16

**client**  6:22

**clients**  32:1

**clinic**  11:23,24 12:9,10 51:22 53:7,
9,10,15 54:2 56:19,24 57:2,3,6,7,10,
11,25 58:6,7 59:7 60:16,18,20 61:9
67:12 75:1 91:17 106:17

**clinical**  16:11 74:12

**clinical-side**  74:16

**clinics**  56:18,22

**close**  37:2 54:4

**closed**  51:23

**collective**  54:14

**column**  89:14,24 90:22 91:3 93:21
94:16 96:5 109:15 113:17 114:4

**columns**  95:10,17 109:11 111:5
113:12 114:12

**comment**  20:12

**Commission**  7:22 8:9 54:18

**Community**  6:8 43:5 63:6

**company**  12:4 46:10

SHERI LEBLANC on 10/11/2016

**company's** 25:13

**compiled** 65:6

**complete** 45:25 46:3

**completed** 23:16 31:9 45:25 46:4

**completely** 35:18

**complies** 20:9

**computer** 16:20 62:3 100:19 101:12,13,24 102:5,8,13

**concluded** 116:9

**concludes** 27:13

**conducting** 16:3,6

**confirm** 45:6

**connection** 18:14 45:16

**contact** 17:21

**contacted** 13:4,5 14:4 28:16

**continue** 27:23 61:7 97:12 106:25

**continued** 115:3

**continues** 27:9

**contradict** 88:22

**control** 105:8

**controlled** 21:7,13,19,22,23 22:1

**conversation** 18:21 19:8,10 33:12, 15 35:11 40:6 73:8

**conversations** 17:11 18:10 19:2 38:22,25 40:10 48:14

**converted** 30:22

**Coordinator** 16:11

**copies** 36:7 88:14,15,19

**copy** 67:10 71:23 79:21 88:9

**corporate** 7:19

**correct** 6:9,10 9:6 50:4,13 60:7 67:10 71:23 90:15 92:1 99:21 105:6 108:25

**correctly** 94:12 109:3

**counsel** 84:3

**count** 21:10 33:8

**couple** 88:5 113:7

**courthouse** 39:4

**cover** 38:11 82:5

**crime** 26:3

**criminal** 21:1 37:22,24 39:19 48:21 87:8

**criminally** 39:19

**criteria** 43:9 60:6

**Crowe** 9:3 46:15,24 47:15

**custody** 105:4

**customer** 108:11

---

**D**

---

**daddy** 20:20

**dangerous** 21:7,14,20 22:1

**date** 12:25 28:23 39:8 50:3,4 57:9 66:9 69:22,24 70:13 79:8 86:1,4 89:12 97:21 103:10

**dated** 34:7 82:2,16 92:20

**dates** 6:14

**daughter** 64:24

**David** 107:3,10

**day** 10:9,10,11,13 11:25 12:9,22,24 20:3 36:9 37:9 41:23 50:8,9 51:13, 21 52:5 57:25 97:5,10 105:17

**day-to-day** 56:14

**days** 59:1 83:3 86:7

**deal** 15:12 45:9

**dealing** 60:24

**Deana** 16:10 69:3 73:4,5,15 92:8

**dear** 25:25

**Deborah** 96:18

**December** 67:13

**decided** 21:15 78:20

**decision** 41:7 86:19,24

**decline** 47:11

**defendant** 65:15,19

**degree** 22:2

**deleted** 88:13

**delivered** 11:23 12:7,24 14:8

**Demerol** 46:24

**department** 12:17 16:4 17:12 19:10

**Depends** 43:6

**depict** 112:5

**depo** 48:15

**deposition** 48:18 116:8

**describe** 109:5

**description** 43:6 113:12

**desk** 60:21 74:20 93:17

**desktop** 62:6

**destroying** 37:18

**details** 17:4

**determined** 22:19 30:11 69:2

**developed** 43:7

**diabetes** 72:19

**difference** 86:23 115:11

**Diovan** 97:1,9 98:5

**directed** 54:16

**director** 9:23,24 11:11,21 16:9 28:6 40:21,25 43:15 45:8 58:11

**disabled** 27:15,16,22

**disagree** 106:23,25

**disciplinary** 75:13,21

**discounted** 76:15

**discovery** 36:10

**discrimination** 7:16 8:11 45:11

**discuss** 48:17 80:22

**discussed** 59:18

**discussion** 40:1,2 56:8

**discussions** 55:25 77:13 78:11

**disfunction** 27:4

**dismissed** 47:24 48:4,10 78:7

**dispensed** 109:17,20 112:2 114:17 115:5

**distributed** 46:7

**distributing** 19:13

**distribution** 19:11 66:1,3

**District** 38:18

**doctor** 46:8 90:14

**document** 20:5 31:22 32:5 38:2 49:12 50:14,18 54:15 55:1,2 57:14, 17 62:22 65:3 73:14 76:3 77:25 79:5 81:25 84:1 88:24 100:13

**documentation** 15:24 19:21 20:19 25:22 31:16 60:1 63:20 81:6 109:19 112:6 115:4,19

**documentations** 88:10

**documents** 20:25 21:3 24:4,7 25:14 26:16,25 27:2 30:2,3 36:7,12 37:7,19 38:2,5,10 54:10 62:18 72:22 79:2 81:8,12 82:14 83:5,8,15,23 84:2,12,17 85:4,11,23 86:11,22 88:18,25 110:10

**Donahue** 98:16

**door** 51:16,17

**Dorcey** 104:8

**Dorcey's** 107:6

**doubt** 76:24

**drafted** 79:10 108:23

**drew** 79:1

**driven** 60:7

**drug** 69:23 70:8 76:10,12

**drugs** 21:25 66:8

**dues** 23:16

**Dunn** 41:12 57:21

**duties** 10:8,18 11:2 15:5

**DW** 107:8,9

**dysfunction** 22:20

**E**

**earlier** 17:17 35:12 49:25 52:14,21 59:19 61:21 81:2 108:22

**early** 51:15 52:4,6 55:3

**easier** 49:9

**EEOC** 7:25 8:5,17,22 44:9,14 45:10 55:12,18 56:1,7 82:6,8

**efax** 83:5,9 84:13 86:3

**EHS** 30:15,18,19 32:11 63:9,21,25

66:18 96:3,4,7 99:15,19 100:6 106:10,14 109:14 110:7 111:10,13 112:22 114:14

**Elaine** 104:8 107:6

**electronic** 30:20,23 31:6 109:13,18 111:10 114:2,14,18,22 115:12,18

**elementary** 56:20,22

**email** 55:4,14,19 57:19,22 73:15 92:8,11

**employed** 6:8,11,18 8:14 14:12,14, 21 52:22 65:18 105:15

**employee** 8:16 9:16 26:10 53:13,16 57:12 58:13,15 73:1 74:12,13,16,18, 23,25 77:16 82:10 83:4 85:3,6,10 86:10

**employees** 45:12 58:17

**employment** 6:15 7:22 8:8 53:5,18 54:17 78:21

**encountering** 18:3

**end** 6:16 40:23 74:6

**ended** 47:20

**ending** 47:17

**enforcement** 17:20

**enlighten** 39:1

**enrolled** 88:13

**enrollment** 84:20

**entire** 9:17 51:5,6

**entitled** 58:24

**entries** 68:4 70:5,12 71:2,7

**entry** 68:3,11,17 69:5,22 94:9,10,22 95:5 107:3

**Equal** 7:22 8:8 54:17

**equipment** 42:17

**erectile** 22:20 27:4

**Evans** 96:18

**eventually** 11:18,20 58:11

**everyday** 53:19

**EXAMINATION** 6:1 49:5 87:25 107:16 113:9

**exchange** 55:5 57:20

**excuse** 13:9 44:3 103:22

**executive** 9:25 10:3,7,12,21 11:15 16:13

**exhibit** 20:6 27:1 31:23 33:23 35:18 49:8,10,11,13,16,22 50:2,6,12,17, 18,25 54:12,14,20 55:1,10 57:22 62:18,21 63:1 64:3,15 65:2,4,7,24, 25 66:12 71:21 73:13,16,21 76:2,3, 6,19 77:1,4,13,24 78:1,17 79:4,6,21 80:9 81:2,25 82:4,13,18,22 83:11,25 84:4 85:4,11,23 86:5,18,22 88:3,19 89:1,4,10,11 92:13,14,20,21 95:23 99:17 103:8,10 107:2,22 108:22 109:1,5,23 110:1,2,6,11,12 111:1, 21,25 112:10,19,20 113:15

**Exhibits** 108:14

**exist** 37:11

**existed** 8:20

**expectations** 47:7

**experience** 74:21

**explain** 72:9

**F**

**fact** 22:13 44:8 72:4 89:7 91:2

**failure** 47:6

**fall** 60:8

**Faller** 9:15 13:2,19 14:2,9,11 51:18 52:22,25 53:4,17,23 54:1

**familiar** 8:4,23,25 9:2 24:13 28:20 29:1 38:20

**familiarity** 7:21

**family** 22:21 43:2 104:21

**father** 36:25

**fax** 54:16

**features** 105:9

**February** 54:19 68:11,16 74:6 92:25

**Federal** 43:8

**Fedex** 9:14 12:12,13,20 15:6 50:20, 22 51:12,15 52:3 105:17 108:4,10, 13

**figure** 9:18

SHERI LEBLANC on 10/11/2016

**file** 57:12 75:13,22,24 76:23,24 77:10,17 78:16,25 79:22

**filed** 8:17,22 44:9,13 45:11

**files** 19:21

**fill** 23:10 29:14 59:25

**filled** 36:16 46:7 48:22 70:22 84:14, 16,23

**filling** 61:1

**find** 64:7 66:15

**finish** 101:17

**fire** 41:5,7

**fired** 10:9,13,23,24 11:1,3 41:4,6 42:6 44:18

**firm** 6:19 7:8,21 45:15 84:2

**five-page** 84:1

**Flowers** 34:7 67:4,22 68:16 70:7 96:17 97:23 114:9

**Floyd** 97:20

**folder** 37:8 81:2

**follow-up** 19:9

**Ford** 97:4

**form** 7:16 8:12 16:22 23:3 24:11 25:8 26:20 27:25 32:11 33:2 34:15, 23 35:6,17 36:6 37:14 42:2,12 91:12 92:5 96:4 102:24 103:6 106:19 115:23

**format** 79:20

**forms** 35:13

**Forrester** 23:2 24:10 25:7 26:19 27:24 33:1 34:14,22 35:5 36:5,19 37:13 39:17 42:1,7,11 47:23 48:6,14 49:3,6 62:9,16 65:17,22 81:19,20,23 87:20 88:25 91:11 92:4 102:15,16, 23 103:5 106:18 107:14,17 110:17, 24 113:4 114:25 115:22 116:6

**forward** 59:11

**Foster** 12:10

**found** 15:16,23 28:13 29:4 44:17 55:21,23 64:10 87:4 105:16

**fourth** 32:18

**free** 60:2,8

**Freeman** 16:9 22:15 26:22 28:3

40:3 46:19 69:3 82:17

**friend** 37:2 64:12

**front** 23:24 27:1 52:10 60:21 74:20 93:17

**full** 14:1 56:18

**full-time** 31:7

**fully** 30:22

**furniture** 42:17

---

## G

**Gail** 16:16 57:20,23 82:17 93:9

**gathering** 38:2

**gave** 9:19 18:16,22 49:24 69:2,19

**general** 7:25 65:12

**George** 62:14

**give** 38:15 67:2 80:15 87:23 94:1 108:1,2

**giving** 18:13 81:5

**God** 94:4

**Greensburg** 10:4 12:16 15:21 16:4 17:12,22,23 54:2 56:19,25 57:1,7,10 58:6 59:7 63:7 67:12 71:23 74:9

**grieving** 13:11

**Gross** 98:20

**grounds** 87:7

**growing** 87:10,11

**guess** 28:9 51:10 77:9 85:6

**guy** 15:18 41:19 52:3 62:14 100:23 101:3

**Gwen** 9:9 12:1 15:22 18:4 21:2 22:9 33:16 35:23 36:24 37:1,2,9 41:22 43:20,22 54:6 55:5,17 56:1,2,13 57:5,21,23 60:12 61:5,6 64:5,19 66:19,20 68:9,14,19 69:11 70:3,11, 16 71:18 72:5,14 73:23 74:2,7,12,18 75:9,12,21 76:7,19 80:21 81:5,8 82:11 83:12 85:2 91:8,25 92:17 93:4,5,9 94:15,17 95:4,15,16,20 102:10,12 104:2 109:8,10 110:14 112:2

**Gwen's** 56:7 57:18 61:23 64:13 78:5 79:7 86:2 95:9

**Gwendolyn** 96:10

---

## H

**H-y-z-a-a-r** 98:17

**hand** 81:10,12

**handed** 12:12 35:17 51:5 94:17

**handing** 17:14 33:19

**handled** 46:20

**handling** 46:16

**hands** 81:10

**handwriting** 63:13 100:3

**happen** 75:5 80:12

**happened** 11:1 15:8 16:2 19:18,19 30:1 47:16 80:13 87:9 92:25

**Hayman** 98:24

**head** 12:21 57:13

**header** 65:8 109:22 110:1 111:22

**health** 6:8 43:5 58:21 63:6 109:14, 18 111:10 114:3,14,18,22 115:12,18

**healthcare** 33:7 90:14 104:25 105:2

**heard** 75:4 81:1

**hearing** 39:4,12 104:5

**Helena** 63:6

**helps** 86:14

**hey** 61:11

**high** 56:20,23 58:1,7

**highlight** 112:15

**highlighted** 112:5,23

**highlighting** 112:9,17

**hire** 41:5

**hired** 9:25 41:6

**history** 16:23,24,25 17:1 109:13,16 111:9 114:2,4,13,16

**Hitchen** 9:1 47:4,18

**Hitchens** 97:20

**Hogan** 6:2 13:14,16 23:7 24:12 25:11 26:23 28:5 33:3 34:18,24 35:9 36:17 37:5,17 39:21,25 42:5,9,15

44:2,5 48:1,12,25 62:7 65:11,20
81:16 87:22 88:1 91:15 92:10 94:21
103:1,7,21,24 106:20 107:11,24
110:21 113:6,10 115:2 116:3

**Hogan's** 81:1

**hold** 26:24 110:7

**holidays** 59:4

**Holmes** 63:10

**honestly** 11:16 44:20 56:4 73:10
80:24

**hours** 59:16

**HR** 6:13 9:23,24 11:5,10,16,20
40:21,25 43:15 45:8 58:11,12

**Human** 53:2

**hundred** 68:18 70:9 84:22

**Hutchinson** 99:2

**Hutchison** 98:9

---

**I**

**idea** 21:12,17 29:3 37:12,16 43:12
45:7 61:3 64:3,6 75:15 91:14 103:15

**identical** 99:9

**identification** 20:7 33:24

**identified** 65:14 108:22

**identify** 49:13 79:5

**identifying** 29:6,16

**immediately** 27:14

**important** 17:19

**impression** 35:13,14

**improper** 46:16

**improperly** 46:20

**includes** 38:12

**including** 22:21

**income** 60:3,7,9,25

**indicating** 94:16

**individuals** 23:22

**information** 12:6 15:15 16:19 24:3
29:6,17 30:15,17 31:19 59:25 62:1,
4,12,15 63:20 66:7,8 68:21 69:1,15
70:17 73:20 81:3,6 84:23 87:13

88:21 100:11,12,15 101:3,7,21
102:1,16,17 104:3 109:8,10 110:9
111:3,4

**informations** 111:13

**initially** 52:15

**initials** 89:13 90:22 93:21 94:15
95:10,11,13 107:7

**input** 41:3

**instruction** 79:12,14,16

**insurance** 78:8

**insurance-wise** 58:22

**interim** 11:4

**internally** 16:5,6

**interrupted** 62:8

**interviewed** 28:21,22 39:9,10

**intervieweed** 39:14

**investigate** 8:11

**investigating** 19:11

**investigation** 9:21 12:3 15:10,12,
13 16:3,7,18 18:15 22:18 26:7,9
46:9 64:8 66:13 69:13 72:24 73:3,24
75:8 78:22 80:2,18 85:18 86:25

**investigator** 19:6 25:21,23

**investigators** 25:19

**involvement** 60:12,16,18

**involving** 18:4

**issue** 7:17 9:9

**it'** 105:7

---

**J**

**James** 97:1

**January** 6:16 9:6 10:16,19 44:7
52:16 55:22 67:12 68:3 71:25 95:19

**Jerry** 97:9

**Jesus** 25:25

**job** 10:18 11:2 19:14 43:6 47:11

**John** 98:9 99:2,7

**Johnny** 34:6 67:4,22 68:16 70:7
96:17 97:23 114:8

**Johnson** 104:1

**Jones** 103:25

**Joseph** 82:17

**judgment** 47:25 48:5,11

**Judy** 9:3 46:15,24 47:15

**July** 71:1,4,5,25

**June** 82:2

---

**K**

**Kentwood** 12:10 53:6,7 54:3

**key** 91:17 93:13

**kid** 105:11

**kids** 60:22

**Kim** 113:21

**kind** 7:9 38:7 53:20,22 75:14 108:1

**knew** 7:24 8:1,20 77:3,10 80:19
87:4 105:10

**knocked** 51:16

**knowingly** 36:15

**knowledge** 50:13 53:3 58:5 63:23
64:17 71:22 78:19,24

---

**L**

**label** 50:20,22 51:3 55:4 83:24
108:4,10,13

**labeled** 49:12 50:17 54:15 57:19
62:18 65:2,24 73:13 76:3 77:24 79:4
82:1,14 83:24 88:18

**ladies** 87:23

**Lake** 6:5

**Lamisil** 98:2

**lasted** 10:9

**late** 25:17 51:13,21

**law** 6:19 7:8,21 17:20 84:2

**layer** 7:19

**leading** 65:13,16

**learn** 9:12 24:19

**leave** 53:20,21,22,23

leaving 87:18

Leblanc 6:5,7 102:7,9

Lee 6:22 98:5

left 66:23

legend 21:25

Leroy 66:16 67:3,16 68:5 69:8 70:15 71:12 91:3 94:14 95:8,19 96:21 97:13

letter 38:11 78:2,4,6 79:7 82:2,5,15 83:12 84:12 86:2 89:5 108:22

letterhead 82:3

letting 101:17

level 60:9

Levitra 97:13

Lexapro 98:24

license 22:3

Linda 76:8

lines 96:21

linked 111:16

Lionel 28:14 30:7,12 32:18 35:2 67:4,24 70:1 94:23 96:23,24 114:9

Lipitor 91:4 98:21

lips 60:25

list 46:8 65:5 67:2 106:13 109:7 110:13 111:5 114:11

listed 99:17

listen 94:11 101:15

listing 112:1

lists 36:23 109:1

location 32:2 53:4 58:18 59:15 74:10 75:2

lock 91:16 93:13

log 59:24 66:1,3,11 67:11 71:24 72:15 74:3 93:23 102:12

log-in 12:5

logged 12:6 67:17 90:11

logging 102:18,19

logiin 61:23

login 41:14,22 62:1,2,4 100:10,12, 14 101:3,7,11,20,25 109:10 110:8

111:4

logs 19:24

London 97:1

longer 9:16 14:9,21 33:4 52:22

looked 14:18 22:5,25 23:21 46:6 57:12 59:21 87:12

Lorio 6:19 7:2 45:15

lose 59:8,9

loss 44:22 45:3

lot 88:25 108:5,8

Lotrel 98:13

lots 81:12

Louisiana 6:6 21:1

LPN 95:2

LW 89:17

Lyrica 97:20

## M

made 20:12 41:6 74:7 86:20,23 93:21 107:25

mailed 15:21

main 32:2 57:2,3,7

make 49:9,10 65:12 79:24

makes 12:2 90:2

making 59:10

man 12:12

management 17:8 40:3

manager 11:18,19,20 58:11,12

manufacturer 36:2

March 55:6,12,17 69:6,21,24 74:6 92:25

Margaret 98:20

margin 95:11,13

mark 112:15

marked 20:6 31:22 49:11 50:17 55:1 62:17 73:13 76:2 77:24 79:4 82:22

marking 54:12 65:2,24 81:25 82:13

marks 112:16

Martha 104:1

Martin 18:1,2,8,11,14,22

matter 18:3,21 102:13

Mcclain 16:10 73:5,15

Mcshan 38:19,23

means 100:18 101:12

medical 15:24 16:9 28:6 30:20,21, 23 31:6 53:23 63:17 90:1

medication 9:15 14:15 31:15 37:3 46:16,20 67:17 72:12,14,20 74:2,9, 23 75:1 80:19 89:12 94:13 104:18, 24 109:8,13,15,20 110:14 111:9 112:2 114:2,4,13,16 115:5

medications 19:12 22:20 23:1 24:14 26:10 72:11 76:14 95:4 104:9 106:2 109:16 114:17

medicine 14:2,10,22 15:16 17:14 18:16,23 19:19,22 20:19 49:17 60:8 66:5,25 72:18,19 87:19 93:10 99:24 104:13 106:5,6

medicines 74:3 76:17

meet 47:7 52:25 60:6 80:21

meeting 17:7,9

Melva 98:9,13

member 90:23 104:21

members 22:21

memorandum 76:7

memory 54:11 110:4

men 36:22

mentioned 55:18

mentions 45:24

Michael 18:8

middle 56:20,23

milligrams 34:8,9,20 35:3 68:7,13, 18 69:10 70:1,9,15 71:14 91:4 108:13

mine 102:6

minute 17:19 20:7 26:24 44:3 50:11 54:20 87:23 89:23 93:12 94:2,8,11 100:21 103:22 106:12

**mishandling** 47:5 80:19

**misrepresentation** 102:22

**missed** 51:19

**missing** 81:15

**mistaken** 18:1

**moment** 14:20

**Monday** 58:2

**money** 44:23

**months** 34:9,10,20 35:3 54:9

**morning** 52:2

**Morris** 8:22 47:10

**mother** 13:9

**moved** 42:19

**Ms.black** 10:24

---

**N**

**named** 73:1

**names** 32:20 66:7,17 67:3 112:5,16

**Nanjappa** 27:18

**narcotics** 19:6

**necessarily** 112:21

**needed** 11:5 15:4 37:25 88:12

**negative** 59:6

**Nevermind** 40:19

**nods** 12:21

**nonclinical** 74:23 85:6

**Norvasc** 34:9 99:3,8,10

**noses** 60:24

**notation** 88:15 90:3

**note** 84:11

**notebook** 33:20

**noted** 45:3

**notice** 42:10

**noticed** 74:7 77:19

**November** 57:24 58:2,8

**number** 45:20 103:14 108:5,9,10,12
110:11

---

**numbered** 88:6

**nurse** 60:20,21 74:15

**nurse's** 93:18

---

**O**

**Object** 23:3 24:11 25:8 26:20 27:25
33:2 34:15,23 35:6 36:6 37:14 42:2,
12 91:12 92:5 102:24 103:6 106:19
115:1,23

**objection** 65:13

**observations** 107:25

**obtaining** 19:12

**obvious** 84:15 87:14

**occasion** 7:15 28:21 72:13

**October** 6:17 44:23,25 45:4,5

**Off-the-record** 13:13 110:23

**offhand** 82:20

**office** 10:6 17:13 42:16 52:12

**offices** 42:19

**One's** 64:11

**online** 23:10

**open** 13:20

**opened** 9:18 13:19,24,25 20:3
28:13 51:24,25 52:8

**opening** 50:2

**operates** 7:25

**opinion** 85:19

**opportunity** 7:22 8:8 52:24 54:17
63:17 108:2

**order** 67:13,14 108:18,19

**ordered** 12:1,5,6 46:24

**organization** 43:4

**original** 10:18 21:21

**originally** 9:25 83:10

**originals** 36:12 37:11,12 66:12

**Oscar** 24:25 25:2 34:19 63:18,24
64:4,15 67:4,20 68:13 96:7 97:16
114:8

**outcome** 47:14 48:21,23

---

**over-scheduling** 47:5

**overnight** 50:1

**oversee** 58:13

---

**P**

**package** 9:14,18 11:24 12:9,15,20,
23 13:1,18,19,24,25 14:8,18,19
28:13 50:1 51:5,6,12,17 52:18 54:6
56:12 59:18 60:11 90:5,8 108:6,7

