Case 3:11-cv-00047-BAJ-RLB   Document 82-7    10/31/16   Page 1 of 12

# Condensed Transcript for the Deposition of:

## TAMMY SMITH, NP

Taken on: **SEPTEMBER 30TH, 2016**

*In the Matter of:*

GWENDOLYN A. ATKINS

VS

SOUTHEAST COMMUNITY HEALTH SYSTEMS



**Serpas COURT REPORTING**

**EXHIBIT 6**

New Orleans: 504.522.2101 | Baton Rouge: 225.332.3040 | Northshore: 985.206.9303 | Toll Free: 800.526.8720
www.SerpasCourtReporting.com

## Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN A. ATKINS          )   CIVIL ACTION:
     Plaintiff,              )   11-47-BAJ-RLB
                             )
vs.                          )
                             )
SOUTHEAST COMMUNITY HEALTH   )
SYSTEMS                      )
     Defendant.              )

          30(b)(6) DEPOSITION OF Southeast
Community Health Systems through its designated
representative, TAMMY SMITH, NP taken on Friday,
September 30, 2016 at or about 11:58 a.m. at the
Law Offices of Alex Peregine, 527 East Boston
Street, Suite 201, Covington, Louisiana.


REPORTER:    KIMBERLY D. EDWARDS, CSR,
             Certified Court Reporter

APPEARANCES:
FOR PLAINTIFF:
        HOGAN ATTORNEYS
        Post Office Box 1274
        Hammond, Louisiana 70404
        (985) 542-7730
        BY: THOMAS J. HOGAN, JR. T.A.

## Page 2

APPEARANCES CONTINUED:
FOR DEFENDANT:
        PERAGINE LAW FIRM, LLC
        527 East Boston Street
        Suite 201
        (985) 292-3500
        Christie@plalaw.com
        BY: CHRISTA HAYES FORRESTER, ESQUIRE

ALSO PRESENT:
        Gwendolyn A. Atkins
        Gail Dunn

## Page 3

| WITNESS | PAGE |
|---|---|
| TAMMY SMITH, NP | |
| **INDEX** | |
| EXAMINATION | 5 |
| BY MR. HOGAN | |
| EXAMINATION | 12 |
| BY MS. FORRESTER | |
| FURTHER EXAMINATION | 19 |
| BY MR. HOGAN | |
| REPORTER'S CERTIFICATE | 24 |

**EXHIBITS**

| | | |
|---|---|---|
| Exhibit 2 - Medical records | 8 | |
| Exhibit 3 - Sealed medial records | 17 | |
| Exhibit 4 - Medical records | 19 | |

* * * * * * *

## Page 4

STIPULATION

     It is stipulated and agreed by and
between counsel for the parties hereto that the
deposition of the witness, TAMMY SMITH, NP, is
hereby being taken under the Louisiana Code of
Civil Procedure, for all purposes, in accordance
with law;
     That the formalities of reading and
signing are specifically waived;
     That the formalities of sealing,
certification, and filing are specifically saved;
     That all objections, save those as to
the form of the question and the responsiveness of
the answer, are hereby reserved until such time as
this deposition, or any part thereof, may be used
or sought to be used in evidence.

     KIMBERLY DELATTE EDWARDS, Certified
Court Reporter in and for the State of Louisiana,
officiated in administering the oath to the
witness.

30(b)(6) Deposition of Southeast Community Health Systems Through Tammy Smith, N.P.
September 30, 2016

2 (Pages 5 to 8)

Page 5

1  THEREUPON:
2       TAMMY SMITH, NP,
3  being called as a witness herein, was examined and
4  testified as follows:
5       BY COURT REPORTER:
6           Do you swear the testimony you are
7       about to give will be the truth, the whole
8       truth, and nothing but the truth so help you
9       God?
10      BY THE WITNESS:
11          Yes.
12              EXAMINATION
13  BY MR. HOGAN:
14      Q.  Would you state your name and address
15  please, ma'am?
16      A.  I'm Tammy Smith. 16416 Spanish Court
17  in Greenwell Springs, Louisiana 70739.
18      Q.  And Ms. Smith, you're employed by
19  Southeast Community Health Systems?
20      A.  Yes.
21      Q.  And you're a nurse practitioner?
22      A.  Yes.
23      Q.  How long have you been a nurse
24  practitioner with Southeast?
25      A.  Since 2004.

Page 6

1      Q.  Okay. All right. There's a document
2  in front of you that's already been marked as
3  Exhibit 1 for identification in connection with
4  other depositions. If you would, please turn to
5  page 24. I think I marked it with a yellow sticky
6  there.
7      A.  All right.
8      Q.  Do you see that?
9      A.  I do.
10     Q.  Have you reviewed this document before
11 you came into this deposition today?
12     A.  Yes.
13     Q.  If you would, just take a minute to
14 read it again, please.
15     A.  Okay.
16     Q.  Do you recall the circumstances that
17 led up to you signing this document?
18     A.  I really don't.
19     Q.  Okay. The documents that you -- well,
20 let me ask you this. Just take a minute to look
21 through this whole record here from page 1 through
22 30, and see if you see in here the blank -- not
23 blank, but your affidavit refers to three
24 prescription assistance applications on which all
25 identifying information had been removed. Do you

