UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GWENDOLYN A. ATKINS | CIVIL ACTION |
| VERSUS | No. 11-47-BAJ-RLB |
| SOUTHEAST COMMUNITY HEALTH SYSTEMS | |

**PLAINTIFF'S MOTION FOR REFUND OF APPEAL COSTS**

On April 4, 2017, Plaintiff, Gwendolyn Atkins, filed a Notice of Appeal and plaintiff's attorney, Thomas J. Hogan, Jr., paid the up front appeal cost of $505.00 on behalf of plaintiff. On April 12, 2017, plaintiff filed a Motion for Leave to file In Forma Pauperis along with the Application to Proceed in District Court without Prepaying Fees or Costs and Affidavit in Support of said Application. Record document 106. The Court previously allowed Plaintiff to proceed in forma pauperis. Record document 4. Plaintiff now moves this court permit the release of the original prepaid appeal costs of $505.00 to her attorney, Thomas J. Hogan, Jr., and allow plaintiff to proceed in forma pauperis.

Respectfully Submitted,

HOGAN ATTORNEYS

 */s/ Thomas J. Hogan, Jr.*

———————————————
THOMAS J. HOGAN, JR., T.A.
Bar Roll No. 06908
P. O. Box 1274
Hammond, LA 70404
(985)542-7730

thogan48@bellsouth.net

*Attorney for Plaintiff*

1

CERTIFICATE OF SERVICE

      I hereby certify that on May 22, 2017, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Christa Forrester.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                                   */s/ Thomas J. Hogan, Jr.*
                                _____

                                Attorney for Plaintiff