**packages** 11:22 15:6

**packet** 23:23,24

**pad** 81:14

**pages** 67:15 71:21

**paper** 31:7,10 115:9 116:2

**paperwork** 29:23 79:1 108:5

**paragraph** 22:14 23:13 26:6 88:6,8

**Pardon** 8:24

**part** 10:8 15:5 16:17 39:19 45:9 49:8
56:8 66:13 69:12 72:24 73:3,24,25
78:25 85:17

**participation** 37:23

**passed** 13:10

**password** 41:15,22 62:5 101:11
102:5,7

**patient** 14:10 15:15,16 16:25 23:17,
21 24:15,20 25:3,5 28:14,15 30:8,14
31:15 46:7 66:7 68:12 70:6,14 71:2,
3,8,10,11 72:11,12,15 74:8,9,20
75:2 84:23 88:12 89:21 90:15,20
106:4,5,7,9 109:12 111:9 112:21,22
114:1,13

**patient's** 15:1 19:21 41:15 47:5
66:4 68:4 69:7,23 100:12,15 101:10
104:1 105:1

**patients** 14:15 22:21 47:6 60:2,3
63:8 65:5 76:15 87:17 99:16,18
100:5 106:11 109:7,14 110:13
112:2,6 114:3,15

**pattern** 27:11

**pay** 58:15,24

**pays** 76:14

**PDA** 33:14,20 41:15 109:9,17
110:12 111:4,14 112:1,3

---

**Pelton** 6:21

**pending** 33:20

**people** 16:15 20:10,13,17,18 26:11 70:23 76:16 77:7 87:6 99:23 101:2 104:9 105:25 106:3 114:7

**Perada** 53:25

**Peragine** 6:19,22 7:1,2,12,14 45:14

**performance** 47:11

**period** 67:18 71:24

**permission** 42:18 94:1

**person** 13:8 60:21 65:14 105:4

**person's** 33:7

**personal** 42:21,25 43:2 53:10 78:7

**personnel** 75:12,22 78:25

**peruses** 50:14 72:21

**pharmacy** 76:16 104:20,22 105:8, 12

**phone** 74:7,23 75:1

**phoned** 74:8

**physically** 10:5 94:16

**physician** 32:21 33:8

**pick** 68:8 72:16 106:8

**picked** 12:11 37:3 66:9,10,19,21 68:18 69:10 70:2,10,16 71:15 72:5, 14 104:18 105:11

**picking** 63:11 72:17 74:3 104:13

**picks** 104:9 106:4,6

**place** 9:21 15:13 53:12 82:7 108:8

**PO** 108:9

**point** 9:16 44:12 61:4 63:16 64:7 75:13 77:1 80:9,16

**points** 36:3

**police** 12:17 15:10 16:4 17:12 18:5 19:10 38:14 49:21,24 50:8 51:7 69:20 70:23

**Populis** 32:21,22

**Porter** 28:15 30:7,12 32:19 35:3 67:5,24 70:1 94:23 96:23,24 114:9

**portion** 84:6

**position** 6:11 58:18

**possession** 21:4,6,13 37:8 51:11 85:4,11 86:18

**practice** 105:24

**practitioner** 60:21

**prep** 38:2 48:16

**preparation** 39:11

**prepared** 95:25

**prescribed** 14:15 25:1 26:11 27:3 90:15 104:14,24 105:3,5

**prescribing** 22:19 23:1 26:10,17

**prescriptioin** 66:4

**prescription** 12:4 14:1 15:17 17:1 21:24 22:3,5,9 23:21 27:14 28:14,19 29:5,14 32:12 34:8 36:21 46:1,4 59:20,23 60:13 61:1,7,12,22 63:11 67:11 68:6 69:9 71:13,23 75:23 81:7,14 83:21 84:19,21,24 85:1,16 87:6,15,17 90:17 99:8,9,24 105:11, 12 106:10,14,15 108:7 109:11 112:8,22

**prescriptions** 15:20,23 19:12,20 22:13 23:10,17 26:12,17 27:4 60:2, 19 63:6,9 66:18 72:6 75:10 78:8 85:16 87:5,15 93:3 94:17 99:18,20, 23 100:6

**presence** 79:23

**present** 52:7 73:7 77:12

**pressure** 72:18

**previous** 6:25

**previously** 6:7

**printed** 15:20 16:22,24,25 41:24

**printouts** 63:22

**prior** 6:18 18:3 34:3,4 44:14,24 75:13,14,21 77:1 78:11,13 80:17 85:18

**privacy** 88:14

**private** 53:10

**procedure** 85:2

**proceedings** 87:9

**process** 31:2,3,10 55:3 56:9

**produced** 36:8 55:2 57:18 86:4

**program** 15:21,22 24:15,20 25:3,6 27:14 41:16 46:5 60:14 61:2,23 66:5

67:11 71:24 76:11,12,13 84:20 85:2 88:13 100:13,16 101:10,25 104:2 105:1,13 108:8

**programs** 74:8

**progress** 33:14

**proof** 21:5 22:25 23:4 26:15 83:19

**prosecution** 37:24

**provide** 69:15 70:17

**provided** 20:25 24:4 25:18,20 84:2

**provider** 33:7 61:11,15,19 74:15 75:7 90:14 104:25 105:2 106:17 114:24

**PSA** 110:8

**pull** 107:21 108:14

**pulled** 62:22,25 64:2,18 76:24 77:16

**purpose** 49:15

**put** 25:16 94:15 108:2,19,20

**Q**

**qualifications** 43:4

**qualifying** 60:6

**question** 23:18 26:24 29:7 40:17,18 42:24 55:14 61:16,19 101:18 110:16

**questioning** 81:3

**questions** 49:2,4 62:20 65:13 67:8 81:1 103:3,4 107:13 108:21 113:8 116:5

**quit** 42:4,19,20

**R**

**rate** 59:12,14 76:15

**read** 58:3 74:10 83:6 90:18 109:25

**reading** 24:25 94:9,10,12 100:2,8,9 101:23 109:2,3 111:6 112:3,19 113:11

**ready** 88:2

**realm** 61:2

**reason** 80:16 84:25 85:9

**reassume** 88:2

**Rebecca** 98:24

**recall** 6:14 7:4 9:10 15:9 17:5,7,9, 11,20 18:10,13,20 19:7,16 33:12 37:18 38:4 46:17 61:16,17,20 63:3 66:15 72:6,23 73:19 80:22 81:3,5

**receipt** 18:17,18

**receive** 23:9 58:24 60:1 79:21

**received** 9:14 12:11,13,14 28:12 49:18 52:18 54:5 56:11 59:17 60:10 66:6 67:1 80:8 87:13 89:13 90:6,8, 12 109:7 110:14

**receiving** 50:1

**recently** 36:9

**recess** 44:4 81:22 87:24 103:23

**recognize** 32:4 34:12 65:4,25 76:2

**recollection** 55:11 57:15 86:14,17 110:2

**recollections** 108:1

**recommend** 80:4

**recommendation** 28:2 41:9 79:24

**recommended** 28:9

**record** 13:12,15 15:24 23:21 30:8, 12 38:9 75:14 84:18 99:16 108:3 109:14 110:20,22 111:10 114:3,14, 19,22,23 115:12,18

**recorded** 109:18 114:18

**records** 23:17 25:13 30:20,21,23 31:6,8,10 63:18 109:19

**redirect** 107:19

**refer** 88:3 110:10

**referenced** 50:24

**referencing** 74:1

**referred** 88:20

**referring** 20:11 84:18 115:8

**refresh** 54:11 55:10 57:15 86:17 110:1

**refreshes** 86:14

**regular** 52:5 55:24

**regulatory** 43:9

**reinstated** 89:8

**relation** 32:15 64:19

**relationship** 64:4

**relative** 20:20

**Relatives** 20:20

**relayed** 73:20

**released** 105:4

**remain** 105:3

**remember** 7:18 8:1,4 11:14,16 17:3,4,14,23 18:24 26:1 27:17 29:2 32:10 33:15,19 38:8,21,24 39:2,7,9, 10,24 40:2,6,10,14 43:25 44:1 47:17,19 49:15 52:9 55:21 56:4,5,6, 13 61:20 66:17 73:9,10,17 75:18 77:18,19 78:15 80:3,6,11,23,24 81:10,11 82:19,20 83:17 85:20,22 96:2

**remembering** 96:1

**removed** 29:6

**report** 58:1 64:3,18 78:23 109:11, 15,17 110:7 111:8 112:1 113:17 114:4,12,16

**reported** 115:17

**reports** 41:24 62:24

**represent** 20:24 24:2 37:6 45:15 65:19 83:25 85:14 88:17 112:18

**representing** 21:18 25:4 36:1

**request** 59:25 82:6

**requested** 38:3

**requesting** 23:16

**research** 19:20

**Researched** 15:15

**Researching** 16:19

**Resources** 53:3

**respect** 80:1 82:10

**response** 108:23 113:14

**responses** 45:10

**responsibilities** 45:9

**responsibility** 114:21

**resume** 7:7

**retained** 45:15

**Retract** 40:20

**review** 63:17 68:20 69:12 75:12

**reviewed** 70:20 76:19 85:22

**Ricard** 97:9

**Richard** 38:23

**Richardson** 94:25 95:1,3,21

**Road** 6:6

**Robert** 62:13 100:23

**Robin** 94:25 95:1,3,21

**role** 37:23

**Ron** 19:3,8

**room** 107:24

**Rose** 9:1 47:4,18

**RR** 94:23,24 95:20

**Rubie** 98:16

**Ruby** 90:18

**run** 103:13,19

**runny** 60:24

**RX** 109:15 111:8 113:17 114:4,12,16

## S

**sat** 101:24

**saved** 62:1,2,4,5,12 100:16,22 101:12,21

**scanning** 31:7,10

**schedule** 59:3 60:22,23

**school** 56:19,20,21 58:1,7 59:2

**school-based** 56:15,17,18,21,24 57:6,11 58:7 59:2 60:16,18,20 61:8 74:13 75:1

**SCHS** 82:3,15

**SCHS-000015** 76:4

**SCHS-000088** 77:25

**SCHS-000207** 54:15

**SCHS-000217** 49:12

**SCHS-000220** 82:1

**SCHS-000221** 79:5

**SCHS-000222** 82:14

**SCHS-000227** 73:14

SHERI LEBLANC on 10/11/2016

**SCHS-000228** 50:18

**SCHS-000229** 65:3

**SCHS-467** 65:24

**script** 33:8

**SECH** 45:12

**secretary** 38:25

**Selena's** 45:20

**Selina** 9:20 11:8 13:6 14:5 16:1,9 18:19 28:16 30:13 31:13 46:9 51:6 52:11 54:16 56:1 63:15 69:2 77:7,22 79:11,14,18,19,24 80:14,15 82:2,23 83:9 86:6 108:23

**send** 38:19

**sending** 38:13 57:23

**Senegal** 9:20 10:23 11:8 14:5,24 16:2,10 28:16 30:13 40:4 41:13 54:16 56:1 63:15 77:22 78:20 80:15 82:3,16,24 86:6 108:23

**Senegal's** 31:13 83:9 100:2

**sentence** 45:24 74:5 83:3 86:7 88:5,8

**sentences** 88:5

**separate** 49:10

**separated** 53:17

**September** 6:17 13:10

**sets** 43:9

**setup** 61:3

**sheets** 45:3

**Sheri** 6:5 49:7 81:24 103:25

**sheriff** 17:16

**Sheriff's** 17:13

**shipment** 51:4 52:5

**shipped** 25:10,12 87:16

**shipping** 51:3

**short** 44:4

**shortly** 10:22

**show** 20:5 29:4,8 31:21 49:10 50:16 54:10,12,25 57:14 62:17 63:10 65:1, 23 73:12 76:1 77:23 79:3 81:24 82:12,21 83:23 86:5 99:16

**showed** 89:1

**showing** 86:13

**shown** 29:10 85:13

**shows** 32:18 33:6 94:12 95:9

**sick** 58:25 59:5 94:20

**side** 107:8 112:15

**sign** 20:2 35:19 50:6 102:5,8

**signature** 34:13 35:22,23 81:13 82:25 84:21

**signed** 12:13,20,22 14:19 19:24,25 34:12,21 35:4 36:15,21 49:14,16,23 66:22,25 68:8 82:2,16 92:17 93:25 95:16 105:2

**signing** 15:6 17:5 87:5 93:3 106:2

**signs** 90:24

**single** 112:20

**sir** 41:2

**sit** 57:4 63:23 64:22 75:20 76:18 78:9 88:22 99:6

**site** 47:1,2 102:1

**sitting** 80:24 100:18 101:13

**situation** 40:5,7,11 104:12

**Skins** 6:21

**Smith** 28:21 29:19 35:12,17 36:1, 15,21

**Smith's** 28:19 35:22

**sold** 53:11,14

**somebody's** 72:18,19

**son** 18:7 36:25

**sound** 8:23,25

**sounds** 38:20 47:9

**Southeast** 6:8,12,15 8:15,16 9:5 14:12 15:14 17:8 32:4,14 34:5 40:2 41:25 43:5 45:15 52:15 53:11,14,18 63:17,25 74:22 75:5 76:14,25 78:12, 13 85:1,10 86:19 104:12

**speak** 103:17

**specific** 19:1 102:6

**specifically** 75:18 77:18 80:4 81:9

**spoke** 72:25

**spreadsheet** 110:6

**St** 63:6

**stack** 107:22 108:15

**staff** 16:13 51:14 74:20 90:23

**started** 10:15,19,23 37:22 44:10 54:8 55:23

**starts** 22:15

**state** 6:3 19:3 21:1,3,15 24:5

**statement** 88:20 104:25

**states** 109:12 111:8 114:12

**station** 93:18

**stationed** 10:2

**stationery** 82:15

**Step** 16:1

**stop** 105:22,23

**stopped** 105:19

**stored** 102:1

**strike** 28:10 72:3 78:10

**stuff** 38:13,16 86:3 102:13

**submit** 60:1

**subpoena** 23:16

**substance** 21:7,14 22:1

**substances** 21:20,22

**substantiating** 112:7 115:5

**sued** 47:22

**suggesting** 35:16

**summary** 47:25 48:4,11

**summer** 59:3

**Superior** 6:5

**supply** 34:21

**support** 24:8 74:20

**supposed** 9:19 29:20,22 47:2 106:5,7,9

**surprised** 24:18

**sustaining** 109:20

**swear** 44:16 56:22

**system** 30:15 31:8 112:3

**systems** 6:9 43:5 112:7

---

**T**

**table** 80:25

**taking** 19:25 42:16 81:10 87:4

**talk** 11:22 46:15 81:18 113:16

**talking** 13:17 25:23 35:12 39:18 49:17 84:7,9,10 90:7 92:9,13,24 101:9 113:11 114:7,11

**Tammy** 28:18,20 29:19 34:12 35:12,17,22 36:1,15,20

**Tammy's** 81:13 84:21

**telling** 25:10 77:14,15 79:15

**tells** 11:9 28:12

**terminate** 78:23 79:25 87:7,10

**terminated** 47:20,21 76:20 80:7 85:10

**terminating** 80:16

**termination** 42:10 56:3,9 61:5 71:18 73:23 75:15 77:2 78:2,4,5,12, 14 79:1,7 80:5,17,22 83:4 85:3,18, 25 86:8,9,19,24 89:5

**testified** 27:21 52:14,21 58:10 59:19 61:21 68:21 72:4 80:8 100:11, 14 101:11,20

**testify** 95:25 99:15

**testifying** 72:25 80:2

**testimony** 36:14 37:7 39:11 48:18 49:25 72:6 100:14

**thing** 18:20,24 27:7 52:1,10 70:25 75:14 101:18 104:23 105:7 115:13, 14,15,25 116:1

**things** 38:7 49:9 83:22 107:18

**thought** 9:22 48:7 91:24

**time** 6:23 8:18 9:17,20 13:8 14:12 15:6 16:8 24:16 25:6 26:12,18 27:5 30:23 32:23,24 34:2 39:14 44:14 54:5,7 56:11 60:10 64:2,18 67:18 72:17 74:21 85:2 86:19 89:24 104:6

**timeframe** 74:4

**times** 72:10 98:11,25 99:4,11

**Tina** 63:10 73:1,15 89:21,24 90:2,9, 10 91:7,22 93:10,20,24,25 94:13

**title** 11:15,20

**today** 34:3,4 48:15 57:4,24 63:24 64:23 75:20 76:18 78:10 85:14 88:22 99:6 104:6

**told** 11:4 55:22 80:14

**Tom** 102:25 110:18

**top** 31:24 57:13 63:13 69:9 70:12 71:1,13 91:2 96:7 97:6 109:22 111:22

**town** 56:25 57:1

**tracking** 103:14 108:10

**transferred** 57:10 58:6,17

**transition** 59:10

**travel** 93:19

**trial** 39:4,12

**trooper** 19:3

**true** 50:12,15 67:10 71:22

**turn** 62:2 68:1 91:25

**turned** 16:1 81:9

**TW** 89:19,20

**type** 74:18

**typed** 79:11,18,19

**typical** 74:22

---

**U**

**U.S.** 54:17

**ultimate** 48:21,23 78:13

**ultimately** 51:2

**Um-huh** 9:7 13:21 20:15,23 21:11 22:17 26:8 30:10 36:4 67:6 88:16 97:11

**uncle** 64:12

**underneath** 96:11

**understand** 12:19

**unemployment** 38:16 82:7,8,9 108:24

**unit** 84:22

**unlock** 51:16

**unusual** 14:17

**USA** 109:9,17 110:12 111:4,14 112:1,3

**user** 17:1 62:4

**utilizing** 112:3

---

**V**

**vacation** 59:1,5

**vague** 40:17,18,19

**versus** 21:2

**Viagra** 19:25 20:18 21:19 28:14 34:8,20 35:3 36:23 50:23,24 51:12 56:12 59:17 60:11 68:7,13,18 69:10 70:1,9,15 71:14 72:16 80:18 91:3 97:24 108:6,13

**Virginia** 12:10

---

**W**

**wait** 89:23 93:7,12 94:2 100:21 106:12 110:7

**wanted** 108:1

**weather** 64:18

**website** 15:19 32:12 41:22 59:20, 23,24 61:23 62:3,23 65:10 102:17 109:9 110:8,9,13 111:4,14

**Wednesday** 35:11

**Whitaker** 19:3,8

**white** 33:13,20

**whited** 29:17,24 43:19 81:14

**Williams** 40:3 57:20 73:1,15 82:17 89:21,25 90:9 91:7 93:10 94:13

**Williams'** 93:20

**witnessed** 93:5,8

**witnesses** 48:18

**Womack** 107:4,10 113:24

**Woodrow** 97:4

**word** 23:4

**words** 72:16 115:16

**work** 6:25 7:9,15 9:5 10:15,19 27:19 30:24 38:7 44:6,24 52:15 53:2,13,19 54:1 55:24 56:14 57:6 59:19 83:5,9 91:22 105:13

---

SHERI LEBLANC on 10/11/2016

**worked**  7:1,5 33:5 34:5 37:19 53:4,
6 59:2 104:11

**working**  7:20 14:9 27:19 33:4 54:8
59:13,15

**write**  22:3

**writing**  22:13 87:15 92:16

**written**  22:6 63:8 66:6 67:3 99:10
106:16

**wrong**  64:25 83:20

**wrote**  22:9

---

**Y**

**Yakima**  58:1

**years**  7:4

---

STATE OF LOUISIANA            21ST JUDICIAL DISTRICT COURT

VERSUS NO: 18950        ST. HELENA  PARISH OF ST. HELENA
                         CLERK OF COURT
GWENDOLYN ATKINS           STATE OF LOUISIANA
                         2011 MAY  4  PM 3 48
FILED: 5-4-11 _____ DEP. CLERK _____

## RESPONSE TO DISCOVERY MOTIONS

      **NOW INTO COURT** through the undersigned Assistant District Attorney comes the State of Louisiana, which respectfully shows:

1.

      **IN RESPONSE TO ALL MOTIONS OF A DISCOVERY NATURE,** the State attaches hereto copies of documents disclosing all discoverable information, whether inculpatory or exculpatory, now in the possession of the State will be furnish via Supplemental Response if and at such times as same is received by the State. All matter disclosed during pre-trial proceedings, including hearing, if an, are incorporated within this Response by reference. The State does not intend to introduce evidence of extraneous offenses except those, if any, which are disclosed herein, or those, if any, as may be within the res gestae or as otherwise authorized by the Louisiana Code of Evidence. **THE STATE INTENDS TO USE ALL MATTERS DISCLOSED. LAB REPORTS,** if included, WILL BE USED PURSUANT TO R.S. 15:499 ET SEQ.
Physical evidence may be examined by contacting the investigating officers directly.

2.

      **AND NOW, THE STATE OF LOUISIANA,** moves that the defendant be required to furnish the following:

    A. Copies of all documents, and descriptive list and present location of all tangible items, within the meaning of C.Cr.P . Art. 724.
    B. Copies of all reports, within the meaning of C.Cr.P Art 725.
    C. Notice, within the meaning of C.Cr.P. Art 726.
    D. Notice, within the meaning of C.Cr.P. Art. 727.

                         SCOTT M. PERRILLOUX
                         DISTRICT ATTORNEY

                         Richard D. McShan
                         **Assistant District Attorney**

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY,** that a copy of the above was mailed to all counsel of record, this _____ day of April 2011.

                         Richard D. McShan
                         **Assistant District Attorney**

EXHIBIT
7

*1*

**TWENTY-FIRST JUDICIAL DISTRICT COURT**
**FOR THE PARISH OF ST. HELENA**
**STATE OF LOUISIANA**

S2
rer
F
STH20110209013
/ /

FILED: April 11, 2011

DEPUTY CLERK: Mary

NUMBER: 18950

**STATE OF LOUISIANA**

**VERSUS**

**GWENDOLYN A ATKINS**
B/F  DOB: 09/26/1961
101 ARD ROAD
GREENSBURG, LA. 70441

SURETY: SIGN. BOND
S.S.# 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
D.L.# LA  30902594
Alcohol Test Reading:

2011 APR 11 AM 9 53
ST. HELENA
CLERK OF COURT

SCOTT M. PERRILLOUX, DISTRICT ATTORNEY for the
TWENTY-FIRST JUDICIAL DISTRICT,
PARISH OF ST. HELENA, STATE OF LOUISIANA
CHARGES THAT

the person(s) named and identified above, in the Parish of ST. HELENA and within the
jurisdiction of the 21st Judicial District, Parish of ST. HELENA, State of Louisiana and contrary
to the form of the Statutes of the State of Louisiana in such cases made and provided, and against
the peace and dignity of the same, on or about

on or about **April 15, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 1
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:
Viagra 50mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy &
Location: Prescription Assistance Program, online.

on or about **April 15, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 2
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:
Viagra 50mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy &
Location: Prescription Assistance Program, online.

on or about **August 05, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 3
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:
Viagra 100mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy &
Location: Prescription Assistance Program, online.

on or about **April 15, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 4
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:
Viagra 50mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy &
Location: Prescription Assistance Program, online.