Page 7

1  see that?
2      A.  I'm looking.
3      Q.  And just look through there and see if
4  you see those particular documents in there,
5  please.
6      BY MS. FORRESTER:
7          Take your time.
8          You want her to look through the whole
9      bundle of documents for the ones that she, in
10     the affidavit, that she references as being
11     shown? Is that -- am I understanding right,
12     Tom?
13     BY MR. HOGAN:
14         Yes. Are they in there? That's the
15     question.
16     BY MS. FORRESTER:
17         Okay.
18 (At this time, documents were reviewed.)
19     BY THE WITNESS:
20         I don't see anything.
21     BY MR. HOGAN:
22     Q.  Okay. I'm going to show you now these
23 three documents which are going to be marked as
24 Exhibit 2 in globo. Just take a look at those
25 three, please, ma'am.

Page 8

1  (At this time, documents were reviewed.)
2  (Marked for identification as Exhibit 2 - Records.)
3      BY THE WITNESS:
4          Okay.
5      BY MR. HOGAN:
6      Q.  Now, Exhibit 2, it looks like the first
7  one is for Johnnie Flowers, the second one was for
8  Oscar Ard, and the third is for Lionel Porter. Do
9  you see that?
10     A.  Yes.
11     BY MS. FORRESTER:
12         Have these been produced, Tom?
13     BY MR. HOGAN:
14         I'm pretty sure they have.
15     BY MS. FORRESTER:
16         At what point?
17     BY MR. HOGAN:
18         Well, they're being produced now.
19     BY MS. FORRESTER:
20         Right. Well, I just want to register
21     my objection then. I'm pretty sure that
22     these have not been produced before and we
23     haven't seen them.
24     BY MR. HOGAN:
25         Subject to your objection then.

Page 9

BY MS. FORRESTER:
  You can answer, Tammy. Take the time you need to look at them.
BY THE WITNESS:
  Okay.
BY MR. HOGAN:
  Q. So it shows at the bottom, is that your signature at the bottom?
  A. It looks like it, yes.
  Q. And the date looks to be May the 12th of 2010?
  A. That's what it looks like.
  Q. Okay. And the first one is Johnnie Flowers, Viagra, 100 milligrams for three months. Do you see that?
  A. Yes.
  Q. And Novasac [as spelled on Ex. 2] 10 milligrams for three months?
  A. Yes.
  Q. Okay. And on the next one for Oscar Ard, it looks like Viagra, 50 milligrams, three months?
  A. I see the name and the dose.
  Q. Okay. And then the third one, Lionel Porter, Viagra, 50 milligrams, three months?

Page 10

  A. Yes.
  Q. All right. And then on this -- at this particular time do you recall Ms. Atkins was working at the school based clinic?
  A. I have no idea.
  Q. Do you recall working at the school based -- let me ask it this way. Do you recall going over to the school based clinic as part of your regular duties?
  A. I have at times, yes.
  Q. Okay. Did you know of your own knowledge that Ms. Atkins was the Southeast Community Health Systems contact person for the patient assistance program?
  A. I really don't remember. I really don't remember for sure.
  Q. That's fine.
  And just to go back to one more question about your affidavit, page 24, do you recall any conversations that you had with anybody, Dr. Freeman or Ms. Senegal or Ms. Sheri LeBlanc, about this particular matter?
  A. Not clearly, no.
  Q. Do you know anything about the prescription assistance program being disabled in

Page 11

May of 2010?
  A. Of the program being disabled in 2010?
  Q. Yes.
  A. No, I don't.
  Q. Do you know anything about a complete audit being done of the prescription assistance program in 2010?
  A. I don't.
BY MR. HOGAN:
  All right. Excuse us for one minute, please.
BY MS. FORRESTER:
  Sure.
(At this time, 12:07 p.m., a recess was taken. Back on the record, 12:07 p.m.)
BY MR. HOGAN:
  Okay, Ms. Smith. Thank you very much. That's all the questions I have.
BY MS. FORRESTER:
  I have some questions.
BY MR. HOGAN:
  Okay.
BY MS. FORRESTER:
  Were these applications marked, Tom?
BY MR. HOGAN:

Page 12

  Number 2 in globo.
  EXAMINATION
BY MS. FORRESTER:
  Q. Ms. Smith, I'm going to show you Plaintiff's Exhibit 2 and ask you a few questions about those. First, I want to ask you about the page with the patient name Oscar Ard on it. Do you see where I'm referring to?
  A. I do.
  Q. Have you had a chance to review any records of Southeast Community Health Systems to look for a patient by the name of Oscar Ard with a date of birth of January 21st, 1970?
  A. Yes, I have.
  Q. And what did you find, if anything?
  A. No record of him ever being a patient of the clinic. There is some demographic information entered in which would be done as part of making -- scheduling an appointment, but that's it. There's no record of him ever having been seen in the clinic as a patient.
  Q. Now, did you find a record of an Oscar Ard, Jr., in reviewing the medical records, or do you recall that, with a different date of birth?
  A. Yes.