CERTIFIED
TRUE COPY

APR 11 2011

BY
CLERK OF COURT
ST. HELENA PARISH

2

on or about **August 05, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 5
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:
Viagra 50mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy &
Location: Prescription Assistance Program, online.

on or about **August 05, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 6
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:
Viagra 100mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy &
Location: Prescription Assistance Program, online.

on or about **August 05, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 7
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:  Cialis
20mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy & Location:
Prescription Assistance Program, online.

on or about **August 05, 2009, GWENDOLYN A ATKINS** did violate:
COUNT 8
R.S. 40:971(B) POSSESSION OF A CONTROLLED DANGEROUS SUBSTANCE BY
FRAUD, by acquiring or obtaining possession of a controlled dangerous substance to wit:  Cialis
20mg by misrepresentation, fraud, forgery, deception or subterfuge. Pharmacy & Location:
Prescription Assistance Program, online.

SCOTT M. PERRILLOUX
DISTRICT ATTORNEY
21st JUDICIAL DISTRICT
STATE OF LOUISIANA

BY:   _____
ASSISTANT DISTRICT ATTORNEY

WITNESSES:

ST. HELENA
CLERK OF COURT
2011 APR 11   AM 9 53

3



### Louisiana Department of Public Safety & Corrections
### Office of State Police
### Initial Complaint



Bobby Jindal
Governor

Michael D. Edmonson, Colonel
Superintendent

## CASE HISTORY

| | |
|---|---|
| **Case Number:** | 10-5996 |
| **Case Date:** | September 01, 2010 |
| **Offense:** | Narcotics Violation |
| **Offense Date:** | Unknown |
| **Offense Time:** | Unknown |
| **Investigation Officer:** | Trooper Ron Whittaker, Jr. |

## SYNOPSIS
10-5996

On May 21, 2010, Chief Adrian Martin of the Greensburg Police Department, received a complaint from Doctor (DR) Joseph Freeman of the Southeast Community Health Center, in reference to diverted prescription medication. According to the initial complaint obtained by Chief Martin, Gwendolyn Atkins (B/F DOB: 09/26/61), a former employee of the Southeast Community Health Center, had been writing prescriptions for Viagra for patients without authorization. Chief Martin then forwarded the information to the Louisiana State Police (LSP) Criminal Investigations Division (CID) Region 1 Narcotics/Hammond Field Office for further investigation. An investigation was conducted which determined that Atkins did, in fact, violate the provisions of Louisiana Revised Statute 40:971.B.1.b, Obtaining prescription medication by fraud (8 cts). This violation occured in Greensburg, LA., which is located within St. Helena Parish. Warrants for Atkins' arrest are being obtained for the above listed violation(s). On February 8, 2011, Atkins was arrested and booked into the St. Helena Parish Jail on the above listed warrant.

## INVESTIGATION OFFICER

_TFC R. Whittaker 2132_

Trooper Ron Whittaker, Jr.

## INVESTIGATION SUPERVISOR

_Sgt. Mike Neal #1604_

Sgt. Mike Neal

## INVESTIGATION MANAGER

_Lt. D. Roth #1474_

4

| Case Number: | 10-5996 | Offense: | Narcotics Violation |
| Case Date: | September 01, 2010 | Offense Date: | Unknown |
| Investigation Officer: | Trooper Ron Whittaker, Jr. | Offense Time: | Unknown |

Lt. Dennis Stewart





**Louisiana Department of Public Safety & Corrections**
**Office of State Police**
**Case Report**



Bobby Jindal
Governor

Michael D. Edmonson, Colonel
Superintendent

## CASE HISTORY

| | |
|---|---|
| **Case Number:** | 10-5996 |
| **Case Date:** | September 01, 2010 |
| **Offense:** | Narcotics Violation |
| **Offense Date:** | Unknown |
| **Offense Time:** | Unknown |
| **Investigation Officer:** | Trooper Ron Whittaker, Jr. |

## LOCATION

| | |
|---|---|
| **Address:** | 490 Sitman Street<br>Greensburg, Louisiana 70441 |
| **Parish:** | St. Helena Parish |
| **Country:** | United States |
| **Type:** | Business |
| **Description:** | Southeast Community Health Center |

## SUBJECT

| | |
|---|---|
| **Name:** | Mrs. Gwendolyn A Atkins |
| **Birth Date:** | September 26, 1961 |
| **Birth Country:** | United States |
| **Birth State:** | Louisiana |
| **Nationality:** | United States |
| **Gender:** | Female |
| **Race:** | Black |
| **Hair Color:** | Black |
| **Eye Color:** | Brown |
| **Height:** | 5'6 |
| **Weight:** | 180 lbs |
| **Address:** | 67 Ard Road<br>Greensburg, Louisiana 70441 |
| **Contact List:** | 1. 225-222-6166 Home Phone |
| **ID List:** | 1. DL Number 3092594 Louisiana<br>2. SSN 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 |
| **Charges List:** | 1. [L.R.S. 40 - 971.1] Drugs: Prohibited Acts; False Representation - 5 counts |
| **Reliability:** | Completely Reliable |
| **Validity:** | Confirmed by other sources |



| Case Number: | 10-5996 | Offense: | Narcotics Violation |
|---|---|---|---|
| Case Date: | September 01, 2010 | Offense Date: | Unknown |
| Investigation Officer: | Trooper Ron Whittaker, Jr. | Offense Time: | Unknown |

## WITNESS

| | |
|---|---|
| Name: | Dr. Joseph Freeman |
| Additional Information: | Southeast Community Health |
| Address: | 490 Sitman Street<br>Greensburg, Louisiana 70441 |
| Contact List: | 1. 225-222-6059 Business Phone |
| Reliability: | Completely Reliable |
| Validity: | Confirmed by other sources |

| | |
|---|---|
| Name: | Mrs. Selena Senegal |
| Additional Information: | Interim CEO<br>Southeast Community Health Center |
| Address: | 490 Sitman Street<br>Greensburg, Louisiana 70441 |
| Contact List: | 1. 225-222-6059 Business Phone |
| Reliability: | Completely Reliable |
| Validity: | Confirmed by other sources |

| | |
|---|---|
| Name: | Mrs. Sheri' Leblanc |
| Additional Information: | Southeast Community Health Center |
| Address: | 490 Sitman Street<br>Greensburg, Louisiana 70441 |
| Contact List: | 1. 225-222-6059 Business Phone |
| Reliability: | Completely Reliable |
| Validity: | Confirmed by other sources |

| | |
|---|---|
| Name: | Mrs. Tammy Smith |
| Additional Information: | FNP, Southeast Community Health Center |
| Address: | 490 Sitman Street<br>Greensburg, Louisiana 70441 |
| Contact List: | 1. 225-222-6059 Business Phone |
| Reliability: | Completely Reliable |
| Validity: | Confirmed by other sources |

## LAW ENFORCEMENT WITNESS

| | |
|---|---|
| Name: | Chief Adrian Martin |
| Additional Information: | Greensburg Police Department |

7

| Case Number: | 10-5996 | Offense: | Narcotics Violation |
|---|---|---|---|
| Case Date: | September 01, 2010 | Offense Date: | Unknown |
| Investigation Officer: | Trooper Ron Whittaker, Jr. | Offense Time: | Unknown |

| | |
|---|---|
| Address: | 14516 Highway 37<br>Greensburg, Louisiana 70441 |
| Contact List: | 1. 225-222-3142 Business Phone |
| Reliability: | Completely Reliable |
| Validity: | Confirmed by other sources |

| | |
|---|---|
| Name: | Sgt. Mike Neal |
| Additional Information: | Louisiana State Police<br>Criminal Investigations Division<br>Region 1 Narcotics<br>Hammond Field Office |
| Address: | 509 North Industrial Park<br>Hammond, Louisiana 70401 |
| Contact List: | 1. 985-543-4157 Business Phone |
| Reliability: | Completely Reliable |
| Validity: | Confirmed by other sources |

## CASE DETAILS

| | |
|---|---|
| Crime: | Felony |
| Source: | Law Enforcement |
| Validity: | Confirmed by other sources |
| Reliability: | Completely Reliable |
| Assist: | No |
| Significant: | No |

## SYNOPSIS

10-5996

On May 21, 2010, Chief Adrian Martin of the Greensburg Police Department, received a complaint from Doctor (DR) Joseph Freeman of the Southeast Community Health Center, in reference to diverted prescription medication. According to the initial complaint obtained by Chief Martin, Gwendolyn Atkins (B/F DOB: 09/26/61), a former employee of the Southeast Community Health Center, had been writing prescriptions for Viagra for patients without authorization. Chief Martin then forwarded the information to the Louisiana State Police (LSP) Criminal Investigations Division (CID) Region 1 Narcotics/Hammond Field Office for further investigation. An investigation was conducted which determined that Atkins did, in fact, violate the provisions of Louisiana Revised Statute 40:971.B.1.b, Obtaining prescription medication by fraud (8 cts). This violation occured in Greensburg, LA., which is located within St. Helena Parish. Warrants for Atkins' arrest are being obtained for the above listed violation(s). On February 8, 2011, Atkins was arrested and booked into the St. Helena Parish Jail on the above listed warrant.





| Case Number: | 10-5996 | Offense: | Narcotics Violation |
|---|---|---|---|
| Case Date: | September 01, 2010 | Offense Date: | Unknown |
| Investigation Officer: | Trooper Ron Whittaker, Jr. | Offense Time: | Unknown |

## NARRATIVE
10-5996

On May 21, 2010, Chief Adrian Martin of the Greensburg Police Department, received a complaint from Doctor (DR) Joseph Freeman of the Southeast Community Health Center, in reference to diverted prescription medication. According to the initial complaint obtained by Chief Martin, Gwendolyn Atkins (B/F DOB: 09/26/61), a former employee of the Southeast Community Health Center, had been writing prescriptions for Viagra for patients without authorization. On September 1, 2010, Chief Martin then forwarded the information to the Louisiana State Police (LSP) Criminal Investigations Division (CID) Region 1 Narcotics/Hammond Field Office for further investigation.

Dr. Freemen, a physician at Southeast Community Health Center, completed a notarized statement stating that a bottle of Viagra was shipped by mail to the Southeast Community Health Center for a patient with no record for the prescription or documentation of any recent clinic visit. This was done via the Prescription Assistance Program by an employee without authorization (Gwendolyn Atkins). Upon further investigation, it was determined that Atkins was prescribing medications for erectile dysfunction to many patients, including family members. (See attached)

Sheri' Leblanc, an employee of Southeast Community Health Center, completed a notarized statement stating the following. On May 10, 2010, she had received an overnight package at the Southeast Community Health Center addressed to Dr. Faller. Dr. Faller is no longer a physician at the clinic so she opened the package to determine who to forward it to. Upon opening the package, she discovered it was Viagra for patient Lionell Porter. She then notified Selena Senegal, Interim CEO of Southeast Community Health Center. (See attached)

Tammy Smith, an employee of Southeast Community Health Center, completed a notarized statement stating the following. On May 25, 2010, Smith received a phone call from Deana McClain. She was asked by McClain to review copies of three prescriptions with her signature that appeared to be fraudulent. Smith was then shown the prescriptions which were partially blank with only her signature and income information on the forms. The prescriptions were dated 08/05/09, 09/30/09, and 11/10/09. Smith verified the signatures were hers but added that she had never placed her signatures on any blank forms, she had never given authorization for prescriptions to be called in to any prescription assistance program, she had not given authorization for any blank forms to be filled in for her, and that she did not sign any prescription assistance applications or prescriptions during this time frame. (See attached)

In reference to the above allegations, Dr. Freeman completed an internal investigation and forwarded the results to Selena Senegal. The investigation concluded that in addition to the viagra addressed to Dr. Faller, three other patients were identified that received Viagra for whom Atkins signed for and recieved the medication. A chart audit was performed on those patients which indicated there are no original prescriptions or copies, there were no prescription assistance applications in any of the patients records, nor were there any clinical visits or notes to justify providing the patients with medication for erectile dysfunction. (See attached)

On May 24, 2010, Chief Martin completed a subpeona duces tecum requesting the patient records and prescriptions in question. It was signed by Assistant District Attorney Richard McShan. The records determined the following prescriptions were fraudulent:

9

| Case Number: | 10-5996 | Offense: | Narcotics Violation |
| Case Date: | September 01, 2010 | Offense Date: | Unknown |
| Investigation Officer: | Trooper Ron Whittaker, Jr. | Offense Time: | Unknown |

| Patient Name | Medication | Rx Date |
|---|---|---|
| Oscar Ard | Viagra 50mg | 04/15/09 |
| Oscar Ard | Viagra 50mg | 04/15/09 |
| Charles Cleveland | Viagra 50mg | 04/15/09 |
| Lionell Porter | Viagra 50mg | 08/05/09 |
| Johnny Flowers | Viagra 100mg | 08/05/09 |
| Johnny Flowers | Viagra 100mg | 08/05/09 |
| Oscar Ard | Cialis 20mg | 08/05/09 |
| Oscar Ard | Cialis 20mg | 08/05/09 |

On February 8, 2011, an arrest warrant was obtained for Atkins for violation of Louisiana Revised Statute (L.R.S.) 40:971.B.1.b Acquiring or obtaining a controlled dangerous substance by misrepresentation, fraud, forgery, deception, or subterfuge (8 cts.). On this day, Atkins was arrested and booked on said charges. Atkins admitted to having confidential patient information in her possession and having access to order the prescribed medication. However, Atkins stated that any medication she ordered was with prior approval. According to Atkins, the documentation should be located on the computer at Southeast Community Health but this information cannot be found.

**INVESTIGATION OFFICER**

Trooper Ron Whittaker, Jr.

**INVESTIGATION SUPERVISOR**

Sgt. Mike Neal

**INVESTIGATION MANAGER**

*10*

| Case Number: | 10-5996 | Offense: | Narcotics Violation |
| Case Date: | September 01, 2010 | Offense Date: | Unknown |
| Investigation Officer: | Trooper Ron Whittaker, Jr. | Offense Time: | Unknown |

Lt. Dennis Stewart

//

Voyager Systems - Records Check

The following record(s) were received:



/2

Voyager Systems - Records Ch--k

The following record(s) were received:

SPVOY087.MSG 30D200140C SPVOY087 0035D7 DMV C6DF59
20100728 09:56:53
LA0460110.
CTL/
ATN/AMARTIN

BA.LA0460110. .30D200140C.AMARTIN .
CLS/D (NEW) OLN/ 3092594 DISC/03
ATKINS GWENDOLYN A
67 ARD ROAD
GREENSBURG 70441
DOB 19610926 RAC/B SEX/F EYE/BRN WGT/180 HGT/506
RES/0,0,00 EXP 20130926 SSN 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 ENDR NONE
PERS STATUS: *V A L I D*

* NEW CHAUFFEUR LICENSE CLASS *
20060906 CANCELLATION PLATE# OEY633 4C3AU42N1XE151311
REINSTATED
END*

*13*

Voyager Systems - Records Check

The following record(s) were received:

SPVOY087.MSG 30D200140A SPVOY087 0035D4 NC2K 93C825
20100728 09:55:43
LA0460110
CTL/
ATN/AMARTIN

NL0130D200140A2QH
LA0460110
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE
IDENTIFICATION INDEX
(III) FOR NAM/ATKINS,GWENDOLYN
A.SEX/F.RAC/B.DOB/19610926.PUR/C.
END

*14*

Voyager Systems - Records Check

The following record(s) were received:

SPVOY087.MSG 30D200140A SPVOY087 0035D3 NC2K 93C822
20100728 09:55:42
LA0460110
CTL/
ATN/AMARTIN

1L0130D200140A2QW
LA0460110

NO NCIC WANT NAM/ATKINS,GWEND0LYN A D0B/19610926 RAC/B
SEX/F
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY
RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING
POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION. ALL OTHER NCIC PERSONS FILES
ARE SEARCHED
WITHOUT LIMITATIONS.

*15*

# ST. HELENA PARISH SHERIFF'S OFFICE
## NATHANIEL"NAT" WILLIAMS , SHERIFF

## YOUR RIGHTS

1. YOU HAVE THE RIGHT TO REMAIN SILENT

2. ANYTHING YOU SAY CAN BE USED AGAINST YOU IN COURT.

3. YOU HAVE THE RIGHT TO TALK TO A LAWYER FOR ADVICE, AND YOU MAY HAVE A LAWYER WITH YOU DURING QUESTIONING

4. IF YOU WANT A LAWYER BUT CAN NOT AFFORD ONE, A LAWYER WILL BE PROVIDED FOR YOU FREE OF CHARGE.

5. IF YOU DECIDE TO ANSWER QUESTIONS NOW WITHOUT A LAWYER PRESENT, YOU WILL STILL HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME IN ORDER TO GET THE ADVICE OF A LAWYER OR FOR ANY REASON YOU MIGHT HAVE.

I HAVE READ THE ABOVE STATEMENTS AND I KNOW AND UNDERSTAND MY RIGHTS AS STATED ABOVE.

SIGNED: _Gwendolyn Arthus_

WITNESS: _TR Roberts 2/32_

WITNESS: _____

PLACE: _ST HELENA PARISH S.O._
DATE: _2/8/11_
TIME: _14:00_
CASE NUMBER: _____

_16_

## ST. HELENA PARISH SHERIFF'S OFFICE
### INITIAL ARREST REPORT
### AND
### PRISONER BOOKING AND PROPERTY RECORD

**ARRESTEE DATA**

Arrestee Name: GWENDOLYN A. ATKINS

| | Age | Race | Sex | Birth Date | Height | Weight | Hair | Eyes | Skin | File Number |
|---|---|---|---|---|---|---|---|---|---|---|
| | 49 | B | F | 9/26/61 | | | BLK | BRN | | |

Arrestee Address: 101 ARD ROAD

| City | State | Phone No. | Birth State | Nationality | Prison No. |
|---|---|---|---|---|---|
| GREENSBURG | LA | | LA | USA | |

Occupation:

Employer – Name, Address, Phone No.

Alias Name: GWEN ARD

| Marital Status | Social Security | Operator's License No. | Lic. St. | Year |
|---|---|---|---|---|
| | 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 | | | |

Marks - Scars - Tattoos - Etc.

Mental Condition: ☐ Yes ☑ No

Drug or Alcohol Addiction: ☐ Yes ☑ No  Type: N/A  Detox: ☐ Yes ☑ No

If injured, Describe by Whom and if Treated; If Intoxicated, describe to What Degree: N/A

Under Dr.'s Care: ☐ Yes ☑ No  Nature & Dr.: N/A  On Medication: ☐ Yes ☑ No  Type of Medication

| Vehicle Involved | | | | | | | | | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| License Number | Lic. St. | Year | Veh. Yr. | Make | Model | Type | Color | Vehicle Identification No. | |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

**ARREST DATA**

Location of Arrest: ST HELENA PARISH S.O.

| Dist. & R.A. | Date of Arrest | Time of Arrest | Date of Booking | Time of Booking | Booking Deputy |
|---|---|---|---|---|---|

Arresting Officer's Name: TFC RON WHITTAKER, JR

| Officer's Dept. | Unit | Rights Advised: | Date: | Location: |
|---|---|---|---|---|
| LSP | | ☑ Yes | 2/8/11 | ST HELENA S.O. |

Transporting Officer's Name: N/A

| Officer's Dept. | Unit | | Time: | Deputy Advising Rights: |
|---|---|---|---|---|
| | | ☐ No | | TFC R. WHITTAKER, JR |

In Case of Emergency Notify: Name - Relation - Phone No.

**CHARGE AND COURT SCHEDULE**

| Date | Bond | Judge | RS No. | Charges |
|---|---|---|---|---|
| 2/8/11 | | | 40:971.B.1.b | PRESCRIPTION FRAUD (8 CTS.) |
| | | | | |
| | | | | |
| | | | | |

Holds

Jail Call Information

| Date: | Time | Judge | Atty. Appointed | Deputy |
|---|---|---|---|---|

**OFFENSE DATA**

Location of Offense: SOUTHEAST COMMUNITY HEALTH

| Date of Offense | Time of Offense | Day of Week | Weapon |
|---|---|---|---|
| UNK | UNK | UNK | N/A |

REMARKS: Brief Description of Arrest: Use Space for Information Not Provided in Blocks.

ON GOING INVESTIGATION. REFER TO CASE REPORT FOR DETAILS.

17

Arresting Officer: TFC _____ 2132

# WARRANT

## State of Louisiana

PARISH OF ST HELENA          }          21st  JUDICIAL DISTRICT COURT

TO ANY COMMISSIONED OFFICER :

WHEREAS, complaint has been made before me, upon the sworn affidavit of Trooper First Class  Ron Whittaker Jr. charging one: Gwendolyn A. Atkins, B/F, DOB: 09-26-1961, SSN: 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 with one count violation of violate **Louisisana Revised Statue (L.R.S.) 40:971.B.1.b  Acquiring or obtaining a controlled dangerous substance by misrepresentation, fraud, forgery, deception, or subterfuge (8cts).**

Now, therefore, you are hereby commanded, in the name of the State of Louisiana to apprehend and arrest and book the accused and bring the accused before our Court to answer the said complaint. You are further commanded to keep the said accused in safe custody pending a session of the Court, or until released accordingly to law, and this shall be your warrant.

Given under my official signature this 8th day of February 2011, at 11:15 a.m. (p.m.) in the Parish of ~~St. Helena.~~ Tangipahoa

_____
Judge 21st  Judicial District Court of Louisiana

18

VS.                                    **LOUISIANA**

Gwendolyn A. Atkins
B/F, DOB: 09-26-1961
SSN: 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                       **PARISH OF ST HELENA**
67 Ard Road
Greensburg, LA 70441

---

# AFFIDAVIT OF PROBABLE CAUSE

BEFORE ME, the undersigned authority, personally came and appeared, Trooper First Class

(TFC) Ron Whittaker Jr. of the Louisiana State Police/Criminal Investigations Division/Region I

Narcotics/Hammond Field Office, who having been by me duly sworn, did depose and say;

That one, Gwendolyn A. Atkins, B/F, DOB: 09-26-1961, SSN: 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, 67 Ard Road, Greensburg, LA did knowingly, intentionally and willfully violate Louisisana Revised Statue (L.R.S.) 40:971.B.1.b Acquiring or obtaining a controlled dangerous substance by misrepresentation, fraud, forgery, deception, or subterfuge (8cts).

On May 21, 2010, Chief Adrian Martin of the Greensburg Police Department, received a complaint from Doctor (DR) Joseph Freeman of the Southeast Community Health Center, in reference to diverted prescription medication. According to the initial complaint obtained by Chief Martin, Gwendolyn Atkins (B/F DOB: 09/26/61), a former employee of the Southeast Community Health Center, had been writing prescriptions for Viagra for patients without authorization. On September 1, 2010, Chief Martin then forwarded the information to the Louisiana State Police (LSP) Criminal Investigations Division (CID) Region 1 Narcotics/Hammond Field Office for further investigation.