**Page 13**

1  Q. Who was seen at the school based
2  clinic?
3  A. Yes.
4  Q. And I'm guessing that a younger person
5  seen at the school based clinic wouldn't have been
6  being prescribed Viagra. Would you agree with
7  that?
8  A. Absolutely.
9  BY MR. HOGAN:
10     Object to leading questions.
11 BY MS. FORRESTER:
12     Okay.
13 BY MS. FORRESTER:
14  Q. So based on your review, your search
15  for records regarding Oscar Ard with a DOB of
16  1/21/70 and this copy of an application,
17  Plaintiff's Exhibit 2, that purports to have your
18  signature on May 12th, 2010, do you have an opinion
19  as to whether you signed this completed application
20  on behalf of Oscar Ard for Viagra on that date?
21  A. I have no idea why I would have done
22  that if he wasn't our patient. That would -- he
23  would have had to have been a patient of our clinic
24  in order to qualify for patient assistance, and we
25  have no record of him being a patient, ever having

**Page 14**

1  been seen by me or anyone at our clinic.
2  Q. And what was your practice with regard
3  to seeing patients in terms of keeping records at
4  that time in May of 2010? How would you have
5  recorded that if you'd had an encounter with that
6  patient at the Greensburg clinic?
7  A. They would have been -- a visit would
8  have been activated by the front desk, and then I
9  would have entered -- all of the aspects of that
10 encounter would have been entered into the
11 electronic medical record.
12  Q. Now I'm going to show you what's also
13 part of Plaintiff's Exhibit 2, and it is the
14 application for a patient named Lionel Porter. Do
15 you see where I'm referencing there?
16  A. I do.
17  Q. Okay. I'm going to show you --
18 BY MS. FORRESTER:
19     These documents are going to have to be
20 offered under seal because they're medical
21 records.
22     Do you have any objection to that, Tom?
23 BY MR. HOGAN:
24     No.
25 BY MS. FORRESTER:

**Page 15**

1     I mean, we will just have to follow
2  certain procedures in court with them and
3  everything.
4  BY MR. HOGAN:
5     Uh-huh.
6  BY MS. FORRESTER:
7   Q. I'm going to show you documents Bates
8  labeled SCHS-514 through SCHS-551, and I'll
9  represent to you that I understand these to be the
10 medical records for Lionel Porter from Southeast
11 Community Health Systems. And I'm going to ask you
12 to go through them and tell me if you can see a
13 correlation between these records, Exhibit 3, and
14 this application that's part of Plaintiff's
15 Exhibit 2.
16     But before I do that, look here at the
17 provider's information. Do you see that at the
18 top? It's filled out Tammy Smith with a DEA
19 number, et cetera.
20  A. I do.
21  Q. Is that your handwriting?
22  A. No. And that's not my DEA number.
23  Q. That's not your DEA number?
24  A. Unh-unh. That's my state board license
25 number, but it's not my DEA. I didn't have a DEA

**Page 16**

1  number actually at that time, I don't think.
2   Q. Okay. And see where it says e-mail
3  address?
4   A. Uh-huh.
5   Q. Is that your e-mail address for
6  Southeast?
7   A. No.
8   Q. Would you agree with me that it looks
9  to say gwenard@hotmail.com?
10  A. Yes.
11  Q. You're acquainted with Ms. Atkins, the
12 plaintiff in this lawsuit, aren't you?
13  A. Yes.
14  Q. You worked with her?
15     I'll represent to you from what I
16 understand from the review of records at her
17 deposition her maiden name was Ard. But to your
18 knowledge, would Ms. Atkins have had a corporate
19 Southeast e-mail address at that time if she was
20 employed?
21  A. Yes.
22  Q. Okay. So I'm going to ask you now to
23 review Exhibit 3, SCHS-514 through 551, and see if
24 you -- and tell me if you can find a record of a
25 visit between you, or an encounter, anything that

**Page 17**

1  would verify that you prescribed this Viagra to
2  Lionel Porter on that date, May 12th of 2010?
3     BY MR. HOGAN:
4        Do you have a copy of those records?
5     BY MS. FORRESTER:
6        Yes. That's what I gave you this
7     morning.
8  (Marked for identification as Exhibit 3 - Sealed
9  medial records.)
10 (At this time, documents were reviewed.)
11    BY THE WITNESS:
12       There's no record of my ever having
13    prescribed it or even having a discussion
14    with the patient about it.
15 BY MS. FORRESTER:
16    Q. About Viagra or about the diagnosis --
17 go ahead.
18    A. About Viagra or any other -- or any
19 discussion about erectile dysfunction. No
20 complaints of problems with erectile dysfunction.
21    Q. Okay. And can you tell me the last
22 encounter you had had, according to Exhibit 3, the
23 last encounter that you had seen Lionel Porter
24 before May of 2010? May 12th of 2010?
25    A. Before May 12th of 2010?