Dr. Freemen, a physician at Southeast Community Health Center, completed a notarized statement stating that a bottle of Viagra was shipped by mail to the Southeast Community Health Center for a patient with no record for the prescription or documentation of any recent clinic visit. This was done via the Prescription Assistance Program by an employee without authorization (Gwendolyn Atkins). Upon further investigation, it was determined that Atkins was prescribing medications for erectile dysfunction to many patients, including family members. (See attached)

Sheri' Leblanc, an employee of Southeast Community Health Center, completed a notarized statement stating the following. On May 10, 2010, she had received an overnight package at the Southeast Community Health Center addressed to Dr. Faller. Dr. Faller is no longer a physician at the clinic so she opened the package to determine who to forward it to. Upon opening the package, she discovered it was Viagra for patient Lionell Porter. Mrs. Leblanc was unable to locate in their records any prescriptions or supporting documentation indicating that Porter

*19*

In reference to the above allegations, Dr. Freeman completed an internal investigation and forwarded the results to Selena Senegal. The investigation concluded that in addition to the Viagra addressed to Dr. Faller, three other patients were identified that received Viagra for whom Atkins signed for and recieved the medication. A chart audit was performed on those patients which indicated there are no original prescriptions or copies, there were no prescription assistance applications in any of the patients records, nor were there any clinical visits or notes to justify providing the patients with medication for erectile dysfunction.

Gwendolyn Atkins provided a typed statement with what appears to be her signature stating that she had supporting documentation authorizing her to provide the medication to the patients in question. Atkins claims the supporting documentation is on an office computer but was unable to be located when checked by Leblanc. However, it should be noted that written documentation should accompany any electronic file but the written documentation has not been produced or found.

On May 24, 2010, Chief Martin completed a subpeona duces tecum requesting the patient records and prescriptions in question. It was signed by Assistant District Attorney Richard McShan. A chart was produced showing the below patients receiving the corresponding medication. Beside each was Atkins initials showing she provided them with the medication The records determined the following prescriptions were fraudulent:

| Patient Name | Medication | Rx Date |
|---|---|---|
| Oscar Ard | Viagra 50mg | 04/15/09 |
| Oscar Ard | Viagra 50mg | 04/15/09 |
| Charles Cleveland | Viagra 50mg | 04/15/09 |
| Lionell Porter | Viagra 50mg | 08/05/09 |
| Johnny Flowers | Viagra 100mg | 08/05/09 |
| Johnny Flowers | Viagra 100mg | 08/05/09 |
| Oscar Ard | Cialis 20mg | 08/05/09 |
| Oscar Ard | Cialis 20mg | 08/05/09 |

This violation took place within this State and Parish, and the jurisdiction of the 21st Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same.

Wherefore, deponent prays that the said accused be arrested and dealt with according to law.

_TFC Ron Whittaker 2132_
AFFIANT
TFC Ron Whittaker Jr. #2132

Sworn to and subscribed before me on this __2__ day of February 2011, at _10:27_ (a.m.)/p.m.

_Sgt. Mick O'Neal #59790_

20

THE DISTRICT ATTORNEY OF THE      21ST JUDICIAL DISTRICT

PARISH OF ST. HELENA      PARISH OF ST. HELENA

APPLYING FOR A SUBPOENA DUCES TECUM    STATE OF LOUISANA
IN RE:
STATE OF LOUISIANA
VS.
GWEN ARD ATKINS

Filed: _____5/24/10_____

Deputy Clerk of Court

## MOTION AND ORDER FOR SUBPOENA DUCES TECUM

NOW INTO COURT comes the State of Louisiana through Scott M. Perrilloux,

District Attorney, in accordance with LSA-C. Cr.P. Art. 66, and on suggesting to the

Court that mover desires to summons **SOUTHEAST COMMUNITY HEALTH**

**SYSTEMS** to produce the following, to wit:

     A certified copy of documentations of reports, past and present, any and all
investigations, ongoing contacts of record logs, prescriptions and forge prescription.

     MOVER respectfully suggests to the Court that such records are necessary in the

above captioned proceeding.

     IT IS ORDERED that **SOUTHEAST COMMUNITY HEALTH SYSTEMS**

release the above requested records by the **1st day of June, 2010 or before** to the

GREENSBURG POLICE DEPARTMENT, POST OFFICE BOX 160, GREENSBURG,

LOUISIANA 70441.

     DONE AND SIGNED, on the 25 day of May 2010, at Greensburg,

Louisiana.

DISTRICT JUDGE

Respectfully submitted,

_____
Assistant District Attorney

21

## GENERAL AFFIDAVIT

STATE OF **LOUISIANA**

PARISH OF **ST. HELENA**

Before me, Notary Public, **JOSEPH A. FREEMAN, MD.** at Southeast Community Health Systems, personally came and appeared before me, the undersigned Notary, and makes this his statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:

It was reported to me by staff that a bottle of Viagra was shipped by mail to the clinic for a patient with no record for the prescription or documentation of any recent clinic visit. This was done via one of the patient assistant programs, by a non-clinical employee without authorization.

Upon further investigation it was determined that this employee was prescribing medications particularly for erectile dysfunction to many patients including family members. Some people were prescribed as many as three prescriptions for erectile dysfunction at the same time. This appears to have been going on for some time.

It was recommended that this employee be terminated and a police report ensured. It was also recommended that the prescription assistance program that allows prescriptions to be written online be immediately disabled.

AFFIANT                                          WITNESS

_____                         _Shona Lawrence, APN_
JOSEPH A. FREEMAN, MD                            Print Name  Shona Lawrence, APRN

                                                _Robin Richardson Ga._
                                                Print Name  Robin Richardson LPN

            _Gail Williams_
            Gail Williams, Notary Public No.: 59750
            My Commission is for Life

2 2

## GENERAL AFFIDAVIT

STATE OF **LOUISIANA**

PARISH OF **ST. HELENA**

Before me, Notary Public, **SHERI' G. LEBLANC.** of Southeast Community Health Systems, personally came and appeared before me, the undersigned Notary, and makes this her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

On May 12, 2010 I received an overnight package here at the clinic addressed to Dr. Faller. Dr. Faller is no longer an employee of the clinic, so I opened the package to determine who to forward it to. Upon opening it I discovered it was a prescription for Viagra for patient Lionel Porter. I then contacted Selina Senegal, Interim CEO and CFO of SCHS and handed it over to her the next day.

**AFFIANT**

Sheri' G. LeBlanc

**WITNESS**

Print Name   Joseph Gregoir

Print Name   Katreva A. Higginbotham

Gail Williams, Notary Public No.: 59750
My Commission is for Life

23

## GENERAL AFFIDAVIT

STATE OF **LOUISIANA**

PARISH OF **ST. HELENA**

Before me, Notary Public, **Tammy M. Smith, FNP** at Southeast Community Health Systems, personally came and appeared before me, the undersigned Notary, and makes this her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

On Tuesday, May 25, 2010, while working at the Kentwood clinic, I received a call from Deana McClain. I was asked to drive to the Greensburg clinic to review copies of three prescriptions with my signature from prescription assistance programs that were believed to be fraudulent. Upon arrival to the Greensburg clinic, I was shown three prescription assistance applications and prescriptions on which all identifying information had been removed, leaving only income information and my signatures. The prescriptions were dated 08/05/2009, 09/30/2009, and 11/10/2009. I did verify the signatures as mine.

However, I have never placed my signature on blank prescriptions or applications, nor have I ever given authorization for blank applications or prescriptions to be filled in for me. I have never given authorization for prescriptions to be called in to any prescription assistance programs. I did sign prescription assistance applications and prescriptions for our patients during this time frame, but each was preprinted with all of the patient's information prior to being presented to me.

AFFIANT

Tammy M. Smith, FNP

WITNESS

Print Name SHERI LEBLANC

Print Name  Lee Jacobsn, RN

Gail Williams, Notary Public No.: 59750
My Commission is for Life

24

## GENERAL AFFIDAVIT

STATE OF **LOUISIANA**

PARISH OF **ST. HELENA**

Before me, Notary Public, **SELINA MARIE SENEGAL, INTERIM CEO & CFO** of Southeast Community Health Systems, personally came and appeared before me, the undersigned Notary, and makes this her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

It was reported by staff member, Sheri' Leblanc, Human Resources Manager, that a bottle of Viagra was shipped by mail to the clinic.  The medication was for a patient with no documentation substantiating the prescription or documentation of any recent clinical visits.

Further investigation yielded that the employee was prescribing medications to many patients including family members.  It was recommended that the employee be terminated and a police report be ensued.  The employee was immediately terminated.

The online access for ordering prescriptions were disabled and a complete audit was completed on the prescription assistance.

A few days following the termination the former employee sent the attached documents to my work efax address.

AFFIANT

Selina M. Senegal, Interim CEO, CFO

WITNESS

Print Name *SHERI LEBIANC*

Print Name *Anita Gregoire*

Gail Williams, Notary Public No.: *59750*
My Commission is for Life

25

5/21/2010

TO: THE FOLLOWING PERSONS
SELINA, SENEGAL
SHERI, LEBLANC
GAIL, WILLIAMS
JOSEPH, FREEMAN

FROM: GWENDOLYN ANN ATKINS

Greeting to all  I'm writing to address you'll  two reason for my termination as of 5/20/2010.
In a letter sign by Selina Senegal  you stated that due to the seriousness of my actions relative to
the following two issues.  Let's go into detail  one -by- one.
1.) You made a statement  that I was providing medication to patients without sound documentation
for issuance and by a medical provider to release medication, that's a lie. Thanks you very much
for being dumb and not doing your homework before you took such a drastic step, Selina  let me
tell you about me since you didn't get the scoop I carry a tote with me daily just for these purpose
when lies are told because I've been terminated before with this same organization on lies. Now I
will go into detail with you and the rest of this unknowledgeable  group. Upon your group arrival
I was call into a meeting with Sheri LeBlanc, Gail Williams, Joseph Freeman and another unknown
white man, came along with them however  he didn't attended  the meeting with us. In the meeting
Joseph Freeman begin with telling me of the improper documentation of the patients on the patient
assistance program he  was mainly  concerned about 3 patients that was on the Viagra program an
their relationship to me because according to  where the conversation was leading he was under the
impression that those was the only  patients medication I was ordering, he begin asking me about the
documentation I tried to explain to the best of my ability that  my documentation was on the computer
in PDSA where I was trained to do it from Gail requested Sheri get Robert George on the phone to
try and pull those record however he couldn't according to Sheri Leblanc, so they assume that was a
lie also , Joseph Freeman ask me where did the prescription come from I told him due to the turnover
in Physician  different doctor sign  and once the patients  are certified for one year they don't have to
recertify for another year, I did tell him that Tammy Smith sign the latest prescription for the patients
but Sheri LeBlanc took over the conversation and  said she had talk to Tammy Smith and  she denied
giving the prescription, so I ask the question are you saying  I forged her name ? I stated to them I can't
write a prescription, Joseph Freeman have little to no knowledge about who can or can't write the
prescription he stated that a Nurse Practioner  can't write them that's lie also. I do know from experience
never leave you li undotted and tt uncross with this organization be cause it's filled with liars and I can't
remember people. Well let me show you'll, in my tote that I carry with me every day I did keep a copy of
my documentations with me that I needed to try and  get a patient  enrolled into the program, the patients
personal information will be deleted for their privacy but " see attached copies" for clarification to Selina
Senegal untrue reason for termination.

2.) Working outside the scope of assigned duties and responsibilities which could result in long term
culpabiliiy for Southeast Community Health Systems. Selina  I'm not quit sure you would know
what added tasked  I was responsible for since you wasn't my immediate supervisor, Gail was my
immediate supervisor  and she knew I agreed to continue and assist with the patients assistance
program, this was recorded in my evaluation that was done in Oct or Nov and was also address by
our last CEO Yakima Black thanking me for being a team player  still willing to assist with the
medication program because of my knowledge concerning the program and  the training I have
had. Please ask Gail if she could let you see a copy of my evaluation and you read where those fact
is supposed to be noted, unless for some reason my evaluation have been altered or loss. Deana & Tina
and other knew I still assisted with the program so let's stop playing these games enough has been done.

**26**

In closing I made it very clear upon our departure on 5/20/2010 that the game is on so where do we start . Now let me take you'll back over the facts, I do have documentation and I was in the scope of my assigned duties, according to me and my immediate supervisor knowledge. Also make no mistake I'll never let you'll destroy my charter, lie on me or any other act that is degrading to me and my family in the town where I live, just so we all know I'm going straight to the top I'll not stop in between . Also I need to hear from my two grievance that have been in since Oct, 2009 that I haven't heard a word on. I also need my accurate vacation time according to the handbook for employee that has been employed for 5 plus years at a rate of 6.15 not 6.09 if not I will be taking this immediate to the labor board and I needed my last payroll check within the 72 hours allotted. however according to the handbook it should have been with my termination slip. Selina if you wanted to fill my position with one of you'll friend all you had to do was say I don't need you anymore but you gave a dumb and untrue reason and put it on paper, so you can't lie out of this one as you have done to the board in the past.


THANKS
GWENDOLYN ATKINS

27

### Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 1/15/10 | 2W | William Scott | Bystolic | 5mg | AH5400 | 1/15/10 | D-S DW |
| 1/22/10 | 2W | Leslie Russell | Advair/mdrs | 500 x3 / 50 mcg | 1RA42809 | 1/26/10 | BW |
| 1/25/10 | 2W | Phyllis Brumfield | Glucotrol XL | 10mg | V091367 03/14 | 1-25-2010 | PB |
| 1/26/10 | 2W | Helen Miller | Neurontin x3 | 800mg | V092141 08/11 | 1-26-2010 | PM |
| 01/28/10 | RR | Leroy Ard | Viagra | 5 Drugs | 920.1160A 10/11/14 | 01/28/10 | RR |
| 01/28/10 | RR | Leroy Ard | Lipitor | 10mg | U092208 Sept 12 | 04/29/10 | LA RR |
| 01/28/10 | RR | Earnestine Chaney | Catapres | TTS patch | 08169626 04/30/11 | | |
| 01/28/10 | RR | Gail Rabella | Lexapro | 10mg tabs | m09114 05/14 | 2-1-10 | RR |
| 02/04/10 | RR | Lionel Porter | Viagra | 50mg | 920.1160A 10/11/14 | 02/04/10 | LP RR |
| 2/5/10 | mjb | Shirley Bridges | Norvasc | 10mg | N02059A Thru | 2/5/2010 | Jr |
| 2/5/10 | mjb | Shirley Bridges | Viagra | 100mg | 920.1160A | 2/5/2010 | |
| 2/15/10 | 2W | William Scott | Effexor | 10/160mg x3 | FOO01A 02/12 | 2/17/10 | D-S DW |
| 2/15/10 | 2W | Oscar Ard | Viagra | 50mg | 920.1160A 10/11/14 | 02/17/10 | OA RR |

# Southeast Community Health Systems

## Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 2/19/10 | 2W | William Scott | Flomax | 0.4mg | KOPR679 07/12 | | |
| 2/22/10 | 2W | Pauline Hodges | Glucotrol | 10mg | V092172 3/14 | 2/23/10 | O.Smit |
| 2/24/10 | 2W | Pauline Hodges | Accupril | 40mg | V092174 3/14 2010 | 2/22/10 | C M |
| 3/1/10 | 2W | Herman Logan | Viagra | 100mg | 9068034 3/12/09 | | C M |
| 3/1/10 | 2W | Deborah Evans | Norvasc | 10mg | LQLD474 10/14 | 3/2/10 | W 9A |
| 3/2/10 | 2W | Gayle Robertson | Arthrotec x2 | 50/200mg | C090709 3/14/12 | | |
| 3/2/10 | 2W | William Scott | Bystolic x3 | 5mg | PB489 11/13 | 3/10/10 | 2W DE |
| 3/4/10 | 2W | David Womack | Bystolic x3 | 5mg | P13489 8/12 | | |
| 3/10/10 | 2W | Willie Butler | Viagra | 50mg | 9205131 8/10 | 3/3/10 | Q.S. |
| 3/12/10 | 2W | Troy Ard | Norvasc | 100mg | 1RC09109 10/14 | 3/29/10 | DW |
| 3/2/10 | 2W | Troy Ard | Viagra | 50mg | 9205131 | 4/29/10 | DPB |
| 3/1/10 | 2W | Troy Ard | Lipitor | 10mg | 10/81/14 | 3/8/10 | |
| 3/1/10 | 2W | Cheri Fontenot | Seroquel | 100mg | 3/12 | 3/16/10 | |
| | | | | | | 3/18/10 | |

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 3/15/10 | JW | Malissa McMichael | Protonix | 40mg | | 3/22/10 | MM JW |
| 3/18/10 | JW | Jeanette Vare | Exforge x3 | 5mg/32mg | F0L11/8/2020 | 3/18/10 | JW |
| 3/23/10 | JW | William Scott | Proventil | 6.7g | 090440 | 4/23/10 | WS JW |
| | JW | William Scott | Potassium | 20mg | 9AC062 07/12 | 4/23/10 | WS JW |
| | JW | William Scott | Nasonex | 50mcg | OM143 07/12 | 4/23/10 | WS JW |
| 3/26/10 | JW | Pauline Hodges | Chantix x3 | 0.5mg | 1mg 1A0460 | 6/11 3/26/10 | SR JW |
| 03/29/10 | RR | Lionel Porter | Viagra | 50mg | 9205131 10/01/14 | 03/29/10 | RR JH |
| 03/30/10 | RR | Johnny Flowers | Viagra | 100mg | 9223701 11/01/14 | | JF |
| 03/30/10 | RR | Johnny Flowers | Norvasc | 10mg | 7RL0516A 03/01/12 | | JF |
| 3/29/10 | TA | Earnestine Chaney | Catapres TTS | 3.5cm | 0816962 09/11 | 4/27/10 | TC AW |
| 3/31/10 | TA | Phyllis Bomfield | Glucotrol XL | 10mg x2 | V09130Q 8/14 | 4/11/10 | AW PB |
| 3/31/10 | TA | Oscar Ard | Viagra | 50mg | 9205131 10/01/14 | | PA |
| 4/1/10 | TA | Brabham, Daisy | Singular | 10mg | 091-000183 3/24/11 | 4/20/10 | AW DB |

30

# Active Clients as of May 21, 2010 for Main Location

| First Name | Last Name | Address Line 1 | Address 2 | City | State | Zip |
|------------|-----------|----------------|-----------|------|-------|-----|
| Bridgette | Atkins | 67 Ard Rd | | GREENSBURG | LA | 70441 |
| *Physician:* Ballard | | | *PDA No.:* 13383 | *Facility No.:* | *Script Count:* 8 | |
| Woodrow  Jr. | Ford | P.O. BOX  175 | | Roseland | LA | 70456 |
| *Physician:* Ray | | | *PDA No.:* 16051 | *Facility No.:* | *Script Count:* 2 | |
| Ronald | Johnston | 16621 Sroney Pt. Rd | | Pride | LA | 70770 |
| *Physician:* Smith | | | *PDA No.:* 16322 | *Facility No.:* | *Script Count:* 0 | |
| Lionel | Porter | P. O. Box 531 | | GREENSBURG | LA | 70441 |
| *Physician:* Populis | | | *PDA No.:* 8867 | *Facility No.:* | *Script Count:* 4 | |
| Marilyn | Aldaz | | | | 00 | |
| *Physician:* Kumar | | | *PDA No.:* 8455 | *Facility No.:* | *Script Count:* 2 | |
| JOHN | ALLEN | 546 PUMPING STATION RD | | GREENSBURG | LA | 70441 |
| *Physician:* Kumar | | | *PDA No.:* 8248 | *Facility No.:* | *Script Count:* 1 | |
| Emma | Ard | 104 Ard Rd | | Greensburg | LA | 70441 |
| *Physician:* Ballard | | | *PDA No.:* 8187 | *Facility No.:* | *Script Count:* 3 | |
| Oscar | Ard | 129 Delesardo Rd | | Greensburg | LA | 70441 |
| *Physician:* Cleveland | | | *PDA No.:* 15947 | *Facility No.:* | *Script Count:* 5 | |
| Gwendolyn | Atkins | 67 Ard Rd | | GREENSBURG | LA | 70441 |
| *Physician:* Ballard | | | *PDA No.:* 13132 | *Facility No.:* | *Script Count:* 1 | |
| Nellie | Blanchard | 9992 Eve Drive | | Greensburg | LA | 70441 |
| *Physician:* Populis | | | *PDA No.:* 8870 | *Facility No.:* | *Script Count:* 1 | |



EXHIBIT
PENGAD 800-631-6989

# Active Clients as of May 21, 2010 for Main Location

| | | | | | |
|---|---|---|---|---|---|
| Ruby | Brazile | 15 Benny Lane | | Greensburg | LA 70441 |
| | *Physician:* | | *PDA No.:* 15609 | *Facility No.:* | *Script Count:* 2 |
| Lewis | Brecheen | 193 W H LANE | | Greensburg | LA 70441 |
| | *Physician:* Ray | | *PDA No.:* 15652 | *Facility No.:* | *Script Count:* 4 |
| Shirley | Bridges | 407 W. Magnolia | | Amite | LA 70441 |
| | *Physician:* Ballard | | *PDA No.:* 8191 | *Facility No.:* | *Script Count:* 3 |
| Melva | Brumfield | 308 Brumfield RD | | Greensburg | LA 70441 |
| | *Physician:* Ballard | | *PDA No.:* 8194 | *Facility No.:* | *Script Count:* 2 |
| Phyllis | Brumfield | | | 00 | |
| | *Physician:* Ballard | | *PDA No.:* 12985 | *Facility No.:* | *Script Count:* 3 |
| Vic | Buchholz | 495 Laurel Lane | | Many | LA 71449 |
| | *Physician:* Populis | | *PDA No.:* 8409 | *Facility No.:* | *Script Count:* 1 |
| Mark | Carlisia | 77444 hwy 437 | | Covington | LA 70435 |
| | *Physician:* Populis | | *PDA No.:* 8734 | *Facility No.:* | *Script Count:* 2 |
| EARNESTINE | CHANEY | 112 CAMP COLE LANE | | GREENSBURG | LA 70441 |
| | *Physician:* Kumar | | *PDA No.:* 8198 | *Facility No.:* | *Script Count:* 2 |
| Charles | Cleveland | 74 Breakers Ln | | Ridgeland | MS 39157 |
| | *Physician:* Cleveland | | *PDA No.:* 15949 | *Facility No.:* | *Script Count:* 1 |
| Pamela | Cornish | | | 00 | |
| | *Physician:* Populis | | *PDA No.:* 13159 | *Facility No.:* | *Script Count:* 1 |

# Active Clients as of May 21, 2010 for Main Location

| James | London | 115 Pearl and Martha rd | | Greensburg | LA | 70441 |
| | *Physician:* Cleveland | | *PDA No.:* 15658 | *Facility No.:* | *Script Count:* 6 |

| GROSS | MARGARET | 260  MARGARET  SHOP  LANE | | GREENSBURG | LA | 70441 |
| | *Physician:* Ballard | | *PDA No.:* 8205 | *Facility No.:* | *Script Count:* 4 |

| Kim | Patterson | p.o  box  522 | | GREENSBURG | LA | 70441 |
| | *Physician:* Populis | | *PDA No.:* 8255 | *Facility No.:* | *Script Count:* 5 |

| Josephine | Perry | | | | 00 | |
| | *Physician:* | | *PDA No.:* 13385 | *Facility No.:* | *Script Count:* 1 |

| Jerry | Ricard | 80 Dennis Lee | | Denham Spring | LA | 70441 |
| | *Physician:* Ray | | *PDA No.:* 16248 | *Facility No.:* | *Script Count:* 2 |

| Billy | Rogers | 2929 Landmor Drive | | Slaughter | LA | 70777 |
| | *Physician:* Smith | | *PDA No.:* 16330 | *Facility No.:* | *Script Count:* 1 |

| Mary | Saucier | 1655  Hwy  38 | | GREENSBURG | LA | 70441 |
| | *Physician:* Kumar | | *PDA No.:* 8408 | *Facility No.:* | *Script Count:* 3 |

| William | Scott Jr | 11585 hwy 37 | | Greensburg | LA | 70441 |
| | *Physician:* Cleveland | | *PDA No.:* 15617 | *Facility No.:* | *Script Count:* 1 |

| Kim | Self | P.O Box 301 | | GREENSBURG | LA | 70441 |
| | *Physician:* Populis | | *PDA No.:* 8460 | *Facility No.:* | *Script Count:* 5 |

| JEFFERY | SMITH | 58444  HIGHWAY  51 | | AMITE | LA | 70422 |
| | *Physician:* Kumar | | *PDA No.:* 8208 | *Facility No.:* | *Script Count:* 4 |

# Active Clients as of May 21, 2010 for Main Location

| Aldred | Womack | 2920 Jersey Drive | Zachary | LA | 70791 |
|--------|--------|-------------------|---------|-----|-------|
| | Physician: Smith | | PDA No.: 16321 | Facility No.: | Script Count: 1 |

| Shelia | Woodard | | | 00 | |
|--------|---------|---|---|-----|---|
| | Physician: Ballard | | PDA No.: 13158 | Facility No.: | Script Count: 1 |



CONNECTION TO CARE

Physician Name: _Tammy Smith_

DEA # or State License #: _RC 0437 7_      Exp. Date: _1 / 31 / 2011_

Office / Ship-to Address: _490 Sitman Street Building la Toyi_ Suite #:

City: _Greensburg_    State: _LA_    Zip Code: _70441_

Office Telephone: (_225_) _222_ - _6059_    Office Fax: (_225_) _222_ - _6543_

E-Mail Address **(optional)**:

For all medications sent to your office, please advise any delivery restrictions here:

---

## Product Information

Healthcare Provider should complete this section for all products for U.S. residents. For all controlled substances [e.g. Lyrica® *(pregablin)*] and patients residing in Puerto Rico and U.S. Virgin Islands, you MUST attach your original prescription pad sheet.