**Page 18**

1     Q. Yeah. I believe it's going to be
2  between pages 4 and 6 of 22 in the EMR, if you can
3  find that.
4     A. I saw him on October the 9th of 2009.
5     Q. And when was the next time he was seen
6  at the clinic according to the electronic record?
7     A. July the 16th of 2010.
8        Wait, maybe I missed a page. Yeah,
9  May the 20th of 2010.
10    Q. And who saw Mr. Porter on May 20th,
11 2010?
12    A. Dr. Nanjappa.
13    Q. From the other documents that you've
14 reviewed, are you aware that Ms. Atkins was
15 terminated on that date?
16    A. No.
17    Q. Okay.
18    A. I don't know when it was.
19    Q. Okay. Then look for me, if you
20 would -- we are done with Exhibit 3 -- at the page
21 of Exhibit 2 that deals with patient named Johnnie
22 Flowers. Do you see what I'm referring to there?
23    A. Yes.
24    Q. Okay. And I'm going to introduce as
25 Exhibit 4 Bates labeled document SCHS-742 through

**Page 19**

1  752, which I understand to be the health records,
2  all the medical records for Johnnie Flowers, this
3  patient from Southeast Community Health Systems.
4     A. Okay.
5  (Marked for identification as Exhibit 4 - Medical
6  records.)
7  BY MS. FORRESTER:
8     Q. Could you look at Exhibit 4, the ones
9  that began with page 742.
10    A. Okay.
11    Q. And tell me when, if ever, you have had
12 any encounter with Johnnie Flowers. I'm using
13 "encounter" in the health sense. Billable
14 encounter.
15    A. I never saw him as a patient.
16    Q. Can you tell me by looking through
17 those documents the last time he was seen as a
18 patient, at least according to the records?
19    A. October 17th of 2008.
20    Q. And who was the provider?
21    A. Dr. Cheryl Ballard.
22    BY MS. FORRESTER:
23       That's all I have.
24       FURTHER EXAMINATION
25 BY MR. HOGAN:

**Page 20**

1     Q. Let's just work in reverse order. Do
2  you have any way of knowing whether these are all
3  the records that are in the possession of Southeast
4  Community Health Systems concerning Johnnie Ray
5  Flowers? Do you have any way of knowing that as we
6  sit here today?
7     A. If I looked on my computer, I could
8  tell. I could access the records, but I didn't
9  print those records.
10    Q. Okay. With regard to Lionel Porter, if
11 you would look at the page that's Bates labeled
12 525.
13    A. Which one?
14    Q. This is exhibit, whatever number that
15 is.
16    BY MS. FORRESTER:
17       It's Exhibit 3.
18    BY MR. HOGAN:
19    Q. Lionel Porter's record.
20    A. Okay.
21    Q. Look at the page. It's got bates
22 number 525.
23    A. Okay.
24    Q. Dr. Nanjappa saw him on May 20th of
25 2010, do you see that?

30(b)(6) Deposition of Southeast Community Health Systems Through Tammy Smith, N.P.
September 30, 2016

6 (Pages 21 to 24)

### Page 21

1  **A.** I do.
2  **Q.** And it states that he's there for a
3  refill of his Viagra, prescription assistance for
4  Viagra?
5  **A.** I do.
6  **Q.** Do you see that?
7  **A.** I do.
8  BY MR. HOGAN:
9      All right. Excuse us one more minute.
10 (At this time, 12:20 p.m., a recess was taken.
11 Back on the record, 12:21 p.m.)
12 BY MR. HOGAN:
13     **Q.** This is back on Exhibit Number 2. I
14 believe you testified that you recognized your
15 signature on these documents?
16     **A.** Yes.
17     **Q.** There is a paragraph down at the
18 bottom, you may want to follow along with me as I
19 read it, do you see that? "By signing below, you,
20 the healthcare provider," do you see that?
21     **A.** Yes, I do.
22     **Q.** Do you understand and agree to the
23 following: To receive and secure the patient's
24 medication at your office until dispensed to your
25 patient; comply with and abide by my State

### Page 22

1  Practitioner Dispensing Laws for authorized
2  Healthcare Providers; any medications supplied by
3  Pfizer as a result of this order form are for the
4  use of the patient named on this form only, and
5  shall not be sold, traded, bartered, transferred,
6  returned for credit, or submitted to any third
7  party such as Medicare, Medicaid, or other benefit
8  provider for reimbursement; Pfizer may contact the
9  patient directly to confirm receipt of medications;
10 Pfizer may change or cancel this program at any
11 time; the medicine will be provided only to this
12 eligible and specific enrolled patient at no charge
13 of any kind; if a patient is applying for Hardship
14 Exception, I certify that this medication order or
15 attached controlled substance prescription is
16 medically indicated for this patient, and I will be
17 supervising the patient's treatments; to the best
18 of my knowledge, this patient would not be able to
19 obtain this medicine without assistance from
20 Connection to Care for the reasons the patient has
21 indicated in his application.
22     And that's over your signature, is it
23 not?
24     **A.** It is.
25 BY MR. HOGAN:

### Page 23

1      That's all of the questions I have.
2  BY MS. FORRESTER:
3      I don't have anything more.
4  (AT THIS TIME, 12:23 P.M., TESTIMONY WAS CONCLUDED
5  AND THE RECORD WAS CLOSED.)