Patient Name: _Johnnie Flowers_    Date: _5/12/2010_

Patient Address: _67 Ind. Rd Greensburg_    D.O.B.: _7 / 22 / 1958_

Product Name: _Viagra_    Strength: _100 mg_ Qty: _3 mth_ Dose:

Product Name: _Nexasac_    Strength: _10 og_ Qty: _3 mth_ Dose:

Product Name:    Strength:    Qty:    Dose:

Healthcare Provider Signature: _Tammy Smith FNP-C_

*This is only valid for use with the Pfizer Connection to Care patient assistance program.*

---

**For Lyrica® and patients residing in Puerto Rico and U.S. Virgin Islands ONLY**
Complete the following and attach original prescription to this sheet.

Allergies: ☐ No Known Allergy ☐ Penicillin Allergy ☐ Aspirin Allergy ☐ Sulfa Allergy ☐ Other Allergy

Health Conditions: ☐ Diabetes ☐ Epilepsy ☐ Heart Condition ☐ Glaucoma ☐ High Blood Pressure
                         ☐ Thyroid ☐ Ulcer ☐ Other Conditions

Prescription and over-the-counter medications:

---

NOTE: Expedited enrollment is available for the below noted products for the first fill of a new Connec-
- Geodon® (ziprasidone HCl)
- Tikosyn® (dofetilide) *(registered prescribers only)*
- Inspra® (eplere...
- Zithromax® (az...
Please call 866-706-2400 for expedited handling and enrollment instructions.

PENGAD 800-631-6989

EXHIBIT

3

---

By signing below, you, the healthcare provider, understands and agrees to the following:
- Receive and secure patient's medication at your office until dispensed to your patient.
- Comply with and abide by my State Practitioner Dispensing Laws for authorized Healthcare Providers.
- Any medications supplied by Pfizer as a result of this order form are for the use of the patient named on this form only, and shall not be sold, traded, bartered, transferred, returned for credit, or submitted to any third party (such as Medicare, Medicaid or other benefit provider) for reimbursement.
- Pfizer may contact the patient directly to confirm receipt of medications.
- Pfizer may change or cancel this program at any time.
- The medicine will be provided only to this eligible and specific enrolled patient at no charge of any kind.
- If a patient is applying for a Hardship Exception, I certify that this medication order or attached controlled substance prescription is medically indicated for this patient, and I will be supervising the patient's treatments. To the best of my knowledge, this patient would not be able to obtain this medicine without assistance from Connection to Care for the reasons the patient has indicated in this application.

Original Signature of
Healthcare Provider:   X _Tammy Smith FNP-C_   Date: _5/12/10_

*Connection to Care is part of Pfizer Helpful Answers®, a joint program of Pfizer Inc and the Pfizer Patient Assistance Foundation.™*

PO BOX 66585, ST LOUIS, MO 63166-6585    Customer Service Phone: 866-706-2400

# HEALTHCARE PROVIDER SECTION
Please read all information and print clearly in the shaded areas.

Pfizer Rx
CONNECTION TO CARE
PATIENT ASSISTANCE PROGRAM

Physician Name: _Tammy Smith_

DEA # or State License #: _AF04327_   Exp. Date: _1/31/34/2011_

Office / Ship-to Address: _490 Sitman Street Greenburg la town_   Suite #:

City: _Greenburg_   State: _La_   Zip Code: _70441_

Office Telephone: _(225) 222-6059_   Office Fax: _(225) 222-0543_

E-Mail Address (optional):

For all medications sent to your office, please advise any delivery restrictions here:

## Product Information
Healthcare Provider should complete this section for all products for U.S. residents. For all controlled substances [e.g. Lyrica® (pregablin)] and patients residing in Puerto Rico and U.S. Virgin Islands, you MUST attach your original prescription pad sheet.

Patient Name: _Oscar Ard_   Date: _5/12/2010_

Patient Address: _67 Ard Rd Greenburg la town_   D.O.B.: _1/31/1970_

Product Name: _Viagra_   Strength: _50 mg_   Qty: _30 anti 30ty_   Dose:

Product Name: _____   Strength: _____   Qty: _____   Dose:

Product Name: _____   Strength: _____   Qty: _____   Dose:

Healthcare Provider Signature: _Tammy W Smith NP_

*This is only valid for use with the Pfizer Connection to Care patient assistance program.*

For Lyrica® and patients residing in Puerto Rico and U.S. Virgin Islands ONLY
Complete the following and attach original prescription to this sheet.

Allergies: ☒ No Known Allergy   ☐ Penicillin Allergy   ☐ Aspirin Allergy   ☐ Sulfa Allergy   ☐ Other Allergy

Health Conditions: ☐ Diabetes   ☐ Epilepsy   ☐ Heart Condition   ☐ Glaucoma   ☐ High Blood Pressure
☐ Thyroid   ☐ Ulcer   ☐ Other Conditions

Prescription and over-the-counter medications:

NOTE: Expedited enrollment is available for the below noted products for the first fill of a new Connection to Care patient:
- Geodon® (ziprasidone HCl)
- Tikosyn® (dofetilide) (registered prescribers only)
- Inspra® (eplerenone)
- Zithromax® (azithromycin)

Please call 866-706-2400 for expedited handling and enrollment instructions.

By signing below, you, the healthcare provider, understands and agrees to the following:
- Receive and secure patient's medication at your office until dispensed to your patient.
- Comply with and abide by my State Practitioner Dispensing Laws for authorized Healthcare Providers.
- Any medications supplied by Pfizer as a result of this order form are for the use of the patient named on this form only, and shall not be sold, traded, bartered, transferred, returned for credit, or submitted to any third party (such as Medicare, Medicaid or other benefit provider) for reimbursement.
- Pfizer may contact the patient directly to confirm receipt of medications.
- Pfizer may change or cancel this program at any time.
- The medicine will be provided only to this eligible and specific enrolled patient at no charge of any kind.
- If a patient is applying for a Hardship Exception, I certify that this medication order or attached controlled substance prescription is medically indicated for this patient, and I will be supervising the patient's treatments. To the best of my knowledge, this patient would not be able to obtain this medicine without assistance from Connection to Care for the reasons the patient has indicated in this application.

Original Signature of Healthcare Provider: X _Tammy W Smith NP_   Date: _5/12/10_

Connection to Care is part of Pfizer Helpful Answers®, a joint program of Pfizer Inc and the Pfizer Patient Assistance Foundation.™

Pfizer *Connection to Care*   PO BOX 66585   ST. LOUIS, MO 63166-6585   Customer Service Phone: 866-706-2400

**HEALTHCARE PROVIDER SECTION**
Please fill in all information and print clearly in the fields below.

Pfizer Rx
**CONNECTION TO CARE**

Physician Name: _Tammy Smith_

DEA # or State License #: _DEA AT04337 Lic No. LN266127_   Exp. Date: ___/___/___

Office / Ship-to Address: _490 Sitman Street_   Suite #: _____

City: _Greensburg_   State: _LA_   Zip Code: _70441_

Office Telephone: _(225) 222-6059_   Office Fax: _(225) 222-4543_

E-Mail Address (optional): _gurnurd@hotmail.com_

For all medications sent to your office, please advise any delivery restrictions here:

---

**Product Information**
Healthcare Provider should complete this section for all products for U.S. residents. For all controlled substances [e.g. Lyrica® (pregablin)] and patients residing in Puerto Rico and U.S. Virgin Islands, you MUST attach your original prescription pad sheet.

Patient Name: _Lionell Porter_   Date: _5/12/2010_

Patient Address: _P.O. Box 531 Greensburg La 70441_   D.O.B.: _2/14/1955_

Product Name: _Viagra_   Strength: _50 mg_   Qty: _3 month_   Dose: _____

Product Name: _____   Strength: _____   Qty: _____   Dose: _____

Product Name: _____   Strength: _____   Qty: _____   Dose: _____

Healthcare Provider Signature: _Tammy Smith NP_

*This is only valid for use with the Pfizer Connection to Care patient assistance program.*

---

**For Lyrica® and patients residing in Puerto Rico and U.S. Virgin Islands ONLY**
Complete the following and attach original prescription to this sheet.
Allergies: ☐ No Known Allergy   ☐ Penicillin Allergy   ☐ Aspirin Allergy   ☐ Sulfa Allergy   ☐ Other Allergy
Health Conditions: ☐ Diabetes   ☐ Epilepsy   ☐ Heart Condition   ☐ Glaucoma   ☐ High Blood Pressure
☐ Thyroid   ☐ Ulcer   ☐ Other Conditions
Prescription and over-the-counter medications:

---

NOTE: Expedited enrollment is available for the below noted products for the first fill of a new Connection to Care patient:
• Geodon® (ziprasidone HCl)   • Inspra® (eplerenone)
• Tikosyn® (dofetilide) (registered prescribers only)   • Zithromax® (azithromycin)
Please call 866-706-2400 for expedited handling and enrollment instructions.

---

By signing below, you, the healthcare provider, understands and agrees to the following:
• Receive and secure patient's medication at your office until dispensed to your patient.
• Comply with and abide by my State Practitioner Dispensing Laws for authorized Healthcare Providers.
• Any medications supplied by Pfizer as a result of this order form are for the use of the patient named on this form only, and shall not be sold, traded, bartered, transferred, returned for credit, or submitted to any third party (such as Medicare, Medicaid or other benefit provider) for reimbursement.
• Pfizer may contact the patient directly to confirm receipt of medications.
• Pfizer may change or cancel this program at any time.
• The medicine will be provided only to this eligible and specific enrolled patient at no charge of any kind.
• If a patient is applying for a Hardship Exception, I certify that this medication order or attached controlled substance prescription is medically indicated for this patient, and I will be supervising the patient's treatments. To the best of my knowledge, this patient would not be able to obtain this medicine without assistance from Connection to Care for the reasons the patient has indicated in this application.

Original Signature of
Healthcare Provider:   X _Tammy Smith NP_   Date: _5/12/10_

# GENERAL AFFIDAVIT

STATE OF **LOUISIANA**

PARISH OF **ST. HELENA**

Before me, Notary Public, **SHERI' G. LEBLANC.** of Southeast Community Health Systems, personally came and appeared before me, the undersigned Notary, and makes this her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

On May 12, 2010 I received an overnight package here at the clinic addressed to Dr. Faller. Dr. Faller is no longer an employee of the clinic, so I opened the package to determine who to forward it to. Upon opening it I discovered it was a prescription for Viagra for patient Lionel Porter. I then contacted Selina Senegal, Interim CEO and CFO of SCHS and handed it over to her the next day.

**AFFIANT**

Sheri' G. LeBlanc

**WITNESS**

Print Name   Joseph Gregoire

Print Name   Katrina H. Higginbotham

Gail Williams, Notary Public No.: 59750
My Commission is for Life

EXHIBIT
4

PENGAD 800-631-6989

SCHS-000217

1367861   001 of 001   851683001   PO# 33560295

| CUSTOMER NAME: DR. CARLTON S FALLER | | | | CUSTOMER# 04585087 |
|---|---|---|---|---|
| Total Shipping Quantity = | | 1 | | |

| Location | Item | Quantity | UOM | NDC Number | Lot number |
|---|---|---|---|---|---|
| BC100D | 4001 | 1 | EA | 0069-4210-30 | 9228301 |
| VIAGRA TABS 50MG X 30 | | => I LIONEL | | PORTER | |



PENGAD 800-631-6989

EXHIBIT

5

SCHS-000228

‹8-10    12:31pm   From-EEOC ʳ                              504-589-603°        T-983   P.001/007   F-820

*Gwen Atkins*
*EEOC*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New Orleans Field Office**

1555 Poydras St., Suite 1900
New Orleans, LA 70112
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
New Orleans Status Line: (866) 408-8075
New Orleans Direct Dial: (504) 595-2826
TTY (504) 595-2958
FAX (504) 595-2884

## FACISMILE TRANSMITTAL SLIP

| TO: Selina Senigal CFO St. Helena Community Health Ctr. | Telephone #: |
| | Fax #: (888) 334-9386 |
| SUBJECT: Gwendolyn A. Atkins v. St. Helena Community Health Ctr. EEOC Charge No. 461-2009-00899 | |
| DATE: 2-19-10 | Pages transmitted including cover sheet: 8 |

Comments:

A previous notice (see attached) was mailed to which there has been no response. Enclosed is a Request for a Position Statement and Information. Please provide a complete response not later than March 19, 2010.

Thanks!

| Faxed by: Tanya M. Davensburg | Telephone #: (504) 595-2860 |
| | Fax #: (504) 595-2884 |

EXHIBIT 6
PENGAD 800-631-6989

## EEOC FEDERAL INVESTIGATION:
### REQUEST FOR POSITION STATEMENT
### AND SUPPORTING DOCUMENTARY EVIDENCE

**EEOC NUMBER: 461-2009-00899**

**Charging Party: Gwendolyn A. Atkins**
**Respondent: ST. HELENA COMMUNITY HEALTH CENTER**

The EEOC hereby requests, in connection with the referenced charge, that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge or the requests for information herein, as well as any other facts which you deem relevant for the Commission's consideration.

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge. If no response is received to this request, the Commission may proceed directly to a determination on the merits of the charge based on the information at its disposal.

The Commission requests that the Position Statement be signed by an officer or agent of Respondent authorized to speak officially on its behalf in this federal investigation. Unsigned statements of position, or those signed only by advocates, are not evidence. The Commission will duly consider arguments raised by Respondent, but will not consider them as evidence.

The Commission also requests that you submit at this time all documentary evidence you believe is responsive to the allegations of the charge. (See examples below.) If you submit only an advocacy statement, unsupported by documentary evidence, the Commission may conclude that Respondent has no evidence of a defense to the allegations of the charge. If you believe that the documentary evidence in support of your defense is too voluminous to produce or too onerous to access within 30 days, you may submit an affidavit to that effect from the custodian of the records or other competent official, which the Commission will consider. Submission of such an affidavit, if found to be without merit, will not extend the time to submit the requested Position Statement. Additional information may be requested if needed.

If Respondent believes it requires additional time to respond, it must, at the *earliest possible opportunity*, make a written request for extension, setting forth *good cause* for the extension and the amount of additional time requested. Submitting a written request for extension of time which has not been granted does not relieve Respondent of complying with the deadline. If Respondent fails to file a request for extension of time in sufficient time for the EEOC to rule on the request before the deadline, then Respondent is required to fully respond to this request for information by the deadline stated above.

SCHS-000208

At the very minimum, you should support your position with the following:

1.) Copy of the policy regarding performance evaluations in effect during the period referenced on the Form 5, Charge of Discrimination (see attached).

2.) Copy of the wage rate for the Receptionist position for 2007-2009.

3.) Documents showing wage rate paid to Margaret Hubbard and the Charging Party for 2007, 2008 and 2009. If Hubbard was paid a higher wage rate, explain why.

4.) Copies of the performance evaluations issued to Margaret Hubbard and the Charging Party for 2007, 2008, 2009.  If annual performance evaluations were not issued for any of these calendar years, explain why.

Thank you.

Tanya M. Darensburg
Investigator

**Examples of Supporting Documentary Evidence**
Some *examples* of the types of documentary evidence which may be submitted in support of a position statement are:

**Example 1:**  Charging Party alleges sexual harassment:
You may submit an affidavit from the alleged harasser explaining his or her account of events.

**Example 2:**  Charging Party alleges racial discrimination in pay:
You may submit payroll records showing that employees outside Charging Party's protected group were paid the same as Charging Party.

**Example 3:**  Charging Party alleges she was fired because of her age (55):
You may submit personnel records showing a history of progressive discipline for violations by Charging Party of Respondent's policies.

**Example 4:**  Charging Party alleges termination because of pregnancy:
You may submit a copy of Charging Party's voluntary resignation letter.

SCHS-000209

02-19-10   12:32pm   From-EEOC   504-589-609°   T-983   P.004/007   F-820

EEOC FORM 131 (5/01)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Mr. Jacob Johnson<br>Human Resources Manager<br>ST. HELENA COMMUNITY HEALTH CTR.<br>P. O. Box 1207<br>Greensburg, LA 70441 | **Gwendolyn A. Atkins** |

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
**461-2009-00899**

### NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act       [ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act       [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **10-AUG-09** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **24-JUL-09** to **Deborah Urbanski, ADR Coordinator, at (504) 595-2847**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Tanya Darensburg,
Investigator

EEOC Representative

Telephone   **(504) 595-2860**

New Orleans Field Office
**1555 Poydras Street
Suite 1900
New Orleans, LA 70112**

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN   [ ] AGE   [ ] DISABILITY   [X] RETALIATION   [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| July 9, 2009 | Keith T. Hill,<br>Director | *[signature]* |

SCHS-000210



02-19-10    12:33pm   From-EEOC                              504-589-60**          T-883   P.005/007   F-820

*Enclosure with EEOC
Form 131 (5/01)*

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14   Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge,* for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.

02-18-10   12:33pm   From-EEOC          504-588-60^^          T-983   P.006/007   F-820

*EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 461-2009-00899 |

**Louisiana Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Gwendolyn A. Atkins | (601) 334-6770 | 09-26-1961 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 67 Ard Road, Greensburg, LA 70441 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ST. HELENA COMMUNITY HEALTH CENTER | 15 - 100 | (225) 222-6059 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| P. O. Box 1207, Greensburg, LA 70441 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 05-12-2008 | 05-12-2008 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On May 12, 2008, I was reinstated to my job at St. Helena Community Health Center  Upon reinstatement to the position of Administrative Assistant, I was subjected to different terms and conditions of employment.  I was not given a performance evaluation and I was paid less than my White counterparts.  Respondent employs approximately 50 employees.

No reason was given for the above terms and conditions of employment.

I believe I have been discriminated against because of my race, Black and in retaliation for having filed a previous EEOC complaint (461-2008-01186).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

6/26/2009   *Gwendolyn Atkins*
Date        Charging Party Signature

SCHS-000212

CP Enclosure with EEOC Form 5 (5/01)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.  **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (5/01).

2.  **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117.

3.  **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.  **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.  **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII or the ADA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

SCHS-000213

## Gwendolyn Atkins

| | |
|---|---|
| **From:** | Gwendolyn Atkins |
| **Sent:** | Wednesday, March 10, 2010 10:28 AM |
| **To:** | Sheri' LeBlanc |
| **Subject:** | RE: Grievances |

Good Morning, Sherri I didn't say that EEOC was handling these issues, my garnishment was handle by St. Helena Community Health Center beginning February of 2008 all details is in the grievances package for this issue, if I need to present you with another copy I have it. Also the EEOC issue I'm referring to is also in detail concerning my settlement that was accepted by me, to dismiss the charges and what I was suppose to receive upon my return, I also have a copy of that paperwork if needed. I also got Mutual Of America to send me all of my detail statement showing that my contribution was not being matched by the company for some unknown reason.

Thanks
Gwen

**From:** Sheri' LeBlanc
**Sent:** Wednesday, March 10, 2010 8:17 AM
**To:** Gwendolyn Atkins
**Subject:** RE: Grievances

Gwen:
EEOC is handling these issues, you should direct your questions directly with them.

**From:** Gwendolyn Atkins
**Sent:** Tuesday, March 09, 2010 11:10 AM
**To:** Sheri' LeBlanc
**Subject:** Grievances

Hello, Sheri I writing to see what's the status on my two grievance that was filed in September concerning the garnishment's issue and a issue
with a pay raise since 2007 and a agreement made with the EEOC.

Thanks
Gwen

Southeast Community Health Systems
Formerly St. Helena Community Health Center

PRIVACY AND CONFIDENTIALITY WARNING This E-mail may contain Protected Health Information, Individually Identifiable Health Information and other information which is protected by law. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing or the taking of action in reliance on the content of this E-mail and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately and destroy the contents of this E-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.



**Gwendolyn Atkins**

| | |
|---|---|
| **From:** | Gail Williams |
| **Sent:** | Wednesday, November 25, 2009 12:37 PM |
| **To:** | Gwendolyn Atkins |
| **Cc:** | Yakima Black; Selina Senegal |
| **Subject:** | RE: my move |

Gwen,

Selina is currently reconciling both vacation and sick accruals for all employees. Once the reconciliation has been completed you available accruals will be grandfathered in allowing you one (1) year from date of transition to use it.

Remember, the school base centers' hours are 7:15am – 4:00pm with a structured 15 minutes break. Please advise if you have additional questions.

I think you will enjoy your new position and the transition.

Thanks,

*Gail Williams*
*Director of Administration*

Southeast Community Health Systems
Post Office Box 1207
490 Sitman Street
Greensburg, LA 70441-1207

225.222.6059 (Office)
985.981.4743 (Cell)
888-826-0739 (Fax)
gwilliams@shchc.org

PRIVACY AND CONFIDENTIALITY WARNING This E-mail may contain Protected Health Information, Individually Identifiable Health Information and other information which is protected by law. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing or the taking of action in reliance on the content of this E-mail and any attachments thereto, is strictly prohibited. If you have received this
 E-mail in error, please notify the sender immediately and destroy the contents of this E-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.