### Page 24

REPORTER'S CERTIFICATE
    This certification is valid only for a
transcript accompanied by my original signature and
original seal on this page.
    I, KIMBERLY DELATTE EDWARDS, Certified
Court Reporter in and for the State of Louisiana,
Certificate No. 20017, as the officer before whom
this testimony was taken, do hereby certify that,
TAMMY SMITH, NP to whom the oath was administered,
after having been duly sworn by me on
September 30, 2016, upon authority of R.S. 37:2554,
did testify as hereinbefore set forth in the
foregoing 23 pages;
    that this testimony was reported by me
in the stenotype reporting method, was prepared and
transcribed by me or under my personal direction
and supervision, and is a true and correct
transcript to the best of my ability and
understanding;
    that the transcript has been prepared
in compliance with transcript format guidelines
required by statute or by rules of the board and
that I am informed about the complete arrangement,
financial or otherwise, with the person or entity
making arrangements for deposition services;
    that I have acted in compliance with
the prohibition on contractual relationships, as
defined by Louisiana Code of Civil Procedure
Article 1434 and in rules and advisory opinions of
the board;
    that I have no actual knowledge of any
prohibited employment or contractual relationship,
direct or indirect, between a court reporting firm
and any party litigant in this matter nor is there
any such relationship between myself and a party
litigant in this matter.
    I am not related to counsel or to the
parties herein, nor am I otherwise interested in
the outcome of this matter.

    DATED this 11TH day of OCTOBER, 2016.

            Kimberly Delatte Edwards, CSR
            Certificate No. 20017

### A
a.m 1:13
abide 21:25
ability 24:10
able 22:18
Absolutely 13:8
access 20:8
accompanied 24:2
acquainted 16:11
acted 24:14
ACTION 1:5
activated 14:8
actual 24:17
address 5:14 16:3,5,19
administered 24:6
administering 4:21
advisory 24:16
affidavit 6:23 7:10 10:19
agree 13:6 16:8 21:22
agreed 4:3
ahead 17:17
Alex 1:14
answer 4:15 9:2
anybody 10:20
APPEARAN... 1:20 2:1
application 13:16,19 14:14 15:14 22:21
applications 6:24 11:24
applying 22:13
appointment 12:19
Ard 8:8 9:21 12:7,12,23 13:15,20
16:17
arrangement 24:13
arrangements 24:14
Article 24:16
aspects 14:9
assistance 6:24 10:14,25 11:6 13:24 21:3 22:19
Atkins 1:5 2:7 10:3,12 16:11 16:18 18:14
attached 22:15
ATTORNEYS 1:22
audit 11:6
authority 24:7
authorized 22:1
aware 18:14

### B
B 3:10
back 10:18 11:15 21:11 21:13
Ballard 19:21
bartered 22:5
based 10:4,7,8 13:1,5,14
bates 15:7 18:25 20:11,21
began 19:9
behalf 13:20
believe 18:1 21:14
benefit 22:7
best 22:17 24:10
Billable 19:13
birth 12:13,24
blank 6:22,23
board 15:24 24:12,16
Boston 1:14 2:3
bottom 9:7,8
21:18
Box 1:22
bundle 7:9

### C
called 5:3
cancel 22:10
Care 22:20
certain 15:2
Certificate 3:8 24:1,5,25
certification 4:12 24:2
Certified 1:18 4:19 24:4
certify 22:14 24:5
cetera 15:19
chance 12:10
change 22:10
charge 22:12
Cheryl 19:21
CHRISTA 2:5
Christie@plai... 2:5
circumstances 6:16
Civil 1:5 4:7 24:15
clearly 10:23
clinic 10:4,8 12:17,21 13:2 13:5,23 14:1,6 18:6
CLOSED 23:5
Code 4:6 24:15
Community 1:7 1:11 5:19 10:13 12:11 15:11 19:3 20:4
complaints 17:20
complete 11:5 24:13
completed
13:19
compliance 24:12,14
comply 21:25
computer 20:7
concerning 20:4
CONCLUDED 23:4
confirm 22:9
connection 6:3 22:20
contact 10:13 22:8
CONTINUED 2:1
contractual 24:15,17
controlled 22:15
conversations 10:20
copy 13:16 17:4
corporate 16:18
correct 24:10
correlation 15:13
counsel 4:4 24:20
court 1:1,18 4:20 5:5,16 15:2 24:4,18
Covington 1:15
credit 22:6
CSR 1:18 24:24

### D
D 1:18 3:2
date 9:10 12:13 12:24 13:20 17:2 18:15
DATED 24:22
day 24:22
DEA 15:18,22 15:23,25,25
deals 18:21
Defendant 1:8 2:2
13:19
defined 24:15
Delatte 4:19 24:4,24
demographic 12:17
deposition 1:10 4:5,16 6:11 16:17 24:14
depositions 6:4
designated 1:11
desk 14:8
diagnosis 17:16
different 12:24
direct 24:18
direction 24:9
directly 22:9
disabled 10:25 11:2
discussion 17:13,19
dispensed 21:24
Dispensing 22:1
DISTRICT 1:1 1:2
DOB 13:15
document 6:1 6:10,17 18:25
documents 6:19 7:4,9,18,23 8:1 14:19 15:7 17:10 18:13 19:17 21:15
dose 9:23
Dr 10:21 18:12 19:21 20:24
duly 24:6
Dunn 2:8
duties 10:9
dysfunction 17:19,20