**From:** Gwendolyn Atkins
**Sent:** Wednesday, November 25, 2009 9:36 AM
**To:** Gail Williams
**Subject:** my move

Good Morning, Gail

Today is my last day to be at the Clinic according to Yakima and my conversation on November 19,2009 I'm to report to the High School on Monday November 30, 2009 at 7:30. I'm e-mailing you to find out what I need to do about my vacation time should I begin scheduling days off so I want lose any of my

1



*active patients w/o prescriptions charted within EHS*

Attachment D

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| Tina Holmes | Lisinopril HCTZ 20/25 mg tablet | 05/20/09 |
| Tina Holmes | Actos 30 mg Tablets | 05/19/09 |
| Tina Holmes | Humulin 70\30 Pen | 05/19/09 |
| Woodrow Jr. Ford | Celebrex 200 mg | 05/06/09 |
| Woodrow Jr. Ford | Celebrex 200 mg | 05/06/09 |
| Bridgette R Atkins | Flagyl 375 375 mg capsules | 05/01/09 |
| Bridgette R Atkins | Diflucan 50 mg Tablets | 05/01/09 |
| Oscar D Ard | Cialis 10 mg tablets | 05/01/09 |
| David Womack | Viagra 50 mg Tablets | 04/15/09 |
| Oscar D Ard | Viagra 50 mg Tablets | 04/15/09 |
| Oscar D Ard | Viagra 50 mg Tablets | 04/15/09 |
| Charles Cleveland | Viagra 50 mg Tablets | 04/15/09 |
| James London | Proventil HFA INHALER Inhaler | 03/26/09 |
| Brenda Harrison | Celebrex 200 mg | 03/17/09 |
| Brenda Harrison | Proventil HFA INHALER Inhaler | 03/17/09 |
| Brenda Harrison | Advair Diskus 250/50 Diskus | 03/17/09 |
| Brenda Harrison | Lisinopril HCTZ 20/25 mg tablet | 03/17/09 |
| James London | Diovan HCT 160mg/25 tablets | 03/06/09 |
| James London | Diovan HCT 160mg/12.5 Tablets | 03/06/09 |
| James London | Spiriva | 03/06/09 |
| James London | Symbicort 80/4.5mg aerosol inhaler | 03/06/09 |
| James London | Diovan HCT 160mg/12.5 Tablets | 03/03/09 |
| David Womack | Viagra 50 mg Tablets | 03/02/09 |
| David Womack | Viagra 50 mg Tablets | 03/02/09 |
| Lewis Brecheen | Lexapro 20 mg Tablets | 02/27/09 |
| Lewis Brecheen | Mirapex .25 mg | 02/27/09 |
| Lewis Brecheen | Lexapro 20 mg Tablets | 02/27/09 |
| Lewis Brecheen | Mirapex .25 mg | 02/27/09 |
| William C Scott Jr | Clonidine 0.2mg Tablets | 02/19/09 |
| Ruby S Brazile | Flonase 50 mcg Nasal Spray | 02/18/09 |
| Ruby S Brazile | Singulair 10 mg Tablets | 02/18/09 |

EXHIBIT
9
PENGAD 800-631-6889

(Page: 1 )

5/21/2010

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| Joe Williams | Cialis 10 mg tablets | 07/14/09 |
| Josie Wascom | Diovan 320 mg Tablets | 07/14/09 |
| Billy  Rogers | Advair Diskus 250/50 Diskus | 07/06/09 |
| Aldred   Womack | Chantix 0.5 mg | 07/02/09 |
| Floyd Hitchens | Lyrica 50 mg capsules | 07/02/09 |
| Stewart Hall | Cialis 10 mg tablets | 07/01/09 |
| Ard Leroy | Cialis 20 mg tablets | 07/01/09 |
| RUBIE  M Donahue | Hyzaar 100-25 mg Tablets | 07/01/09 |
| JACKSON LEROY | Glucotrol XL 10 mg | 07/01/09 |
| JACKSON LEROY | Viagra 25 mg Tablets | 07/01/09 |
| JACKSON LEROY | Glucotrol 10 mg Tablets | 07/01/09 |
| JACKSON LEROY | Viagra 25 mg Tablets | 07/01/09 |
| Emma  L Ard | Accolate 12 mg Tablets | 07/01/09 |
| Jerry  A Ricard | Diovan HCT 160mg/25 tablets | 06/17/09 |
| Jerry  A Ricard | Diovan HCT 160mg/25 tablets | 06/17/09 |
| Stewart Hall | Cialis 10 mg tablets | 06/12/09 |
| Ard Leroy | Cialis 10 mg tablets | 06/12/09 |
| Test Test | Norvasc 10 mg Tablets | 06/09/09 |
| Test Test | Actos 30 mg Tablets | 06/09/09 |
| Test Test | Aggrenox 25-200mg | 06/09/09 |
| Johnny  R Flowers | Adderall XR | 05/20/10 |

SCHS-000232

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| Ard  Leroy | Viagra 50 mg Tablets | 09/30/09 |
| Lionel  Porter | Viagra 50 mg Tablets | 09/30/09 |
| Ard  Leroy | Lipitor 10 mg Tablets | 09/30/09 |
| Phyllis  Brumfield | Norvasc 10 mg Tablets | 09/30/09 |
| Phyllis  Brumfield | Glucotrol 10 mg Tablets | 09/30/09 |
| Ard  Leroy | Levitra 10 mg tablets | 09/30/09 |
| Ard  Leroy | Levitra 10 mg tablets | 09/30/09 |
| Floyd  Hitchens | Tricor 145 mg Tablets | 09/23/09 |
| Floyd  Hitchens | Lyrica 50 mg capsules | 09/23/09 |
| Floyd  Hitchens | Coreg CR 80 mg tablets | 09/23/09 |
| Johnny  R  Flowers | Viagra 100 mg Tablets | 08/05/09 |
| Oscar  D  Ard | Cialis 20 mg tablets | 08/05/09 |
| Oscar  D  Ard | Cialis 20 mg tablets | 08/05/09 |
| Johnny  R  Flowers | Viagra 100 mg Tablets | 08/05/09 |
| Bridgette  R  Atkins | Zelnorm 6 mg Tablets | 08/05/09 |
| Josie  Wascom | Diovan 320 mg Tablets | 08/05/09 |
| Bridgette  R  Atkins | Zelnorm 6 mg Tablets | 08/05/09 |
| Johnny  R  Flowers | Cialis 20 mg tablets | 08/05/09 |
| Josie  Wascom | Diovan 320 mg Tablets | 08/05/09 |
| Johnny  R  Flowers | Viagra 100 mg Tablets | 08/05/09 |
| Johnny  R  Flowers | Viagra 100 mg Tablets | 08/05/09 |
| Floyd  Hitchens | Coreg CR 80 mg tablets | 07/16/09 |
| Floyd  Hitchens | Nexium 40 mg Capsules | 07/16/09 |
| Floyd  Hitchens | Coreg CR 80 mg tablets | 07/16/09 |
| Floyd  Hitchens | Tricor 145 mg Tablets | 07/16/09 |
| Floyd  Hitchens | Allopurinol 300 mg Tablets | 07/16/09 |
| Floyd  Hitchens | Zestril  tablets | 07/16/09 |
| Bridgette  R  Atkins | Zelnorm 6 mg Tablets | 07/16/09 |
| Floyd  Hitchens | Lyrica 50 mg capsules | 07/16/09 |
| Floyd  Hitchens | Lyrica 50 mg capsules | 07/16/09 |
| Joe  Williams | Lotrel 10/20 mg Capsules | 07/14/09 |

5/21/2010

SCHS-000233

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| Butler  P  Willie | Vytorin 10/20mg Tablets | 08/21/07 |
| Floyd  Hitchens | Allopurinol 300 mg Tablets | 08/21/07 |
| Floyd  Hitchens | Nexium 40 mg Capsules | 08/21/07 |
| Floyd  Hitchens | Lisinopril 5 mg Tablets | 08/21/07 |
| Mark  A  Carlisle | Viagra 50 mg Tablets | 08/14/07 |
| Latru  M  Davis | Effexor XR 150 mg Capsules | 08/08/07 |
| Latru  M  Davis | Effexor XR 150 mg Capsules | 08/08/07 |
| Johnny  R  Flowers | Viagra 100 mg Tablets | 07/06/07 |
| Johnny  R  Flowers | Viagra 100 mg Tablets | 07/06/07 |
| Mary  F  Saucier | NovoLog 70/30 10ml Vials | 06/27/07 |
| Marilyn  Aldaz | Seroquel 300 mg Tablets | 06/27/07 |
| Marilyn  Aldaz | Arthrotec | 06/27/07 |
| Kim    A  Self | Singulair 10 mg Tablets | 06/27/07 |
| Kim    A  Self | Proventil HFA INHALER  Inhaler | 06/27/07 |
| Kim  Patterson | Singulair 10 mg Tablets | 06/27/07 |
| Kim  Patterson | Proventil HFA INHALER  Inhaler | 06/27/07 |
| Kim    A  Self | Proventil HFA INHALER  Inhaler | 06/27/07 |
| Kim    A  Self | Singulair 10 mg Tablets | 06/27/07 |
| Kim    A  Self | Proventil HFA INHALER  Inhaler | 06/27/07 |
| Jeanette  Hall | Lotrel  Capsules | 06/18/07 |
| Jeanette  Hall | Actos 15mg Tablets | 06/18/07 |
| Jeanette  Hall | Glucophage 1000 mg Tablets | 06/18/07 |
| Jeanette  Hall | Lotrel  Capsules | 06/14/07 |
| Jeanette  Hall | Glucophage 1000 mg Tablets | 06/14/07 |
| Jeanette  Hall | Actos 15mg Tablets | 06/14/07 |
| Jeanette  Hall | Actos 15mg Tablets | 06/14/07 |
| Mary  F  Saucier | Levemir  FlexPen | 06/12/07 |
| Vic  Buchholz | Viagra 50 mg Tablets | 06/12/07 |
| Mary  F  Saucier | Levemir  FlexPen | 06/12/07 |
| Johnny  R  Flowers | Viagra 50 mg Tablets | 06/07/07 |
| Johnny  R  Flowers | Norvasc 10 mg Tablets | 06/07/07 |

SCHS-000234

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| Emma L Ard | Accupril 40 mg Tablets | 06/01/07 |
| Kim Self | Singulair 10 mg Tablets | 06/01/07 |
| Kim Self | Proventil HFA INHALER Inhaler | 06/01/07 |
| Kim Self | Singulair 10 mg Tablets | 06/01/07 |
| ANTWYLA LEE | Diovan 160 mg Tablets | 03/05/08 |
| ANTWYLA LEE | Diovan 160 mg Tablets | 03/05/08 |
| Cynthia Torrence | Diovan HCT 160mg/25 tablets | 02/12/08 |
| Bridgette R Atkins | Lamisil 1% solution | 02/12/08 |
| Bridgette R Atkins | Lamisil 1% solution | 02/12/08 |
| David Womack | Lamisil 1% solution | 02/12/08 |
| Lionel Porter | Benicar HCT 40/12.5 mg Tablets | 02/11/08 |
| Bridgette R Atkins | Diflucan 50 mg Tablets | 02/07/08 |
| Josephine Perry | Diflucan 50 mg Tablets | 02/05/08 |
| David Womack | Lamisil 1% solution | 01/30/08 |
| Shelia D Woodard | Sular | 01/16/08 |
| Pamela Cornish | Levemir 10 mL | 01/16/08 |
| Madeline Hall | Fosamax 70 mg Tablets | 01/16/08 |
| Suzanne White | Lexapro 10 mg Tablets | 01/14/08 |
| Gwendolyn Atkins | Norvasc 10 mg Tablets | 01/11/08 |
| Martha Johnson | Lexapro 20 mg Tablets | 01/11/08 |
| Ard Leroy | Hytrin 5 mg Tablets | 01/08/08 |

5/21/2010

SCHS-000235

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| Mark A Carlisle | Viagra 50 mg Tablets | 12/20/07 |
| Jeanette Hall | Actos 15mg Tablets | 12/13/07 |
| DEBORAH EVANS | Norvasc 10 mg Tablets | 12/12/07 |
| Jean Frank | Benicar HCT 40/25mg Tablets | 10/24/07 |
| Jean Frank | Vytorin 10/20mg Tablets | 10/24/07 |
| Jean Frank | Benicar HCT 40/25mg Tablets | 10/24/07 |
| Jean Frank | Vytorin 10/20mg Tablets | 10/24/07 |
| Ard Leroy | Hytrin 5 mg Tablets | 10/11/07 |
| Ard Leroy | Lipitor 40 mg Tablets | 10/11/07 |
| Ard Leroy | Nasonex | 10/11/07 |
| Ard Leroy | Viagra 50 mg Tablets | 10/11/07 |
| Ard Leroy | Viagra 50 mg Tablets | 10/11/07 |
| Ard Leroy | Nasonex | 10/11/07 |
| Ard Leroy | Hytrin 5 mg Tablets | 10/11/07 |
| Ard Leroy | Lipitor 40 mg Tablets | 10/11/07 |
| Johnny R Flowers | Lamisil 1% solution | 10/08/07 |
| Yolanda C Goggins | Lantus 100 unit/ml (u-100) | 09/20/07 |
| Yolanda C Goggins | Celebrex 100 mg | 09/20/07 |
| Barbara Snow | Lotrel 10/20 mg Capsules | 09/14/07 |
| Floyd Hitchens | Coreg 6.25 mg Tablets | 09/13/07 |
| Johnny R Flowers | Retin-A Gel | 09/12/07 |
| Katherine E Valverde | Enablex 7.5mg Tablets | 09/11/07 |
| Michael Foster | Risperdal 0.25 mg Tablets | 09/11/07 |
| Lionel Porter | Viagra 50 mg Tablets | 09/05/07 |
| Lionel Porter | Benicar HCT 40/12.5 mg Tablets | 09/05/07 |
| Jeanette Hall | Glucophage 1000 mg Tablets | 09/05/07 |
| Floyd Hitchens | Nexium 40 mg Capsules | 09/05/07 |
| Nellie Blanchard | Effexor 75 mg Tablets | 09/05/07 |
| Floyd Hitchens | Nexium 40 mg Capsules | 09/05/07 |
| Jackson Trenise | Diovan HCT 160mg/12.5 Tablets | 08/24/07 |
| Butler P Willie | Norvasc 10 mg Tablets | 08/21/07 |

(Page: 1 )

5/21/2010

SCHS-000236

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| John Hutchinson | Norvasc 10 mg Tablets | 04/12/07 |
| John Hutchinson | Actos 15mg Tablets | 04/12/07 |
| John Hutchinson | Actos 15mg Tablets | 04/12/07 |
| John Hutchinson | Actos 15mg Tablets | 04/12/07 |
| John Hutchinson | Actos 15mg Tablets | 04/12/07 |
| John Hutchinson | Actos 15mg Tablets | 04/12/07 |
| Melva Brumfield | Lotrel Capsules | 04/12/07 |
| Melva Brumfield | Lotrel Capsules | 04/12/07 |
| RUBIE M Donahue | Hyzaar 100-12.5 mg Tablets | 04/11/07 |
| RUBIE M Donahue | Hyzaar 100-12.5 mg Tablets | 04/11/07 |
| Shirley Bridges | Norvasc 10 mg Tablets | 04/11/07 |
| Claudia M Joseph | Glucotrol XL 5 mg Tablets | 04/11/07 |
| Emma L Ard | Accupril 10 mg Tablets | 04/10/07 |

5/21/2010

SCHS-000237

# All Saved Scripts For St. Helena Community Health

| Client Name | Drug | Script Date |
|---|---|---|
| JOHN E ALLEN | Aggrenox 25-200mg | 05/16/07 |
| JEFFERY M SMITH | Actos 15mg Tablets | 04/25/07 |
| JEFFERY M SMITH | Actos 15mg Tablets | 04/25/07 |
| JEFFERY M SMITH | Actos 15mg Tablets | 04/25/07 |
| JEFFERY M SMITH | Actos 15mg Tablets | 04/25/07 |
| GROSS MARGARET | Lipitor 10 mg Tablets | 04/20/07 |
| GROSS MARGARET | Lipitor 10 mg Tablets | 04/20/07 |
| GROSS MARGARET | Prempro 0.625/2.5 mg Tablets | 04/20/07 |
| GROSS MARGARET | Lipitor 10 mg Tablets | 04/20/07 |
| DEBORAH EVANS | Norvasc 10 mg Tablets | 04/19/07 |
| DEBORAH EVANS | Norvasc 10 mg Tablets | 04/19/07 |
| DEBORAH EVANS | Arthrotec | 04/19/07 |
| DEBORAH EVANS | Norvasc 10 mg Tablets | 04/18/07 |
| DEBORAH EVANS | Arthrotec | 04/18/07 |
| REBECCA HAYMAN | Lexapro 10 mg Tablets | 04/18/07 |
| REBECCA HAYMAN | Lexapro 10 mg Tablets | 04/18/07 |
| REBECCA HAYMAN | Lexapro 10 mg Tablets | 04/18/07 |
| REBECCA HAYMAN | Lexapro 10 mg Tablets | 04/18/07 |
| EARNESTINE CHANEY | Novolin 70/30 Vials | 04/17/07 |
| EARNESTINE CHANEY | Novolin 70/30 Vials | 04/17/07 |
| Shirley Bridges | Norvasc 10 mg Tablets | 04/12/07 |
| Shirley Bridges | Norvasc 10 mg Tablets | 04/12/07 |
| RUBIE M Donahue | Hyzaar 100-12.5 mg Tablets | 04/12/07 |
| RUBIE M Donahue | Hyzaar 100-12.5 mg Tablets | 04/12/07 |
| Claudia M Joseph | Glucotrol XL 5 mg Tablets | 04/12/07 |
| Butler P Willie | Norvasc 10 mg Tablets | 04/12/07 |
| Butler P Willie | Norvasc 10 mg Tablets | 04/12/07 |
| John Hutchinson | Norvasc 10 mg Tablets | 04/12/07 |
| John Hutchinson | Norvasc 10 mg Tablets | 04/12/07 |
| John Hutchinson | Norvasc 10 mg Tablets | 04/12/07 |
| John Hutchinson | Norvasc 10 mg Tablets | 04/12/07 |

5/21/2010

SCHS-000238

Attachment B

| Last Name | First Name | PDA N | | Number |
|---|---|---|---|---|
| Aldaz | Marilyn | 8455 | Yes | 6224 |
| ALLEN | JOHN | 8248 | Yes | 6384 |
| Ard | Emma | 8187 | Yes | 6344 |
| Ard | Oscar | 15947 | No | 15825 |
| Atkins | Gwendolyn | 13132 | Yes | 72 |
| Atkins | Bridgette | 13383 | No | 9324 |
| Blanchard | Nellie | 8870 | Yes | 1557 |
| Brazile | Ruby | 15609 | Yes | 8559 |
| Brecheen | Lewis | 15652 | Yes | 7131 |
| Bridges | Shirley | 8191 | Yes | 4270 |
| Brumfield | Melva | 8194 | Yes | 4852 |
| Brumfield | Phyllis | 12985 | Yes | 102 |
| Buchholz | Vic | 8409 | No | N/A |
| Carlisle | Mark | 8734 | No | N/A |
| CHANEY | EARNESTINE | 8198 | Yes | 1264 |
| Cleveland | Charles | 15949 | No | N/A |
| Cornish | Pamela | 13159 | Yes | 1199 |
| Davis | Latru | 8681 | Yes | 6605 |
| Donahue | RUBIE | 8190 | Yes | 5098 |
| EVANS | DEBORAH | 8201 | Yes | 4325 |
| Flowers | Johnny | 8263 | Yes | 7015 |
| Ford | Woodrow Jr. | 16051 | Yes | 6380 |
| Foster | Michael | 8913 | Yes | 6423 |
| Frank | Jean | 12671 | Yes | 564 |
| Goggins | Yolanda | 12498 | Yes | 4153 |
| Hall | Jeanette | 8444 | Yes | 1419 |
| Hall | Madeline | 13161 | Yes | 2187 |
| Hall | Stewart | 16227 | Yes | 10312 |
| Harrison | Brenda | 15707 | Yes | 976 |
| HAYMAN | REBECCA | 8202 | Yes | 7393 |
| Hitchens | Floyd | 8761 | Yes | 7928 |
| HODGES | JOSEPH | 15612 | Yes | 14796 |
| Holmes | Tina | 16089 | Yes | 2036 |
| Hutchinson | John | 8193 | Yes | 2557 |
| Johnston | Ronald | 16322 | Yes | 16500 |
| Joseph | Claudia | 8189 | Yes | 2273 |
| LEE | ANTWYLA | 13703 | Yes | 2685 |
| Leroy | Ard | 12606 | Yes | 6087 |
| LEROY | JACKSON | 16317 | Yes | 6976 |
| London | James | 15658 | Yes | 7113 |
| MARGARET | GROSS | 8205 | Yes | 3032 |
| Patterson | Kim | 8255 | Yes | 991 |
| Perry | Josephine | 13385 | Yes | 443 |
| Porter | Lionel | 8867 | Yes | 54 |



SCHS-000229

| Last Name | First Name | PDA Number | RX Report | EHS Patient Number |
|---|---|---|---|---|
| Ricard | Jerry | 16248 | Yes | 292 |
| Rogers | Billy | 16330 | Yes | 16355 |
| Saucier | Mary | 8408 | Yes | 3490 |
| Scott Jr | William | 15617 | Yes | 3588 |
| Self | Kim | 8460 | No | N/A |
| SMITH | JEFFERY | 8208 | Yes | 2224 |
| Snow | Barbara | 8932 | Yes | 960 |
| Tate | Thersa | 13266 | Yes | 4256 |
| Test | Test | 16215 | N/A | N/A |
| Torrence | Cynthia | 13510 | Yes | 806 |
| Trenise | Jackson | 8805 | Yes | 1608 |
| Valverde | Katherine | 8912 | Yes | 6539 |
| Wascom | Josie | 16318 | Yes | 1965 |
| Williams | Joe | 16372 | Yes | 1986 |
| Willie | Butler | 8192 | Yes | 511 |
| Womack | Aldred | 16321 | No | N/A |
| Womack | David | 13270 | Yes | 6141 |
| Woodard | Shelia | 13158 | Yes | 6725 |

SCHS-000230

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 6/28/10 | JW | Rubie Donahue | Hyzaar | 100mg/25 | Rx4520-15 | 07/15 | RL | |
| 6/29/10 | mj | Beverly Franklin | Avanda met 4mg/1000mg | 4mg/1000mg | 02P3415 Oct 2012 | 7/2/10 | CW | JW |
| 6/30/10 | JW | William Scott | Nexium | 50mg T3 | 0MAA18 04/12 | 7/2/10 | DS | JW |
| 6/30/10 | JW | William Scott | Potassium | 20mEq X2 | 9RCP109 | 7/2/10 | DS | JW |
| 6/30/10 | JW | William Scott | Prevacid | 15mg Y5 | 100033 01/12 | 7/2/10 | DS | JW |
| 6/30/10 | CJ | Rene Matthews | Lantus elevated | 1 bottle | | 6/30/10 | CJ | |
| 7-6-10 | CJ | Rene Matthews Kennedy | Humalog | 1 bottle T3 | 00T0c3 02/13 | 7/6/10 | CJ | |
| 7/6/10 | JW | John Allen | Apprent | 200mg | 12-1-15 | 7/21/10 | Cmt | KH |
| 7/6/10 | JW | Leroy Aud | Viagra | 50mg | 071290 | | | |
| 7/6/10 | JW | Leroy Aud | Lipitor | 10mg | Y100A24 3-13 | | | |
| 7/8/10 | JW | Edith Williams | Lantus pen | 100 units | X3V250 OF 183A 2/12 | 7/9/10 | EW | JW |
| 7/8/10 | JW | Leslie Foyer | Lantus | 100 units X4 | OF052A 01/12 | 7/12/10 | CW | JW |
| 7/9/10 | JW | William Scott | Exforge | 10/160mg | F000EA 05/13 | 7/12/10 | DS | JW |