### E
E 3:2,10
e-mail 16:2,5,19
East 1:14 2:3
Edwards 1:18

4:19 24:4,24
electronic 14:11
  18:6
eligible 22:12
employed 5:18
  16:20
employment
  24:17
EMR 18:2
encounter 14:5
  14:10 16:25
  17:22,23
  19:12,13,14
enrolled 22:12
entered 12:18
  14:9,10
entity 24:13
erectile 17:19
  17:20
ESQUIRE 2:5
et 15:19
evidence 4:17
Ex 9:17
EXAMINATI...
  3:3,5,6 5:12
  12:2 19:24
examined 5:3
Exception 22:14
Excuse 11:10
  21:9
exhibit 3:12,13
  3:14 6:3 7:24
  8:2,6 12:5
  13:17 14:13
  15:13,15
  16:23 17:8,22
  18:20,21,25
  19:5,8 20:14
  20:17 21:13

F
filing 4:12
filled 15:18
financial 24:13
find 12:15,22
  16:24 18:3

fine 10:17
firm 2:3 24:18
first 8:6 9:13
  12:6
Flowers 8:7
  9:14 18:22
  19:2,12 20:5
follow 15:1
  21:18
following 21:23
follows 5:4
foregoing 24:8
form 4:14 22:3
  22:4
formalities 4:9
  4:11
format 24:12
FORRESTER
  2:5 3:5 7:6,16
  8:11,15,19 9:1
  11:12,19,23
  12:3 13:11,13
  14:18,25 15:6
  17:5,15 19:7
  19:22 20:16
  23:2
forth 24:7
Freeman 10:21
Friday 1:12
front 6:2 14:8
FURTHER 3:6
  19:24

G
Gail 2:8
give 5:7
globo 7:24 12:1
go 10:18 15:12
  17:17
God 5:9
going 7:22,23
  10:8 12:4
  14:12,17,19
  15:7,11 16:22
  18:1,24
Greensburg

14:6
Greenwell 5:17
guessing 13:4
guidelines 24:12
gwenard@ho...
  16:9
Gwendolyn 1:5
  2:7

H
H 3:10
Hammond 1:23
handwriting
  15:21
Hardship 22:13
HAYES 2:5
health 1:7,11
  5:19 10:13
  12:11 15:11
  19:1,3,13 20:4
healthcare
  21:20 22:2
help 5:8
hereinbefore
  24:7
hereto 4:4
HOGAN 1:22
  1:24 3:4,7
  5:13 7:13,21
  8:5,13,17,24
  9:6 11:9,16,21
  11:25 13:9
  14:23 15:4
  17:3 19:25
  20:18 21:8,12
  22:25

I
idea 10:5 13:21
identification
  6:3 8:2 17:8
  19:5
identifying 6:25
indicated 22:16
  22:21
indirect 24:18

information
  6:25 12:18
  15:17
informed 24:13
interested 24:20
introduce 18:24

J
J 1:24
January 12:13
Johnnie 8:7
  9:13 18:21
  19:2,12 20:4
Jr 1:24 12:23
July 18:7

K
keeping 14:3
Kimberly 1:18
  4:19 24:4,24
kind 22:13
know 10:11,24
  11:5 18:18
knowing 20:2,5
knowledge
  10:12 16:18
  22:18 24:17

L
L 4:1
labeled 15:8
  18:25 20:11
law 1:14 2:3 4:8
Laws 22:1
lawsuit 16:12
leading 13:10
LeBlanc 10:21
led 6:17
Let's 20:1
license 15:24
Lionel 8:8 9:24
  14:14 15:10
  17:2,23 20:10
  20:19
litigant 24:18,19
LLC 2:3

long 5:23
look 6:20 7:3,8
  7:24 9:3 12:12
  15:16 18:19
  19:8 20:11,21
looked 20:7
looking 7:2
  19:16
looks 8:6 9:9,10
  9:12,21 16:8
Louisiana 1:2
  1:15,23 4:6,20
  5:17 24:4,15

M
ma'am 5:15
  7:25
maiden 16:17
making 12:19
  24:14
marked 6:2,5
  7:23 8:2 11:24
  17:8 19:5
matter 10:22
  24:18,19,21
mean 15:1
medial 3:13
  17:9
Medicaid 22:7
medical 3:12,14
  12:23 14:11
  14:20 15:10
  19:2,5
medically 22:16
Medicare 22:7
medication
  21:24 22:14
medications
  22:2,9
medicine 22:11
  22:19
method 24:9
MIDDLE 1:2
milligrams 9:14
  9:18,21,25
minute 6:13,20

11:10 21:9
missed 18:8
months 9:14,18
  9:22,25
morning 17:7

**N**
N 3:2 4:1
name 5:14 9:23
  12:7,12 16:17
named 14:14
  18:21 22:4
Nanjappa 18:12
  20:24
need 9:3
never 19:15
Novasac 9:17
NP 1:12 3:1 4:5
  5:2 24:6
number 12:1
  15:19,22,23,25
  16:1 20:14,22
  21:13
nurse 5:21,23

**O**
O 4:1
oath 4:21 24:6
Object 13:10
objection 8:21
  8:25 14:22
objections 4:13
obtain 22:19
October 18:4
  19:19 24:22
offered 14:20
office 1:22
  21:24
officer 24:5
Offices 1:14
officiated 4:21
Okay 6:1,15,19
  7:17,22 8:4
  9:5,13,20,24
  10:11 11:17
  11:22 13:12