EXHIBIT 11
PENGAD 800-631-6989

  SCHS-000467

# Southeast Community Health Systems

## Indigent Drug Assistance Program

## Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| | | | Patient was mailed to be shipped back | | V100432 | | |
| 6/1/10 | JW | Pauline Hodges | Glucotrol | 10mg | 01-15 | 6-1-10 | JW |
| 6/1/10 | JW | Pauline Hodges | Accupril | 40mg | V100288 11-12 | 6-1-10 | P.H JW |
| 6/1/10 | JW | Pauline Hodges | Chantix x3 | 0.5mg/1mg | A04623 07-11 | 6-1-10 | P.H JW |
| 6/3/10 | JW | Pauline Hodges | Glucotrol x2 | 10mg | V091302 6-15 | 6-7-10 | P.H JW |
| 6/11/10 | JW | Sheri Fontenet | Seroquel | 100mg | RX1010526 | 6-13-10 | LF JW |
| 6/18/10 | JW | Gail Wyella | Lexapro | 10mg | A176004/1014 | 6-23-10 | Jw TW |
| 6/18/10 | JW | Audrey Jones | Singulair | 10mg | RX436918 | 6/21/10 | JW |
| 6/21/10 | JW | Deborah Evans | Norvasc | 10mg | C100495/14 | 10/21/10 | PE JW |
| 6/21/10 | JW | Deborah Evans | Arthotec | 50mg/200mg | C0788/16 | 10/21/10 | PE JW |
| 6/11/10 | JW | Pamela Cornski | Lantus | 100units/ml | 40C506x4 | 6/21/10 | RC JW |
| 6/22/10 | JW | Earnestine Cheaney | Catapres | P-1 350m | C09088/16 | 6/24/10 | Jw |
| 6/23/10 | JW | Patricia Higginbotham | Florase x2 | 120mh/1ea | OD | 6/23/10 | JW |
| 6/24/10 | JW | Edith Williams | Lantus x10 | 100 units | 40C 11/30/11 | 6/30/10 | JW |

SCHS-000468

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS |
|---|---|---|---|---|---|---|---|
| 4/30/10 | JW | Leroy Card | Viagra 50mg | | 9228301 | 4/30/10 | CA JW |
| 4/30/10 | JW | Leroy Card | Lipitor 10mg | | V10019 1 | 4/30/1 | DEH JW |
| 5/6/10 | JW | Helen Miller | Neurontin 800mg | | VC092426 12/11 | 5/7/10 | CA JW |
| 5/6/10 | JW | Cheri Fontenot | Cymbalta 30mg | | 8A6913/2A | 5/17/10 | CF JW |
| 5/13/10 | JW | Bohnny Flowers | Viagra | 100mg | 0102.01 11/15 | 5/13/2010 | GA |
| 5/13/10 | JW | Bohnny Flowers | Norvasc | 10mg | 0937 4/12 | 5/13/2010 | BA |
| 5/18/10 | JW | Cheri Fontenot | Seroquel | 100mg | | 5/19/2010 | CF JW |
| 5/24/10 | 20 | Shirley Bridges | Norvasc | 10mg | 70L03/1/12 | 9/1/10 | mL JW |
| 5/24/10 | JW | Willie Butler | Norvasc | 10mg | 70L03/1/12 | | CT JW |
| 5/26/10 | JW | Claudia Joseph | Glucotrol XL | 2.5mg | VC092 3/11 | 5/27/10 | CT JW |
| 5/26/10 | JW | Leslie Russell | Advir Diskus 250/50mg | | R464817 68/11 | 5/26/10 | LR |
| 5/27/10 | JW | William Scott | Lexapro | 20mg | A77606/4 8/14 | 5/28/10 | JW |
| 5/27/10 | JW | William Scott | Bystolic | 5mg | A77042 8/12 | 5/28/10 | DS JW |
| 5/27/10 | JW | Malissa Mincheal | Protonix | 40mg | RX#1039E029 | 6/10/10 | mm JW |

SCHS-000469

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 3/15/10 | JW | Malissa McMichael | Relpax | 40mg | Rx 105958029 | 3/22/10 | MM | JW |
| 3/18/10 | JW | Jeanetti Hall | Exforge | 5mg/320mg | FOLL 8/2020 | 3/18/10 | JH | JW |
| 3/23/10 | JW | William Scott | Proventil | 6.7g | 09040 10/11 | 4/23/10 | W.S | JW |
| | JW | William Scott | Potassium | 20meg | 9RC08 09/12 | 4/23/10 | W.S | JW |
| | JW | William Scott | Nasonex | 50mcg | OMA43 09/12 | 4/23/10 | W.S | JW |
| 3/26/10 | JW | Pauline Hodge | Chantix | 5mg | MMA0460 5/11 | 3/26/10 | JR | JW |
| 03/29/10 | RR | Vionel Porter | Viagra | 50mg | 9205131 10/1/14 | 03/29/10 | RR | LM |
| 03/30/10 | RR | Johnny Flowers | Viagra | 100mg | 992377 11/01/14 | | | JF |
| 03/30/10 | RR | Johnny Flowers | Norvasc | 10mg | 7RL050A 03/01/12 | | | JF |
| 3/29/10 | TA | Earnestine Chaney | Catapres TTS | 3.5cm | 0816962 09/11 | 4/27/10 | TA | AN |
| 3/31/10 | TA | Phyllis Brumfield | Glucotrol XL | 10mg x2 | V091302 08/14 | 4/14/10 | AN | PB |
| 3/31/10 | TA | Oscar Ard | Viagra | 50mg | 9205131 10/01/14 | | | OA |
| 4/1/10 | TA | Brabham, Daisy | Singular | 10mg | 091-000183 3/04/11 | 4/20/10 | TA | DB |

SCHS-000470

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 4/14/10 | JW | Cheri Fontenot | Seroquel | 100mg | Rx #1061 567/ 4/5/11 | 4/21/10 | PF | PC |
| 4/14/10 | JW | Paul King | Diovan | 160mg | | | | |
| 4/15/10 | JW | Herman Magally | Viagra | 100mg | 922850/12/14 05/11 | 10 | PF | JW |
| 4/19/10 | JW | Deborah Evans | Arthrotec | 50mg/pomg | C4C10ITY 01-13 | 4/27/10 | DE | JW |
| 4/19/10 | JW | Deborah Evans | Novasc | 10mg | 70205TA/ 03/14 | 4/27/10 | DE | JW |
| 4/19/10 | JW | Deborah Evans | Novasc | 5mg x3 | 70202DA/ 3/14 | 4/27/11 | DE | JW |
| 4/19/10 | JW | Pamela Cornish | Exforge | 10/320mg | F000/3 07/12 | 5/19/10 | PC | LG |
| 4/23/10 | JW | David Womack | Viagra | 50mg | | 4/23/10 | DW | JW |
| 4/23/10 | JW | William Scott | Bystolic | 5mg | D15575/03/12 | 4/23/10 | ma | JW |
| 4/23/10 | JW | William Scott | Lexapro | 20mg | A170068/09/14 | 4/23/10 | ma | JW |
| 4/23/10 | JW | Rosie Unscons | Diovan | 320mg | F0013/04/13 | 5/4/10 | JW | JW |
| 4/26/10 | JW | Earnestine Chaney | Lipitor | 10mg | V100191/12/13 | 4/27/10 | TC | JW |
| 4/26/10 | JW | Earnestine Chaney | Glucotrol XL 5mg | | V0090 440 10/13 | 4/27/10 | TC | JW |

CONFIDENTIAL

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 2/19/10 | 2W | William Scott | Flomax | 0.4mg | K0000479 07/12 | 2/23/10 | Smyj | |
| 2/22/10 | 2W | Pauline Hodges | Glucotrol | 10mg | V0924442 3/14 | 2/22/10 | CM | |
| 2/22/10 | 2W | Pauline Hodges | Accupril | 4mg | V0921776 | | | |
| 2/24/10 | 2W | Herman Egan | Viagra | 100mg | 0A58114 | 3/2/10 | PH | |
| 3/1/10 | 2W | Deborah Evans | Norvasc | 10mg | TQL00174 3/1/2012 | | | |
| 3/1/10 | 2W | Deborah Evans | Arthrotec | 50/200mg | C0910969 1/12 | 3/10/10 | 2W | DE |
| 3/2/10 | 2W | Gayle Robertson | Bystolic | x3 5mg | P13487 8/10 | | | |
| 3/2/10 | 2W | William Scott | Bystolic | x3 5mg | P13487 8/10 | 3/3/10 | O.S | |
| 3/3/10 | 2W | David Womack | Viagra | 50mg | 9205131 10/11 | 3/31/10 | DW | |
| 3/10/10 | 2W | Willie Butler | Norvasc | 10mg | TQL0017 mar 1/2012 | 4/21/10 | DPB | |
| 3/12/10 | 2W | Troy Ard | Viagra | 50mg | 9205131 14 | 3/15/10 | | |
| 3/12/10 | 2W | Troy Ard | Lipitor | 10mg | V0924277 12/12 | 3/15/10 | | |
| 3/16/10 | 2W | Cheri Fontenot | Seroquel | 100mg | | 3/18/10 | | |

CONFIDENTIAL

SCHS-000472

## Southeast Community Health Systems

### Indigent Drug Assistance Program

### Medication Receipt and Distribution Log

| DATE MED. REC'D | INITIALS | PATIENT NAME | NAME OF DRUG | DOSE | LOT #/EXP. DATE | DATE PICKED UP | INITIALS | |
|---|---|---|---|---|---|---|---|---|
| 1/15/10 | 2W | William Scott | Bystolic | 5 mg | A15400 | 1/15/10 | D.S | 2W |
| 1/22/10 | 2W | Leslie Russell | Advair/oskus | 500 mcg x3 | 1244 Sep09 | 2/25/10 | — | 2W |
| 1/25/10 | 2W | Phyllis Bumfield | Glucotrol xc | 10mg | M09/362 03/14 | 1-25-2010 | PB | C |
| 1/26/10 | 2W | Helen Miller | Neurontin x3 | 800MG | V092141 03/11 | 1-26-2010 | HM | |
| 01/28/10 | RR | Leroy Ard | Viagra | 5 Drug | 9201601 10/1/14 | 01/28/10 | G.A | G.A |
| 01/28/10 | RR | Leroy Ard | Lipitor | 10mg | U092108 Sept12 | 01/28/10 | G.A | G.A |
| 01/28/10 | RR | Earnestine Chaney | Catapres | TTS patch (3) | 0816962 09/30/11 | | | |
| 01/28/10 | RR | Gail Isabella | Lexapro | 10mg tabs | m09144 05/14 | 2-1-10 | D.S | C |
| 02/04/10 | RR | Lionel Porter | Viagra | 50mg | 920160 10/01/14 | 02/04/10 | L.P | RR |
| 2/5/10 | MJ | Shirley Bridges | Norvesc | 10mg | N2L059A 1hru11 | 2/5/2010 | JF | M.J |
| 2/5/10 | | Johnny Flowers | Viagra | 100mg | 9201301 oct14 | 2/5/2010 | JF | G.A |
| 2/15/10 | 2W | William Scott | Exforge | 10/160mg x3 | FCOO1A 03/12 | 2/17/10 | DS | 2W |
| 2/15/10 | 2W | Oscar Ard | Viagra | 50mg | 9201601 10/01/14 | 02/17/10 | OA | G.A |

SCHS-000473

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 12/11/09 | RR | OW | Earnestine Chaney | Lipitor | 10mg | V091847 08/12 | 12/22/09 | T.C | OW |
| 12/17/09 | RR | OW | Earnestine Chaney | Glucotrol XL | 5mg | V091107 10/10 | 12/22/09 | T.C. | OW |
| 12/18/09 | RR | OW | Herman Hogan | Viagra | 100mg | 9105401 07/13/04 | 12/21/09 | PA | OW |
| 12/21/09 | RR | OW | Johnny Flowers | Norvasc | 10mg | 960079A 3/11/2 | 12/22/09 | J.F | OS |
| 12/21/09 | RR | OW | Johnny Flowers | viagra | 100mg | 91903A4 3/14 | 12/22/09 | J.F | OW |
| 12/21/09 | RR | OW | Shirley Barclay | Norvasc | 10mg | 760079A 3/11/12 | 3/26/10 | S.B. | OW |
| 12/22/09 | TC | OW | Lionel Porter | Viagra | 50mg | 9204001 04/11 | 12-29-09 | LP | OW |
| 12/30/09 | | OW | Danneria Russell | Singulair | 10mg | | | | |
| 1/4/10 | | OW | Pauline Hodges | Glucotrol | 10mg | V091347 4/33 | 1/11/10 | P.H | OW |
| 1/5/10 | | OW | Millie Hodges | Accupril | 40mg | V09082 4/14 | 1/11/10 | P.H | OW |
| 1/6/10 | | OW | Alton Womack | Medrol | 4mg | DAT40 042013 | 12/8/09 | A.W | OW |
| 1/12/10 | | OW | James London | Diovan HCT | 320/25 | F0169 10/2011 | | | |
| 1/13/10 | | OW | Danneria Russell | Advair | 250/50 | R443155 03/11 | | | |
| 1/13/10 | | OW | David Womack | viagra | 50mg | 9204001 03/11 | 1/26/10 | D.W. | OW |
| 1/15/10 | | OW | William Scott | Lexapro | 20mg | N061024 05/14 | 1/15/10 | — | D.S |

SCHS-000474

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 11/9/09 | RR | Jw | Earnestine Chaney | Lipitor | 10mg | V09110 / 10/2010 | | TC | JW |
| 11/9/09 | RR | Jw | Earnestine Chaney | Glucotrol XL | 5mg | V091107 / 1/2010 | | TC | JW |
| 11/17/2009 | RR | | James London | Diovan Hct | 80/125 | | 11/10/2009 | C.B.H | |
| 11/17/09 | RR | JW | Leslie Russell | Advair Diskus | 500/50 | RK43 1424 / 2011 | 11/17/09 | LNR | JW |
| 12/3/09 | RR | Jw | Leroy Jackson | Viagra | 25/30mg | 916 3701 / 11/11/11 | 12/7/09 | LJ | JW |
| 12/3/09 | RR | Jw | Leroy Jackson | Glucotrol | 10mg | 091302 / 3/1/11 | 12/7/09 | LJ | JW |
| 12/7/09 | RR | JW | William Scott | Proventil HFA inhaler | 090800 / 08/11 | | 12/11/09 | D.S | JW |
| 12/7/09 | RR | JW | Earnestine Chaney | Cartia Press | 3.5 | 09 106160 / 2 | 12/22/09 | T.C. | JW |
| 12/8/09 | RR | JW | William Scott | Flomax | 0.4mg | H0900013 / 5/20/12 | 12/11/09 | D.S | JW |
| 12/8/09 | RR | JW | Audrey Jones | Advair Diskus | 250/50 mg x3 | RLB4 457 / 1/2011 | | | |
| 12/9/09 | RR | JW | Deborah Evans | Norvasc | 5mg x3 | 7QL4644 / 2/1/2012 | 12/9/09 | C.E | JW |
| 12/9/09 | RR | JW | Deborah Evans | Asthmatec | 50mg/24hr | 0901/0105 / 10/2012 | 12/9/09 | C.E | JW |
| 12/9/09 | RR | JW | Willie Butler | Norvasc | 10mg | 7QL4 5/9 / 3/1/30/2 | 12/10/09 | W.B | |
| 12/9/09 | RR | JW | William Scott | Potassium Chl. | 20meq x3 | 9KCP051 / 03/2012 | 12/11/09 | D.S | JW |
| 12/9/09 | RR | JW | William Scott | Nasonex | Spray x3 | 7MHA 42 / 9/2011 | 12/11/09 | D.S | JW |

CONFIDENTIAL                                    SCHS-000475

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/09 | | JW | Abigail H. Solieau | Cymbalta x4 | 60mg | 94475473 4/2011 | 9/24/10 donated | | mji |
| 10/2/09 | | JW | Kathy Valverde | Prozac x4 | 40mg | 45420454 08/2011 | | | |
| 10/9/09 | | JW | William Scott | Exforge x3 | 10/160mg | F0043 10/2010 | 10/13/09 | D.S | mji |
| 10/9/09 | | JW | Deborah Evans | Norvasc | 5mg | 7060349A Feb 2011 | 11/2/09 | D.E | JW |
| 10/19/09 | RR | JW | Phyllis Porunfield | Glucotrol | 10mg | V09173 11/13 | 11/2/09 | PB | JW |
| 10/21/09 | RR | JW | Dana Cernich | Ventolin HFA w/Dos Ctr | 200 Puffs | 92P60440 11/2010 | 11/5/09 | D.J.B | JW |
| 10/21/09 | RR | JW | Dana Cernich | Advair Diskus | 250/50 3 mg | 92P66541 11/2010 | 11/5/09 | D.J.B | JW |
| 10/23/09 | RR | JW | Willie Butler | Norvasc | 10mg | 7060449A 3/11 | 10/30/09 | W.B | mji |
| 10/23/09 | RR | JW | Deborah Evans | Norvasc | 10mg | 7060525A 11/23 | 11/2/09 | D.E | JW |
| 11/23/09 | RR | JW | Deborah Evans | Amthrotic | 50/200mg | C090165 10/2012 | 11/2/09 | D.E | JW |
| 27/09 | RR | JW | James Jordan | Divan HCT | 320/25mg | F0164 10/2011 | | Check Last page | |
| 2/09 | RR | JW | Shirley Bridges | Norvasc | 10mg | 7060449A 3/2010 | 11/3/09 | S.B. | JW |
| 2/09 | RR | JW | Malissa McMichael | Chantax | 0.5mg | 91022804091 | 11/17/09 | M.M | JW |
| 16/09 | RR | JW | Malissa McMichael | Chantax | 0.5mg | 91023804501 | 11/17/09 | M.M | JW |
| 19/09 | RR | JW | William Scott | Cipro | 500mg | 5761042 12/2013 | 11/20/09 | D.S | JW |

SCHS-000476

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|
| 1-9-09 | re | Obelyliki Willieber | Norvasc | 10mg | PLX4A 2/1/12 | 1-9-09 | Xer. B | |
| 1-27-09 | sf | Josie Wascom | Diovan | 320mg | 3G0013 Sep 2011 | 2-5-09 | Josewascom | |
| 2/4/09 | re | Delinsh Evans | Norvasc | 10mg | 9AC04A 2/1/12 | 3/2/09 | re | DE |
| 2/4/09 | re | Delin Evan | Arthrotec | 50/200mg | C080480 1/12 | 3/2/09 | re | DE |
| 2/10/09 | re | Claudia Joseph 3 bottles | Glucatrol XL | 2.5mg | 10058V 2/10 | Given | Pt forgot to sign-re | |
| 2/11/09 | sf | Earnestine Chaney | Catapres TTS | | 0906501 3/31/11 | 2-13-09 | TC | |
| 2/11/09 | SO | Pauline Hodge | Glucotrol | 10mg | 22168V 2/13 | | daughter | CM |
| 2/11/09 | SO | Pauline Hodge | Accupril | 40mg | 188981V 1/12 | | daughter | CM |
| 2/11/09 | SO | Earnestine Chaney | Glucotrol | 5mg | 18088V 10/12 | 2-13-09 | daughter | TC |
| 2/11/09 | SO | Earnestine Chaney | Lipitor | 10mg | 19578V 10/11 | 2-13-09 | daughter | TC |
| 2/13/09 | re | Helen Miller | Exforge | 10/320 | 70071 11/30/09 | 3-9-09 | daughter | B |
| 2/11/09 | SO | John Allen | Aggrenox | 25mg/200mg | 804189 9/30/11 | 3-9-09 | J.A. | re |
| 2/25/09 | SO | Willie Butler | Norvasc | 10mg | 9AC04A 2/1/12 | 3/5/09 | pt | Wf.B. |
| 2/25/09 | SO | Shirley Bridges | Norvasc | 10mg | 7AC04A 2/12 | 3-6-09 | S.B. | re |
| 2/24/09 | EO | Phyllis Brumfield | Glucotrol | 10mg | 11058V 3/13 | 3-16-09 | PB. | JTT |

SCHS-000477

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 3/11/09 | | mj | Charles Self | Glucotrol | 10mg | 176481 Apr 13 | | CS | |
| 3/11/09 | | mj | Charles Self | Norvasc | 10mg | 7QLUSIA Mar 12 | | CS | |
| 3/11/09 | | mj | Charles Self | Glucotrol | 10mg | 176481 Apr 13 | | CS | |
| 3/20/09 | re | | Deborah Evans | Norvasc | 10mg | 7Q80588 1/12 | 4-9-2009 | De | mj |
| 3/20/09 | re | | D. Orah Evans | Arthrotec | 50mg/200m | CO80680 1/12 | 4-9-2009 | De | mj |
| 3/30/09 | re | | Claudia Joseph | Glucotrol XL | 2.5mg | 10948Y 2/10 | | | CJ |
| 4/1/09 | re | | Charles Self | Potassium 2 bottles | 20meg | 9RCP007 11/11 | | | CJ |
| 4/15/09 | wij | | Eustace Chaney | Catapres TS-1 | | 08066-01 03 11 | 5/15/09 | TC | Mj |
| 4/15/09 | mj | | Ruby Brazile | Flonase Nasal Spray (50mcg) | 1 msm | 9A001 Jan 2011 | 5/11/09 & Ruby frozyl | | SJ |
| 4/16/09 | re | | Jones London | Diovan HcT | 320/25 | 70124 1/2011 | 6/10/09 | Cathy Retorda | Sof |
| 4/27/09 | re | | Willie Butler | Norvasc | 10g | 7QLO8IA 2/1/12 | | | B. Yl |
| 4/27/2009 | | | Brenda Harrison | Celebrex | 200 mg | BC099D | 4/28/2009 | | B. YL |
| 5/1/2009 | SJ | | Lewis Brecheen | Lexapro | 20mg | MO910C 09-13 | 4/5/2009 | P. H. | SJ |
| 5/11/09 | re | | Deborah Evans | Norvasc | 10g | 7Q80524 3/1/12 | 4/15/09 | e. E. | mj |
| 5/11/09 | re | | Deborah Evans 2 bottles | Arthrotec | 50 | CO80680 1/12 | 4/15/09 | e. E. | mj |