14:17 16:2,22
17:21 18:17
18:19,24 19:4
19:10 20:10
20:20,23
ones 7:9 19:8
opinion 13:18
opinions 24:16
order 13:24
  20:1 22:3,14
original 24:2,3
Oscar 8:8 9:20
  12:7,12,22
  13:15,20
outcome 24:21

**P**
P 4:1
p.m 11:14,15
  21:10,11 23:4
page 3:1 6:5,21
  10:19 12:7
  18:8,20 19:9
  20:11,21 24:3
pages 18:2 24:8
paragraph
  21:17
part 4:16 10:9
  12:18 14:13
  15:14
particular 7:4
  10:3,22
parties 4:4
  24:20
party 22:7
  24:18,19
patient 10:14
  12:7,12,16,21
  13:22,23,24,25
  14:6,14 17:14
  18:21 19:3,15
  19:18 21:25
  22:4,9,12,13
  22:16,18,20
patient's 21:23
  22:17

patients 14:3
PERAGINE 2:3
Peregine 1:14
person 10:13
  13:4 24:13
personal 24:9
Pfizer 22:3,8,10
plaintiff 1:5,21
  16:12
Plaintiff's 12:5
  13:17 14:13
  15:14
please 5:15 6:4
  6:14 7:5,25
  11:11
point 8:16
Porter 8:8 9:25
  14:14 15:10
  17:2,23 18:10
  20:10
Porter's 20:19
possession 20:3
Post 1:22
practice 14:2
practitioner
  5:21,24 22:1
prepared 24:9
  24:11
prescribed 13:6
  17:1,13
prescription
  6:24 10:25
  11:6 21:3
  22:15
PRESENT 2:7
pretty 8:14,21
print 20:9
problems 17:20
Procedure 4:7
  24:15
procedures 15:2
produced 8:12
  8:18,22
program 10:14
  10:25 11:2,7

22:10
prohibited
  24:17
prohibition
  24:15
provided 22:11
provider 19:20
  21:20 22:8
provider's
  15:17
Providers 22:2
purports 13:17
purposes 4:7

**Q**
qualify 13:24
question 4:14
  7:15 10:19
questions 11:18
  11:20 12:5
  13:10 23:1

**R**
R.S 24:7
Ray 20:4
read 6:14 21:19
reading 4:9
really 6:18
  10:15,15
reasons 22:20
recall 6:16 10:3
  10:6,8,20
  12:24
receipt 22:9
receive 21:23
recess 11:14
  21:10
recognized
  21:14
record 6:21
  11:15 12:16
  12:20,22
  13:25 14:11
  16:24 17:12
  18:6 20:19
  21:11 23:5

recorded 14:5
records 3:12,13
  3:14 8:2 12:11
  12:23 13:15
  14:3,21 15:10
  15:13 16:16
  17:4,9 19:1,2
  19:6,18 20:3,8
  20:9
references 7:10
referencing
  14:15
referring 12:8
  18:22
refers 6:23
refill 21:3
regard 14:2
  20:10
regarding 13:15
register 8:20
regular 10:9
reimbursement
  22:8
related 24:20
relationship
  24:17,19
relationships
  24:15
remember
  10:15,16
removed 6:25
reported 24:8
Reporter 1:18
  1:18 4:20 5:5
  24:4
REPORTER'S
  3:8 24:1
reporting 24:9
  24:18
represent 15:9
  16:15
representative
  1:12
required 24:12
reserved 4:15

30(b)(6) Deposition of Southeast Community Health Systems Through Tammy Smith, N.P.
September 30, 2016