SCHS-000478

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|---|
| 5-12-09 | | re | Earnestine Chany | Lipitor | 10 mg | V090262 11/11 | 5/15/09 | TC | mjj |
| 5-12-09 | | re | Earnestine Chany | Glucotrol XL | 5 mg | 24238V 5/13 | 5/15/09 | TC | mjj |
| 5-14-09 | | re | Ruby Brazile | Singulair | 10 mg | 3978436 5/7/10 | 8/17/09 | QS | mjj |
| 6-10-09 | | re | Willie Butler | Norvasc | 10 mg | 7QL654H 3/1/12 | | | |
| 6-12-09 | | re | Shirly Bridges | Norvasc | 10 mg | 7QL054H 3/1/12 | 6/25/09 | S.B. | mjj |
| 6/19/09 | | re | Pauline Hodges | Glucotrol XL | 10 mg | V090473 1/13 | 6-24-09 | re | P.H. |
| 6/19/09 | | re | Pauline Hodges | Aerosil | 40 mg | V098353 11/13 | 6-24-09 | re | P.H. |
| 6/23/09 | | re | Tina Holmes | Humli | 70/30 | A598857A 1/13 | 9/14/09 | MM | MM |
| 6/23/09 | | re | Earnestine Chany | Lipitor | 10 mg | V090262 11/11 | 6-25-09 | re | T.C. |
| 6/25/09 | | re | Margaret Gross | Clonidine | 0.1 mg | 6270877 6/15/10 | 6-25-09 | Marg Gross | mjj |
| 6/30/09 | | re | Deborah Evans | Arthrotec | 50/200 | CO90145 10/12 | 7-22-09 | DE | mjj |
| 7/7/09 | | re | Claudia Joseph | Glucotrol XL | 2.5 mg | 10958V 2/10 | 7-15-09 | D moore | mjj |
| 7-13-09 | | re | William Scott | Lexapro | 20 mg/5 mg | m09 190 mn 3/12 12/1 | 7-15-09 | Glenn Scott | |
| 7-16-09 | | re | Willie Valrada | Prozac | 40 mg | A54 204 8/11 | 10/15/09 | XHW | JW |
| 7-16-09 | | re | Earnestine Chany | Colazeus | TT31 | 081834 9/11 | 7-22-09 | TC | mjj |

SCHS-000479

St. Helena Community Health Center
Pharmacy Department

Indigent Drug Assistance Program
Medication Receipt and Distribution Log

| Date Med. Rec'd | Initials | Patient Name | Name of Drug | Dose | Lot#/ Exp. Date | Date Picked Up | Initials | |
|---|---|---|---|---|---|---|---|---|
| 8 6 09 | JW | Earnestine Chaney | Lipitor | 10mg | V090068 Am. 12 | 8-12-09 | TC | JW |
| 8 6 09 | JW | Earnestine Chaney | Glucotrol XL | 5mg | V090840 Oct. 13 | 8-12-09 | TC | JW |
| 8 11 09 | JW | Bebe Wascom | Diovan 3 | 320mg | F0595 | 8/24/09 | J W | nfj |
| 8 19 09 | JW | Willie Butler | Norvasc | 10mg | 74L049A Mar 1. 2012 | 9-1-09 | DAB | JW |
| 8 19 09 | JW | Shirley Bridges | Norvasc | 10mg | 74L049A Mar.1 2012 | 8/6/ | S.B. | |
| 8 19 09 | JW | Deborah Evans | Arthrotec | 50mg/ 200mg | 00701U5 Oct. 2012 | 12/17/09 | CE | JW |
| 8 19 09. | JW | Glucotrol XL x3 Claudia Josep | | 2.5mg | 109531 Oct. 2012 | 8/31/09. | C.J. | JW |
| 8 24 09 | nfj | Deborah Evans | Norvasc | 5mg | 011012 | Deborah Evans | | 9-1-2009 |
| 8/30/2009 | | Phyllis Bramfield | Glucotrol | 10mg | 22168VA | 8/27/2009 | PB | |
| 9 10 09 | nfj | Earnestine Chaney | Catapres-TTS | 3.5mis | 081834 | 9/21/09 | TC | JW |
| 9 24 09 | JW | Earnestine Chaney | Lipitor | 10mg | V091241 10/2012 | 11/21/09 | TC | JW |
| 9 24 09 | JW | Earnestine Chaney | Glucotrol | 5mg | V091101 10/2010 | 11/21/09 | TC | JW |
| 10 2 09 | JW | Pauline Hodges | Glucotrol x2 | 10mg | V090911 9/2012 | 10/2/09 | CM | JW |
| 10 2 09 | JW | Pauline Hodges | Accupril | 40mg | V091298 4/2012 | 10/2/09 | CM | JW |
| 10 2 09 | JW | Joy Bramfield | Cymbalta | 60mg | 0/2011 3478013 | | | |

SCHS-000480

## Deana McClain

**From:**         Tina Williams
**Sent:**         Monday, May 17, 2010 8:24 AM
**To:**           Deana McClain
**Subject:**      Friday's Discussion

To whom this concerns:

At the end of February or March I noticed Gwen made a phone call to one of the patient assistance programs and phoned in medication for a patient from the Greensburg location. After, looking at each patient chart and prescription profile there is no record stating that these patients where prescribed Viagra by a physician. When looking under miscellaneous I found that there was no patient assistance application or original prescription. And according to the patient assistance mediation distribution log the following  patients medications has been checked out by Ms. Gwen. Leroy Ard, Johnny Flowers, and Lionel Porter.

Southeast Community Health Systems
Formerly St. Helena Community Health Center

PRIVACY AND CONFIDENTIALITY WARNING This E-mail may contain Protected Health Information, Individually Identifiable Health Information and other information which is protected by law. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing or the taking of action in reliance on the content of this E-mail and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately and destroy the contents of this E-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.



EXHIBIT

12

SCHS-000227

# ST. HELENA COMMUNITY HEALTH CENTER

Post Office box 1207
487 Sitman Street
Greensburg, Louisiana 70441

Phone: (225) 222-6059
Fax:    (225) 222-6543
Email:  HELENACHC@aol.com

May 8, 2003

MEMORANDUM

TO:      Gwen Atkins

FROM:    Linda Beauvais

RE:      340B Drug Program

Through error, you recently received prescription medication that was paid for by the St. Helena Community Health Center through the 340B Drug Program. This Program is only to be used by patients of the Health Center who are on the Sliding Fee Scale and do not have prescription coverage with their health insurance. It will be necessary for you to reimburse the Health Center for the amount paid on your behalf. Please submit a check in the amount of <u>$62.70</u>, payable to the St. Helena Community Health Center, by no later than May 16, 2003.

A copy of this Memorandum will be filed in your Personnel record.



EXHIBIT
13
PENGAD 800-631-6989



SCHS-000015



# ST. HELENA COMMUNITY HEALTH CENTER
490 Sitman Street, Post Office Box 1207, Greensburg, Louisiana 70441
Phone: (225) 222-6059    Fax: (225) 222-6543    Website: www.shchc.org

March 14, 2008

Ms. Gwendolyn Atkins,

You are being dismissed from your position here at the St. Helena Community Health Center for using the company's 340b program for your personal prescriptions when you have insurance coverage. You have been written up and counseled for this very same violation in the past. You were notified of its improper use in the past and have record of such in your employee file. This is your second violation of this matter. This is a serious violation and it could cost the company its ability to provide the 340b program to our patients. We are bound by law to comply with the regulations set forth for the 340b program and can be penalized for violation. Your actions are a direct violation of these rules and for such you are being dismissed from your position with this company effective immediately.

Sincerely,

Linda Beauvais, Executive Director
St. Helena Community Health Center

EXHIBIT
14
PENGAD 800-631-6989

SCHS-000088



# SOUTHEAST COMMUNITY HEALTH SYSTEMS

**Primary and Preventative Care**

490 Sitman Street
Greensburg, LA 70441

721 Avenue G
Kentwood, LA 70444

29565 S. Montpelier St.
Albany, LA 70711

15211 Jackson Road
Zachary, LA 70791

**Behavioral Health Clinic**

161 N. 2nd Street
Greensburg, LA 70441

**School Based Health Centers**

Elementary
1798 Highway 1042
Greensburg, LA 70441

Middle
1590 Highway 1042
Greensburg, LA 70441

High
11340 Highway 37
Greensburg, LA 70441

Phone: (225) 222-6059
Fax: (225) 222-6543

www. SHCHC.org

May 20, 2010

Ms. Gwen Atkins
67 Ard Road
Greensburg, LA  70441

Dear Ms. Atkins:

Due to the seriousness of your actions relative to:

1. Providing medication to patients without sound documentation for issuance and clearance by a medical provider to release medication.
2. Working outside of the scope of assigned duties and responsibilities which could result in long term culpability for Southeast Community Health Systems.

You are terminated for cause, effective immediately on May 20, 2010.  Please relinquish all keys, access codes and any items belonging to Southeast Community Health Systems immediately.

Sincerely,

Selina Senegal, CFO
Interim CEO

XC: Sheri LeBlanc, Human Resources
    Gail Williams, Director of Administration
    Joseph Freeman, Medical Director



Attachment A



# SOUTHEAST COMMUNITY HEALTH SYSTEMS

**Primary and Preventative Care**

490 Sitman Street
Greensburg, LA 70441

721 Avenue G
Kentwood, LA 70444

29565 S. Montpelier St.
Albany, LA 70711

13211 Jackson Road
Zachary, LA 70791

**Behavioral Health Clinic**

490 Sitman Street
Greensburg, LA 70441

**School Based Health Centers**

Elementary
1798 Highway 1042
Greensburg, LA 70441

Middle
1590 Highway 1042
Greensburg, LA 70441

High
14340 Highway 37
Greensburg, LA 70441

Phone: (225) 222-6059
Fax: (225) 222-6543

www.SHCHC.org

Selina Senegal
Southeast Community Health Systems
490 Sitman Street
Greensburg, LA 70441
June 1, 2010

To Whom It May Concern:

Attached you will find information related to the termination of former employee, Gwen Atkins. Gwen Atkins was released from duty on May 20, 2010 as school based patient support representative for Southeast Community Health Systems, formerly St. Helena Community Health Center.

It was discovered that Gwen Atkins was functioning outside of the scope of responsibilities as school based patient support representative which could have resulted in long term culpability for the organization. Gwen Atkins was terminated for providing medications to patients without sound documentation for issuance and clearance by a medical provider to release medication.

Summary of Attachments

- Attachment A - Termination Letter from CEO; documents substantiating the termination (included is a medication receipt and distribution log showing where Gwen Atkins was picking up medication for certain patients who were prescribed medication from the online prescription assistance program PDA USA, there is no documentation in the patient chart allowing her to pick up medications on their behalf) and a signed job description.
- Attachment B – List of patients that received medication from Gwen Atkins; this information was taken from the PDA USA website under the log in information of Gwen Atkins; the list has 5 columns; the RX Report states whether or not the patient had a medication history within the electronic health record, EHS; other patients with "yes" within the RX Report column had a medication history however, some of the medications dispensed through the PDAUSA report were not recorded within the electronic health record nor are there documentation within the chart substantiating the medication dispensed.
- Attachment C – Medication History from all patients dispensed medication by Gwen Atkins utilizing only the PDA USA system.
- Attachment D – Report taken from PDA USA listing all patients dispensed medication by Gwen Atkins utilizing the PDA USA system. The highlighted names depict active patients without documentation within the charting systems substantiating the prescription.
- Attachment E -- Employment History of Gwen Atkins.

Sincerely,

Selina Senegal

EXHIBIT
16

PENGAD 800-631-6989



# SOUTHEAST COMMUNITY HEALTH SYSTEMS

**Primary and Preventative Care**

49ⁿ Sitman Street
Greensburg, LA 70441

721 Avenue G
Kentwood, LA 70444

29565 S. Montpelier St.
Albany, LA 70711

13211 Jackson Road
Zachary, LA 70791

**Behavioral Health Clinic**

161 N. 2nd Street
Greensburg, LA 70441

**School Based Health Centers**

Elementary
1798 Highway 1042
Greensburg, LA 70441

Middle
1500 Highway 1042
Greensburg, LA 70441

High
14340 Highway 37
Greensburg, LA 70441

Phone: (225) 222-6059
Fax: (225) 222-6543

www.SHCHC.org

May 20, 2010

Ms. Selina Senegal, CFO
Chief Executive Officer
Southeast Community Health Systems
P. O. Box 1207
Greensburg, LA 70441

Dear Ms. Senegal:

A prescription assistance medication incident was presented to administration on May 14, 2010, by Ms. Deana McClain, Clinical Coordinator and Sheri LeBlanc (Human Resource Manager) regarding a package of medication dispensed by Pfizer Pharmaceuticals through the Connection to Care prescription assistance program with medication (Viagra 100mg #30) and shipped to Dr. Carlton Faller (former provider). The medication was for patient #54, date of birth 2/14/1955.

Ms. McClain inquired of Ms. Tina Williams, CMA and prescription assistant coordinator to identify who ordered the medication. Ms. Williams indicated that she has never order medication for the aforementioned patient, but was aware that Ms. Gwen Atkins, Patient Support Staff at St. Helena High School Based Health Center (former staff of the Greensburg location) ordered medication for the patient through the Connection to Care automated system and on occasions picked up the medication for pt. #54 once it was received at the Southeast Community Health Systems' Greensburg location (see Indigent Drug Assistance Program log, the Viagra shipment tag and an email dated May 17, 2010, from Ms. Tina Williams attached.

An immediate internal investigation was performed by the clinical team to determine if the patient chart was documented properly; who ordered the medication; was the medication consistent with the patient's treatment regimen and if the patient was being checked medically as required while on the medication.

After reviewing the Indigent Drug Assistance Program log, it was identified that three other patients (pt. # 6087, dob 12/2/1936; pt. # 7015, dob 7/22/1955 and pt. #15825, dob 01/21/1970) received Viagra for whom Ms. Atkins has signed for the medication and received.

A chart audit was performed on the above mentioned patient records. The outcome indicated that there are no original prescriptions or copy of the prescription in either patient's record; there were no prescription assistance application in any of the records; nor are there any clinical visits or notes in Southeast Community Health Systems' patient records to substantiate providing the patients with the medication.



EXHIBIT
17
PENGAD 800-631-6989

SCHS-000222



# SOUTHEAST COMMUNITY HEALTH SYSTEMS

**Primary and Preventative Care**

490 Sitman Street
Greensburg, LA 70441

721 Avenue G
Kentwood, LA 70444

29565 S. Montpelier St
Albany, LA 70711

1321 Jackson Road
Zachary, LA 70791.

**Behavioral Health Clinic**

161 N. 2nd Street
Greensburg, LA 70441

**School Based Health Centers**

Elementary
1798 Highway 1042
Greensburg, LA 70441

Middle
1590 Highway 1042
Greensburg, LA 70441

High
14340 Highway 37
Greensburg, LA 70441

Phone: (225) 222-6059
Fax: (225) 222-6543

www.SHCHC.org

It is a severe matter to provide patients with medication without insuring that supporting documentation is maintained in the patient's medical record and more importantly that the provider document the medication and instructions for follow-up in the patient's record.

Due to the severity of this situation and based on the findings presented by the clinical staff. I am forced to recommend termination of Ms. Atkins for:

1. Providing medication to patients without sound documentation for issuance and clearance by a medical provider to release the medication.
2. Working outside the scope of assigned duties and responsibilities which could result in long term culpability for Southeast Community Health Systems (see attached job description).

If additional information is needed. please feel free to contact. Ms. Deana McClain. Clinical Coordinator. and Gail Williams. Director of Administration or myself.

Sincerely.

Joseph Freeman, MD
Medical Director

Gail Williams. Director of Administration
Patient Support Supervisor

Attachments: 4

## GENERAL AFFIDAVIT

STATE OF **LOUISIANA**

PARISH OF **ST. HELENA**

Before me, Notary Public, **SELINA MARIE SENEGAL, INTERIM CEO & CFO** of Southeast Community Health Systems, personally came and appeared before me, the undersigned Notary, and makes this her statement and General Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of her knowledge:

It was reported by staff member, Sheri' Leblanc, Human Resources Manager, that a bottle of Viagra was shipped by mail to the clinic.  The medication was for a patient with no documentation substantiating the prescription or documentation of any recent clinical visits.

Further investigation yielded that the employee was prescribing medications to many patients including family members.  It was recommended that the employee be terminated and a police report be ensued.  The employee was immediately terminated.

The online access for ordering prescriptions were disabled and a complete audit was completed on the prescription assistance.

A few days following the termination the former employee sent the attached documents to my work efax address.

**AFFIANT**

_Selina Senega_

Selina M. Senegal, Interim CEO, CFO

**WITNESS**

Print Name SHERI LEBlAnC

_Anita Gregoire_

Print Name Anita Gregoire

_Gail Williams_

Gail Williams, Notary Public No.: 59750

My Commission is for Life

EXHIBIT
18

PENGAD 800-631-6989

SCHS-000219

St. Helena Community Health Center

*Sample Copies of Documentation*

## PDA USA **Cover Sheet**

**Client Information:**

Name:_____  _____ ID Number: _____

Address:_____

City:_____ State:_____ Zip:_____

**Prescription Info:**

Drug:_____(Schering)_____

Drug Manufacturer: Schering _____ Script Date: 9/30/2009

Prescribing Physician: Tammy Smith _____

Sig: 1 per day; _____ Refills: 0 _____

**NOTE:** Form fields to be filled in by you:

Amount spent on medications this year.

Check the drug selection on page 2. Not all will automatically be checked. You may need to select a number of units.

**NOTE:** Notes and Comments about this form:

**Checklist:**

Signed By Patient        ☐ Date:_____

Signed by Physician      ☐ Date:_____

Sent to Drug Co          ☐ Date:_____

Proof of Income Sent     ☐ Date:_____

Script #:  17120
Dispensing #: 25746

Facility #: 16
Client #:  12606

EXHIBIT

19

PENGAD 800-631-6989

# SP-CARES PATIENT ASSISTANCE PROGRAM ENROLLMENT APPLICATION

P.O. Box 52122 • PHOENIX, AZ 85072 | **BOTH SIDES OF FORM MUST BE COMPLETED**

## PART ONE - Patient Information

Name: _____

Address: _____

City: _____ State: _____ ZIP: _____ Phone #: _____

| Date of Birth: | Do you currently reside in the US?  ☑ Yes  ☐ No |
|---|---|

Number of persons (including self) DEPENDENT upon the family income: 3

Do you have any prescription drug insurance coverage?   ☐ Yes  ☑ No
*(Medicaid, Medicare Part D, other state or local programs or private insurance)*

Are you covered by Medicare?   ☐ Yes  ☑ No

If you are covered by Medicare please provide your social security number: _____

Amount you have spent on your own prescription medications so far this year  $_____

### Total Monthly Household Income - Proof of income from all sources must be attached (see reverse side for details).

| | | | |
|---|---|---|---|
| Salary/Wages | $ 0 | Unemployment Compensation | $ 0 |
| Social Security | $ 1580 | Pension | $ 0 |
| Social Security Supplemental | $ 0 | Investment Income | $ 0 |
| Disability | $ 0 | Other | $ 0 |

I attest that the information provided in this application is complete and accurate. By my signature, I authorize Schering and its authorized agent(s) to request and to obtain from my healthcare provider, insurance company or other necessary party, any of my medical records and information, financial and insurance records and information, and/or any other information necessary for the purpose of verifying the accuracy of the information provided in this application or related to my enrollment or participation in the Program. I understand that all personal identifying information obtained by Schering Corporation in response to this application, will be used by Schering and its authorized agent(s) to administer the Program and will not be used or disclosed for any other purposes, except as may be required or permitted by applicable law. I also understand that information about all program participants may be summarized for statistical or other purposes, but that my identity cannot be determined from this summary information. I understand that Schering reserves the right at any time and without notice to modify the application form or the eligibility criteria; modify or discontinue any or all aspects of the Program; or terminate any assistance provided by the Program. I understand that my prescribing physician is responsible for choosing which prescription products are right for me. Schering Corporation is not responsible for verifying my medical condition or my prescribing physician's selection of products.

Patient's Signature: _____   Date: _____

---

## PLEASE CHECK THE PRODUCTS ON THE BACK THAT YOU WANT TO ORDER

## PART TWO - Physician Information

Prescriber Name: Tammy Smith                    Prescriber's Title: office

Facility Name: St. Helena Community Health Center

Shipping Address: 4906 Sitman St.
*(Medication cannot be shipped to the patient's address. Your street address please, UPS will not deliver to a P.O. Box)*

City: Greensburg          State: LA          ZIP: 70441

Mailing Address: 4906 Sitman St.

City: Greensburg          State: LA          ZIP: 70441

DEA or State License #: AP04327    Phone #: (225) 222-6059    Fax #: (225) 225-6543

Name of Office Contact Person: Gwendolyn Ann Atkins          Title: _____

To the best of your knowledge does the patient have prescription drug coverage?   ☐ Yes  ☑ No

I certify that the information provided in this application is complete and accurate to the best of my knowledge and that the product ordered hereunder is medically indicated for this patient. I further certify that all units of any product shipped to me pursuant to this application will be provided to the above-named patient only, for his or her treatment, and will not be sold or otherwise distributed and that no patient or third party shall be charged for such product. Additionally, no units of product will be submitted for Medicare, Medicaid, or any public or private third party reimbursement, or returned for credit. I understand eligibility under this Program is subject to Schering's approval and the patient's continuing compliance with all eligibility requirements, as set by Schering from time to time. I agree to allow Schering, or its authorized agent(s), to review the medical, financial and insurance records for this patient at any time for the purposes of verifying the patient's eligibility status for the Program and the patient's receipt of any product(s) provided to him or her through the Program.

Prescriber's Signature: _____   Date: 11/4/09
*(photocopies or stamped signatures will not be accepted)*

Schering/CaresPAP AP11-04    MC2176  1/07

# St. Helena Community Health Center

## Tammy Smith office   (225) 222-6059
4906 Sitman St.
Greensburg, LA 70441

DEA No. AP04327            Lic No. RN066127

Patient Name: _____   Date of Birth: _____

Address: _____

City: GREENSBURG _____   State: LA _____   Zip: _____

# ℞

Prescription Date: _____

(Schering)

☐ 1-24

☐ 25-49

1 per day;                                    ☐ 50-74

☑ 75-100

☐ 101-150

☐ 151+

Unit: 90

☐ Do Not Substitute _____   # of Refills: 0 _____

Signature: _____

Patient Assistance Program
PO Box 66556
St. Louis MO 63166-6556

August 20, 2009

Dear

Thank you for your interest in the Novartis Patient Assistance Foundation (NPAF). We have received your enrollment application or your request for a refill of Novartis medication. Unfortunately, we are unable to complete the processing of your request due to the following reason(s):

- • Product prescribed is not sponsored through this Novartis Program
- • ZELNORM

Upon receipt of the missing information or required documents, we will complete the processing of your enrollment application or refill request.

If you need assistance or have any questions, please contact a NPAF representative at 1-800-277-2254, Monday through Friday, 9:00 am to 6:00 pm EST.

Sincerely,

Novartis Patient Assistance Foundation, Inc.

P037579
LTRNOV306060309

# St. Helena Community Health Center

## Tammy Smith office   (225) 222-6059

4906 Sitman St.
Greensburg, LA 70441

DEA No. AP04327                    Lic No. RN066127

Patient Name: _____  _____  Date of Birth: _____

Address: _____

City: GREENSBURG _____  State: LA ____  Zip: 70441 _____

# R

Prescription Date: 8/5/2009 _____

Zelnorm, 6 mg Tablets  (Novartis)

1 per day;

- ❏ 1-24
- ❏ 25-49
- ❏ 50-74
- ☑ 75-100
- ❏ 101-150
- ❏ 151+

Unit: 90 ____

❏ Do Not Substitute _____   # of Refills: 0 _____

Signature: _____