Page 28

| | | | | |
|---|---|---|---|---|
| responsiveness 4:14 | seeing 14:3 | stenotype 24:9 | think 6:5 16:1 | valid 24:2 |
| result 22:3 | seen 8:23 12:20 13:1,5 14:1 17:23 18:5 19:17 | sticky 6:5 | third 8:8 9:24 22:6 | verify 17:1 |
| returned 22:6 | | stipulated 4:3 | THOMAS 1:24 | Viagra 9:14,21 9:25 13:6,20 17:1,16,18 21:3,4 |
| reverse 20:1 | | Street 1:15 2:3 | three 6:23 7:23 7:25 9:14,18 9:21,25 | |
| review 12:10 13:14 16:16 16:23 | | Subject 8:25 | | |
| | Senegal 10:21 | submitted 22:6 | | visit 14:7 16:25 |
| | sense 19:13 | substance 22:15 | | vs 1:6 |
| reviewed 6:10 7:18 8:1 17:10 18:14 | September 1:13 24:7 | Suite 1:15 2:4 | time 4:15 7:7,18 8:1 9:2 10:3 11:14 14:4 16:1,19 17:10 18:5 19:17 21:10 22:11 23:4 | |
| | | supervising 22:17 | | **W** |
| | services 24:14 | supervision 24:10 | | Wait 18:8 |
| | set 24:7 | | | waived 4:10 |
| reviewing 12:23 | Sheri 10:21 | supplied 22:2 | | want 7:8 8:20 12:6 21:18 |
| right 6:1,7 7:11 8:20 10:2 11:10 21:9 | show 7:22 12:4 14:12,17 15:7 | sure 8:14,21 10:16 11:13 | | wasn't 13:22 |
| | shown 7:11 | swear 5:6 | times 10:10 | way 10:7 20:2,5 |
| rules 24:12,16 | shows 9:7 | sworn 24:6 | today 6:11 20:6 | witness 3:1 4:5 4:22 5:3,10 7:19 8:3 9:4 17:11 |
| | signature 9:8 13:18 21:15 22:22 24:2 | Systems 1:8,11 5:19 10:13 12:11 15:11 19:3 20:4 | Tom 7:12 8:12 11:24 14:22 | |
| **S** | | | top 15:18 | |
| S 3:10 4:1 | | | traded 22:5 | |
| save 4:13 | signed 13:19 | | transcribed 24:9 | work 20:1 |
| saved 4:12 | signing 4:10 6:17 21:19 | | | worked 16:14 |
| saw 18:4,10 19:15 20:24 | | **T** | transcript 24:2 24:10,11,12 | working 10:4,6 |
| says 16:2 | sit 20:6 | T 3:10 4:1,1 | | wouldn't 13:5 |
| scheduling 12:19 | Smith 1:12 3:1 4:5 5:2,16,18 11:17 12:4 15:18 24:6 | T.A 1:24 | transferred 22:5 | |
| | | take 6:13,20 7:7 7:24 9:2 | | **X** |
| school 10:4,7,8 13:1,5 | | taken 1:12 4:6 11:14 21:10 24:5 | treatments 22:17 | X 3:2,10 |
| SCHS-514 15:8 16:23 | sold 22:5 | | true 24:10 | **Y** |
| | sought 4:17 | | truth 5:7,8,8 | Yeah 18:1,8 |
| SCHS-551 15:8 | Southeast 1:7 1:10 5:19,24 10:12 12:11 15:10 16:6,19 19:3 20:3 | Tammy 1:12 3:1 4:5 5:2,16 9:2 15:18 24:6 | turn 6:4 | yellow 6:5 |
| SCHS-742 18:25 | | | | younger 13:4 |
| | | | **U** | |
| seal 14:20 24:3 | | tell 15:12 16:24 17:21 19:11 19:16 20:8 | U 4:1 | **Z** |
| Sealed 3:13 17:8 | Spanish 5:16 | | Uh-huh 15:5 16:4 | **0** |
| sealing 4:11 | specific 22:12 | | understand 15:9 16:16 19:1 21:22 | **1** |
| search 13:14 | specifically 4:10 4:12 | terminated 18:15 | | 1 6:3,21 |
| second 8:7 | spelled 9:17 | terms 14:3 | | 1/21/70 13:16 |
| secure 21:23 | Springs 5:17 | testified 5:4 21:14 | understanding 7:11 24:11 | 10 9:17 |
| see 6:8,22,22 7:1 7:3,4,20 8:9 9:15,23 12:8 14:15 15:12 15:17 16:2,23 18:22 20:25 21:6,19,20 | state 4:20 5:14 15:24 21:25 24:4 | testify 24:7 | Unh-unh 15:24 | 100 9:14 |
| | | testimony 5:6 23:4 24:5,8 | UNITED 1:1 | 11-47-BAJ-R... 1:5 |
| | states 1:1 21:2 | | use 22:4 | 11:58 1:13 |
| | statute 24:12 | Thank 11:17 | | 11TH 24:22 |
| | | thereof 4:16 | **V** | |

**12** 3:5
**12:07** 11:14,15
**12:20** 21:10
**12:21** 21:11
**12:23** 23:4
**1274** 1:22
**12th** 9:10 13:18
   17:2,24,25
**1434** 24:16
**16416** 5:16
**16th** 18:7
**17** 3:13
**17th** 19:19
**19** 3:6,14
**1970** 12:13

---

**2**

**2** 3:12 7:24 8:2,6
   9:17 12:1,5
   13:17 14:13
   15:15 18:21
   21:13
**20017** 24:5,25
**2004** 5:25
**2008** 19:19
**2009** 18:4
**201** 1:15 2:4
**2010** 9:11 11:1,2
   11:7 13:18
   14:4 17:2,24
   17:24,25 18:7
   18:9,11 20:25
**2016** 1:13 24:7
   24:22
**20th** 18:9,10
   20:24
**21st** 12:13
**22** 18:2
**23** 24:8
**24** 3:8 6:5 10:19
**292-3500** 2:4

---

**3**

**3** 3:13 15:13
   16:23 17:8,22
   18:20 20:17

**30** 1:13 6:22
   24:7
**30(b)(6)** 1:10
**37:2554** 24:7

---

**4**

**4** 3:14 18:2,25
   19:5,8

---

**5**

**5** 3:3
**50** 9:21,25
**525** 20:12,22
**527** 1:14 2:3
**542-7730** 1:23
**551** 16:23

---

**6**

**6** 18:2

---

**7**

**70404** 1:23
**70739** 5:17
**742** 19:9
**752** 19:1

---

**8**

**8** 3:12

---

**9**

**985** 1:23 2:4
**9th** 18:4